**Kappa Kappa Gamma**

ATTACHMENT A
FRATERNITY BYLAWS PROVISOS

**Section 6. Nomination, Election and Installation of Officers and Standing Committee Chairmen.**

A. **Nominations.**

1. The Nominating Committee shall consist of a chairman appointed by the Chapter Council and at least four additional members, including representation from each academic class, elected one month in advance of the chapter election. A member of the Advisory Board shall act as an adviser to the committee without vote.

2. The committee, by majority vote, shall nominate one candidate for each office to be filled and one for each standing committee chairmanship. Written suggestions for candidates from members of the chapter shall be carefully reviewed. The committee shall secure the consent of the nominee prior to placing her name in nomination.

3. The committee shall report the slate of nominees to the members at the chapter meeting one week prior to election.

4. Nominations from the floor shall be called for following the report of the Nominating Committee and before the election.

B. **Election.** Chapter election of officers and standing committee chairmen shall be held annually between Nov. 1 and March 31 unless the District Director grants an exception. Voting shall be by ballot and a majority vote of the members present at the meeting and voting shall elect.

C. **Installation of Officers.** All chapter officers and standing committee chairmen shall be installed at a formal meeting following a satisfactory period of officer training.

**Section 7. Chapter Council.** The Chapter Council shall be the Executive Committee of the chapter.

A. **Membership.** The Chapter Council shall consist of the following members: President as Chairman, Vice President-Standards, Vice President-Organization, Vice President-Academic Excellence, Recording Secretary, Corresponding Secretary, Treasurer, Registrar, Marshal, Education Chairman, Event Chairman, House Chairman, Membership Chairman, New Member Chairman, Panhellenic Delegate, Philanthropy Chairman, Public Relations Chairman, Risk Management Chairman and special committee chairmen as necessary.

B. **Duties.** The duties of the Chapter Council members shall be:

1. To be responsible for the proper functioning of the chapter.

2. Other duties as assigned in the current *Leadership Guides*.

3. To administer the chapter finance program according to the guidelines approved by and under the direction of Fraternity Council.

4. To send representatives to the College Panhellenic organization in accordance with National Panhellenic Conference Unanimous Agreements and according to the structure of the respective College Panhellenic.

5. To make reports as specified in *Leadership Guides* or as requested.

 **Kappa Kappa Gamma**

6. To ensure that the archives of the chapter are properly maintained including an alphabetical roll and chronological index of chapter initiates, proxy initiates and affiliates.

**Section 9. Removal of Officers and Standing Committee Chairmen.** The Chapter Council, with the approval of Advisory Board, may recommend to the chapter the removal of any officer or standing committee chairman failing to adequately perform the duties of her office, failing to maintain Fraternity standards, or falling below academic requirements. The officer or standing committee chairman shall be given the opportunity to defend herself.

A. **Vote.** A three-fourths vote of the chapter present and eligible to vote at a chapter meeting at which quorum is present shall be required to remove an officer or standing committee chairman. If the officer or chairman is not removed by chapter vote, Advisory Board may remove her with approval of the District Director.

B. **Vacancies.**
   1. After a nomination made by the Chapter Council, a majority vote of the chapter members present and eligible to vote at a chapter meeting at which quorum is present shall fill a vacancy. Following Chapter Council nomination, nominations from the floor shall be in order.
   2. **In the event the chapter President is permanently unable to perform the duties of her office, Chapter Council shall assign such duties to a vice President until a new chapter President is elected.**
   3. In the event an officer or standing committee chairman is temporarily unable to perform the duties of her office, the Chapter Council shall assign such duties to another member of the chapter who shall have the right to vote.

**Section 10. Chapter Advisers and Advisory Boards.** Alumna advisers in good standing shall be selected annually as a board with the joint approval of the chapter and the Executive Board of the local alumnae association. Advisers to each of the chapter officers, standing committees, Chapter Council and the Panhellenic Delegate shall serve in an advisory capacity without vote. In the absence of a local alumnae association, the board may be selected with joint approval of the District Director, Advisory Board Specialist, and Alumna Relations Specialist.

**Section 11. Chapter Archives.** The archives of the chapter shall consist of the items listed in the Fraternity manuals. All archive properties pertaining to ritual, except when in use, shall be kept in a locked place suitable for security of these materials. All archived documents, records, resources and memorabilia that are not secret in nature shall be maintained in a secure manner.

# # #

 Kappa Kappa Gamma

Kappa Kappa Gamma Fraternity
Notice of Amendment to the
Kappa Kappa Gamma Fraternity *Standing Rules*

Pursuant to Standing Rule XXV of the Kappa Kappa Gamma *Standing Rules*, notice is hereby given that a revision — substitution of an entirely new set of standing rules for the current standing rules — will be presented for consideration by the voting members at the Biennial Convention meeting June 23–26, 2022.

Kari Kittrell Poole, Executive Director
March 16, 2022

22.03

 **Kappa Kappa Gamma**

KAPPA KAPPA GAMMA FRATERNITY
STANDING RULES REVISION

## 1.0 MEMBERS, CHAPTERS, AND ASSOCIATIONS

**1.1 Membership Selection.**

    **A.** **Collegiate New Member Selection.** Active members shall be responsible for selecting new members of their chapter. Any initiated member may provide information about qualified women. The electronic voting system selected by the Fraternity shall be used by the chapter.

        1. Participation. All active members of the chapter shall participate in membership selection unless excused in writing by the designated chapter adviser.

        2. Confidentiality. All information concerning the membership selection process is confidential and shall be kept within the chapter.

        3. Bid List. The bid list shall be produced using the overall scoring calculation in the electronic voting system and shall not be manipulated.

    **B.** **Alumna Candidate Selection.** Alumnae who meet the membership requirements may petition Fraternity Council to be initiated as an alumna member of the Fraternity. A three-fourths vote of Fraternity Council shall be required to grant permission for Alumna Initiation. Such an alumna shall become a member of the collegiate initiating chapter or the special chapter designated by the Fraternity.

**1.2 Submitting Grade Verifications.** All active and new members shall submit verification of their grades each term to the officer in charge of academic excellence unless the college or university releases the grades directly to the chapter.

**1.3 Chapter and Association Archives.**

    **A.** **Chapter Archives.** Each chapter shall maintain the chapter's charter, Fraternity proprietary materials, and records of the chapter's activities and history in its archives. All archive properties pertaining to ritual, except when in use, shall be kept in a locked place. All archived documents, records, resources, and memorabilia that are not secret in nature shall be maintained in a secure manner.

    **B.** **Association Archives.** Each association shall maintain the association's charter, Fraternity proprietary materials, and the records of the association in its archives.

**1.4 Alcohol and Drugs.**

    **A.** **Chapter and Association Events.** Alcoholic beverages, drugs or other controlled substances shall not be used or served in conjunction with any function related to Recruitment, Bid Day, Inspiration Period, chapter philanthropic events, membership selection, chapter meetings, or services of Fraternity ritual, including Formal Pledging, Initiation, and Founders Day.

    **B.** **Chapter Facilities.** The use, sale or possession of alcohol or drugs or other controlled substances shall not be permitted in a chapter facility or within the area considered part of that property. Members, including alumnae, shall observe the house rules at all times when using the chapter house.

    **C.** **Alumna Functions.** Alumnae shall abide by event and risk prevention requirements at all functions where active or new members are present.

22.03

 **Kappa Kappa Gamma**

KAPPA KAPPA GAMMA FRATERNITY
STANDING RULES REVISION

## 2.0 DUTIES OF FRATERNITY OFFICERS
### AND DISTRICT DIRECTORS

**2.1 Duties of Fraternity Officers.**

A. **Duties of All Fraternity Officers.** All Fraternity officers shall:
1. Serve as members of Fraternity Council;
2. Support the policies and programs adopted by the membership and Fraternity Council;
3. Hold for safekeeping and reference the latest edition of the *Book of Ritual*, reference materials issued by the Fraternity, and the Kappa Kappa Gamma Fraternity *Bylaws*, *Standing Rules*, and *Policies*;
4. Contribute to the research, development, and execution of a strategic plan;
5. Provide vision and direction to the Fraternity volunteers and Kappa Kappa Gamma Headquarters staff;
6. Provide strategic vision for educational programming;
7. Maintain focus on international and campus trends as well as the needs and possibilities of active and alumna members;
8. Uphold the Fraternity's commitment to diversity, equity, and inclusion;
9. Participate in the identification, cultivation, and retention of volunteers; and
10. Perform the duties prescribed for each officer in the Fraternity *Standing Rules* and such other duties as may be directed by Fraternity Council and as may be prescribed in the parliamentary authority adopted by the Fraternity.

B. **Duties of the President.** The President shall:
1. Shall be the chief executive officer and official spokesman of the Fraternity;
2. Sign official documents authorized by Fraternity Council;
3. Act as a liaison between the Fraternity and colleges and universities;
4. Preside at the installation of new chapters and, if unable to attend, designate a member of Fraternity Council to preside instead;
5. Be a member *ex officio* of all committees except the Leadership Selection Committee;
6. Call meetings of Fraternity Council and request the attendance of such other members of the Fraternity, as necessary; and
7. Preside at all meetings of the membership and of Fraternity Council.

C. **Duties of a Vice President.** A Vice President shall:
1. Act as a liaison to District Directors, Content Directors, and committee chairmen for awareness of internal trends; and
2. Recommend to Fraternity Council a review of chapter compliance with Fraternity standards based on recommendations from respective District Directors, Content Directors and staff.

D. **Duties of the Treasurer.** The Treasurer shall:
1. Review regularly scheduled reports of the financial operation of the Fraternity;
2. Be informed on all financial matters;
3. Annually review the Fraternity financial audit and tax returns;

**Kappa Kappa Gamma**                    KAPPA KAPPA GAMMA FRATERNITY
                                          STANDING RULES REVISION

4. Plan for maintaining the efficient financial operation of the Fraternity at Kappa Kappa Gamma Headquarters in collaboration with the Executive Director and the financial director;
5. Present reports with suggestions and recommendations regarding the financial condition of the Fraternity to the Finance Committee and Fraternity Council;
6. Serve as a member of the Finance Committee and oversee the committee's work;
7. Be responsible for the preparation of the annual budget in collaboration with the Executive Director and the financial director and present the budget to the Finance Committee and Fraternity Council by June of each year; and
8. Present financial reports and the proposed budget for the next fiscal year to Convention.

## 2.2 Duties of a District Director.
A. **Primary Duties.** A District Director shall:
1. Supervise the organization and management of alumnae associations and chapters in collaboration with the Content Specialists and Kappa Kappa Gamma Headquarters staff;
2. Direct the work of the Content Specialists in collaboration with the respective Content Director;
3. Annually set goals for alumnae associations and chapters in collaboration with the Content Specialists, alumnae associations, and chapters;
4. Evaluate chapters annually in collaboration with the district team;
5. Serve as a liaison to the alumnae association Presidents and chapter Presidents in their district;
6. Identify at-risk alumnae associations and chapters and develop a plan of support in collaboration with Content Specialists and Kappa Kappa Gamma Headquarters staff;
7. Collaborate with Kappa Kappa Gamma Headquarters staff to determine alumnae association and chapter visits;
8. Submit reports to Fraternity Council as requested;
9. Uphold the Fraternity's commitment to diversity, equity, and inclusion; and
10. Participate in the identification, cultivation, and retention of volunteers.
B. **Other Duties.** A District Director shall perform such other duties as may be prescribed in the Fraternity *Bylaws* or assigned by Fraternity Council.

## 3.0 DUTIES OF COMMITTEES
## AND OTHER APPOINTED POSITIONS
### 3.1 Duties of a Standing Committee Chairman.
A. **Primary Duties.** A standing committee chairman shall:
1. Plan a program for the committee with the approval of Fraternity Council;
2. Communicate regularly with Fraternity Council and committee members;
3. Serve as a voting member of Conventions;



KAPPA KAPPA GAMMA FRATERNITY
STANDING RULES REVISION

4.  Attend other meetings as requested;
5.  Maintain files for the committee;
6.  Submit reports to Fraternity Council as requested;
7.  Submit a committee budget as requested;
8.  Monitor the committee budget;
9.  Uphold the Fraternity's commitment to diversity, equity, and inclusion; and
10. Participate in the identification, cultivation, and retention of volunteers.

B.  **Other Duties.** A standing committee chairman shall perform such other duties as may be prescribed in the Fraternity *Bylaws* or assigned by Fraternity Council.

**3.2 Duties of Standing Committees.**

A.  **Bylaws.** The Bylaws Committee shall:
1.  Review the amendments to the Fraternity *Bylaws* and *Standing Rules* proposed by the membership, work with Fraternity Council on proposed amendments, and propose such other amendments as may be deemed advisable;
2.  Biennially review the Model Bylaws and Standing Rules;
3.  Biennially review chapter Bylaws and Standing Rules for compliance with the Fraternity *Bylaws*, *Standing Rules*, and *Policies*.; and
4.  Assist with the creation of new chapter and association Bylaws and Standing Rules to ensure they are compliant with the Fraternity *Bylaws*, *Standing Rules* and *Policies.*

B.  **Convention.** The Convention Committee shall:
1.  Investigate potential Convention sites in collaboration with Kappa Kappa Gamma Headquarters staff; and
2.  Be responsible for all arrangements for any Convention in collaboration with Kappa Kappa Gamma Headquarters staff subject to the approval of Fraternity Council.

C.  **Finance.** The Finance Committee shall:
1.  Make recommendations to Fraternity Council for the financial management of the property and funds of the Fraternity;
2.  Monitor and review investments and securities performance according to the Fraternity's investment policy statement;
3.  Review special financial projects, professional services, and financial institutions into which funds are deposited;
4.  Recommend to Fraternity Council a professional audit firm and annually review the Fraternity financial audit and tax returns and make recommendations on acceptance to Fraternity Council;
5.  Annually review the Fraternity's financial policies and procedures, investment policy, and travel policy;
6.  Form an Investment Subcommittee that consists of members appointed by the Finance Committee Chairman to oversee the investment strategy;
7.  Form a Budget Subcommittee that consists of members appointed by the Finance Committee Chairman to prepare an annual budget;

22.03

 **Kappa Kappa Gamma**

KAPPA KAPPA GAMMA FRATERNITY
STANDING RULES REVISION

8. Review and submit the annual budget to Fraternity Council for approval;
9. Review financial arrangements for chapter housing and make recommendations to Fraternity Council;
10. Recommend to Fraternity Council approval of financial drives or campaigns of more than local extent in the name of the Fraternity by a chapter, alumnae association, Advisory Board, House Board, or individual member; and
11. Bring all matters pertaining to the financial matters of the Fraternity to the attention of Fraternity Council.

D. *The Key* Publication. *The Key* Publication Committee shall supervise the publication of *The Key* in accordance with the direction, goals and approved budget established by Fraternity Council.

E. Leadership Education and Development. The Leadership Education and Development Committee shall:
   1. Educate the membership on leadership opportunities and volunteer involvement;
   2. Work with Kappa Kappa Gamma Headquarters, the Kappa Kappa Gamma Foundation, and the Fraternity Housing Corporation to review, develop and implement plans for volunteer identification, cultivation, placement, retention, recognition, and development;
   3. Review applications and recommend candidates to Fraternity Council for the Leadership Selection Committee;
   4. Develop and implement skills development programs for volunteers in collaboration with the Education and Training Department at Kappa Kappa Gamma Headquarters;
   5. Implement a volunteer feedback program that utilizes the skills development programs for volunteers; and
   6. Identify and recommend candidates for other available volunteer and leadership roles within the Fraternity, the Kappa Kappa Gamma Foundation, and the Fraternity Housing Corporation as requested.

F. Panhellenic Affairs. The Panhellenic Affairs Committee shall:
   1. Represent the Fraternity as a member of the National Panhellenic Conference; and
   2. Provide representation at regular and special meetings of Fraternity Council.

## 3.3 Duties of a Content Director.

A. Primary Duties. A Content Director shall:
   1. Oversee the work of the Fraternity in their respective content area;
   2. Lead the team of Content Specialists in their respective content area;
   3. Direct the work of the Content Specialists in collaboration with the respective District Director;
   4. Collaborate with Kappa Kappa Gamma Headquarters staff to develop curricula and programming for content-specific topics;
   5. Serve as a voting member of Conventions;

22.03

 **Kappa Kappa Gamma**

KAPPA KAPPA GAMMA FRATERNITY
STANDING RULES REVISION

6.   Attend other meetings as requested;
7.   Submit reports to Fraternity Council as requested;
8.   Uphold the Fraternity's commitment to diversity, equity, and inclusion; and
9.   Participate in the identification, cultivation, and retention of volunteers.

B.   **Other Duties.** A Content Director shall perform such other duties as may be prescribed in the Fraternity *Bylaws* or assigned by Fraternity Council.

**3.4 Duties of a Content Specialist.**

A.   **Primary Duties.** A Content Specialist shall
1.   Serve as a member of the content team and the district team in which they are assigned;
2.   Build relationships with chapters and associations within the district;
3.   Facilitate communication among the chapter, association, Content Director, District Director and Kappa Kappa Gamma Headquarters staff;
4.   Collaborate with the district team on chapter evaluations;
5.   Assist alumnae associations with setting goals and programming;
6.   Collaborate with the content team on content matters and initiatives;
7.   Collaborate with the relevant Content Director and District Director to develop and provide training to alumnae associations and chapters;
8.   Attend meetings as requested;
9.   Uphold the Fraternity's commitment to diversity, equity, and inclusion;
10.  Participate in the identification, cultivation, and retention of volunteers; and
11.  Submit reports to Content Directors and District Directors as requested.

B.   **Other Duties.** A Content Specialist shall perform such other duties as may be prescribed in the Fraternity *Bylaws* or assigned by Fraternity Council.

**4.0 CONVENTIONS**

**4.1 Organization of the Convention.** The official organization of a Convention to conduct business shall be brought about by the adoption of the credentials report, the Convention Standing Rules, and the agenda.

**4.2 Credentialed Delegates.**

A.   **Approved Delegates.** Each chapter and association shall file credentials for its delegate and alternates who have been approved by the President and one other officer of the chapter or association.

B.   **Delegate Accreditation.** In order for a delegate to be accredited, the chapter or association represented shall have met all financial and reporting obligations.

C.   **Delegate Attendance.** Each delegate shall remain for the entire period of a Convention and shall be present at all business meetings. In the event it becomes impossible to do so, an accredited alternate may assume the role of delegate.

**4.3 Convention Agenda.** A Biennial Convention agenda shall include the order of business and the opening and closing ceremonies as required by Fraternity ritual and determined by

22.03

# Kappa Kappa Gamma

KAPPA KAPPA GAMMA FRATERNITY
STANDING RULES REVISION

Fraternity Council. The recommended agenda for a Convention is indicated below.
Fraternity Council may alter the order of business as it may deem necessary.

Convention Procession
Call to Order by the Fraternity President
Song
Opening Ritual
Devotional or Inspirational Reading
Song
In Memoriam
Welcome to New Members, New Chapters and New Alumnae Associations

Order of Business

Official Organization of the Convention
    Adoption of the Credentials Report
    Adoption of Convention Standing Rules
    Adoption of the Agenda
Appointment of Additional Committees and Special Announcements
    Appointment of Convention Committees
    Special Announcements by the Fraternity President
Report on Approval of Prior Convention Minutes
Reports of Officers, Boards and Standing Committees
    Report of the Fraternity President
    Reports of Other Fraternity Officers
    Report of Fraternity Council Meetings of the Biennium
    Reports of Standing Committees
Reports of Special Committees
    Report of the Leadership Selection Committee
    Report of the Election Committee
Special Orders
New Business
    Report of the Resolutions Committee
    Report of the Courtesy Resolutions Committee

---

Installation of the District Directors and Fraternity Officers
Closing Ritual
Adjournment
Convention Recession

**4.4 Convention Committees.**

    A.   **Appointment of Convention Committees.** The President, with the approval of Fraternity Council, shall appoint all required Convention committees with the exception of the Credentials Committee, which shall be appointed by the Executive Director.

22.03

 **Kappa Kappa Gamma**   KAPPA KAPPA GAMMA FRATERNITY
STANDING RULES REVISION

B. **Credentials Committee.** The Credentials Committee shall validate the credentials of eligible voting members present and prepare a report to the Convention. Each report shall include the value of the alumnae association vote.

C. **Tellers Committee.** The Tellers Committee shall count the votes at Convention as required and report the results to the chair. The committee shall consist of a chairman and a minimum of two tellers who are nonvoting members.

D. **Resolutions Committee.** The Resolutions Committee shall review proposed resolutions and motions submitted to the committee by voting members and, at its discretion, shall present the resolutions and motions to the Convention with recommendations for appropriate action. The committee shall consist of the chairman, two District Directors, two Content Directors, eight chapter delegates, and six association delegates. The Bylaws Committee Chairman and the parliamentarian shall serve as advisers.

E. **Courtesy Resolutions Committee.** The Courtesy Resolutions Committee shall draft courtesy resolutions that express appreciation to those who arranged accommodations for physical needs or rendered services for the Convention and shall present them to the Convention for adoption. The committee shall consist of the chairman, two District Directors, two Content Directors, eight chapter delegates, and six association delegates.

**4.5 Convention Expenses.**

A. **Covered Expenses.** Expenses in connection with attendance at a Convention shall be paid by the Fraternity as follows for eligible individuals.

1. **Transportation Expenses.** Transportation expenses based on the lowest airfare or automobile mileage shall be paid by the Fraternity. In no case shall the automobile reimbursement exceed the cost of the lowest airfare. Automobile mileage expense shall be computed from home and, in some instances, from the chapter location.

2. **Housing Expenses.** Housing expenses shall include hotel accommodations or their equivalent.

3. **Other Expenses.** Other expenses shall be paid by the Fraternity as determined by Fraternity Council.

B. **Individuals Eligible for Covered Expenses.**

1. **Chapter and Association Delegates.** Transportation expenses shall be paid by the Fraternity for chapter and alumnae association delegates.

2. **Fraternity Representatives.** Transportation and housing expenses shall be paid by the Fraternity for Fraternity representatives designated by Fraternity Council. Fraternity officers, District Directors, Content Directors and standing committee chairmen shall be considered Fraternity representatives.

3. **Kappa Kappa Gamma Headquarters Staff and Special Guests.** Transportation expenses and all other expenses for members of Kappa Kappa Gamma Headquarters staff with assigned duties and special guests invited by Fraternity Council to attend the Convention shall be paid by the Fraternity.

4. **Extended Stay.** All expenses associated with an extended stay of Fraternity officers, directors, committee chairmen, members, staff, or guests asked by

 **Kappa Kappa Gamma**

KAPPA KAPPA GAMMA FRATERNITY
STANDING RULES REVISION

Fraternity Council to arrive prior to the start of or to stay after the conclusion of a Convention shall be paid by the Fraternity.

## 5.0 FRATERNITY COUNCIL

### 5.1 Duties of Fraternity Council.

A. **Financial Duties.** The financial duties of Fraternity Council shall include:
1. Approving the annual budget;
2. Adopting an investment policy statement;
3. Reviewing annually the Fraternity tax returns; and
4. Reviewing and accepting the annual audit report of the independent certified public accounting firm based on the recommendation from the Fraternity Finance Committee.

B. **Administrative Duties.** The administrative duties of Fraternity Council shall include:
1. Developing and executing a strategic plan;
2. Formulating Fraternity policies;
3. Approving the engagement of the services of professional advisers;
4. Interpreting the Fraternity *Bylaws* and *Standing Rules*;
5. Appointing Fraternity members to all volunteer positions within the Fraternity, filling vacancies that occur, and removing members from appointed positions, if deemed necessary, by a three-fourths vote;
6. Jurisdiction over all cases of loss of membership from the Fraternity and reinstatement;
7. Jurisdiction over all cases of chapter standing;
8. Employing the Executive Director and defining and supervising the duties of the position;
9. Approving the selection of Alumnae Achievement Awards and Loyalty Award recipients;
10. Approving the selection of Convention sites and the arrangements for a Convention;
11. Reporting to the Biennial Convention all actions taken by Fraternity Council; and
12. Giving a biennial report to the Biennial Convention that includes annual reports from District Directors, standing and special committees, Content Directors, and Kappa Kappa Gamma Headquarters.

C. **Other Duties.** Fraternity Council shall perform such other financial and administrative duties that may be dictated by the Convention or established in the Fraternity *Bylaws* and *Standing Rules* or as required in the management of the Fraternity.

## 6.0 THE FRATERNITY

### 6.1 Finance.

A. **Fiscal Year.** The fiscal year of the Fraternity, chapters, alumnae associations, house corporations and house associations shall be from July 1 to June 30, inclusive.

22.03

 **Kappa Kappa Gamma**

KAPPA KAPPA GAMMA FRATERNITY
STANDING RULES REVISION

B. **Fraternity Operating Fund.**
   1. **Source of Funds.** The Fraternity operating fund shall receive income from new member fees, per capita fees, reinstatement fees, Convention registration fees, interest and dividends from investments, gifts, bequests, memorials, and miscellaneous income.
   2. **Uses.** The Fraternity operating fund shall be used to maintain the Fraternity organization and its purpose, provide each member with a life subscription to *The Key*, and provide for Conventions. It may be used for loans as recommended by the Fraternity Finance Committee and may be lent, invested, donated, and administered for educational, social, endowment, philanthropic, and operational purposes.
C. **Fees Payment.** Fees shall be payable to Kappa Kappa Gamma Fraternity and sent to Kappa Kappa Gamma Headquarters.
D. **Bank Accounts.** All funds belonging to the Fraternity, the chapters, the alumnae associations, the house corporations, and the house associations shall be deposited in Federal Deposit Insurance Corporation or Canadian Deposit Insurance Corporation insured banking institutions or Security Investor Protection Corporations insured brokerage firms.
E. **Budget Adjustments.** When necessary, budget adjustments shall be reviewed by the Finance Committee and approved by Fraternity Council.
F. **Disbursements.** Disbursements shall be made in accordance with the annual budget of the Fraternity.

**6.2 Ritual.**
   A. **Ritual Changes.** Upon recommendation of Fraternity Council, changes in the ritual shall be submitted to the voting members of the Convention for approval.
   B. **Chapter Initiation of New Members.**
      1. Chapters may select the initiation ceremony in the *Book of Ritual* that meets the needs of the chapter. The Initiation ritual in the *Book of Ritual* shall be used in its entirety by chapters and all pre- and post-initiation activities shall be dignified and constructive. Chapters may hold only one Initiation each term prior to the end of the academic year unless otherwise authorized by the Ritual and History Director. The active members of the chapter shall attend all services connected with Initiation unless excused in writing by a chapter adviser.
      2. At least two weeks before Initiation, the names of the new members to be initiated shall be sent to Kappa Kappa Gamma Headquarters. If the requirements for initiation have been fulfilled, Kappa Kappa Gamma Headquarters shall issue the authorization for initiation.

**6.3 Founders Day.** Every chapter and alumnae association shall observe Founders Day (October 13) in an appropriate manner.

22.03

 **Kappa Kappa Gamma**

KAPPA KAPPA GAMMA FRATERNITY
STANDING RULES REVISION

**6.4 Publications.**
- **A.** *The Key.* *The Key* shall be the official magazine of the Fraternity.
- **B.** *The Hoot.* *The Hoot* shall be the official publication of a Convention.
- **C.** *The Proceedings.* *The Proceedings* shall be the biennial report of the activities of the Fraternity.

**6.5 Insignia, Fraternity Jewelry, and Symbols.**
- **A.** Insignia. The designs of the insignia belong to the Fraternity.
    1. **Badge of the Fraternity.** The badge of the Fraternity shall be a golden key, one inch in length with the Greek letters KKΓ (Kappa Kappa Gamma) on the stem and ΑΩΟ (Alpha Omega Omicron) on the ward. A badge may either be plain or jeweled.
        a. Only persons duly initiated shall wear the badge.
        b. The badge shall be secured from firms authorized by Fraternity Council and only upon presentation of an official badge order issued by Kappa Kappa Gamma Headquarters or a member making provisions for the disposition of an official badge.
        c. The badge shall be the emblem of membership. When membership is terminated or a member voluntarily resigns, the badge may be returned to Kappa Kappa Gamma Headquarters. The badge shall not be sold or transferred to a nonmember.
        d. Members shall be urged to obtain genuine badges found in the possession of nonmembers and send the badges to Kappa Kappa Gamma Headquarters.
        e. Each member shall make provisions for the disposition of their badge upon their death. The badge shall be returned to Kappa Kappa Gamma Headquarters, left to another member of the Fraternity, chapter or alumnae association, or buried with the member.
    2. **Coat-of-Arms.** The Fraternity Coat-of-Arms is described as follows;
        a. The shield shall be azure, bearing in the honor point the golden key of the Fraternity and a golden owl in the middle base. These two charges are separated by a chevron of silver on which lie three fleurs-de-lis of azure.
        b. The crest shall be a wreath of azure and silver resting on the helmeted head of Minerva, thereon a Sigma in Delta in azure hues.
        c. The motto shall be the Greek letters KKΓ (Kappa Kappa Gamma) in silver, resting on a ribbon of azure.
        d. The mantling shall be silver and azure.
    3. **Fraternity Council Badge.** The official badge worn by Fraternity Council members shall be a flat, polished golden award key, one and one-quarter inch in length and three-eighths of an inch wide.
        a. The badge shall be the emblem of Fraternity Council membership.
        b. Only members who have served or are serving on Fraternity Council shall wear the badge.

22.03

 **Kappa Kappa Gamma**

KAPPA KAPPA GAMMA FRATERNITY
STANDING RULES REVISION

   c.   The badge worn by the Fraternity President shall be set with white diamonds, including one white diamond in the center of the handle and the Greek letters KKΓ (Kappa Kappa Gamma) incised in black enamel on the stem. A gold new member pin with three white diamonds shall be attached as a guard to the badge. The badge shall be worn by the President during their term of office and passed on to their successor.

   d.   The badge worn by other Fraternity Council members shall be set with blue jewels, including one blue jewel in the center of the handle and the Greek letters KKΓ (Kappa Kappa Gamma) incised in black enamel on the stem. The Fraternity Council member shall retain the badge following their term of office on Fraternity Council.

   e.   Each member of Fraternity Council shall have the emblem of their position attached to the stem of their badge.

4. **New Member Pin.** The new member pin of the Fraternity shall be a Delta of dark blue enameled on silver, one-half of an inch on each side, enclosing a Sigma of light blue enamel. Only a person pledged to membership in the Fraternity shall wear it.

5. **Recognition Pin.** The official recognition pin shall be a golden key, five-eighths of an inch in length, with the Greek letters KKΓ (Kappa Kappa Gamma) on the stem.

6. **Official Emblems.** Official emblems of office shall be purchased at the expense of the Fraternity for the members who hold the following positions: Fraternity Council member, National Panhellenic Conference Delegate, Editor of *The Key*, and the Executive Director. The emblem of the position shall be attached to the stem of the badge.

7. **Official Emblem for District Directors.** The District Directors shall have an emblem of their position attached as a guard to their District Director badges. The badges and guards shall be provided by the Fraternity for District Directors to wear during their term of office.

8. **Official Emblem for Content Directors.** Content Directors shall have an emblem of their position attached as a guard to their Content Director badges. The badges and guards shall be provided by the Fraternity for Content Directors to wear during their term of office.

B. **Fraternity Jewelry.** The Fraternity jewelry shall be limited to the badge of the Fraternity, Fraternity Council badge, new member pin, recognition pin, Coat-of-Arms, and articles decorated with the Coat-of-Arms. The Executive Director shall authorize the production and sale of Fraternity jewelry.

C. **Symbols of the Fraternity.**
   1.  **Colors.** The colors shall be light blue and dark blue.
   2.  **Flower.** The flower shall be the fleur-de-lis.
   3.  **Jewel.** The jewel shall be the blue sapphire.
   4.  **Seal.** The seal shall be an arch of seven stones supported by two fluted columns with Corinthian caps. The keystone shall display the badge of Kappa Kappa Gamma and the base of each column, the Greek letters KKΓ (Kappa Kappa

22.03

 **Kappa Kappa Gamma**                 KAPPA KAPPA GAMMA FRATERNITY
                                                            STANDING RULES REVISION

Gamma) and each pedestal AΩO (Alpha Omega Omicron). Between upper thirds of the columns shall be a volant dove bearing a twig. Between bases of the columns shall be an open scroll upon a laurel wreath. All shall be placed within a circular border bearing the phrase "Grand Seal of Kappa Kappa Gamma."

5. **Banner.** The banner shall be a vertical, dovetailed white satin banner measuring three feet at the widest point, tapering to two feet at the dovetail. The length shall be five feet. Three fleurs-de-lis of varying hues of blue shall be centered upon the field of white and overlaying them shall be the golden key of Kappa Kappa Gamma appliquéd in full detail. Fringe of gold or white shall outline the dovetail of the banner.

## 7.0 PROCEDURES

**7.1 Leadership Selection Committee Appointment.**

A. **Application Process.** Collegiate and alumna representatives shall be recommended by Leadership Education and Development Committee to Fraternity Council for appointment to the Leadership Selection Committee following an application process.

    1. **Call for Applications.** Following Convention, the committee shall send requests to all chapters, associations and members seeking applicants interested in serving on the Leadership Selection Committee.

    2. **Submitting Applications.** Any member wishing to serve on the Leadership Selection Committee shall submit an application to the Leadership Education and Development Committee by the date specified in the call for applications.

B. **Committee Review Considerations.** In reviewing the applications, consideration should be given to diversity in the composition of the committee by geography, chapter and association size, campus size and type, leadership qualities, experiences, commitment, and ability to consider the best interests of the Fraternity.

C. **Recommendations to Fraternity Council.** Following the application and review process, the Leadership Education and Development Committee shall send its recommendations to Fraternity Council for appointment to the Leadership Selection Committee.

**7.2 Member Probation.**

A. **New Member Probation.** A new member may be placed on Probation for any of the following reasons: low scholarship, poor academic attitude, violations of the purposes or standards of the Fraternity, failure to meet the Fraternity requirements for initiation, failure to meet financial obligations, violations of the regulations of the college or university, or violations of state, federal or provincial law.

    1. **Probation Process.** A new member, after being informed of the reasons for the proposed Probation and given the opportunity to appear before the Standards Committee, may be placed on Probation by one of the following methods:

        a. The Standards Committee may impose Probation by a three-fourths vote.

        b. A chapter, upon referral from the Standards Committee, may impose Probation by a three-fourths vote.

22.03

 **Kappa Kappa Gamma**

KAPPA KAPPA GAMMA FRATERNITY
STANDING RULES REVISION

    c.   A member of Fraternity Council, the respective District Director, or the Fraternity Standards Director may impose Probation. The new member and the chapter Standards Director shall be notified of this action.

2. **Term of Probation.** The probationary period of a new member shall be for a specified period not less than two weeks nor more than six weeks. At the end of the time specified, Probation shall be removed or extended or the pledge to membership shall be broken. Extension of Probation may be granted for a specified period of no more than six weeks.

3. **Notification.** The chapter Standards Director shall immediately complete a report of the case with the action taken and send it to the Standards Specialist and the Fraternity Standards Director. The Standards Specialist and Fraternity Standards Director shall be kept advised of any further action or information pertinent to the case.

4. **Status of a New Member on Probation.** A new member on Probation shall be under the supervision of the Standards Committee. The pin of a new member on Probation may be surrendered to the chapter President if the chapter so desires. No new member shall be initiated into membership while on Probation.

5. **Removal or Extension of Probation.**
    a.   If the Standards Committee imposed Probation, the committee shall vote upon removal or extension of Probation. A three-fourths vote of the committee shall be necessary to remove or extend Probation. If after a member has completed two weeks of the probationary period and the Standards Committee determines the member has completed all probationary terms, the committee may vote to remove Probation early by a three-fourths vote.

    b.   If the chapter-imposed Probation, the chapter shall vote upon removal or extension of Probation. A three-fourths vote of the chapter members present and eligible to vote at a chapter meeting at which quorum is present shall be necessary to remove or to extend Probation. The chapter may vote upon removal at any time after two weeks.

    c.   If a Fraternity Council member, District Director, or the Fraternity Standards Director imposed Probation, that member may remove or extend Probation at the end of the specified time. If a Fraternity Council member, District Director, or the Fraternity Standards Director who imposed Probation refuses to remove Probation, the chapter may appeal such action to Fraternity Council, after a majority vote. A majority vote of Fraternity Council shall be necessary to remove Probation.

    d.   Action leading to the breaking of the pledge to membership may begin if the terms of Probation are violated before the end of the specified time. The Fraternity Standards Director must grant approval.

6. **Broken Pledge to Membership.** With prior approval of the Fraternity Standards Director in consultation with the Standards Specialist, a pledge to membership may be broken with or without prior Probation by a three-fourths vote of the

22.03

 Kappa Kappa Gamma

KAPPA KAPPA GAMMA FRATERNITY
STANDING RULES REVISION

chapter present and eligible to vote at a chapter meeting at which quorum is present.

  a. The new member has violated the purposes or standards of the Fraternity or the regulations of the college or university, has been informed of the proposed reasons for breaking their pledge to membership, and has been given the opportunity to appear before the Standards Committee. The Standards Committee may recommend action be taken.

  b. A new member whose pledge to membership has expired or has been broken shall not enjoy the privileges of a new member. If the new member whose pledge to membership has expired or been broken is living in the house, House Board shall be notified that the individual is no longer a new member.

  c. The pin of a new member whose pledge to membership has been broken shall be surrendered to the chapter President.

  d. If the chapter refuses to break the pledge to membership and the Standards Committee, upon review of the case, believes that such action is required for the welfare of the chapter, the Standards Committee shall report its findings with the result of the chapter vote to the Standards Specialist with notification to the Fraternity Standards Director for such action as Fraternity Council deems advisable.

B. **Active Member Probation.** An active member of a chapter may be placed on Probation for any of the following reasons: violation of member responsibilities, failure to adhere to the chapter documents, poor academic attitude, or failure to meet requirements of academic support plans.

  1. **Investigation.** If a member fails to uphold member responsibilities and expectations or upon complaint by a chapter committee, chapter officer, House Director, member of the Fraternity, or official of the college or university, the Standards Committee shall conduct an investigation.

  2. **Probation Imposed by the Standards Committee.**

     a. If the Standards Committee believes an active member should be placed on Probation, after informing the member of the reasons for the proposed Probation and having given an opportunity to appear before the committee, the committee may impose Probation by a three-fourths vote. The committee may submit a statement giving the reason(s) for this action to the chapter.

     b. The length of such Probation shall be for a specified period not less than two weeks nor more than 10 weeks as determined by the Standards Committee or, with the approval of the Fraternity Standards Director in consultation with the Standards Specialist, for a period of up to six months.

22.03

 **Kappa Kappa Gamma**

3. **Probation Imposed by the Chapter.**
   a. If the Standards Committee considers it advisable, it shall recommend to the chapter that the active member be placed on Probation and notify the Standards Specialist.
   b. The active member shall be informed of the reason(s) for the proposed Probation and shall be given the opportunity to respond at the meeting of the chapter, in person or in writing. A three-fourths vote of the chapter members present and eligible to vote at a chapter meeting at which quorum is present shall be necessary to impose Probation.
   c. The length of Probation shall be for a specified period not less than two weeks or, with the approval of the Fraternity Standards Director in consultation with the Standards Specialist, for a period over 10 weeks and up to six months.

4. **Probation Imposed by a Fraternity Council Member, a District Director, or the Fraternity Standards Director.**
   a. If a member of Fraternity Council, a District Director, or the Fraternity Standards Director believes that an active member should be placed on Probation, that member may require the chapter to vote on the question.
   b. If the chapter vote is negative, a Fraternity Council member, a District Director, or the Fraternity Standards Director may impose Probation. The chapter shall be notified of this action.
   c. The length of Probation shall be for a specified period not less than two weeks or, with the approval of the Fraternity Standards Director in consultation with the Standards Specialist, for a period over 10 weeks and up to six months.

5. **Notification.** Immediately after an active member has been placed on Probation, the chapter Standards Director shall send a complete report of the case with the action taken to the Standards Specialist and the Fraternity Standards Director. The Standards Specialist and Fraternity Standards Director shall be kept advised of any further action or information pertinent to the case, including notification of the termination of Probation.

6. **Status of an Active Member on Probation.** An active member who has been placed on Probation shall be under the supervision of the Standards Committee. An active member on Probation shall be required to attend chapter meetings, Initiations, and such other functions the Standards Committee deems advisable. The member may not hold office or vote during the term of Probation unless granted an exception.

7. **Removal or Extension of Probation.**
   a. Probation imposed by the Standards Committee:
      i. If after a member has completed two weeks of their probationary period and the Standards Committee determines the member has completed all probationary terms, the committee may vote to

 Kappa Kappa Gamma

KAPPA KAPPA GAMMA FRATERNITY
STANDING RULES REVISION

remove Probation early. A three-fourths vote of the committee shall be necessary to remove Probation.

ii. Provided the Standards Committee has not previously removed Probation, the Standards Committee may remove or extend Probation at the end of the probationary period. Probation may be extended for no less than two weeks but no more than six weeks by a three-fourths vote. Probation may be removed by a three-fourths vote. If a three-fourths vote for removal is not obtained, the Standards Committee shall recommend to the chapter that a vote be taken on removal of Probation. A three-fourths vote of the chapter members present and eligible to vote at a chapter meeting at which quorum is present shall be necessary to remove Probation.

iii. If the probationary terms are violated before the end of the probationary period, the Standards Committee, with approval of the Fraternity Standards Director in consultation with the Standards Specialist, may request the resignation of the member or recommend dismissal.

b. Probation imposed by the chapter:

i. At the end of the probationary period, the chapter may remove or extend Probation. Probation may be extended once for no less than two weeks but no more than six months by a three-fourths vote. Probation may be removed by a three-fourths vote.

ii. At any time after two weeks and prior to the expiration of the probationary period, the chapter may review the progress and vote to remove Probation.

iii. If the probationary terms are violated before the end of the specified time, the Standards Committee, with the approval of the Fraternity Standards Director in consultation with the Standards Specialist, may request the resignation of the active member or recommend dismissal.

c. Probation imposed by a Fraternity Council member, a District Director, or the Fraternity Standards Director:

i. At the end of the probationary period, the one who imposed Probation shall either remove or extend Probation.

ii. A request may be made by a majority vote of the chapter members present and eligible to vote at a chapter meeting at which quorum is present that Probation be removed. If the one who imposed Probation refuses to remove Probation upon request of the chapter, an appeal may be made to Fraternity Council. A majority vote of Fraternity Council shall be necessary to remove Probation.

22.03

 **Kappa Kappa Gamma**

KAPPA KAPPA GAMMA FRATERNITY
STANDING RULES REVISION

       iii.   If the probationary terms are violated before the end of the specified time, with the approval of the Fraternity Standards Director in consultation with the Standards Specialist, action leading to a requested resignation or dismissal may begin.

    d.   If a member leaves school before Probation has expired, the Standards Specialist and the Fraternity Standards Director shall be notified and shall review the case and present it to Fraternity Council for a vote on the question of the status of the member.

8.   **Refusal to Remove Probation.** If the removal of a Probation has been refused after six months, the Standards Specialist and Fraternity Standards Director shall be immediately notified and action for dismissal may proceed.

## 7.3 Voluntary Resignation Procedure.

**A. Active Member.**

1.   **Written Request to an Active Chapter.** A member of an active chapter wishing to resign from membership shall present the chapter a written and dated letter stating the reason(s) for such action. The member shall be given 10 days to reconsider or withdraw their resignation. If the member has not withdrawn the letter of resignation at the expiration of 10 days, a vote shall be taken upon the question of resignation. The chapter Standards Director shall send the written statement of resignation and the dated report of the chapter vote to Kappa Kappa Gamma Headquarters.

2.   **Written Request for a Nonfunctioning Chapter.** If a chapter is not currently functioning, the active member wishing to resign from membership shall present a written and dated letter to the Fraternity Standards Director stating the reason(s) for the request. The member shall be given 10 days to reconsider their resignation. If the member has not withdrawn the letter within the allotted time, Fraternity Council shall accept the resignation.

3.   **Return of Fraternity Property.** The member may surrender their badge and certificate of membership and shall surrender all Fraternity proprietary materials to the chapter President. If the badge and certificate have been surrendered and the member has voluntarily resigned, the chapter President shall send the badge and certificate of membership to Kappa Kappa Gamma Headquarters.

**B. Associate or Alumna Member.**

1.   **Written Request.** An associate or alumna member wishing to resign from membership in the Fraternity shall present a written, dated letter stating the reason(s) for such request to the Fraternity Standards Director. The member shall be given 10 days for reconsideration and withdrawal of the request. If the member has not withdrawn their letter within the allotted time, Fraternity Council shall accept the resignation.

2.   **Action Taken.** Notice of the action taken shall be sent to the member and to Kappa Kappa Gamma Headquarters.

22.03

 **Kappa Kappa Gamma**    KAPPA KAPPA GAMMA FRATERNITY
STANDING RULES REVISION

    3.   **Return of Fraternity Property.** The member may surrender their badge and certificate of membership and shall surrender all Fraternity proprietary materials to Kappa Kappa Gamma Headquarters.

**7.4 Requested Resignation and Dismissal.**
A.   **Active Member.** In the cases where a member violates their member responsibilities, the chapter, with the approval of the Fraternity Standards Director in consultation with the Standards Specialist, may take immediate action to request a member submit their resignation or to recommend that Fraternity Council dismiss the member.

    1.   **Refusal of a Requested Resignation or Dismissal.** If a chapter refuses to accept a requested resignation or fails to recommend dismissal of a member and the Standards Committee, upon review of the case, believes such action is appropriate, the Standards Committee shall vote upon the question to report its findings and recommendations with the result of the chapter vote to the Standards Specialist and the Fraternity Standards Director for presentation to Fraternity Council for such action as Fraternity Council deems advisable.

    2.   **Fraternity Council Procedure for Dismissal if Refused by a Chapter.** Fraternity Council shall review and act upon all cases of dismissal from membership initiated by a chapter or a Standards Committee.

        a.   The Standards Specialist shall request a report on the case from the chapter Standards Committee and notify the Fraternity Standards Director.

        b.   The Fraternity Standards Director shall notify the member in writing that the member has been suspended pending action by Fraternity Council and that the member may submit a written response to the Fraternity Standards Director within a stated period. The Fraternity Standards Director shall also notify the chapter, the District Director, the Standards Specialist, and the Executive Director that:

            i.   Action for dismissal is pending.

            ii.   The member has been suspended.

            iii.   The member has received a written notice of the proposed dismissal.

        c.   Upon receiving the notice of Suspension, the member shall have no privileges of membership in the Fraternity.

        d.   At the expiration of the time allotted for the member's response, the Fraternity Standards Director, after consultation with the Standards Specialist, shall send a summary of the case, including a copy of the member's response (if any), to each member of Fraternity Council. A three-fourths vote of Fraternity Council shall be necessary to dismiss the member.

        e.   The Executive Director shall send the member a notice of the action taken by Fraternity Council. The Executive Director also shall send notice

 **Kappa Kappa Gamma**

KAPPA KAPPA GAMMA FRATERNITY
STANDING RULES REVISION

to the District Director, the Fraternity Standards Director, the Standards Specialist, and the chapter.

    f.   If a three-fourths vote of Fraternity Council is not obtained, Fraternity Council shall make such recommendations to the chapter as it considers appropriate.

    g.   Upon dismissal, the member may surrender their badge and certificate and shall surrender all proprietary materials to the chapter President. If the badge and certificate have been surrendered, the chapter President shall send the badge and certificate of membership to Kappa Kappa Gamma Headquarters.

B.   **Associate or Alumna Member.** An associate or alumna member may be dismissed for violations of the member responsibilities.

    1.   **Written Complaint.** Any complaint concerning an associate or alumna member shall be made by a member in writing to the Fraternity Standards Director.

    2.   **Investigation.** The Fraternity Standards Director shall make such investigations as may be deemed necessary. If the Fraternity Standards Director determines that the complaint sets forth grounds for dismissal, the complaint shall be presented to Fraternity Council.

    3.   **Notification.** If dismissal may be justified, the Fraternity Standards Director shall notify the member of the reasons for the proposed dismissal and that the member may respond in writing within a stated period.

    4.   **Vote.** Fraternity Council shall vote on the dismissal of an alumna or an associate member who has transferred and not affiliated with a new chapter. In the case of an associate member who is still affiliated with a chapter, the chapter shall vote on dismissal and then send the recommendation to Fraternity Council. Prior to the date of the vote, the member or the chapter may present a written response to the Fraternity Standards Director. A three-fourths vote of Fraternity Council (and the chapter in the case of an associate member affiliated with a chapter) shall be necessary to dismiss the member.

    5.   **Action Taken.** The Executive Director shall send the member a notice of the action taken by Fraternity Council.

        a.   **Associate Member.** The Executive Director shall send the member a notice of the action taken by Fraternity Council and shall also send a notice to the District Director, the Fraternity Standards Director, the Standards Specialist, and the chapter.

        b.   **Alumna Member.** The Executive Director shall send the member a notice of the action taken by Fraternity Council and shall also send a notice to the District Director, the Fraternity Standards Director, the Standards Specialist, and the President of the local alumnae association.

    6.   **Return of Fraternity Property.** The member who is dismissed may surrender the Fraternity badge and certificate of membership and shall surrender all proprietary materials to Kappa Kappa Gamma Headquarters.

 **Kappa Kappa Gamma**

KAPPA KAPPA GAMMA FRATERNITY
STANDING RULES REVISION

**7.5 Establishing a New Chapter.**

A. Fraternity Council Decision to Establish a New Chapter.

    1. **Directed by Fraternity Council.** Fraternity Council and the District Director of the district involved in the receipt of an extension report shall vote on the question of proceeding with the establishment of a new chapter.

    2. **Establishment by Petition.** If the chapter will be established by petition, Fraternity Council shall request the group possessing the qualifications for membership to send a letter of petition signed by members of the group.

    3. **Housing Requirement.** If chapter housing is required as part of the extension process, the Finance Committee shall also file a report prior to the vote.

    4. **Vote Required.** A three-fourths vote is required for Fraternity Council to proceed with plans to establish a new chapter.

B. Initiation Into Membership in a New Chapter.

    1. All those whose names appear on the petition and all those pledged to membership in a new chapter shall be initiated as charter members provided they have fulfilled the requirements of the College Panhellenic Association and the Fraternity. A petitioner or a new member of a new chapter not initiated at the time of the installation of the chapter may be initiated at a later date as a charter member at the discretion of Fraternity Council.

    2. Other collegiate members of a petitioning group may be initiated provided they possess the qualifications for membership and have fulfilled the requirements for initiation. They shall become the first initiates of the new chapter.

    3. At the discretion of Fraternity Council, alumna members or sponsors of the petitioning organization may be initiated, provided such alumnae or sponsors have completed at least one year in the college or university, completed a period of Fraternity education, and met their financial obligations.

    4. Alumnae who did not attend the installation or first initiation may be initiated within a period of time established by Fraternity Council for such initiations. Some other chapter, specified by Fraternity Council, may initiate alumna members of a group that becomes a chapter. Such alumnae, initiated by proxy, shall become members of the original chapter.

**7.6 Chapter Standing.**

A. **Chapter Accountability.** If Fraternity Council believes a chapter is not maintaining adequate standards in the areas of scholarship, conduct, or finance or is failing to fulfill chapter responsibilities or reporting obligations, an investigation of the situation with appropriate follow-up shall be required.

    1. Procedures.

        a. Fraternity Council shall direct that an investigation be conducted.

        b. After reviewing the investigation report, a three-fourths vote of Fraternity Council shall be necessary to place a chapter on a Warning of Probation, Probation, or Suspension.

22.03

 **Kappa Kappa Gamma**

KAPPA KAPPA GAMMA FRATERNITY
STANDING RULES REVISION

    c.   Each of these actions is independent and need not be applied sequentially.

2.  **Warning of Probation.**

    a.   If Fraternity Council places a chapter on a Warning of Probation, Fraternity Council shall approve the expected improvement, period, and terms of the Warning of Probation.

    b.   The Fraternity President shall send the chapter a written notice of such warning.

    c.   The chapter's progress shall be evaluated on an ongoing basis under the direction of the District Director in consultation with Kappa Kappa Gamma Headquarters staff.

    d.   At the end of the period, the District Director, in consultation with Kappa Kappa Gamma Headquarters staff, shall provide a report to Fraternity Council and Fraternity Council will determine if the terms have been met.

    e.   A three-fourths vote of Fraternity Council shall be required to remove or extend the Warning of Probation, place the chapter on another action, or begin proceedings for the removal of the chapter.

3.  **Probation.**

    a.   If Fraternity Council places a chapter on Probation, Fraternity Council shall approve the expected improvement, period, and probationary terms.

    b.   The Fraternity President shall send the chapter a written notice of such Probation.

    c.   The chapter's progress shall be evaluated on an ongoing basis under the direction of the District Director in consultation with Kappa Kappa Gamma Headquarters staff.

    d.   At the end of the period, the District Director in consultation with Kappa Kappa Gamma Headquarters staff shall provide a report to Fraternity Council and Fraternity Council shall determine if the terms have been met.

    e.   A three-fourths vote of Fraternity Council shall be required to remove or extend Probation, place the chapter on another action, or begin proceedings for the removal of the chapter.

4.  **Suspension.**

    a.   If Fraternity Council votes to suspend the chapter, Fraternity Council shall determine the period, terms, and the status of members of the chapter.

    b.   The Fraternity President shall send the chapter a written notice of such Suspension.

    c.   While a chapter is suspended, campus conditions shall be monitored.

    d.   At the end of the period by a three-fourths vote, Fraternity Council shall remove or extend the Suspension, place the chapter on another action, or begin proceedings for the removal of the chapter.

 **Kappa Kappa Gamma**

KAPPA KAPPA GAMMA FRATERNITY
STANDING RULES REVISION

    e.   Requirements During Chapter Suspension. The chapter shall fulfill the following requirements during Suspension.

        i.   Chapter Responsibilities. The chapter shall pay all financial obligations, transfer chapter assets according to the current Fraternity financial policies, and send the chapter's charter, records, and archives to Kappa Kappa Gamma Headquarters.

        ii.  House Corporation or House Association Responsibilities. The house corporation or house association shall make satisfactory arrangements to settle all financial obligations, including mortgages due to the Fraternity or guaranteed by the Fraternity. They shall convey assets of the house corporation or house association according to the current Fraternity financial policies.

5.  **Notification.**

    a.  **Warning of Probation.** A notice shall be sent to each member of Fraternity Council, the District Director of the district where the chapter is located, each Content Director, the Content Specialists of the district where the chapter is located, standing committee chairmen, each Advisory Board member of the chapter, each House Board member of the chapter, and the leadership of the local alumnae association(s).

    b.  **Probation and Suspension.** A notice shall be sent to each member of Fraternity Council, the District Director of the district where the chapter is located, each Content Director, the Content Specialists of the district where the chapter is located, standing committee chairmen, each Advisory Board member of the chapter, each House Board member of the chapter, each alumna member of the chapter, and the leadership of the local alumnae association(s).

B.  **Removal of Chapter.** Fraternity Council shall initiate and supervise the removal of a chapter. A chapter may or may not have been on a Warning of Probation, Probation, or Suspension prior to the vote of Fraternity Council to proceed with removal.

    1.  **Reasons for Removal.** The process may be initiated for any of the following reasons.

        a.  If a chapter fails to show sufficient evidence of the improvement required at the close of a Warning of Probation, Probation, or Suspension.

        b.  If a chapter fails to comply with the requirements and procedures of the Fraternity *Bylaws*, *Standing Rules*, and *Policies.*

        c.  If the general conditions of a chapter are below the standards of the Fraternity after efforts to improve have failed.

        d.  If the best interests of the Fraternity will be served by the removal of a chapter.

    2.  **Unfavorable Conditions.** If circumstances exist within a chapter or in a college or university that make the continuance of a chapter undesirable, a Fraternity representative(s) shall contact the chapter and the administration of the college or university where the chapter is located to make an investigation of conditions


### Kappa Kappa Gamma

that may warrant removal of the chapter. A report shall be made to Fraternity Council.

3. **Initiating the Removal of a Chapter by Fraternity Council.**
   a. Upon consideration of the report, Fraternity Council shall vote on the question of initiating the procedure for removal of the chapter. A three-fourths vote shall be required.
   b. A member of Fraternity Council or the District Director of the district where the chapter is located shall notify the chapter in person of Fraternity Council's decision to proceed with the removal of the chapter. If in-person notification is not possible due to extenuating circumstances, an alternate notification method may be used instead.
   c. The Executive Director shall send a notification of the action taken by Fraternity Council that details the reasons for the action and the date set for the vote on the removal of the chapter to each District Director, each Content Director, each Content Specialist in the district where the chapter is located, standing committee chairmen, each Advisory Board member of the chapter, each House Board member of the chapter, each alumna member of the chapter.

4. **Vote to Remove a Chapter.**
   a. Those entitled to vote on the removal of a chapter shall be each District Director, each Content Director, each Content Specialist in the district where the chapter is located, and each standing committee chairman. A three-fourths vote shall be required.
   b. Notice shall be sent to those members eligible to vote at least 30 days prior to the date for the close of voting. The notice shall include the reasons for the action and the date(s) for voting.
   c. Voting may be conducted by mail or by utilizing an internet-based electronic voting system.
      i. Mail. The official ballot and voting instructions shall be mailed at least 14 days prior to the date set for the return of the ballot.
      ii. Electronic Voting System. Instructions for voting shall be sent 14 days in advance of the final day for voting.
   d. The Executive Director shall be responsible for all acts that are necessary, desirable, or appropriate to conduct the vote and to report the results to Fraternity Council, consulting with the Fraternity's legal counsel in performing these duties as may be necessary.

5. **Notification.**
   a. If the required vote for the removal of a chapter is obtained, the chapter shall be deemed removed without further action by the Fraternity as of the date on which the Executive Director certifies the result or such other date, if any, specified in the ballot.
   b. The Executive Director shall, upon certifying the result, immediately send a notice of removal of the chapter that includes the result of the vote to

22.03

 **Kappa Kappa Gamma**

KAPPA KAPPA GAMMA FRATERNITY
STANDING RULES REVISION

each collegiate member of the chapter, each alumna member of the chapter, each Advisory Board member of the chapter, each House Board member of the chapter, each member of Fraternity Council, each District Director, each Content Director, each Content Specialist, standing committee chairmen, special committee chairmen, each chapter President, each alumnae association President, the administration of the college or university where the chapter is located, and others as determined by Fraternity Council.

c.   If a three-fourths affirmative vote is not obtained, the Executive Director shall immediately send the results of the vote to each member of Fraternity Council, each District Director, each Content Director, each Content Specialist in the district, standing committee chairmen, each Advisory Board member of the chapter, each House Board member of the chapter, each collegiate member of the chapter, and each alumna member of the chapter with notification from Fraternity Council stating the status of the chapter.

6.   **Status During Removal.** During removal, the chapter shall be ineligible to recruit for membership in the Fraternity, initiate members into the Fraternity, or be represented by a delegate to a Convention.

7.   **Requirements During Chapter Removal.** The chapter shall fulfill the following requirements during removal.

a.   **Chapter Responsibilities.** The chapter shall pay all financial obligations, transfer chapter assets according to the current Fraternity financial policies, and the District Director shall take charge of the chapter's charter and archives and transfer them to Kappa Kappa Gamma Headquarters.

b.   **House Corporation or House Association Responsibilities.** The house corporation or house association shall make satisfactory arrangements to settle all financial obligations, including mortgages due to the Fraternity or guaranteed by the Fraternity. It shall convey assets of the house corporation or house association according to the current Fraternity financial policies.

## 8.0 Amendments

**8.1 Amendment of Standing Rules.** These standing rules may be amended at any Convention by a majority vote provided that the amendment has been submitted in writing with a notice of three months prior to Convention or by a two-thirds vote without notice.

# # #

 Kappa Kappa Gamma

Kappa Kappa Gamma Fraternity
Notice of Amendment to the
*Articles of Incorporation*

Pursuant to Article XXIX of the Kappa Kappa Gamma *Bylaws* requiring a notice of three months for amendments to the *Articles of Incorporation*, notice is hereby given that the amendments attached hereto will be presented for consideration by the voting members of the Biennial Convention meeting June 23–26, 2022.

Kari Kittrell Poole, Executive Director
March 16, 2022

Attached:
Proposed Amendments to the *Articles of Incorporation*

1

22.03



## Kappa Kappa Gamma

| Kappa Kappa Gamma Fraternity *Articles of Incorporation* |
|---|

**Amendment 1.**

Amend Item F of the THIRD article by:
1. Striking out the words "promote the establishment and growth of" and inserting the words "provide opportunities for engagement throughout the lives of."

2. Striking out the word "associations" after "alumnae."

| Current Wording | Amendments to Current Wording | If Adopted, Will Read |
|---|---|---|
| The Corporation is formed for the following purposes: . . . <br><br> F. To promote the establishment and growth of alumnae associations and encourage participation of alumnae in the Fraternity programs; and | The Corporation is formed for the following purposes: . . . <br><br> F. To ~~promote the establishment and growth of~~ provide opportunities for engagement throughout the lives of alumnae ~~associations~~ and encourage participation of alumnae in the Fraternity programs; and | The Corporation is formed for the following purposes: . . . <br><br> F. To provide opportunities for engagement throughout the lives of alumnae and encourage participation of alumnae in the Fraternity programs; and |

**Rationale:**
One of the priorities of the Fraternity's strategic plan is member engagement. Changing the language in this section emphasizes engagement opportunities for all members, not just those belonging to an alumnae association.

22.03

# ATTACHMENT 6

# Kappa Kappa Gamma

BYLAWS AND STANDING
RULES REVISIONS 2022: FAQS

## CONTENTS

Fraternity Documents Revision.................................................................................................. 2

Voting Process/Parliamentary Procedure ................................................................................. 3

Fraternity Nominating Process/Term Limits............................................................................. 4

Finances ..................................................................................................................................... 7

Chapter Officer Structure ......................................................................................................... 13

Diversity, Equity and Inclusion.................................................................................................. 18

Miscellaneous ........................................................................................................................... 19

 **Kappa Kappa Gamma**

BYLAWS AND STANDING
RULES REVISIONS 2022: FAQS

**FRATERNITY DOCUMENTS REVISION**
**Why did we revise the documents?**
We did not have a chance to make amendments in 2020 due to COVID-19. We had quite a few
amendments at that time scattered throughout the documents. The last full revision of the
documents was in 2004. We wanted to improve the documents and make them work better
together so our organization can operate more efficiently and effectively moving forward.

**What was the process for revising the documents?**
The Bylaws Committee met for over 100 hours with our Parliamentarian and focused on
improving the overall organization of the documents. We accepted amendments as per our
*Bylaws* and major changes were highlighted in the Bylaws Committee Report.

We are looking to be transparent about the changes made. Based on the advisement of our
Parliamentarian, things were moved throughout the Fraternity documents so they live in the
appropriate place. That is why we are not able to provide redline versions of the documents.
We wrote new documents. We did not edit the old ones. However, we are working on
providing a resource to show where things have moved throughout the documents. We aren't
trying to hide any changes to the documents, just make them work with our current
organization.

**Could we get a current version of the Fraternity *Bylaws* so we can compare the changes?**
The current documents are available on the Kappa website. In addition, we are working on
providing a resource to show where things have moved throughout the documents. The
documents can be found by searching "Fraternity *Bylaws*" and "Fraternity *Standing Rules*" on
the Kappa website.

**Who is communicating these changes to the general membership?**
Delegates should review the proposed revisions to the Fraternity *Bylaws* and *Standing Rules*
prior to arriving at Convention. Additionally, they should seek input from the members they are
representing. That is the role of the voting delegates, such as alumnae association Presidents
and chapter Presidents. Voting delegates should share the proposed changes with their
organization so they can make recommendations on how the delegate should vote to represent
them.

These documents are available on the <u>Convention website</u> so any member can see them.

**Are the Fraternity policies amendable?**
Adopting amendments to the Fraternity *Bylaws* and *Standing Rules* are subject to vote by the
delegates of the membership body. However, Fraternity *Policies* are not. Policy revisions are
submitted to the Fraternity Council, who then reviews and votes on them during the biennium.
Policies are meant to be more nimble by design as they come into play more at the procedural
and process level.

 **Kappa Kappa Gamma**

BYLAWS AND STANDING
RULES REVISIONS 2022: FAQS

**VOTING PROCESS/PARLIAMENTARY PROCEDURE**

**What will the voting process look like for the revised documents?**

A revision is a new set of *Bylaws/Standing Rules*. Each article, section, or paragraph within a revision document will be open to amendment. Any amendment brought forward is introduced, is debatable, and shall require a majority vote for adoption. When all amendments to a revision document have been considered, the main question on substituting the revision — as amended — for the current document (*Bylaws* or *Standing Rules*) is taken up, debated, and the vote taken. A two-thirds vote is required to adopt the *Bylaws* revision and a majority vote to adopt the *Standing Rules* revision. Since the revisions to both documents rely heavily on each other, if the *Bylaws* fail, the motion on the *Standing Rules* will not be considered.

**What does the amendment process look like?**

Amendments are limited to Convention delegates. Please see the Convention Standing Rules for more information.

All amendments of more than six words shall be submitted in writing on the official motion form and forwarded to the presiding officer by the Pages. The signature of the maker and the seconder presenting the amendment and their Convention status must be included on the form. Official motion forms may be obtained from the Kappa Koncierge desk or the Pages.

Amendments must be submitted by 12:30 p.m. PT on Friday, June 24, using the form provided at the Kappa Koncierge desk. We are encouraging members to submit amendments to the Bylaws Chairman and the committee so they may help the member with the wording and placement of the amendment into the document so that it flows with the rest of the documents. You may email proposed amendments to meredith.perlman@kappa.org but you still need to submit the form at Convention.

**Why can amendments not be submitted as the discussion proceeds?**

The rules that were established for Convention state that amendments must be submitted in advance, no later than 12:30 p.m. PT on Friday, June 24. This deadline falls after the Bylaws Forum session that will be hosted onsite during Convention.

This year is different since we are doing a full revision of the documents. Because of the major changes, we are asking that they be submitted in advance so that the Bylaws Committee can be prepared to review any proposed amendments, and so that the Committee can work with the submitters to refine amendments and ensure they work within the revisions.

Finally, time is also an issue that led to this decision. We anticipate the business meeting in which the revisions are discussed to run longer than usual since we are voting on revised documents. Submitting amendments in advance will help to make the meeting run more efficiently and cut down on the time that members would be forced to sit through the behind-the-scenes work that takes place in order to present an amendment to the Convention body.

 **Kappa Kappa Gamma**

BYLAWS AND STANDING
RULES REVISIONS 2022: FAQS

Voting members will be allowed to amend the previously submitted amendments during the business meeting but any new amendments will be ruled out of order.

**What happens if the revised documents do not pass?**
We would revert to the 2018 Fraternity documents and the next chance for any amendments to those documents would be 2024.

**During the discussion in the business meeting, can delegates still present motions to what is being discussed?**
The answer is yes and no. A motion to amend a revision document must be submitted by 12:30 p.m. PT on Friday, June 24, in order to be considered during the business meeting. While an amendment to a revision is being discussed, it may be amended; that is the "yes" part of the answer. However, additional amendments to a revision document cannot be presented; that is the "no" part of the answer.

**Please provide a timeline for revisions to the amendments and for new amendments. How and when are resolutions submitted/due?**
Please review the Convention Standing Rules for these details.

A motion to amend a revision document must be submitted by 12:30 p.m. PT on Friday, June 24, in order to be considered during the business meeting.

FRATERNITY NOMINATING PROCESS/TERM LIMITS
**What is the rationale for electing officers and District Directors prior to Convention?**
We reviewed what other volunteer-based groups are doing and found that this is a very common practice. Given the scale of our organization, there is a lot of information needed to successfully transition, which is critical to the success of our organization. This allows new officers to shadow the outgoing officers and be thinking about appointments for the upcoming biennium so that those appointments can happen earlier. Having appointments happening weeks after Convention has not served our chapters well when many go back to school in early August.

It's important to note that under the current structure, the new officers transition into their roles immediately and are asked to make important decisions with no time for transition or training. This change would allow our officers to better serve our membership. It's important to note that newly elected officers will not preside over the Convention a few weeks later, they would be installed at the end of the Convention and begin their terms after installation.

Since this vote would be conducted virtually, more of our association delegates would be able to vote and have a voice in our elections process if they are unable to fund Convention attendance for their delegate.

 **Kappa Kappa Gamma**

BYLAWS AND STANDING
RULES REVISIONS 2022: FAQS

**Who is eligible to vote since we are voting prior to Convention?**
There has not been a change to who is an eligible voter in the revision process, aside from the removal of voting rights for Field Representatives. Below is who is able to vote under the revised *Bylaws*:

Voting Members. The voting members of the Convention shall be composed of the following Fraternity members who are registered delegates: 1. Fraternity Council members 2. District Directors 3. Chairmen of standing committees 4. Content Directors 5. One delegate from each chapter 6. One delegate from each alumnae association.

**Is the District Director term limit for serving in the same district or any District Director appointment/any district?**
It's the latter. District Directors are elected to the position, and Fraternity Council appoints them to a district, which may stay the same or be a different district.

**How will additional nominations be handled if slating takes place prior to Convention?**
Open nominations from eligible voters would still be permitted. Per the Fraternity Bylaws, Article VII. Section 1. D, there will be at least five days after the slate is announced for additional nominations to be submitted. If someone is eligible, qualified and willing to serve, they would then be added to the ballot.

**When will election results be announced?**
The results of the election will be announced prior to Convention to allow for officer transitions before Convention. New officers and District Directors are installed at the close of Convention. This also allows for a greater time of leadership transition.

**Why are we eliminating debate on nominees?**
We do not allow for debate on nominations currently. When there is a nomination from the floor, the nominator may say a few comments about the nominee at Convention Hall, but that would be the extent. There has not been any further debate on a nominee.

Since elections would take place at least eight weeks prior to General Convention, this would provide all alumnae associations the opportunity to have a vote and voice in the process since the vote would be electronic. They would not have to attend General Convention in order to vote in elections.

**Will the Nominating Committee process remain the same?**
The Fraternity Bylaws, Article VII and Fraternity Standing Rules, Rule 7. 1 detail the committee selection and process. There will be an application process to serve on the Leadership Selection Committee (LSC). The Leadership Education and Development (LEAD) Committee reviews applications and makes recommendation to Fraternity Council, who appoints members of the LSC. Just as we do currently, the active and alumna members of the committee switch for

22.05

 **Kappa Kappa Gamma**

districts in alternating biennia. LSC members will be selected based on their skills, representing a variety of chapters, alumnae and other experiences.

LSC members are known throughout their tenure and will receive significant training on the Fraternity, current needs and trends in higher education, and diversity, inclusion, and bias. The LSC will present the nominations at least 10 weeks prior to Convention. Following the publication of the report, open nominations from eligible voters shall be in order for at least five days provided the consent of the nominee has been obtained and the member is qualified.

**What is the difference between the LSC and the LEAD Committee?**
LSC focuses on nominating Fraternity officers and District Directors who are elected. The LEAD Committee helps in identifying, recruiting, cultivating, and training of all volunteers. LSC members will be selected based on their skills, representing a variety of chapters, alumnae and other experiences.

Unlike the current Nominating Committee, LSC members are known throughout their tenure and will receive significant training on the Fraternity, current needs and trends in higher education, and diversity, inclusion, and bias.

**Why is the Nominating Committee name changing to the Leadership Selection Committee? This seems like it has the effect of cutting Kappa members out of the election process.**
Given that the new version of the Nominating Committee will be doing their work for more than a year, we felt it important to identify a name that better signifies the breadth and depth of their work. General members have never been able to vote in the election for Fraternity Council and District Directors. Only chapter and alumnae association delegates may vote. The LSC will release their report (often referred to as the slate) similar to how it's always been done so there will be good awareness as well as communication directly to delegates. One of the many advantages to voting prior to Convention is that all alumnae associations will be able to vote, not just those that are able to attend Convention. "Nominations from the floor" will also still be in order.

**What happens if a vote does not end in a majority vote for a Fraternity Council and District Director position?**
The election provision in the revised *Bylaws* is: "The election shall be completed at least eight weeks prior to the Biennial Convention."

If there is no election in any one office, voting again for that office must take place.

Fraternity Council in setting the timeline for the election should allow for the possibility of reballoting in one or more positions. With online voting, this should not be a problem.

 **Kappa Kappa Gamma**

BYLAWS AND STANDING
RULES REVISIONS 2022: FAQS

**What does it mean for a member to be qualified to serve?**
Per the Fraternity *Bylaws*, a member is qualified to be considered for an elected position if they are an alumna member in good standing. A member is eligible for election to a District Director position or Fraternity Council if they have served Kappa within 10 years prior to election as a member of Fraternity Council, Regional or Province Director, District or Content Director, Content Specialist, chairman or member of a Fraternity standing or special committee, Fraternity Council Assistant, Field Representative, or member of the Foundation Board of Trustees.

If the revision is adopted, anyone who has served on the Fraternity Housing Corporation within the past 10 years will also be eligible to serve.

**FINANCES**
**What are the changes that are proposed related to fee increases?**
The Fraternity Bylaws, Article VIII. Section 3 discusses the proposed fees. The following have been proposed:
- $10 increase making per capita fees for alumna members $35.
- $10 discount for young alumnae (between zero and five years out) and senior alumnae (more than 65 years post-initiation) making per capita fees for these members $25.
- $5 increase to making per capita fees for collegiate members $97.
- An annual cost of living adjustment, beginning July 1, 2023.

**Why are we raising fees?**
The Fraternity Finance Committee recommended this change to Fraternity Council. The increase is necessary for Kappa to continue to provide the level of service members expect and deserve as well as invest in the future of the organization. This is especially critical in a period when collegiate member numbers are decreasing across Greek life, costs are rising, and strategic initiatives (e.g., enhanced alumna engagement programs) are set to launch. There must be a dues increase to navigate these circumstances while keeping pace with the needs of the organization.

**What value is being provided to alumnae with the dues increase?**
Per capita fees (alumna dues) are paid to the international organization to invest in the creation of engagement opportunities for members throughout their lifetime, the organizational infrastructure of Kappa Kappa Gamma, and to ensure future women can experience our sisterhood. It is important to note that with 243,000 living members, 238 associations and 142 chapters, Kappa Kappa Gamma must have sufficient operating dollars in order to ensure a holistic experience.

With the payment of per capita fees, members receive full membership benefits and alumnae associations receive:
- <u>Volunteer and professional staff support:</u> Covers the cost associated with training, recruiting volunteers, and employing staff, including the Alumnae Experience

 **Kappa Kappa Gamma**

BYLAWS AND STANDING
RULES REVISIONS 2022: FAQS

Department, and covers any costs culminated by volunteers and staff when managing the business of the Fraternity (e.g., travel).

- <u>Access to technology:</u> Covers the costs to essential technology platforms to run the business of the Fraternity, including but not limited to *KeyReports*, OmegaOne, kappa.org, the membership database, and the online learning platform.
- <u>Expertise:</u> Access to legal, financial and insurance partners as well as the National Panhellenic Conference, all of whom provide valuable industry expertise to associations and the organization as a whole.

With the fee increase, we will be able to focus on alumnae associations and look at what works in the association model. With this information, the Fraternity will be able to provide more focused support for associations. Fraternity Council has put a strategic focus on the alumna experience. As a result, the Alumnae Experience Department was created just three years ago. Since then, we have been looking at what our alumnae want as well as how to engage our disengaged members and best support our volunteers.

In addition, we have hosted several successful programs recently, such as our four Fleurish virtual events, Career Academy, and Wellness Wednesdays. These are just some examples of what we have done.

**If we tie fees to a cost-of-living adjustment (COLA), where is the motivation to improve and become more efficient?**
The Fraternity is certainly committed to making the most of its resources, including finding efficiencies. The premise of making COLA adjustments is to maintain a standard of operations, accounting for facilities, utilities, taxes, staff salary, supplies, etc. The effects of inflation mean that the purchasing power of a dollar today may not remain consistent from one year to the next. If no adjustments were made to respond to fluctuations in inflation, even the most efficient organization would struggle to maintain the same standards of operations and recruit and retain staff with the same amount of income, which can (and in some cases already has) necessitate making budget cuts and reducing those services. By using the CPI to make COLA adjustments, the Fraternity can stay in step with those changes. This is also a common practice with organizations and companies of all sizes.

**If COLA increases, will the dues automatically increase each year?**
Yes. The fees will likely increase every year. For example, if the Consumer Price Index for All Urban Consumers (CPI-U) is 1%, the $97 active fee would increase by $1 and the $35 alumna fee would not increase. If inflation is zero, there would be no increase. We are hopeful that our members will see that the COLA increases are more incremental than how they might end up if they were subject to debate and change every two years at Convention.

**How is Kappa supporting alumnae associations?**
We are constantly listening and incorporating technologies to help our associations function more efficiently, but this also does come with costs. In regard to **Dues Direct**, associations can

 **Kappa Kappa Gamma**

BYLAWS AND STANDING
RULES REVISIONS 2022: FAQS

pull their membership roster at any time (it updates in real time) and it has a column to show any member living in their ZIP codes who has paid Dues Direct. They can then go and solicit those members to join their association and simply pay local dues. Additionally, it shows the last time the record was updated so they can solicit alumnae who have moved to their area. We continue to also work with OmegaOne to improve their association websites and templates.

In terms of trainings, we rolled out the new **Fraternity Leadership Institute** last year. This was open to EVERY volunteer in the workforce, including ALL association officers. We have continued training and learning opportunities through the **Fraternity Leadership Series,** which offers monthly programming. Again, these are available to every volunteer in Kappa's workforce. These programs provide opportunities for training, idea sharing, support, etc., on a more global level. Our alumna relations team also has offered town halls and training opportunities. We send out a quarterly newsletter to all association officers with trainings, information and updates. All of this takes time from volunteers/staff and money.

And yes, we want to ensure we are engaging all alumnae and continuing to support our alumna associations. The **alumna survey** we conducted gave us great feedback on why individual alumnae may not choose to participate in an association, so we are rolling out programming (Fleurish, Career Academy, Wellness Wednesdays, etc.) to try to reengage their membership and hopefully boost dues-paying members at both the Fraternity and the local level. Phase two is to audit our alumnae association model to ensure we are supporting and operating our associations in the best way. The hope is this dues increase will allow us the funds to tackle a project like that while also continuing the day-to-day support we offer the associations.

**Can we reproportion the fees among alumna and collegiate members? Why is the alumna dues increase different?**
Historically, we have relied heavily on dues from our collegians to cover all Fraternity expenses. In the last two years especially, we have seen how this model has presented incredible challenges:
- We've faced the effects of COVID-19 on higher education.
- We've seen opposition to sororities through movements like Abolish Greek Life.
- This is on top of a multiyear trend of decreasing college enrollment.

Another point we must bear in mind is that the Fraternity expanded rapidly over the past 50 years with 43% of all active chapters having been chartered since 1970. Once established, collegiate numbers tend to stay level due to the fact that this membership stage lasts for only a few years, whereas the number of living alumnae increases exponentially as more and more members leave school and remain alumnae for life. The demand for infrastructure and services to support the needs of our alumnae has long since outpaced the per capita fees that they have historically paid and our financial structure needs additional alumna support. So, we are focusing on reengaging more alumnae and, therefore, rebalancing the organization to fit the needs of all members.

 **Kappa Kappa Gamma**

BYLAWS AND STANDING
RULES REVISIONS 2022: FAQS

**Why are we not allowing debate on fees among the Convention body?**
Removing the need to have a Convention body vote in order to change fees is critical for Kappa to continue to provide the level of service the members expect and deserve as well as invest in the future of the organization. This is especially critical in a period when collegiate member numbers are decreasing across Greek life, costs are rising and strategic initiatives, like enhanced alumna engagement programs, are set to launch. There must be a dues increase to navigate these circumstances while keeping pace with the needs of the organization.

With COLA being calculated on Jan. 1, everyone will be notified of the fees by Feb. 1. This will help both chapters and associations to budget more easily, which has been a source of frustration for associations in particular in the past. This means we are letting everyone know much earlier what will be owed, but that increased fee will not raise until July 1, in alignment with the start of the new fiscal year. It also helps the Fraternity budget more easily for programs for the following year since the anticipated income from the per capita fee is known by Feb. 1.

In addition, removing the need to do a Convention vote on fees at each Convention allows the fees to increase more incrementally annually rather than implementing larger increases every four to six years.

**Why are we tying fee increases to COLA?**
Tying fee increases to COLA allows for income to increase in proportion to expenses so Kappa can continue to provide a consistent level of services from year to year. In addition, this means that fee increases are determined at the beginning of each new calendar year so our chapters and associations may factor the cost of living adjustment into their future budgets. Tying the increase to COLA should also minimize the need for large fee increases periodically.

**Which other National Panhellenic Conference (NPC) groups use COLA and whom?**
Tri Delta and Gamma Phi Beta both use COLA. NPC has also instituted incremental fee increases without a membership vote. Many other groups are considering it. Additionally, when we considered the raise to alumna dues, we looked to other nonprofit groups and what they are doing. Associations have been asking for help with future budgeting. This allows them to know sooner what a budget increase would be.

**Can the per capita fee ever be increased above the COLA?**
Yes, but it would take an emergency action by Fraternity Council to do so. A Convention vote could also have this result.

**What is the impact of the COLA increase on association fees?**
Members will need to pay the per capita fee still to the association, and association dues may increase as a result.

 **Kappa Kappa Gamma**

BYLAWS AND STANDING
RULES REVISIONS 2022: FAQS

However, an increase in fees does mean more funds available that the Fraternity is able to devote to supporting alumnae and our associations.

We're hopeful that the association members will understand that the Fraternity costs have increased exponentially. Also, in the next biennium, we will be focusing on alumnae associations and will look at what is working and what is not. In that way, we will be able to provide better, focused support to our associations.

**Why can't the proposed fee increase be voted on by delegates at Convention and, if passed, be implemented in the next, not immediate fiscal year?**
We've set our 2022–23 operating budget based on the $10 increase for alumnae and $5 for collegiate members. To set a budget with these fee increases to take effect a year from now would be financially impossible given our current environment of rising costs of doing business. However, the COLA, which will take effect in fiscal year 2024, is for this very purpose: to manage ongoing per capita fees so that all members have complete fee transparency and can budget a known number.

**If we keep increasing fees, how do we keep young alumnae engaged?**
We do provide a discount for young alumnae. However, our focus for the next biennium is to concentrate on this area and supporting alumnae associations. We would like to use our increased funds to focus on alumnae, keeping them engaged, and reengaging our many alumnae who are not currently actively involved in Kappa.

**Why are we not paying for advisers to attend Convention?**
The role of the adviser at Convention has shifted. Chapter advisers are not voting delegates. Ultimately, Convention is for conducting the business of the Fraternity. In addition, we are no longer providing adviser-specific training there. That training has been shifted to a different conference (Kappa Leadership Conference) that advisers now attend along with their advisees.

**What is the total amount of revenue the Fraternity receives from alumna dues?**
About $400,000 each year.

**What is the projected amount of dues revenue from alumnae if the changes pass?**
Just shy of $500,000.

**How many alumnae pay dues each year?**
An average of 15,000 alumnae pay dues each year, which is only between 6%–7% of alumna members.

**Why is the Fraternity budget not submitted for vote to the Convention body?**
Prior to the 2018 Convention, the Fraternity *Bylaws* required a vote by the Convention body to approve the Fraternity budget. In 2018, effective for the 2019 fiscal year, the Convention body adopted an amendment that removed approval of the Fraternity budget as an item of business

 **Kappa Kappa Gamma**

BYLAWS AND STANDING
RULES REVISIONS 2022: FAQS

at Convention. When the budget was presented for a vote, it was based on a two-year forecast. Trying to determine revenue and expenses two years out made budgeting incredibly difficult. That was the main impetus for changing the Fraternity *Bylaws* to not having the Convention body vote on the budget. The Fraternity Treasurer does a budget presentation to the Convention body. The budget is recommended by the Finance Committee and approved by Fraternity Council now.

**Can you provide detailed financials to support the per capita increase? How will we know how the money is being spent?**
The Fraternity budget (this year's and last year's) will be presented at Convention along with other relevant Convention information. The financials are presented at Convention and will be posted to the site. It is our goal to invest in our alumnae and associations, keep members engaged, and fund the Fraternity's strategic plan. This dials into both infrastructure as well as meeting members where they are and being part of all members' lives regardless of their life stage. Through the alumna engagement team and other volunteers, we are working in earnest to ensure our membership experience is meaningful throughout our members' lives. The goal is to fund our organization moving forward into the next 152 years.

**Can you provide more transparency on how Fraternity funds are being spent?**
It is our goal to be transparent with how Fraternity funds are being spent. We want to continue to communicate and reach our members to share updates on what is happening with the Fraternity, including how dues are being utilized. We are looking into how we best reach our alumnae throughout their lives: *The Key*, social media, email, etc. All of this plays into the reengagement and continued engagement of our alumnae and we absolutely plan to include these types of messages as we move forward. In addition, the Fraternity budget (for the upcoming two fiscal years) and the financial reports from the prior two fiscal years will be presented at Convention.

**Why is the per capita fee increasing when membership numbers are declining?**
We want to make sure that Kappa is around for another 152 years and remains sustainable, so we need to invest in Kappa now more than ever. We do not want to cut programs or other corners. We feel this increase is needed to keep our budget operational. In particular, we need to invest in our alumnae in order to reengage them as we have been doing and as we will be moving forward.

**Could dues be frozen for members over the age of 65 years of age versus years of membership?**
Not every record has a birthdate for our members but every record does have an initiation date. We want to ensure we are providing the most accurate lists to our associations and members on who would fit into this category, so we need to use initiation date versus age simply due to the information we have.

 **Kappa Kappa Gamma**

BYLAWS AND STANDING
RULES REVISIONS 2022: FAQS

We would have to consider the financial impact, but the goal with the 65-year and young alumna discounts was to recognize that these members are on a more fixed income.

**Does Kappa and the Kappa Foundation have annual report requirements as part of their nonprofit status? Where are those reports posted?**
Both groups have filing requirements. The Fraternity 501(c)(7) and the Foundation 501(c)(3) are both required to file a Form 990 with the IRS. Those 990s can be found on sites like irs.gov and candid.org.

Our annual reports are reflected in our 990s.

**What has been done to decrease Kappa Headquarters' expenses?**
The Finance Committee and Budget Committee have worked very hard the last several years to reduce expenses in every category and we have been successful in reducing some expenses. Additionally, we reduced travel for volunteers and staff, sublet a space at Kappa Headquarters, underwent overall cost reduction of projects and operating expenses, and held more virtual meetings. We have done numerous detailed reviews of every expense line within the budget.

CHAPTER OFFICER STRUCTURE
**Why are we changing the chapter officer structure?**
This change is a result of direct feedback from our collegians. In spring 2017, we surveyed chapter members, advisers, and Fraternity volunteers and heard their feedback on the need for improvements to the chapter leadership structure. Fraternity Council added this as a priority to the strategic plan and directed the Chapter Services Department and volunteers to craft and pilot the proposed structure. In addition, in 2018, a resolution from the Convention body was proposed to review the chapter officer structure. The resolution was not adopted at that time as the proposed structure was already in the planning stages. It is important to note that this resolution was proposed by Fraternity volunteers who recognized the need for change.

Our chapters' needs, operations, priorities, dynamics and sizes are unique to their chapter and campus. We heard from our chapter members that a more sustainable leadership model was a necessity. Based on this as well as the feedback from the survey in 2017, we created a flexible chapter leadership structure to meet the needs of our chapters and members, which we have been piloting since 2018 in select districts. This new structure aims to enhance and build stronger chapters, meeting the needs of chapters and our members while providing relevant and skill-building opportunities that translate to post-graduate life.

**Can you provide more information on resources and training that will be provided? How will Advisory Boards get help condensing their boards?**
Be sure to review the proposed structure officer resources on the Kappa website. These resources will give you more in-depth information on the proposed officer structure and the timeline of training.

 **Kappa Kappa Gamma**

BYLAWS AND STANDING
RULES REVISIONS 2022: FAQS

Leading up to Convention, these resources are available 24/7 so that delegates may understand the proposed changes and the timeline for the rollout if passed at Convention. Based on feedback from these town halls, we will evaluate if further discussion opportunities are needed.

If approved by the Convention body, we will send out an email in early July inviting chapter Presidents, Advisory Board Chairmen, and Chapter Council Advisers to learn more about the structure at a virtual training at the end of July and in August. Additionally, the process for sharing this change with their chapter, how to choose an officer structure, and how to get it approved will be shared.

In August and September, the Nominating Committee Chairman and advisers will attend a virtual Nominating Committee training to learn more about the nomination process.

Chapters already piloting the structure are welcome to attend that virtual training and will continue to operate in the structure. A separate conversation will be held for Official Family members so they understand how their role is evolving as well.

Advisory Board Chairmen will also learn about condensing their boards during these meetings.

**How would the positions that the chapter should/would adopt be determined?**
Should the proposed chapter officer structure be adopted at Convention, chapter Presidents and Chapter Council Advisers will attend a training in July or August (based on when they start school and availability) to learn about how to choose their structure. The chapter will determine which director positions to fill by considering their priorities, needs, and size. Once they choose their structure, it will be reviewed and approved by the Leadership Development Specialist. They will also need to vote on adding it to their chapter documents.

In addition, we have suggested applications of the structure based on chapter size that chapters can use as a starting place to determine their structure.

**What will the role of Academic Excellence Specialists be once the Vice President-Academic Excellence role changes?**
The academic excellence officer role will not be under standards. Rather, if the chapter chooses to elect an Academic Excellence Director, they will be a member of the Internal Affairs Department and managed by the Vice President Internal Affairs.

The role of the Academic Excellence Specialist will not change. In this example, the Academic Excellence Specialist will continue to share their expertise of academic support and resources with the chapter Academic Excellence Director. The Vice President Internal Affairs will act in a manner similar to how the chapter President currently acts and will provide support and mentorship to the chapter Academic Excellence Director in an effort to oversee all operations specific to member support and expectations.

22.05

 **Kappa Kappa Gamma**

BYLAWS AND STANDING
RULES REVISIONS 2022: FAQS

**How will it work with smaller Executive Boards?**
We believe new initiatives will be handled even more effectively by a smaller Executive Board of seven officers. We saw that chapters piloting the proposed structure were able to pivot more quickly and effectively when the COVID-19 shutdown started in 2020 due to the smaller and streamlined nature of the board.

Additionally, Executive Board will receive focused training on how to strategically think and goal set on new initiatives. This structure is built to encourage executive leaders to think strategically, which allows them to focus on enhancing the membership experience rather than just executing day-to-day tasks.

**What is the role of Content Specialists in the new structure?**
The role of the Content Specialist will not change, and they will still work directly with the director, vice president, or chapter President they are assigned to work with.

Additionally, we are setting up the vice presidents as the first line of support for questions from their directors. Our hope is to allow Content Specialists to be utilized in more strategic ways and in situations that require their unique expertise and to enable chapter officers to search for questions from their resources first. Content Specialists will continue to support their content area and align with the chapter director roles.

**How do we prevent burnout in officers/leadership in the new structure?**
The intention of the proposed structure was to spread the workload and responsibilities while empowering more members to get involved. For example, the chapter President is currently tasked with managing a Chapter Council of 15 officers. In the proposed structure, the chapter President would manage six vice presidents who, in turn, manage their own departments of around one to five directors.

Similarly, the Vice President-Standards is now the chapter Standards Director. We have heard feedback and seen the current Vice President-Standards position has become overwhelming. This shift is to focus on their role as managing the member support and accountability process in coordination with the other Standards Committee members.

For smaller chapters, we know that fewer members likely means fewer members to be officers. We are actively working on streamlining leadership resources for vice presidents who will be taking on all or most of the department's workload. We currently have chapters that are combining positions, and we believe these resources will help to spell out and give structure to their role so they and their chapter members may enjoy a robust and supportive experience.

**How does the new chapter officer structure affect Advisory Boards?**
The chapter officer structure will result in more sustainability and more consistency for our Advisory Boards. Many of our Advisory Boards have struggled to fill all 17 advisory positions. Currently, 76 (53%) Advisory Boards have vacancies. That's over half of our chapter Advisory

 **Kappa Kappa Gamma**

BYLAWS AND STANDING
RULES REVISIONS 2022: FAQS

Boards left unfilled. Additionally, only 10 chapters currently have advisers who are not serving in multiple adviser roles in that chapter or adviser roles in multiple chapters. The new Advisory Board structure will contain nine advisers.

With the new structure in place, advisers will have the opportunity to take on more of a mentorship role. They'll guide chapter officers as they navigate team dynamics and management and consult the chapter from a strategic, visionary perspective. Advisers will help guide chapter officers in their leadership roles through encouragement, use of leadership skills, and the teamwork it takes for the chapter to achieve its goals. Advisers play a critical role in our chapters' success and there will still be valuable opportunities to work with our chapters.

**Are there any plans to adjust training for Advisory Board members?**
Our Advisory Board team is hard at work on a revised adviser training. A project specialist was assigned to this task and more will be shared in the coming months.

**Will the proposed changes in the officer structure change the Nominating Committee process?**
Yes, there will be some changes made to the chapter officer nominating process, including the introduction of an application and interview process. Training and resources will be available in July if the proposed officer structure passes for chapters and advisers so they can utilize the new process for the upcoming officer election cycle.

We have seen this streamline the nominating process and produce the best candidates.

**What happens if the proposed new chapter leadership structure does not pass at Convention?**
If the proposed structure is not adopted at Convention, the new Fraternity Council, in partnership with the Chapter Services Department and district volunteers currently working with chapters piloting the proposed structure, will evaluate the concerns around why it did not pass. Based on these conversations, a new proposed structure could be a possibility.

We firmly believe in the need to shift to a new chapter officer structure. The needs and priorities are evolving for chapters, and we believe this proposed chapter officer structure will allow Kappa Kappa Gamma to remain relevant for our chapter members and provide enhanced skill-building opportunities that translate to post-graduate life.

**Should we have a labeled set of directors in order for nominations and elections to be more organized?**
Chapters will determine which director positions they will elect based on Kappa-prescribed chapter directors. Chapter structures will be approved by the Leadership Development Specialist in consultation with their District Director and their chosen structure will be included in their chapter Bylaws.

 **Kappa Kappa Gamma**

BYLAWS AND STANDING
RULES REVISIONS 2022: FAQS

**I don't understand why a chapter Executive Board would need to be thinking strategically?**
The Executive Board will focus on the vision for the member experience and goal setting. They will manage directors as well as contemplate bigger membership questions, such as retention and lack of interest. As they will not be focused on the day-to-day activities, Executive Board will be able to dive deep into those questions. They would then work with directors to address those concerns.

**Why are we not hearing the term committee? Are chapters not using a committee structure anymore and if so, why?**
Committees are just changing in name and how they are being assigned. For smaller chapters, we are suggesting assigning general members to a department to work on department tasks/projects. For larger chapters, we are recommending that they be assigned to content-focused teams to assist with content-specific projects.

**How many chapters have been in the pilot program?**
Twenty-five. Epsilon District — encompassing schools in Illinois, Wisconsin, and Minnesota — started piloting the structure in fall 2018. Xi District — encompassing schools in Louisiana, Arkansas, Mississippi, Alabama, and Florida — started piloting the structure in fall 2019. Additionally, chapters at Pfeiffer University, Long Island University Post, Seton Hall University, Princeton University, and the University of Pittsburgh have also joined the pilot.

**Will the current Content Specialists have more work than they currently have now?**
Content Specialists will continue to share their expertise with chapter leaders through training and ongoing support. With this new structure, the vice presidents will be the first line of support for their direct reports, helping to solve problems and find solutions together (something we're already seeing). Advisers will assist if they are still needing assistance with these questions. We believe this will allow our chapters to better utilize our Content Specialists and their expertise.

**How will the changes in officers/structure change any officer live-in requirements?**
The Fraternity *Policies* require a minimum of two of the Emergency Team officers to live in the chapter facility. In the proposed structure, this would be at least two of the following officers: President, Vice President Operations, Risk Prevention Director and Facility Director. The chapter Standing Rules may also require more officers to live in and would need to be updated should the proposed chapter structure be adopted at Convention.

**How does the new officer structure impact ritual considering that some of the positions are named specifically?**
For our ritual ceremonies, the Ritual Director or Vice President Internal will act as Marshal.

**Will the district team structure change to be similar to the new chapter leadership structure?**
The district team structure will stay the same but note that the Panhellenic, facility, and DEI content areas are being added as new Content Directors. Should the chapter officer structure

 **Kappa Kappa Gamma**

BYLAWS AND STANDING<br>RULES REVISIONS 2022: FAQS

be adopted at Convention, we will continue to evaluate how the district team structure operates in conjunction with the chapter officer structure.

**Do the chapter Bylaws and Standing Rules need to be updated if the chapter decides to adjust its officer structure.**
Yes. A chapter is free to evaluate its structure and adjust as needed. We believe it makes sense to give them this ability. Making it scalable so that it works for each chapter meets the goal of this initiative. Chapters can easily vote to change their documents with assistance from the Bylaws Committee.

DIVERSITY, EQUITY AND INCLUSION
**Can nonbinary people join? Is this a chapter-by-chapter decision?**
Kappa Kappa Gamma is a single-gender organization comprised of women and individuals who identify as women whose governing documents do not discriminate in membership selection except by requiring good scholarship and ethical character. Please see Kappa's Position Statements on Membership Selection and Single-Gender Organizations.

We also look to NPC policy as an NPC member organization. The NPC Recruitment Eligibility (2020) policy states: "For the purpose of participation in Panhellenic recruitment, woman is defined as an individual who consistently lives and self-identifies as a woman. Each women's-only NPC member organization determines its own membership selection policies and procedures."

**Have we vetted these changes with our legal counsel?**
Yes. We have conferred with legal counsel as well as NPC on DEI-related updates to our Fraternity documents. We are confident that these changes would hold up if contested in a court of law.

**What is happening with the use of "womanly and true" in ritual?**
This phrase can be found in the new member oath. We have worked hard to make our language more inclusive and changed that to "loyal and true." The Ritual Committee felt that what womanly and true meant, we could not quite define, but we feel "loyal and true" best represents our current member population and is easily understood.

**Why are we including gender-neutral pronouns in the revised documents?**
This change is coming from a Convention resolution that formed Kappa's Diversity, Equity and Inclusion Committee. Kappa Kappa Gamma was founded 150 years ago on the principles of integrity, respect and regard for others. Kappa has reflected on the path forward, and we are beginning with actions that speak to our belief that all members are valued. This is one of those action steps. We want to be as inclusive of all members as we can be. Please review Kappa's Diversity, Equity and Inclusion Initiatives for more information.

22.05

 **Kappa Kappa Gamma**

BYLAWS AND STANDING
RULES REVISIONS 2022: FAQS

**You reference the NPC policy on nonbinary and transgender members as part of Recruitment. What is the policy for alumna initiates? What guidelines are used in these scenarios?**
You can find information on alumna initiation here: www.kappa.org/stay-connected/news/2020/alumna-initiation-process/.

MISCELLANEOUS
**What about legacies and recommendations? Where are those in the Fraternity *Bylaws* and what changes are being proposed?**
Recommendations/references have not been required for many years. Neither are in the Fraternity *Bylaws*, both current and proposed. You will find references in the Fraternity Standing Rules, Rule XII. Section 1 (adopted in 2018).

The proposed wording in the 2022 version of the Fraternity Standing Rules, Rule 1. 1. A. states: Active members shall be responsible for selecting new members of their chapter. Any initiated member may provide information about qualified women. We have not taken away the right of members to give information on potential new members, as members may still provide information about qualified women.

**Has the Fraternity seen a decline in membership or giving since the legacy policy change?**
The legacy policy is outside the scope of the Fraternity *Bylaws* and *Standing Rules*. Because we no longer define and record familial relationships between members, there is no way to directly draw a straight line between the policy change and the impact on membership numbers. There is a myriad of factors that have impacted sorority recruitment across NPC, including time commitments of today's college student, cost of membership, fluctuations in enrollment in colleges and universities, and the impact of national movements like Abolish Greek Life to name a few. Not all factors impact every institution where we have a chapter equally, but that is a broad view of the landscape. We are also not alone in this policy change. Since 2020, 19 of the 26 NPC member organizations have removed preferential treatment for legacies.

We are seeing a decline in overall recruitment pools in many parts of the country, which is impacting our membership numbers on some campuses. We do not know if association membership numbers have been impacted by the change to the legacy policy. We have no way to attribute the change in numbers to this legacy policy change.

We are not aware of any direct impact of the legacy policy change on overall Foundation giving.

**Just for clarification: Since the legacy definition is a "policy," then this matter is not open to discussion at Convention?**
Currently, the Fraternity *Policies* are not open to discussion for the general membership. They are voted upon by Fraternity Council. You can always send suggestions for the Fraternity *Policies* to Fraternity Council.

**How do other NPC groups handle legacies?**

 **Kappa Kappa Gamma**

BYLAWS AND STANDING
RULES REVISIONS 2022: FAQS

Since 2020, 19 of the 26 NPC member organizations have removed preferential treatment for legacies.

**How is a member chosen to be on the Bylaws Committee?**
The Bylaws Chairman is appointed by Fraternity Council. Members of the committee are selected based on expressing interest in the Volunteer Interest Form as well as their unique qualifications.

**Why does the change to the *Articles of Incorporation* eliminate associations?**
The intent behind this change was to be more inclusive of all alumnae whether they are in an association or not. For example, Kappa currently has 213,966 mailable alumnae but only 8,175 have paid dues to an association this year. Thus, Kappa has a large number of alumnae who are not involved in associations, so this change is reflective of that.

**What is the purpose of Convention?**
The main purpose of Convention is to conduct the business of the Fraternity. If elections are completed prior to Biennial Convention in the future, priority can be given to other agenda items that require delegates to be together in person to address.

**Going forward, will general alumnae be part of an international meeting or Convention?**
All alumnae are invited to and encouraged to attend Convention.

**If we're allowing for alumnae associations to vote electronically, then what is the purpose of voting in person at Convention on the changes to the Fraternity *Bylaws*?**
We are proposing allowing electronic voting during officer elections. Because we still require contemporaneous communication for both debate on these important changes as well as in order to meet legal requirements, it makes the most sense to vote on changes to the *Bylaws* in person. Voting on the *Bylaws* in person allows for the opportunity for discussion and debate that would be difficult to achieve in a virtual forum.

**Why did we remove the vote of Leadership Consultants?**
Leadership Consultants are full-time, salaried employees. Because they are governed by Kappa's HR guidelines, we were guided by legal counsel to put them in the same category as other employees and remove voting rights.

**What happened to references to the Leadership Consultants in the documents?**
Leadership Consultants are the employees of the Fraternity. Their employment is governed by their employment contracts, not the Fraternity *Bylaws*.

# ATTACHMENT 7

# Standing Rules
# of
# Kappa Kappa Gamma Fraternity



Adopted by the 2004 General Convention.
Revised 2006, 2008, 2012, 2014, 2016, 2018, and **2022** General Conventions.

The Kappa Kappa Gamma Fraternity *Standing Rules* are not to be shared with the public. If there is a request for a copy of the Fraternity *Standing Rules*, contact the National Panhellenic Conference Delegate.

KAPPA KAPPA GAMMA FRATERNITY
STANDING RULES REVISION

**1.0 Members, Chapters, and Associations** ........................................................................ **1**
1.1 Membership Selection ........................................................................................... 1
1.2 Submitting Grade Verifications ............................................................................. 1
1.3 Chapter and Association Archives ......................................................................... 1
1.4 Alcohol and Drugs ................................................................................................. 1
**2.0 Duties of Fraternity Officers and District Directors** ......................................... **2**
2.1 Duties of Fraternity Officers ................................................................................. 2
2.2 Duties of a District Director. ................................................................................. 3
**3.0 Duties of Committees and Other Appointed Positions** ................................... **3**
3.1 Duties of a Standing Committee Chairman ......................................................... 3
3.2 Duties of Standing Committees ............................................................................ 4
3.3 Duties of a Content Director ................................................................................. 5
3.4 Duties of a Content Specialist .............................................................................. 6
**4.0 Conventions** ............................................................................................................. **6**
4.1 Organization of the Convention ........................................................................... 6
4.2 Credentialed Delegates ........................................................................................ 6
4.3 Convention Agenda ............................................................................................... 7
4.4 Convention Committees ........................................................................................ 8
4.5 Convention Expenses. ........................................................................................... 8
**5.0 Fraternity Council** .................................................................................................. **9**
5.1 Duties of Fraternity Council ................................................................................. 9
**6.0 The Fraternity** ........................................................................................................ **10**
6.1 Finance ................................................................................................................. 10
6.2 Ritual .................................................................................................................... 10
6.3 Founders Day ....................................................................................................... 11
6.4 Publications ......................................................................................................... 11
6.5 Insignia, Fraternity Jewelry, and Symbols .......................................................... 11
**7.0 Procedures** ............................................................................................................. **13**
7.1 Leadership Selection Committee Appointment ................................................. 13
7.2 Member Probation. .............................................................................................. 13
7.3 Voluntary Resignation Procedure ....................................................................... 18
7.4 Requested Resignation and Dismissal ................................................................ 18
7.5 Establishing a New Chapter ................................................................................. 20
7.6 Chapter Standing ................................................................................................. 21
**8.0 Amendments** ......................................................................................................... **25**
8.1 Amendment of Standing Rules ............................................................................ 25

22.09

KAPPA KAPPA GAMMA FRATERNITY
STANDING RULES REVISION

## 1.0 MEMBERS, CHAPTERS, AND ASSOCIATIONS

**1.1 Membership Selection.**

A. **Collegiate New Member Selection**. Active members shall be responsible for selecting new members of their chapter. Any initiated member may provide information about qualified women. The electronic voting system selected by the Fraternity shall be used by the chapter.

  1. **Participation**. All active members of the chapter shall participate in membership selection unless excused in writing by the designated chapter adviser.
  2. **Confidentiality**. All information concerning the membership selection process is confidential and shall be kept within the chapter.
  3. **Bid List**. The bid list shall be produced using the overall scoring calculation in the electronic voting system and shall not be manipulated.

B. **Alumna Candidate Selection.** Alumnae who meet the membership requirements may petition Fraternity Council to be initiated as an alumna member of the Fraternity. A three-fourths vote of Fraternity Council shall be required to grant permission for Alumna Initiation. Such an alumna shall become a member of the collegiate initiating chapter or the special chapter designated by the Fraternity.

**1.2 Submitting Grade Verifications.** All active and new members shall submit verification of their grades each term to the officer in charge of academic excellence unless the college or university releases the grades directly to the chapter.

**1.3 Chapter and Association Archives.**

A. **Chapter Archives.** Each chapter shall maintain the chapter's charter, Fraternity proprietary materials, and records of the chapter's activities and history in its archives. All archive properties pertaining to ritual, except when in use, shall be kept in a locked place. All archived documents, records, resources, and memorabilia that are not secret in nature shall be maintained in a secure manner.

B. **Association Archives.** Each association shall maintain the association's charter, Fraternity proprietary materials, and the records of the association in its archives.

**1.4 Alcohol and Drugs.**

A. **Chapter and Association Events.** Alcoholic beverages, drugs or other controlled substances shall not be used or served in conjunction with any function related to Recruitment, Bid Day, Inspiration Period, chapter philanthropic events, membership selection, chapter meetings, or services of Fraternity ritual, including Formal Pledging, Initiation, and Founders Day.

B. **Chapter Facilities.** The use, sale or possession of alcohol or drugs or other controlled substances shall not be permitted in a chapter facility or within the area considered part of that property. Members, including alumnae, shall observe the house rules at all times when using the chapter house.

C. **Alumna Functions.** Alumnae shall abide by event and risk prevention requirements at all functions where active or new members are present.

KAPPA KAPPA GAMMA FRATERNITY
STANDING RULES REVISION

## 2.0 DUTIES OF FRATERNITY OFFICERS
### AND DISTRICT DIRECTORS

**2.1 Duties of Fraternity Officers.**

A. **Duties of All Fraternity Officers.** All Fraternity officers shall:
1. Serve as members of Fraternity Council;
2. Support the policies and programs adopted by the membership and Fraternity Council;
3. Hold for safekeeping and reference the latest edition of the *Book of Ritual*, reference materials issued by the Fraternity, and the Kappa Kappa Gamma Fraternity *Bylaws*, *Standing Rules*, and *Policies*;
4. Contribute to the research, development, and execution of a strategic plan;
5. Provide vision and direction to the Fraternity volunteers and Kappa Kappa Gamma Headquarters staff;
6. Provide strategic vision for educational programming;
7. Maintain focus on international and campus trends as well as the needs and possibilities of active and alumna members;
8. Uphold the Fraternity's commitment to diversity, equity, and inclusion;
9. Participate in the identification, cultivation, and retention of volunteers; and
10. Perform the duties prescribed for each officer in the Fraternity *Standing Rules* and such other duties as may be directed by Fraternity Council and as may be prescribed in the parliamentary authority adopted by the Fraternity.

B. **Duties of the President.** The President shall:
1. Shall be the chief executive officer and official spokesman of the Fraternity;
2. Sign official documents authorized by Fraternity Council;
3. Act as a liaison between the Fraternity and colleges and universities;
4. Preside at the installation of new chapters and, if unable to attend, designate a member of Fraternity Council to preside instead;
5. Be a member *ex officio* of all committees except the Leadership Selection Committee;
6. Call meetings of Fraternity Council and request the attendance of such other members of the Fraternity, as necessary; and
7. Preside at all meetings of the membership and of Fraternity Council.

C. **Duties of a Vice President.** A Vice President shall:
1. Act as a liaison to District Directors, Content Directors, and committee chairmen for awareness of internal trends; and
2. Recommend to Fraternity Council a review of chapter compliance with Fraternity standards based on recommendations from respective District Directors, Content Directors and staff.

D. **Duties of the Treasurer** The Treasurer shall:
1. Review regularly scheduled reports of the financial operation of the Fraternity;
2. Be informed on all financial matters;
3. Annually review the Fraternity financial audit and tax returns;

4.  Plan for maintaining the efficient financial operation of the Fraternity at Kappa Kappa Gamma Headquarters in collaboration with the Executive Director and the financial director;
5.  Present reports with suggestions and recommendations regarding the financial condition of the Fraternity to the Finance Committee and Fraternity Council;
6.  Serve as a member of the Finance Committee and oversee the committee's work;
7.  Be responsible for the preparation of the annual budget in collaboration with the Executive Director and the financial director and present the budget to the Finance Committee and Fraternity Council by June of each year; and
8.  Present financial reports and the proposed budget for the next fiscal year to Convention.

**2.2 Duties of a District Director.**

A.  **Primary Duties.** A District Director shall:
1.  Supervise the organization and management of alumnae associations and chapters in collaboration with the Content Specialists and Kappa Kappa Gamma Headquarters staff;
2.  Direct the work of the Content Specialists in collaboration with the respective Content Director;
3.  Annually set goals for alumnae associations and chapters in collaboration with the Content Specialists, alumnae associations, and chapters;
4.  Evaluate chapters annually in collaboration with the district team;
5.  Serve as a liaison to the alumnae association Presidents and chapter Presidents in their district;
6.  Identify at-risk alumnae associations and chapters and develop a plan of support in collaboration with Content Specialists and Kappa Kappa Gamma Headquarters staff;
7.  Collaborate with Kappa Kappa Gamma Headquarters staff to determine alumnae association and chapter visits;
8.  Submit reports to Fraternity Council as requested;
9.  Uphold the Fraternity's commitment to diversity, equity, and inclusion; and
10. Participate in the identification, cultivation, and retention of volunteers.

B.  **Other Duties.** A District Director shall perform such other duties as may be prescribed in the Fraternity *Bylaws* or assigned by Fraternity Council.

### 3.0 DUTIES OF COMMITTEES
### AND OTHER APPOINTED POSITIONS

**3.1 Duties of a Standing Committee Chairman.**

A.  **Primary Duties.** A standing committee chairman shall:
1.  Plan a program for the committee with the approval of Fraternity Council;
2.  Communicate regularly with Fraternity Council and committee members;
3.  Serve as a voting member of Conventions;

    4. Attend other meetings as requested;

    5. Maintain files for the committee;

    6. Submit reports to Fraternity Council as requested;

    7. Submit a committee budget as requested;

    8. Monitor the committee budget;

    9. Uphold the Fraternity's commitment to diversity, equity, and inclusion; and

    10. Participate in the identification, cultivation, and retention of volunteers.

**B.** **Other Duties.** A standing committee chairman shall perform such other duties as may be prescribed in the Fraternity *Bylaws* or assigned by Fraternity Council.

**3.2 Duties of Standing Committees.**

    **A.** **Bylaws.** The Bylaws Committee shall:

        1. Review the amendments to the Fraternity *Bylaws* and *Standing Rules* proposed by the membership, work with Fraternity Council on proposed amendments, and propose such other amendments as may be deemed advisable;

        2. Biennially review the Model Chapter Bylaws and Standing Rules;

        3. Biennially review chapter Bylaws and Standing Rules for compliance with the Fraternity *Bylaws*, *Standing Rules*, and *Policies*.; and

        4. Assist with the creation of new chapter and association Bylaws and Standing Rules to ensure they are compliant with the Fraternity *Bylaws*, *Standing Rules* and *Policies*.

    **B.** **Convention.** The Convention Committee shall:

        1. Investigate potential Convention sites in collaboration with Kappa Kappa Gamma Headquarters staff; and

        2. Be responsible for all arrangements for any Convention in collaboration with Kappa Kappa Gamma Headquarters staff subject to the approval of Fraternity Council.

    **C.** **Finance.** The Finance Committee shall:

        1. Make recommendations to Fraternity Council for the financial management of the property and funds of the Fraternity;

        2. Monitor and review investments and securities performance according to the Fraternity's investment policy statement;

        3. Review special financial projects, professional services, and financial institutions into which funds are deposited;

        4. Recommend to Fraternity Council a professional audit firm and annually review the Fraternity financial audit and tax returns and make recommendations on acceptance to Fraternity Council;

        5. Annually review the Fraternity's financial policies and procedures, investment policy, and travel policy;

        6. Form an Investment Subcommittee that consists of members appointed by the Finance Committee Chairman to oversee the investment strategy;

        7. Form a Budget Subcommittee that consists of members appointed by the Finance Committee Chairman to prepare an annual budget;

8. Review and submit the annual budget to Fraternity Council for approval;
9. Review financial arrangements for chapter housing and make recommendations to Fraternity Council;
10. Recommend to Fraternity Council approval of financial drives or campaigns of more than local extent in the name of the Fraternity by a chapter, alumnae association, Advisory Board, House Board, or individual member; and
11. Bring all matters pertaining to the financial matters of the Fraternity to the attention of Fraternity Council.

**D.** *The Key* **Publication.** *The Key* Publication Committee shall supervise the publication of *The Key* in accordance with the direction, goals, and approved budget established by Fraternity Council.

**E.** **Leadership Education and Development.** The Leadership Education and Development Committee shall:
1. Educate the membership on leadership opportunities and volunteer involvement;
2. Work with Kappa Kappa Gamma Headquarters, the Kappa Kappa Gamma Foundation, and the Fraternity Housing Corporation to review, develop, and implement plans for volunteer identification, cultivation, placement, retention, recognition, and development;
3. Review applications and recommend candidates to Fraternity Council for the Leadership Selection Committee;
4. Create and implement skills development programs in collaboration with the Education and Training Department at Kappa Kappa Gamma Headquarters, including a required training for all elected or appointed volunteers on the subject of diversity, equity, and inclusion;
5. Implement a volunteer feedback program that utilizes the skills development programs for volunteers; and
6. Identify and recommend candidates for other available volunteer and leadership roles within the Fraternity, the Kappa Kappa Gamma Foundation, and the Fraternity Housing Corporation as requested.

**F.** **Panhellenic Affairs.** The Panhellenic Affairs Committee shall:
1. Represent the Fraternity as a member of the National Panhellenic Conference; and
2. Provide representation at regular and special meetings of Fraternity Council.

**3.3 Duties of a Content Director.**
**A.** **Primary Duties.** A Content Director shall:
1. Oversee the work of the Fraternity in their respective content area;
2. Lead the team of Content Specialists in their respective content area;
3. Direct the work of the Content Specialists in collaboration with the respective District Director;
4. Collaborate with Kappa Kappa Gamma Headquarters staff to develop curricula and programming for content-specific topics;

5. Serve as a voting member of Conventions;
6. Attend other meetings as requested;
7. Submit reports to Fraternity Council as requested;
8. Uphold the Fraternity's commitment to diversity, equity, and inclusion; and
9. Participate in the identification, cultivation, and retention of volunteers.

**B.** **Other Duties.** A Content Director shall perform such other duties as may be prescribed in the Fraternity *Bylaws* or assigned by Fraternity Council.

### 3.4 Duties of a Content Specialist.

**A.** **Primary Duties**. A Content Specialist shall
1. Serve as a member of the content team and the district team in which they are assigned;
2. Build relationships with chapters and associations within the district;
3. Facilitate communication among the chapter, association, Content Director, District Director, and Kappa Kappa Gamma Headquarters staff;
4. Collaborate with the district team on chapter evaluations;
5. Assist alumnae associations with setting goals and programming;
6. Collaborate with the content team on content matters and initiatives;
7. Collaborate with the relevant Content Director and District Director to develop and provide training to alumnae associations and chapters;
8. Attend meetings as requested;
9. Uphold the Fraternity's commitment to diversity, equity, and inclusion;
10. Participate in the identification, cultivation, and retention of volunteers; and
11. Submit reports to Content Directors and District Directors as requested.

**B.** **Other Duties**. A Content Specialist shall perform such other duties as may be prescribed in the Fraternity *Bylaws* or assigned by Fraternity Council.

### 4.0 CONVENTIONS

**4.1 Organization of the Convention.** The official organization of a Convention to conduct business shall be brought about by the adoption of the credentials report, the Convention Standing Rules, and the agenda.

### 4.2 Credentialed Delegates.

**A.** **Approved Delegates.** Each chapter and association shall file credentials for its delegate and alternates who have been approved by the President and one other officer of the chapter or association.

**B.** **Delegate Accreditation.** In order for a delegate to be accredited, the chapter or association represented shall have met all financial and reporting obligations.

**C.** **Delegate Attendance.** Each delegate shall remain for the entire period of a Convention and shall be present at all business meetings. In the event it becomes impossible to do so, an accredited alternate may assume the role of delegate.

22.09

KAPPA KAPPA GAMMA FRATERNITY
STANDING RULES REVISION

**4.3 Convention Agenda.** A Biennial Convention agenda shall include the order of business and the opening and closing ceremonies as required by Fraternity ritual and determined by Fraternity Council. The recommended agenda for a Convention is indicated below. Fraternity Council may alter the order of business as it may deem necessary.

Convention Procession
Call to Order by the Fraternity President
Song
Opening Ritual
Devotional or Inspirational Reading
Song
In Memoriam
Welcome to New Members, New Chapters, and New Alumnae Associations

Order of Business
    Official Organization of the Convention
        Adoption of the Credentials Report
        Adoption of Convention Standing Rules
        Adoption of the Agenda
    Appointment of Additional Committees and Special Announcements
        Appointment of Convention Committees
        Special Announcements by the Fraternity President
    Report on Approval of Prior Convention Minutes
    Reports of Officers, Boards, and Standing Committees
        Report of the Fraternity President
        Reports of Other Fraternity Officers
        Report of Fraternity Council Meetings of the Biennium
        Reports of Standing Committees
    Reports of Special Committees
        Report of the Leadership Selection Committee
        Report of the Election Committee
    Special Orders
    New Business
        Report of the Resolutions Committee
        Report of the Courtesy Resolutions Committee

---

Installation of the District Directors and Fraternity Officers
Closing Ritual
Adjournment
Convention Recession

22.09

**4.4 Convention Committees.**

A. **Appointment of Convention Committees.** The President, with the approval of Fraternity Council, shall appoint all required Convention committees with the exception of the Credentials Committee, which shall be appointed by the Executive Director.

B. **Credentials Committee.** The Credentials Committee shall validate the credentials of eligible voting members present and prepare a report to the Convention. Each report shall include the value of the alumnae association vote.

C. **Tellers Committee.** The Tellers Committee shall count the votes at Convention as required and report the results to the chair. The committee shall consist of a chairman and a minimum of two tellers who are nonvoting members.

D. **Resolutions Committee.** The Resolutions Committee shall review proposed resolutions and motions submitted to the committee by voting members and, at its discretion, shall present the resolutions and motions to the Convention with recommendations for appropriate action. The committee shall consist of the chairman, two District Directors, two Content Directors, eight chapter delegates, and six association delegates. The Bylaws Committee Chairman and the parliamentarian shall serve as advisers.

E. **Courtesy Resolutions Committee.** The Courtesy Resolutions Committee shall draft courtesy resolutions that express appreciation to those who arranged accommodations for physical needs or rendered services for the Convention and shall present them to the Convention for adoption. The committee shall consist of the chairman, two District Directors, two Content Directors, eight chapter delegates, and six association delegates.

**4.5 Convention Expenses.**

A. **Covered Expenses.** Expenses in connection with attendance at a Convention shall be paid by the Fraternity as follows for eligible individuals.

1. **Transportation Expenses.** Transportation expenses based on the lowest airfare or automobile mileage shall be paid by the Fraternity. In no case shall the automobile reimbursement exceed the cost of the lowest airfare. Automobile mileage expense shall be computed from home and, in some instances, from the chapter location.

2. **Housing Expenses.** Housing expenses shall include hotel accommodations or their equivalent.

3. **Other Expenses.** Other expenses shall be paid by the Fraternity as determined by Fraternity Council.

B. **Individuals Eligible for Covered Expenses.**

1. **Chapter and Association Delegates.** Transportation expenses shall be paid by the Fraternity for chapter and alumnae association delegates.

2. **Fraternity Representatives.** Transportation and housing expenses shall be paid by the Fraternity for Fraternity representatives designated by Fraternity Council. Fraternity officers, District Directors, Content Directors, and standing committee chairmen shall be considered Fraternity representatives.

3. **Kappa Kappa Gamma Headquarters Staff and Special Guests.** Transportation expenses and all other expenses for members of Kappa Kappa Gamma

KAPPA KAPPA GAMMA FRATERNITY
STANDING RULES REVISION

Headquarters staff with assigned duties and special guests invited by Fraternity
Council to attend the Convention shall be paid by the Fraternity.

4. **Extended Stay.** All expenses associated with an extended stay of Fraternity
officers, directors, committee chairmen, members, staff, or guests asked by
Fraternity Council to arrive prior to the start of or to stay after the conclusion of
a Convention shall be paid by the Fraternity.

**5.0 FRATERNITY COUNCIL**

**5.1 Duties of Fraternity Council.**

A. **Financial Duties.** The financial duties of Fraternity Council shall include:
   1. Approving the annual budget;
   2. Adopting an investment policy statement;
   3. Reviewing annually the Fraternity tax returns; and
   4. Reviewing and accepting the annual audit report of the independent certified
      public accounting firm based on the recommendation from the Fraternity
      Finance Committee.

B. **Administrative Duties.** The administrative duties of Fraternity Council shall include:
   1. Developing and executing a strategic plan;
   2. Formulating Fraternity policies;
   3. Approving the engagement of the services of professional advisers;
   4. Interpreting the Fraternity *Bylaws* and *Standing Rules*;
   5. Appointing Fraternity members to all volunteer positions within the Fraternity,
      filling vacancies that occur, and removing members from appointed positions, if
      deemed necessary, by a three-fourths vote;
   6. Jurisdiction over all cases of loss of membership from the Fraternity and
      reinstatement;
   7. Jurisdiction over all cases of chapter standing;
   8. Employing the Executive Director and defining and supervising the duties of the
      position;
   9. Approving the selection of Alumnae Achievement Awards and Loyalty Award
      recipients;
   10. Approving the selection of Convention sites and the arrangements for a
       Convention;
   11. Reporting to the Biennial Convention all actions taken by Fraternity Council; and
   12. Giving a biennial report to the Biennial Convention that includes annual reports
       from District Directors, standing and special committees, Content Directors, and
       Kappa Kappa Gamma Headquarters.

C. **Other Duties**. Fraternity Council shall perform such other financial and administrative
   duties that may be dictated by the Convention or established in the Fraternity *Bylaws*
   and *Standing Rules* or as required in the management of the Fraternity.

### 6.0 THE FRATERNITY

**6.1 Finance.**

    **A.** **Fiscal Year.** The fiscal year of the Fraternity, chapters, alumnae associations, house corporations, and house associations shall be from July 1 to June 30, inclusive.

    **B.** **Fraternity Operating Fund.**

        **1.** **Source of Funds.** The Fraternity operating fund shall receive income from new member fees, per capita fees, reinstatement fees, Convention registration fees, withdrawals from investments, gifts, bequests, memorials, and miscellaneous income.

        **2.** **Uses.** The Fraternity operating fund shall be used to maintain the Fraternity organization and its purpose, provide each member with a life subscription to *The Key*, and provide for Conventions. It may be used for loans as recommended by the Fraternity Finance Committee and may be lent, invested, donated, and administered for educational, social, endowment, philanthropic, and operational purposes.

    **C.** **Fees Payment.** Fees shall be payable to Kappa Kappa Gamma Fraternity and sent to Kappa Kappa Gamma Headquarters.

    **D.** **Bank Accounts.** All funds belonging to the Fraternity, the chapters, the alumnae associations, the house corporations, and the house associations shall be deposited in Federal Deposit Insurance Corporation or Canadian Deposit Insurance Corporation insured banking institutions or Security Investor Protection Corporations insured brokerage firms.

    **E.** **Budget Adjustments.** When necessary, budget adjustments shall be reviewed by the Finance Committee and approved by Fraternity Council.

    **F.** **Disbursements.** Disbursements shall be made in accordance with the annual budget of the Fraternity.

**6.2 Ritual.**

    **A.** **Ritual Changes.** Upon recommendation of Fraternity Council, changes in the ritual shall be submitted to the voting members of the Convention for approval.

    **B.** **Chapter Initiation of New Members.**

        **1.** Chapters may select the initiation ceremony in the *Book of Ritual* that meets the needs of the chapter. The initiation ritual in the *Book of Ritual* shall be used in its entirety by chapters and all pre- and post-initiation activities shall be dignified and constructive. Chapters may hold only one Initiation each term prior to the end of the academic year unless otherwise authorized by the Ritual and History Director. The active members of the chapter shall attend all services connected with Initiation unless excused in writing by a chapter adviser.

        **2.** At least two weeks before Initiation, the names of the new members to be initiated shall be sent to Kappa Kappa Gamma Headquarters. If the requirements for initiation have been fulfilled, Kappa Kappa Gamma Headquarters shall issue the authorization for initiation.

22.09

**6.3 Founders Day.** Every chapter and alumnae association shall observe Founders Day (October 13) in an appropriate manner.

**6.4 Publications.**
- **A.** ***The Key.*** *The Key* shall be the official magazine of the Fraternity.
- **B.** ***The Hoot.*** *The Hoot* shall be the official publication of a Convention.
- **C.** ***The Proceedings.*** *The Proceedings* shall be the biennial report of the activities of the Fraternity.

**6.5 Insignia, Fraternity Jewelry, and Symbols.**
- **A.** **Insignia.** The designs of the insignia belong to the Fraternity.
    1. **Badge of the Fraternity.** The badge of the Fraternity shall be a golden key, one inch in length with the Greek letters ΚΚΓ (Kappa Kappa Gamma) on the stem and ΑΩΟ (Alpha Omega Omicron) on the ward. A badge may either be plain or jeweled.
        - a. Only persons duly initiated shall wear the badge.
        - b. The badge shall be secured from firms authorized by Fraternity Council and only upon presentation of an official badge order issued by Kappa Kappa Gamma Headquarters or a member making provisions for the disposition of an official badge.
        - c. The badge shall be the emblem of membership. When membership is terminated or a member voluntarily resigns, the badge may be returned to Kappa Kappa Gamma Headquarters. The badge shall not be sold or transferred to a nonmember.
        - d. Members shall be urged to obtain genuine badges found in the possession of nonmembers and send the badges to Kappa Kappa Gamma Headquarters.
        - e. Each member shall make provisions for the disposition of their badge upon their death. The badge shall be returned to Kappa Kappa Gamma Headquarters, left to another member of the Fraternity, chapter or alumnae association, or buried with the member.
    2. **Coat-of-Arms.** The Fraternity Coat-of-Arms is described as follows:
        - a. The shield shall be azure, bearing in the honor point the golden key of the Fraternity and a golden owl in the middle base. These two charges are separated by a chevron of silver on which lie three fleurs-de-lis of azure.
        - b. The crest shall be a wreath of azure and silver resting on the helmeted head of Minerva, thereon a Sigma in Delta in azure hues.
        - c. The motto shall be the Greek letters ΚΚΓ (Kappa Kappa Gamma) in silver, resting on a ribbon of azure.
        - d. The mantling shall be silver and azure.
    3. **Fraternity Council Badge.** The official badge worn by Fraternity Council members shall be a flat, polished golden award key, one and one-quarter inch in length and three-eighths of an inch wide.

    a. The badge shall be the emblem of Fraternity Council membership.

    b. Only members who have served or are serving on Fraternity Council shall wear the badge.

    c. The badge worn by the Fraternity President shall be set with white diamonds, including one white diamond in the center of the handle and the Greek letters KKΓ (Kappa Kappa Gamma) incised in black enamel on the stem. A gold new member pin with three white diamonds shall be attached as a guard to the badge. The badge shall be worn by the President during their term of office and passed on to their successor.

    d. The badge worn by other Fraternity Council members shall be set with blue jewels, including one blue jewel in the center of the handle and the Greek letters KKΓ (Kappa Kappa Gamma) incised in black enamel on the stem. The Fraternity Council member shall retain the badge following their term of office on Fraternity Council.

    e. Each member of Fraternity Council shall have the emblem of their position attached to the stem of their badge.

4. **New Member Pin.** The new member pin of the Fraternity shall be a Delta of dark blue enameled on silver, one-half of an inch on each side, enclosing a Sigma of light blue enamel. Only a person pledged to membership in the Fraternity shall wear it.

5. **Recognition Pin.** The official recognition pin shall be a golden key, five-eighths of an inch in length, with the Greek letters KKΓ (Kappa Kappa Gamma) on the stem.

6. **Official Emblems.** Official emblems of office shall be purchased at the expense of the Fraternity for the members who hold the following positions: Fraternity Council member, National Panhellenic Conference Delegate, Editor of *The Key,* and the Executive Director. The emblem of the position shall be attached to the stem of the badge.

7. **Official Emblem for District Directors.** The District Directors shall have an emblem of their position attached as a guard to their District Director badges. The badges and guards shall be provided by the Fraternity for District Directors to wear during their term of office.

8. **Official Emblem for Content Directors.** Content Directors shall have an emblem of their position attached as a guard to their Content Director badges. The badges and guards shall be provided by the Fraternity for Content Directors to wear during their term of office.

B. **Fraternity Jewelry.** The Fraternity jewelry shall be limited to the badge of the Fraternity, Fraternity Council badge, new member pin, recognition pin, Coat-of-Arms, and articles decorated with the Coat-of-Arms. The Executive Director shall authorize the production and sale of Fraternity jewelry.

C. **Symbols of the Fraternity.**

    1. **Colors.** The colors shall be light blue and dark blue.

    2. **Flower.** The flower shall be the fleur-de-lis.

    3. **Jewel.** The jewel shall be the blue sapphire.

22.09

4. **Seal.** The seal shall be an arch of seven stones supported by two fluted columns with Corinthian caps. The keystone shall display the badge of Kappa Kappa Gamma and the base of each column, the Greek letters ΚΚΓ (Kappa Kappa Gamma) and each pedestal ΑΩΟ (Alpha Omega Omicron). Between upper thirds of the columns shall be a volant dove bearing a twig. Between the bases of the columns shall be an open scroll upon a laurel wreath. All shall be placed within a circular border bearing the phrase "Grand Seal of Kappa Kappa Gamma."

5. **Banner.** The banner shall be a vertical, dovetailed white satin banner measuring three feet at the widest point, tapering to two feet at the dovetail. The length shall be five feet. Three fleurs-de-lis of varying hues of blue shall be centered upon the field of white and overlaying them shall be the golden key of Kappa Kappa Gamma appliquéd in full detail. Fringe of gold or white shall outline the dovetail of the banner.

## 7.0 PROCEDURES

### 7.1 Leadership Selection Committee Appointment.

A. **Application Process.** Collegiate and alumna representatives shall be recommended by Leadership Education and Development Committee to Fraternity Council for appointment to the Leadership Selection Committee following an application process.

1. **Call for Applications.** Following Convention, the committee shall send requests to all chapters, associations, and members seeking applicants interested in serving on the Leadership Selection Committee.

2. **Submitting Applications.** Any member wishing to serve on the Leadership Selection Committee shall submit an application to the Leadership Education and Development Committee by the date specified in the call for applications.

B. **Committee Review Considerations.** In reviewing the applications, consideration should be given to diversity in the composition of the committee by geography, chapter and association size, campus size and type, leadership qualities, experiences, commitment, and ability to consider the best interests of the Fraternity.

C. **Recommendations to Fraternity Council.** Following the application and review process, the Leadership Education and Development Committee shall send its recommendations to Fraternity Council for appointment to the Leadership Selection Committee.

### 7.2 Member Probation.

A. **New Member Probation.** A new member may be placed on Probation for any of the following reasons: low scholarship, poor academic attitude, violations of the purposes or standards of the Fraternity, failure to meet the Fraternity requirements for initiation, failure to meet financial obligations, violations of the regulations of the college or university, or violations of state, federal, or provincial law.

1. **Probation Process.** A new member, after being informed of the reasons for the proposed Probation and given the opportunity to appear before the Standards Committee, may be placed on Probation by one of the following methods:

a. The Standards Committee may impose Probation by a three-fourths vote.

b. A chapter, upon referral from the Standards Committee, may impose Probation by a three-fourths vote.

c. A member of Fraternity Council, the respective District Director, or the Standards Director may impose Probation. The new member and the Vice President Standards shall be notified of this action.

2. **Term of Probation.** The probationary period of a new member shall be for a specified period not less than two weeks nor more than six weeks. At the end of the time specified, Probation shall be removed or extended or the pledge to membership shall be broken. Extension of Probation may be granted for a specified period of no more than six weeks.

3. **Notification.** The Vice President Standards shall immediately complete a report of the case with the action taken and send it to the Standards Specialist and the Standards Director. The Standards Specialist and Standards Director shall be kept advised of any further action or information pertinent to the case.

4. **Status of a New Member on Probation.** A new member on Probation shall be under the supervision of the Standards Committee. The pin of a new member on Probation may be surrendered to the chapter President if the chapter so desires. No new member shall be initiated into membership while on Probation.

5. **Removal or Extension of Probation.**
   a. If the Standards Committee imposed Probation, the committee shall vote upon removal or extension of Probation. A three-fourths vote of the committee shall be necessary to remove or extend Probation. If after a member has completed two weeks of the probationary period and the Standards Committee determines the member has completed all probationary terms, the committee may vote to remove Probation early by a three-fourths vote.

   b. If the chapter imposed Probation, the chapter shall vote upon removal or extension of Probation. A three-fourths vote of the chapter shall be necessary to remove or extend Probation. The chapter may vote upon removal at any time after two weeks.

   c. If a Fraternity Council member, District Director, or the Standards Director imposed Probation, that member may remove or extend Probation at the end of the specified time. If a Fraternity Council member, District Director, or the Standards Director who imposed Probation refuses to remove Probation, the chapter may appeal such action to Fraternity Council, after a majority vote. A majority vote of Fraternity Council shall be necessary to remove Probation.

   d. Action leading to the breaking of the pledge to membership may begin if the terms of Probation are violated before the end of the specified time. The Standards Director must grant approval.

6. **Broken Pledge to Membership.** With prior approval of the Standards Director in consultation with the Standards Specialist, a pledge to membership may be broken with or without prior Probation by a three-fourths vote of the chapter.

    a.   The new member has violated the purposes or standards of the Fraternity or the regulations of the college or university, has been informed of the proposed reasons for breaking their pledge to membership, and has been given the opportunity to appear before the Standards Committee. The Standards Committee may recommend action be taken.

    b.   A new member whose pledge to membership has expired or has been broken shall not enjoy the privileges of a new member. If the new member whose pledge to membership has expired or been broken is living in the house, House Board shall be notified that the individual is no longer a new member.

    c.   The pin of a new member whose pledge to membership has been broken shall be surrendered to the chapter President.

    d.   If the chapter refuses to break the pledge to membership and the Standards Committee, upon review of the case, believes that such action is required for the welfare of the chapter, the Standards Committee shall report its findings with the result of the chapter vote to the Standards Specialist with notification to the Standards Director for such action as Fraternity Council deems advisable.

**B.   Active Member Probation.** An active member of a chapter may be placed on Probation for any of the following reasons: violation of member responsibilities, failure to adhere to the chapter documents, poor academic attitude, or failure to meet the requirements of an academic support plan.

    1.   **Investigation.** If a member fails to uphold member responsibilities and expectations or upon complaint by a chapter committee, chapter officer, House Director, member of the Fraternity, or official of the college or university, the Standards Committee shall conduct an investigation.

    2.   **Probation Imposed by the Standards Committee.**

        a.   If the Standards Committee believes an active member should be placed on Probation, after informing the member of the reasons for the proposed Probation and having been given an opportunity to appear before the committee, the committee may impose Probation by a three-fourths vote. The committee may submit a statement giving the reason(s) for this action to the chapter.

        b.   The length of such Probation shall be for a specified period not less than two weeks nor more than 10 weeks as determined by the Standards Committee or, with the approval of the Standards Director in consultation with the Standards Specialist, for a period of up to six months.

    3.   **Probation Imposed by the Chapter.**

        a.   If the Standards Committee considers it advisable, it shall recommend to the chapter that the active member be placed on Probation and notify the Standards Specialist.

    b.   The active member shall be informed of the reason(s) for the proposed Probation and shall be given the opportunity to respond in person or in writing at the meeting of the chapter. A three-fourths vote of the chapter shall be necessary to impose Probation.

    c.   The length of Probation shall be for a specified period not less than two weeks or, with the approval of the Standards Director in consultation with the Standards Specialist, for a period over 10 weeks and up to six months.

4. **Probation Imposed by a Fraternity Council Member, a District Director, or the Standards Director.**

    a.   If a member of Fraternity Council, a District Director, or the Standards Director believes that an active member should be placed on Probation, that member may require the chapter to vote on the question.

    b.   If the chapter vote is negative, a Fraternity Council member, a District Director, or the Standards Director may impose Probation. The chapter shall be notified of this action.

    c.   The length of Probation shall be for a specified period not less than two weeks or, with the approval of the Standards Director in consultation with the Standards Specialist, for a period over 10 weeks and up to six months.

5. **Notification.** Immediately after an active member has been placed on Probation, the Vice President Standards shall send a complete report of the case with the action taken to the Standards Specialist and the Standards Director. The Standards Specialist and Standards Director shall be kept advised of any further action or information pertinent to the case, including notification of the termination of Probation.

6. **Status of an Active Member on Probation.** An active member who has been placed on Probation shall be under the supervision of the Standards Committee. An active member on Probation shall be required to attend chapter meetings, Initiations, and such other functions the Standards Committee deems advisable. The member may not hold office or vote during the term of Probation unless granted an exception.

7. **Removal or Extension of Probation.**

    a.  **Probation imposed by the Standards Committee:**

        i.   If after a member has completed two weeks of their probationary period and the Standards Committee determines the member has completed all probationary terms, the committee may vote to remove Probation early. A three-fourths vote of the committee shall be necessary to remove Probation.

        ii.   Provided the Standards Committee has not previously removed Probation, the Standards Committee may remove or extend Probation at the end of the probationary period. Probation may be extended for no less than two weeks but no more than six

weeks by a three-fourths vote. Probation may be removed by a three-fourths vote. If a three-fourths vote for removal is not obtained, the Standards Committee shall recommend to the chapter that a vote be taken on removal of Probation. A three-fourths vote of the chapter shall be necessary to remove Probation.

iii. If the probationary terms are violated before the end of the probationary period, the Standards Committee, with approval of the Standards Director in consultation with the Standards Specialist, may request the resignation of the member or recommend dismissal.

**b. Probation imposed by the chapter:**

i. At the end of the probationary period, the chapter may remove or extend Probation. Probation may be extended once for no less than two weeks but no more than six months by a three-fourths vote. Probation may be removed by a three-fourths vote.

ii. At any time after two weeks and prior to the expiration of the probationary period, the chapter may review the progress and vote to remove Probation.

iii. If the probationary terms are violated before the end of the specified time, the Standards Committee, with the approval of the Standards Director in consultation with the Standards Specialist, may request the resignation of the active member or recommend dismissal.

**c. Probation imposed by a Fraternity Council member, a District Director, or the Standards Director:**

i. At the end of the probationary period, the one who imposed Probation shall either remove or extend Probation.

ii. A request that Probation is removed may be made by a majority vote of the chapter. If the one who imposed Probation refuses to remove Probation upon request of the chapter, an appeal may be made to Fraternity Council. A majority vote of Fraternity Council shall be necessary to remove Probation.

iii. If the probationary terms are violated before the end of the specified time, with the approval of the Standards Director in consultation with the Standards Specialist, action leading to a requested resignation or dismissal may begin.

d. If a member leaves school before Probation has expired, the Standards Specialist and the Standards Director shall be notified and shall review the case and present it to Fraternity Council for a vote on the question of the status of the member.

22.09

KAPPA KAPPA GAMMA FRATERNITY
STANDING RULES REVISION

8. **Refusal to Remove Probation.** If the removal of a Probation has been refused after six months, the Standards Specialist and Standards Director shall be immediately notified and action for dismissal may proceed.

**7.3 Voluntary Resignation Procedure.**
   **A. Active Member.**
      1. **Written Request to an Active Chapter.** A member of an active chapter wishing to resign from membership shall present the chapter with a written and dated letter stating the reason(s) for such action. The member shall be given 10 days to reconsider or withdraw their resignation. If the member has not withdrawn the letter of resignation at the expiration of 10 days, a vote shall be taken upon the question of resignation. The Vice President Standards shall send the written statement of resignation and the dated report of the chapter vote to Kappa Kappa Gamma Headquarters.
      2. **Written Request for a Nonfunctioning Chapter.** If a chapter is not currently functioning, the active member wishing to resign from membership shall present a written and dated letter to the Standards Director stating the reason(s) for the request. The member shall be given 10 days to reconsider their resignation. If the member has not withdrawn the letter within the allotted time, Fraternity Council shall accept the resignation.
      3. **Return of Fraternity Property.** The member may surrender their badge and certificate of membership and shall surrender all Fraternity proprietary materials to the chapter President. If the badge and certificate have been surrendered and the member has voluntarily resigned, the chapter President shall send the badge and certificate of membership to Kappa Kappa Gamma Headquarters.
   **B. Associate or Alumna Member.**
      1. **Written Request.** An associate or alumna member wishing to resign from membership in the Fraternity shall present a written, dated letter stating the reason(s) for such request to the Standards Director. The member shall be given 10 days for reconsideration and withdrawal of the request. If the member has not withdrawn their letter within the allotted time, Fraternity Council shall accept the resignation.
      2. **Action Taken.** Notice of the action taken shall be sent to the member and Kappa Kappa Gamma Headquarters.
      3. **Return of Fraternity Property.** The member may surrender their badge and certificate of membership and shall surrender all Fraternity proprietary materials to Kappa Kappa Gamma Headquarters.

**7.4 Requested Resignation and Dismissal.**
   **A. Active Member.** In the cases where a member violates their member responsibilities, the chapter, with the approval of the Standards Director, and when appropriate, the Content Director most closely related to the member violation, in consultation with the

KAPPA KAPPA GAMMA FRATERNITY
STANDING RULES REVISION

Standards Specialist, may take immediate action to request a member submit their resignation or recommend that Fraternity Council dismiss the member.

1. **Refusal of a Requested Resignation or Dismissal.** If a chapter refuses to accept a requested resignation or fails to recommend dismissal of a member and the Standards Committee, upon review of the case, believes such action is appropriate, the Standards Committee shall vote upon the question to report its findings and recommendations with the result of the chapter vote to the Standards Specialist and the Standards Director for presentation to Fraternity Council for such action as Fraternity Council deems advisable.

2. **Fraternity Council Procedure for Dismissal if Refused by a Chapter.** Fraternity Council shall review and act upon all cases of dismissal from membership initiated by a chapter or a Standards Committee.

    a. The Standards Specialist shall request a report on the case from the Standards Committee and notify the Standards Director.

    b. The Standards Director shall notify the member in writing that the member has been suspended pending action by Fraternity Council and that the member may submit a written response to the Standards Director within a stated period. The Standards Director shall also notify the chapter, the District Director, the Standards Specialist, and the Executive Director that:

        i. Action for dismissal is pending;

        ii. The member has been suspended; or

        iii. The member has received a written notice of the proposed dismissal.

    c. Upon receiving the notice of Suspension, the member shall have no privileges of membership in the Fraternity.

    d. At the expiration of the time allotted for the member's response, the Standards Director, after consultation with the Standards Specialist, shall send a summary of the case, including a copy of the member's response (if any), to each member of Fraternity Council. A three-fourths vote of Fraternity Council shall be necessary to dismiss the member.

    e. The Executive Director shall send the member a notice of the action taken by Fraternity Council. The Executive Director also shall send notice to the District Director, the Standards Director, the Standards Specialist, and the chapter.

    f. If a three-fourths vote of Fraternity Council is not obtained, Fraternity Council shall make such recommendations to the chapter as it considers appropriate.

    g. Upon dismissal, the member may surrender their badge and certificate and shall surrender all proprietary materials to the chapter President. If the badge and certificate have been surrendered, the chapter President shall send the badge and certificate of membership to Kappa Kappa Gamma Headquarters.

B. **Associate or Alumna Member.** An associate or alumna member may be dismissed for violations of the member responsibilities.
1. **Written Complaint.** Any complaint concerning an associate or alumna member shall be made by a member in writing to the Standards Director.
2. **Investigation.** The Standards Director shall make such investigations as may be deemed necessary. If the Standards Director determines that the complaint sets forth grounds for dismissal, the complaint shall be presented to Fraternity Council.
3. **Notification.** If dismissal may be justified, the Standards Director shall notify the member of the reasons for the proposed dismissal and that the member may respond in writing within a stated period.
4. **Vote.** Fraternity Council shall vote on the dismissal of an alumna or an associate member who has transferred and not affiliated with a new chapter. In the case of an associate member who is still affiliated with a chapter, the chapter shall vote on dismissal and then send the recommendation to Fraternity Council. Prior to the date of the vote, the member or the chapter may present a written response to the Standards Director. A three-fourths vote of Fraternity Council (and the chapter in the case of an associate member affiliated with a chapter) shall be necessary to dismiss the member.
5. **Action Taken.** The Executive Director shall send the member a notice of the action taken by Fraternity Council.
   a. **Associate Member.** The Executive Director shall send the member a notice of the action taken by Fraternity Council and shall also send a notice to the District Director, the Standards Director, the Standards Specialist, and the chapter.
   b. **Alumna Member.** The Executive Director shall send the member a notice of the action taken by Fraternity Council and shall also send a notice to the District Director, the Standards Director, the Standards Specialist, and the President of the local alumnae association.
6. **Return of Fraternity Property.** The member who is dismissed may surrender the Fraternity badge and certificate of membership and shall surrender all proprietary materials to Kappa Kappa Gamma Headquarters.

**7.5 Establishing a New Chapter.**
A. **Fraternity Council Decision to Establish a New Chapter.**
1. **Directed by Fraternity Council.** Fraternity Council and the District Director of the district involved in the receipt of an extension report shall vote on the question of proceeding with the establishment of a new chapter.
2. **Establishment by Petition.** If the chapter will be established by petition, Fraternity Council shall request the group possessing the qualifications for membership to send a letter of petition signed by members of the group.
3. **Housing Requirement.** If chapter housing is required as part of the extension process, the Finance Committee shall also file a report prior to the vote.

4. **Vote Required.** A three-fourths vote is required for Fraternity Council to proceed with plans to establish a new chapter.

B. **Initiation Into Membership in a New Chapter.**

1. All those whose names appear on the petition and all those pledged to membership in a new chapter shall be initiated as charter members, provided they have fulfilled the requirements of the College Panhellenic Association and the Fraternity. A petitioner or a new member of a new chapter not initiated at the time of the installation of the chapter may be initiated at a later date as a charter member at the discretion of Fraternity Council.

2. Other collegiate members of a petitioning group may be initiated, provided they possess the qualifications for membership and have fulfilled the requirements for initiation. They shall become the first initiates of the new chapter.

3. At the discretion of Fraternity Council, alumna members or sponsors of the petitioning organization may be initiated, provided such alumnae or sponsors have completed at least one year in the college or university, completed a period of Fraternity education, and met their financial obligations.

4. Alumnae who did not attend the installation or first initiation may be initiated within a period of time established by Fraternity Council for such initiations. Some other chapter, specified by Fraternity Council, may initiate alumna members of a group that becomes a chapter. Such alumnae, initiated by proxy, shall become members of the original chapter.

## 7.6 Chapter Standing.

A. **Chapter Accountability.** If Fraternity Council believes a chapter is not maintaining adequate standards in the areas of scholarship, conduct, or finance, or is failing to fulfill chapter responsibilities or reporting obligations, an investigation of the situation with appropriate follow-up shall be required.

1. **Procedures.**
   a. Fraternity Council shall direct that an investigation be conducted.
   b. After reviewing the investigation report, a three-fourths vote of Fraternity Council shall be necessary to place a chapter on a Warning of Probation, Probation, or Suspension.
   c. Each of these actions is independent and need not be applied sequentially.

2. **Warning of Probation.**
   a. If Fraternity Council places a chapter on a Warning of Probation, Fraternity Council shall approve the expected improvement, period, and terms of the Warning of Probation.
   b. The Fraternity President shall send the chapter a written notice of such warning.
   c. The chapter's progress shall be evaluated on an ongoing basis under the direction of the District Director in consultation with Kappa Kappa Gamma Headquarters staff.

    d.   At the end of the period, the District Director, in consultation with Kappa Kappa Gamma Headquarters staff, shall provide a report to Fraternity Council and Fraternity Council shall determine if the terms have been met.

    e.   A three-fourths vote of Fraternity Council shall be required to remove or extend the Warning of Probation, place the chapter on another action, or begin proceedings for the removal of the chapter.

3. **Probation.**

    a.   If Fraternity Council places a chapter on Probation, Fraternity Council shall approve the expected improvement, period, and probationary terms.

    b.   The Fraternity President shall send the chapter a written notice of such Probation.

    c.   The chapter's progress shall be evaluated on an ongoing basis under the direction of the District Director in consultation with Kappa Kappa Gamma Headquarters staff.

    d.   At the end of the period, the District Director in consultation with Kappa Kappa Gamma Headquarters staff shall provide a report to Fraternity Council and Fraternity Council shall determine if the terms have been met.

    e.   A three-fourths vote of Fraternity Council shall be required to remove or extend Probation, place the chapter on another action, or begin proceedings for the removal of the chapter.

4. **Suspension.**

    a.   If Fraternity Council votes to suspend the chapter, Fraternity Council shall determine the period, terms, and status of members of the chapter.

    b.   The Fraternity President shall send the chapter a written notice of such Suspension.

    c.   While a chapter is suspended, campus conditions shall be monitored.

    d.   At the end of the period by a three-fourths vote, Fraternity Council shall remove or extend the Suspension, place the chapter on another action, or begin proceedings for the removal of the chapter.

    e.   Requirements During Chapter Suspension. The chapter shall fulfill the following requirements during Suspension.

        i.   **Chapter Responsibilities.** The chapter shall pay all financial obligations, transfer chapter assets according to the current Fraternity financial policies, and send the chapter's charter, records, and archives to Kappa Kappa Gamma Headquarters.

        ii.   **House Corporation or House Association Responsibilities.** The house corporation or house association shall make satisfactory arrangements to settle all financial obligations, including mortgages due to the Fraternity or guaranteed by the Fraternity.

They shall convey assets of the house corporation or house association according to the current Fraternity financial policies.

5. **Notification.**

    a. **Warning of Probation.** A notice shall be sent to each member of Fraternity Council, the District Director of the district where the chapter is located, each Content Director, the Content Specialists of the district where the chapter is located, standing committee chairmen, each Advisory Board member of the chapter, each House Board member of the chapter, and the leadership of the local alumnae association(s).

    b. **Probation and Suspension.** A notice shall be sent to each member of Fraternity Council, the District Director of the district where the chapter is located, each Content Director, the Content Specialists of the district where the chapter is located, standing committee chairmen, each Advisory Board member of the chapter, each House Board member of the chapter, each alumna member of the chapter, and the leadership of the local alumnae association(s).

B. **Removal of Chapter.** Fraternity Council shall initiate and supervise the removal of a chapter. A chapter may or may not have been on a Warning of Probation, Probation, or Suspension prior to the vote of Fraternity Council to proceed with removal.

    1. **Reasons for Removal.** The process may be initiated for any of the following reasons.

        a. If a chapter fails to show sufficient evidence of the improvement required at the close of a Warning of Probation, Probation, or Suspension.

        b. If a chapter fails to comply with the requirements and procedures of the Fraternity *Bylaws*, *Standing Rules*, and *Policies.*

        c. If the general conditions of a chapter are below the standards of the Fraternity after efforts to improve have failed.

        d. If the best interests of the Fraternity will be served by the removal of a chapter.

    2. **Unfavorable Conditions.** If circumstances exist within a chapter or in a college or university that make the continuance of a chapter undesirable, a Fraternity representative(s) shall contact the chapter and the administration of the college or university where the chapter is located to make an investigation of conditions that may warrant removal of the chapter. A report shall be made to Fraternity Council.

    3. **Initiating the Removal of a Chapter by Fraternity Council.**

        a. Upon consideration of the report, Fraternity Council shall vote on the question of initiating the procedure for removal of the chapter. A three-fourths vote shall be required.

        b. A member of Fraternity Council or the District Director of the district where the chapter is located shall notify the chapter in person of Fraternity Council's decision to proceed with the removal of the chapter.

      If in-person notification is not possible due to extenuating circumstances, an alternate notification method may be used instead.

  c.  The Executive Director shall send a notification of the action taken by Fraternity Council that details the reasons for the action and the date set for the vote on the removal of the chapter to each District Director, each Content Director, each Content Specialist in the district where the chapter is located, standing committee chairmen, each Advisory Board member of the chapter, each House Board member of the chapter, and each alumna member of the chapter.

4.  **Vote to Remove a Chapter.**

  a.  Those entitled to vote on the removal of a chapter shall be each District Director, each Content Director, each Content Specialist in the district where the chapter is located, and each standing committee chairman. A three-fourths vote shall be required.

  b.  Notice shall be sent to those members eligible to vote at least 30 days prior to the date for the close of voting. The notice shall include the reasons for the action and the date(s) for voting.

  c.  Voting may be conducted by mail or by utilizing an internet-based electronic voting system.

     i.  **Mail**. The official ballot and voting instructions shall be mailed at least 14 days prior to the date set for the return of the ballot.

     ii.  **Electronic Voting System**. Instructions for voting shall be sent 14 days in advance of the final day for voting.

  d.  The Executive Director shall be responsible for all acts that are necessary, desirable, or appropriate to conduct the vote and to report the results to Fraternity Council, consulting with the Fraternity's legal counsel in performing these duties as may be necessary.

5.  **Notification.**

  a.  If the required vote for the removal of a chapter is obtained, the chapter shall be deemed removed without further action by the Fraternity as of the date on which the Executive Director certifies the result or such other date, if any, specified in the ballot.

  b.  The Executive Director shall, upon certifying the result, immediately send a notice of removal of the chapter that includes the result of the vote to each collegiate member of the chapter, each alumna member of the chapter, each Advisory Board member of the chapter, each House Board member of the chapter, each member of Fraternity Council, each District Director, each Content Director, each Content Specialist, standing committee chairmen, special committee chairmen, each chapter President, each alumnae association President, the administration of the college or university where the chapter is located, and others as determined by Fraternity Council.

                  22.09

    c.   If a three-fourths affirmative vote is not obtained, the Executive Director shall immediately send the results of the vote to each member of Fraternity Council, each District Director, each Content Director, each Content Specialist in the district, standing committee chairmen, each Advisory Board member of the chapter, each House Board member of the chapter, each collegiate member of the chapter, and each alumna member of the chapter with notification from Fraternity Council stating the status of the chapter.

6. **Status During Removal.** During removal, the chapter shall be ineligible to recruit for membership in the Fraternity, initiate members into the Fraternity, or be represented by a delegate to a Convention.

7. **Requirements During Chapter Removal.** The chapter shall fulfill the following requirements during removal.

    a.   **Chapter Responsibilities.** The chapter shall pay all financial obligations, transfer chapter assets according to the current Fraternity financial policies, and the District Director shall take charge of the chapter's charter and archives and transfer them to Kappa Kappa Gamma Headquarters.

    b.   **House Corporation or House Association Responsibilities.** The house corporation or house association shall make satisfactory arrangements to settle all financial obligations, including mortgages due to the Fraternity or guaranteed by the Fraternity. It shall convey assets of the house corporation or house association according to the current Fraternity financial policies.

## 8.0 AMENDMENTS

**8.1 Amendment of Standing Rules.** These standing rules may be amended at any Convention by a majority vote provided that the amendment has been submitted in writing with a notice of three months prior to Convention or by a two-thirds vote without notice.

# # #

KAPPA KAPPA GAMMA FRATERNITY
STANDING RULES REVISION

**Amendments.........................................25**
  Amendment of Standing Rules ............ 25
**Conventions ........................................ 6**
  Convention Agenda................................. 7
  Convention Committees ......................... 8
  Appointment of Convention
      Committees...................................... 8
  Courtesy Resolutions Committees...... 8
  Credentials Committees ..................... 8
  Resolutions Committees..................... 8
  Tellers Committees ............................. 8
  Convention Expenses............................. 8
  Covered Expenses ............................. 8
      Housing Expenses ........................... 8
      Other Expenses ............................... 8
      Transportation Expenses ............... 8
  Individuals Eligible for Covered
      Expenses.......................................... 8
      Chapter and Association Delegates 8
      Extended Stay ................................. 9
      Fraternity Representatives ............. 8
      Kappa Kappa Gamma Headquarters
          Staff and Special Guests............. 8
  Credentialed Delegates.......................... 6
      Approved Delegates............................ 6
      Delegate Accrediatation ................... 6
      Delegate Attendance ....................... 6
  Organization of the Convention............. 6
**Duties of Committees and Other**
**Appointed Positions............................. 3**
  Duties of a Content Director.................. 5
  Duties of a Content Specialist............... 6
  Duties of Standing Committees ............. 4
      Bylaws ............................................. 4
      Convention........................................ 4
      Finance............................................. 4
      Leadership Education and
          Development................................. 5
      Panhellenic Affairs ........................... 5
      *The Key* Publication ............................. 5
**Duties of Committees And Other**
**Appointed Positions**

Duties of a Standing Committee
    Chairman.............................................. 3
**Duties of Fraternity Officers and District**
**Directors............................................2**
  Duties of a District Director ................... 3
  Duties of a Vice Preisdent ...................... 2
  Duties of All Fraternity Officers ............. 2
  Duties of the President .......................... 2
  Duties of the Treasurer .......................... 2
**Fraternity Council ............................... 9**
  Duties of Fraternity Council ................... 9
      Administrative Duties ........................ 9
      Financial Duties.................................. 9
      Other Duties....................................... 9
**Members, Chapters, and Associations...... 1**
  Alcohol and Drugs .................................. 1
      Alumna Functions ............................. 1
      Chapter and Association Events ......... 1
      Chapter Facilities............................... 1
  Alumnae Candidate Selection................. 1
  Association Archives ............................... 1
  Chapter Archives .................................... 1
  **Collegiate New Member Selection** ........ 1
  Submitting Grade Verification ............... 1
**Procedures ......................................... 13**
  Chapter Standing ................................. 21
      Chapter Accountability ..................... 21
          Notification ................................. 23
          Probation ...................................... 22
          Procedures .................................... 21
          Suspension ................................... 22
          Warning of Probation ................... 21
      Removal of Chapter .......................... 23
      Initiating the Removal of a Chapter
          by Fraternity Council................. 23
      Notification .................................... 24
      Reasons for Removal ................... 23
      Requirements During Chapter
          Removal ..................................... 25
      Chapter Responsibilities ........... 25
      House Corporation or House
          Association Responsibilities.. 25

KAPPA KAPPA GAMMA FRATERNITY
STANDING RULES REVISION

Status During Removal.................. 25
Unfavorable Conditions ............... 23
Vote to Remove a Chapter........... 24
Establishing a New Chapter
Fraternity Council Decision to Establish
a New Chapter ............................ 20
Directed by Fraternity Council...... 20
Establishment by Petition ............ 20
Housing Requirement ................... 20
Vote Required .............................. 21
Initiation Into Membership in a New
Chapter.......................................... 21
Establishing a New Chapter .................. 20
Leadership Selection Committee
Appointment.................................... 13
Application Process............................ 13
Committee Review Considerations .. 13
Recommendations to Fraternity
Council............................................ 13
Member Probation .............................. 13
Active Member Probation ............... 15
Investigation.................................. 15
Notification................................... 16
Probation Imposed by a Fraternity
Council Member, a District
Director, or the Standards
Director ...................................... 16
Probation Imposed by the Chapter
.................................................... 15
Probation Imposed by the Standards
Committee ................................. 15
Refusal to Remove Probation ....... 18
Removal or Extension of Probation
.................................................... 16
Status of an Active Member on
Probation ................................... 16
New Member Probation ................... 13
Broken Pledge to Membership ..... 14
Notification ................................... 14
Probation Process ......................... 13
Status of a New Member on
Probation ................................... 14
Term of Probation......................... 14

Removal or Extension of Probation .. 14
Requested Resignation and Dismissal .. 18
Active Member ................................. 18
Fraternity Council Procedure for
Dismissal if Refused by a Chapter
.................................................... 19
Refusal of a Requested Resignation
or Dismissal .............................. 19
Associate or Alumna Member .......... 20
Action Taken ............................... 20
Investigation................................. 20
Notification ................................. 20
Return of Fraternity Property ....... 20
Vote............................................. 20
Written Complaint ....................... 20
Voluntary Resignation Procedure ......... 18
Active Member ................................. 18
Return of Fraternity Property ....... 18
Written Request to a
Nonfunctioning Chapter ........... 18
Written Request to an Active
Chapter...................................... 18
Associate or Alumna Member .......... 18
Action Taken ................................. 18
Return of Fraternity Property ....... 18
Written Request............................ 18
The Fraternity....................................... 10
Finance ................................................ 10
Bank Accounts................................... 10
Budget Adjustments ......................... 10
Disbursements ................................. 10
Fees Payment.................................... 10
Fiscal Year......................................... 10
Fraternity Operating Fund ............... 10
Source of Funds............................ 10
Uses............................................. 10
Founders Day ......................................... 11
Insignia, Fraternity Jewelry, and Symbols
.......................................................... 11
Badge of the Fraternity .................... 11
Coat-of-Arms.................................... 11
Fraternity Council Badge.................. 11
Fraternity Jewelry ............................ 12

KAPPA KAPPA GAMMA FRATERNITY
STANDING RULES REVISION

New Member Pin ............................... 12
Official Emblem for Content Directors
..................................................... 12
Official Emblem for District Directors 12
Official Emblems ............................... 12
Recognition Pin ................................. 12
Symbols of the Fraternity ................. 12
    Banner .......................................... 13
    Colors ........................................... 12
    Flower ........................................... 12
Jewel ............................................... 12
Seal .................................................. 13
Publications ..................................... 11
    *The Hoot* ..................................... 11
    *The Key* ....................................... 11
    *The Proceedings* .......................... 11
Ritual .............................................. 10
    Chapter Initiation of New Members. 10
    Ritual Changes................................ 10

# ATTACHMENT 8

# Policies of
# Kappa Kappa Gamma Fraternity



Adopted by Fraternity Council in **October 2022.**

The Kappa Kappa Gamma Fraternity *Policies* are not to be shared with the public.
Contact the Fraternity Executive Director if there is a request for a copy of the Fraternity
*Policies*.

Kappa Kappa Gamma                                    FRATERNITY POLICIES

Policy I Advisory Boards ........................................................................................... 1
Policy II Alumnae Associations................................................................................. 2
Policy III Chapters...................................................................................................... 3
Policy IV Chapter Events ........................................................................................... 5
Policy V Chapter Facilities ........................................................................................ 6
Policy VI Finance and Fundraising........................................................................... 9
Policy VII Hazing ........................................................................................................ 10
Policy VIII Membership ............................................................................................. 11
Policy IX Panhellenic ................................................................................................. 14
Policy X Philanthropy ................................................................................................ 14
Policy XI Public Relations .......................................................................................... 15
Policy XII Parent and Guardian Communication.................................................... 16
Policy XIII Raids .......................................................................................................... 17
Policy XIV Retaliation ................................................................................................ 17

 FRATERNITY POLICIES

### POLICIES OF
### KAPPA KAPPA GAMMA FRATERNITY

The Kappa Kappa Gamma Fraternity *Policies* are statements of intent and rules formulated by Fraternity Council to consistently carry out its duties as defined by the Kappa Kappa Gamma *Articles of Incorporation* and the Fraternity *Bylaws* and *Standing Rules*.

Fraternity Council adopted the policies in **October 2022**. This document replaces all previous versions.

The Fraternity *Policies* are to be used in conjunction with the *Articles of Incorporation* as well as the Fraternity *Bylaws* and *Standing Rules* as adopted by the **2022 Biennial Convention**. Failure to abide by the Fraternity *Policies* by a member or a chapter may result in disciplinary action.

### POLICY I
### ADVISORY BOARDS
(See the Fraternity Bylaws, Article IV. Section 2. J.)

**Section 1. Advisers.** An adviser shall be an alumna member of Kappa Kappa Gamma in good standing. An alumna expressing an interest to serve as an adviser to their own chapter will not serve until at least three years removed from the active chapter experience. An alumna shall serve in only one capacity, such as a chapter adviser, House Board member, or officer of an alumnae association. A District Director or Content Specialist shall not serve as an adviser in the district to which assigned. Advisers shall advise and guide the chapter officers, committees and Executive Board as a whole. An alumna with a daughter, granddaughter or sister in the chapter or going through Membership Recruitment on that respective campus shall not serve as a chapter adviser. The Advisory Board Specialist may grant exceptions in consultation with the Advisory Board Director.

**Section 2. Advisory Boards.** An Advisory Board shall meet at least twice per year.

  A. **Advisory Board Recruitment.** In the areas where assistance is needed, the Advisory Board Specialist shall identify, recruit, and train potential advisers in consultation with the Advisory Board Director, Alumna Relations Specialist, and the designated Kappa Kappa Gamma Headquarters staff member.

  B. **Convention.** Chapters are strongly encouraged to budget for the registration fee of the adviser representative attending Convention.

  C. **Disagreements.** Cases of serious disagreements between chapters and advisers, the ineffectiveness of advisers, or conflicts with the Advisory Board shall be referred to the Advisory Board Specialist.

  D. **Expenses.** Expenses of an Advisory Board may be a shared responsibility of the chapter and of the alumnae association(s) from which the advisers are selected. These expenses might include adviser representation at Kappa Leadership Conference, Convention registration fees, resource materials, copying, postage, etc.

  E. **Meetings.** An adviser shall be present at chapter meetings for the election of officers, revision of the chapter Bylaws and Standing Rules, preparation and presentation of the budget, Executive Board meetings, officer training, Initiation, and including those of the

 **Kappa Kappa Gamma**                    FRATERNITY POLICIES

Nominating Committee and consideration of disciplinary action by the chapter and Standards Committee. Advisers may attend meetings electronically via telephone or through other electronic communications as long as all the members can simultaneously hear one another and participate during the meeting.

F.   **Selection.** Advisers shall be selected annually as a board with the joint approval of the chapter and executive board of the local alumnae association. In the absence of a local alumnae association, the board may be selected with the joint approval of the District Director, Advisory Board Specialist, and Alumna Relations Specialist.

G.   **Term of Office.** An adviser may serve two years in the same position. Whenever possible, adviser positions should be rotated in intervals.

**POLICY II**
**ALUMNAE ASSOCIATIONS**

**Section 1. Alcohol.** (See the Fraternity Bylaws, Article V. Section 2. B and Standing Rule 1. 4.)

A.   **Events With Collegians.** Alcoholic beverages shall not be used or served in conjunction with alumna events where members who are not of legal drinking age are present. The Risk Prevention Director may grant exceptions in extraordinary circumstances.

B.   **Fraternity Ritual and Founders Day.** Alcoholic beverages shall not be used or served in conjunction with services of Fraternity ritual or Founders Day.

C.   Alumnae association funds shall not be used to purchase alcohol.

**Section 2. Association Treasurer Financial Report.** The association's financial report shall be prepared by the Treasurer and reviewed by at least one other member of the association prior to submission to Kappa Kappa Gamma Headquarters. The review process shall include:

- Ensuring the report cash balances reconcile to the bank statement(s).
- Verification of mathematical accuracy.
- Agreement on at least a random selection of 20% of invoices or other documentation.
- Other verification deemed necessary by the reviewing member(s).
- An electronic signature of the Treasurer and reviewing member(s) on the financial report.

**Section 3. Awards.** Alumnae associations in good standing shall be eligible to receive awards. (See the Fraternity Bylaws, Article V. Section 8. C.)

**Section 4. Delegates.** Each alumnae association is strongly encouraged to send a delegate to each biennial or special Convention for the enrichment of alumnae associations and the strengthening of the Fraternity at large. Unless unable to attend, the delegate shall be the alumnae association President.

**Section 5. Graduating Seniors.** Alumnae associations that support a local chapter should plan a program for the graduating seniors that bridges the transition from collegiate member to alumna member.

**Section 6. Lifetime Commitment.** Alumnae associations are encouraged to assist each member in developing a lifetime commitment of loyalty to the Fraternity and service to their community.

Kappa Kappa Gamma                                        FRATERNITY POLICIES

**Section 7. Protocol.** When a new chapter of Kappa Kappa Gamma is installed, the alumnae associations of that district shall send a greeting in the care of the Chapter Services Department at Kappa Kappa Gamma Headquarters. The Chapter Services Department shall also coordinate the welcome gifts.

**Section 8. Per Capita Fees.** Alumna members must pay both the Fraternity per capita fee and local alumnae association dues in order to join an alumnae association. An alumnae association shall be responsible for paying the per capita fees of all of its dues-paying members and officers to the extent that they have not already been paid directly to the Fraternity by the individual members. An alumnae association consisting of any members who have not paid their required per capita fees shall not be considered in good standing, is not entitled to representation at Convention, and may be subject to the withdrawal of its charter.

## POLICY III
### CHAPTERS

**Section 1. Alumna Awareness.** Chapters shall plan an ongoing program for active and new members about the vital role of the alumnae in the Fraternity.

**Section 2. Auxiliary Groups.** Participation in auxiliary groups of men's fraternities, including but not limited to little sisters, is prohibited and is in conflict with the National Panhellenic Conference Unanimous Agreements. The formation of male auxiliary groups, such as big brothers, is prohibited. The activities of such groups are not conducive to harmonious chapter operations and jeopardize our single-sex status. Kappa chapters shall not bestow honorary status to individuals, such as Key Man or chapter sweetheart.

**Section 3. Awards.** Chapters are eligible to receive awards if, during the biennium, the chapter has obtained the necessary permission to initiate, is current in payment of Fraternity fees, has submitted the necessary reports to Kappa Kappa Gamma Headquarters and is not on Fraternity Council Action (i.e., Warning of Probation, Probation, or Suspension). District Directors may grant exceptions.

**Section 4. Chapter Merchandise.** Chapters purchasing merchandise shall receive at least two bids from authorized/licensed vendors on bulk orders. Individual chapter members are prohibited from receiving compensation (money or free merchandise) from a vendor in exchange for using that vendor.

**Section 5. Chapter Officer Education and Training.** Chapter officers are responsible for completing all relevant online and/or in-person training to learn about their officer role. Officers failing to exercise such responsibility may be subject to disciplinary action.

**Section 6. Convention Delegates.** Chapters shall send a delegate to each Convention. Unless excused by the District Director, the delegate shall be the chapter President.

**Section 7. Discipline.** (See Fraternity Bylaws, Article V. Section 7.)

    **A.** **Chapters.** Chapters are responsible for the discipline of active and new members. Chapters failing to exercise such responsibility are subject to Fraternity Council Action.

    **B.** **Members.** Any member failing to comply with the Fraternity *Articles of Incorporation* as well as the Fraternity *Bylaws*, *Standing Rules* and *Policies* is subject to disciplinary action. Any member of the Standards Committee facing disciplinary action shall not vote on any issues concerning that disciplinary situation.

Kappa Kappa Gamma                                          FRATERNITY POLICIES

C. **Personal Responsibility.**
1. **Health and Safety.** All members shall act in a manner that demonstrates respect and consideration for those around them, including respect and consideration for the health and safety of all community members. Members shall adhere to guidelines/directives from public health authorities, their college/university and their chapter/House Board in the event of an emergency.
2. **Human Dignity.** Kappa Kappa Gamma expects all members to promote integrity, respect and regard for others, and appreciation for the worth of all individuals. Any member who makes discriminatory, inflammatory or inappropriate actions based on race, national origin, religion, disability, age, gender identity, sexual orientation or other class protected by local, state/provincial, or federal law shall be subject to dismissal or other disciplinary action.
3. **Unaffiliated Transfers and Associate Members.** Unaffiliated transfer members and associate members failing to comply with the Fraternity *Articles of Incorporation* as well as the Fraternity *Bylaws*, *Standing Rules* and *Policies* shall be reported to the Standards Director.

**Section 8. Emergency Information.** Each active and new member shall annually submit their emergency information.

**Section 9. Good Standing.** (See the Fraternity Bylaws, Article V. Section 7.) A chapter in good standing shall submit a scholarship report following each term; pay current Fraternity fees; complete Fraternity reports in a timely manner; adhere to the Fraternity *Articles of Incorporation*, *Bylaws*, *Standing Rules*, and *Policies*; and not be on Fraternity Council Action.

**Section 10. Graduating Members.** Graduating members who fail to comply with the Fraternity *Bylaws*, *Standing Rules* and *Policies,* university rules and regulations, and local, state/provincial and federal laws, or fail to uphold Fraternity standards may be referred to the Standards Specialist for consideration of direct Fraternity Council Action if the Standards Committee is unable to complete the standards process prior to graduation. (See the Fraternity Bylaws, Article III. Section 7.)

**Section 11. Kappa Leadership Conference.** Chapters shall budget for and send representatives to Kappa Leadership Conference as designated.

**Section 12. Membership Commitment Statement.** Each active and new member shall annually complete and adhere to the terms of the Membership Commitment Statement. Chapters can hold events with alcohol only after 100% of chapter members have completed the Membership Commitment Statement.

**Section 13. Men's Recruitment.** Participation in men's Fraternity events when or where the primary purpose is recruitment is prohibited per the NPC Unanimous Agreements.

**Section 14. Officers.** (See the Fraternity Bylaws, Article IV. Section 2. C and D.)

**Section 15. Protocol.** When a new chapter of Kappa Kappa Gamma is installed, members of Official Family and chapters are encouraged to send greetings in the care of the Chapter Services Department at Kappa Kappa Gamma Headquarters.

**Section 16. Ritual.** All services within the *Book of Ritual* shall be followed in their entirety without additions or deletions.

**Section 17. Unrecognized Groups.**

 **FRATERNITY POLICIES**

    **A.**  Collegiate members of suspended chapters are prohibited from participating in any activities that can be construed as functions of Kappa Kappa Gamma, including Recruitment, Initiation, meetings, and social events. Members who participate in the activities of an unrecognized group are subject to disciplinary action up to and including dismissal.

    **B.**  Members may plan or participate in events with men's fraternities and other student organizations only when those men's fraternities and student organizations are not suspended for reasons of organizational conduct.

**POLICY IV**
**CHAPTER EVENTS**

All chapter events shall be planned and implemented with respect for the academic responsibilities of each active and new member and with concern for the image of the chapter and the Fraternity. All local, state/provincial and federal laws shall be followed when planning events. All Kappa-sponsored or co-sponsored events shall abide by the Risk Prevention Procedures.

**Section 1. Chapter Activities and Events.**

    **A.**  **Alcohol and Drugs.** Alcoholic beverages, drugs or other controlled substances shall not be used or served in conjunction with Founders Day, chapter philanthropic events, the new member period, chapter meetings, services of Fraternity ritual — including Formal Pledging, Inspiration Period, and Initiation — or any function related to Recruitment, including any time during pre-recruitment, Primary Recruitment, Continuous Recruitment, Continuous Open Bidding, and Bid Day.

    **B.**  **Behavior.** Chapter members are accountable for their own conduct and that of their guests at all events.

    **C.**  **Budget.** Chapter funds shall not be used to purchase alcohol. Monies shall not be collected by the chapter in order to purchase alcohol.

    **D.**  **Drinking.** Members are prohibited from underage drinking. Members shall not — collectively or individually — purchase for or serve alcohol to individuals who are under the legal drinking age.

    **E.**  **Firearms and Weapons.** The use, possession or storage of firearms or other weapons, including ammunition and explosives, is prohibited at chapter events.

    **F.**  **Illegal Substances.** Illegal substances (as classified at the state/provincial and/or federal level) may not be brought into and/or consumed by any member or guest at any Kappa-sponsored or co-sponsored event.

    **G.**  **Legal Drinking Age Identification System.** (See the Fraternity Bylaws, Article V. Sections 2 and 2. B.) If alcohol is to be served or consumed at a Kappa-sponsored or co-sponsored event, the chapter shall identify members and guests of legal drinking age.

    **H.**  **Open Parties.** Open parties are not permitted. Kappa-sponsored or co-sponsored parties shall be limited to members and their guests.

    **I.**  **Overnight Accommodations.** Parties that involve the rental of overnight accommodations, either by the chapter or by individuals, are prohibited.

    **J.**  **Pre-Parties and Post-Parties.** Pre- or post-parties are prohibited.

Kappa Kappa Gamma                                          FRATERNITY POLICIES

**K.**  **Rapid Consumption.** The rapid consumption of alcohol (e.g., drinking games) is prohibited.

**L.**  **Sale of Alcohol.** The sale of alcoholic beverages by any member representing the chapter is prohibited.

**M.**  **Transportation.** For off-campus chapter events, transportation procedures shall comply with the Fraternity Risk Prevention Procedures for all active and new members and their guests. Alcohol, drugs and other controlled substances are prohibited from being transported or used by members or their guests while traveling to and from chapter events.

**Section 2. Events Involving Alcohol.**

**A.**  **Alcohol Service.** Collegians may not act as trained servers or security personnel at Kappa-sponsored or co-sponsored events that involve the use of alcohol for their own chapter.

**B.**  **BYOB Events.** All chapter-sponsored and co-sponsored bring your own beverage (BYOB) events shall follow the BYOB Procedures outlined in the Waiver Application in addition to the respective university's policies**.**

**C.**  **Eligibility for BYOB Events.** Chapters are eligible to participate in BYOB events on campus if they complete the Waiver Application and their application is approved. Waiver Applications are valid only for the upcoming/current academic year.

**D.**  **Events at Third-Party Vendors.** Chapters shall hire trained servers or bartenders and security personnel at every Kappa-sponsored and co-sponsored event hosted by a third-party vendor. The number of security personnel shall be determined by the size and type of event. A request for an exception to the number of security personnel shall be directed to the Risk Prevention Specialist.

**E.**  **Social Event Guest Age Minimum.** Chapter event guests are required to be 18 years of age or 17 years of age and an enrolled student at the institution to attend any chapter event with alcohol.

**POLICY V**
**CHAPTER FACILITIES**
(See the Fraternity Bylaws, Article XXII. Section 1.)

Kappa facilities are those properties owned, leased, rented, and operated by the chapter house corporation or alumnae association, the Fraternity Housing Corporation, or the institution where the chapter is located.

**Section 1. Day-To-Day Operations.**

**A.**  **Alcohol and Drugs.** (See the Fraternity Bylaws, Article V. Section 2. B and C.)

1.  The use or possession of alcohol by a member or nonmember is not permitted in a chapter facility or within the area considered part of that property, including parking lots.

2.  The use, sale, purchase or possession of any drugs or other controlled substances in violation of local, state/provincial or federal law is prohibited in a chapter facility or on chapter facility property, including parking lots.

 Kappa Kappa Gamma                    FRATERNITY POLICIES

**B. Animals.** Animals shall not be permitted in a chapter facility. Exceptions may be granted for medical purposes in consultation with the designated Kappa Kappa Gamma Headquarters staff member(s).

**C. Fire Safety.** The use of any open flame, including but not limited to fireplaces, fire pits and candles, is prohibited in the chapter facility.

**D. Firearms and Weapons.** The use, possession or storage of firearms or other weapons on chapter property, including ammunition and explosives, is prohibited.

**E. Guest Privileges.** Nonmember guests may visit a Kappa facility during facility open hours only by invitation of the chapter or an individual member of the chapter and only if in compliance with the approved chapter visitation rule. The individual member is responsible for the conduct of their guest and shall be considerate of roommate(s) and other residents of the facility.

**F. Hours.** Chapters are expected to maintain reasonable closing hours conducive to academic excellence, consideration of others in the facility, and the safety of members.
1. The chapter, Advisory Board and House Board/FHC shall determine and approve closing hours.
2. Nonmembers are not allowed in a chapter facility after closing hours unless they are guests invited to stay overnight as outlined in the approved chapter visitation rule.

**G. Kitchens.** Noncertified personnel or individuals shall not use commercial-grade kitchen appliances.

**H. Meals.** Advisory Board or House Board members who eat at a chapter facility shall pay for their meals unless they are invited as guests.

**I. Property.** Abuse of property renders a chapter and/or individual liable for disciplinary action unless otherwise mandated by local, state/provincial or federal law. Individuals may also be held financially responsible.

**J. Residence Requirements.** It is the responsibility of each chapter to ensure the chapter facility is filled to capacity at all times. A live-in rule shall be developed by the chapter facility team, Advisory Board and House Board/FHC, approved by the chapter and stated in the chapter Standing Rules.
1. **Alumna and Associate Members.** If all chapter members eligible to live in the chapter facility have been housed and space is available, a member granted Associate Membership or an alumna may live in the facility with the approval of the chapter and Advisory Board. Notification to House Board/FHC must be given prior to final approval.
2. **Discounts.** No resident member shall receive free or discounted room and board rates.
3. **Emergency Committee Live-In.** A minimum of two of the current or outgoing Emergency Committee officers is required to live in the chapter facility at all times.
4. **Live-In Obligation.** A member has an obligation, in accordance with the chapter's live-in rule, to live in the chapter facility. Failure to fulfill this obligation may result in loss of membership.

 FRATERNITY POLICIES

    5.   **Nonmembers.** A nonmember, before being invited as a guest resident of the chapter facility, shall receive the unanimous vote of the chapter and approval of the local Advisory Board and House Board/FHC.

    6.   **Releasing From the Live-In Obligation.** Releasing a member from their live-in obligation is rarely permitted, especially when the chapter facility is not full to capacity. If extenuating circumstances make it necessary for a member to be released from the live-in obligation, the request shall be made in accordance with the chapter's live-in rule and approved by Advisory Board in consultation with House Board/FHC before the member is notified of the decision to release. These requests shall only be considered once all other options have been exhausted through the accommodations process.

    7.   **Transfers.** If all active and new members eligible to live in the chapter facility have been housed and space is available, a Kappa transfer may move into the facility with the approval of the chapter and Advisory Board. A statement of the transfer's good standing shall be secured from their chapter and notification to the House Board/FHC prior to final approval.

**K.**  **Safety.** Kappa facilities shall be locked at all times. The chapter facilities team, Advisory Board and House Board/FHC are responsible for formulating rules to ensure the safety of the active and new members. In the event of an emergency, account for all members utilizing the chapter's preferred method for mass communication.

**L.**  **Smoking.** Vaping and using e-cigarettes (e.g., Juul and CBD vape oils) and tobacco products are prohibited in all Kappa facilities.

**M.**  **Visitation**

    1.   **Overnight Guests.** Each chapter, in conjunction with its Advisory Board and House Board/FHC, shall establish a procedure for the registration of nonmember guests staying overnight that includes roommate consent and reasonable notification of the House Director or the House Board President in the absence of a House Director. Visitors whose relationship with a resident member is intimate in nature are prohibited from being overnight guests. Each chapter shall include its procedure in the visitation rule.

    2.   **Procedures.** The procedures to establish the visitation policy shall be as follows:

        a.   **Chapter Vote.** The proposed policy shall be approved by a three-fourths vote of the chapter members present at the meeting and voting as well as its Advisory Board and House Board/FHC. The policy shall contain provisions for enforcement and shall be included in the chapter Standing Rules.

        b.   **Policy Reaffirmation.** All approved policies must be reaffirmed annually by a three-fourths vote of the chapter members present at the meeting and voting, Advisory Board, and House Board/FHC.

    3.   **Visitation in Private Areas.** Each chapter, in conjunction with its Advisory Board and House Board/FHC, shall establish a visitation policy regarding nonmember guests' access to private areas of a chapter facility during open hours, which shall not exceed the facility's open hours. Open hours are defined as hours in which nonmembers are permitted in the facility. Nonmember guests are never allowed

   FRATERNITY POLICIES

in nonpublic areas of a chapter facility unless invited by a resident member and requires roommate consent and consideration of all other residents.

**Section 2. Management.**

**A.  Conflict of Interest.** All House Board members shall annually sign the Conflict of Interest Policy and Statement.

**B.  House Board Members.** A House Board member shall be an alumna member of Kappa Kappa Gamma in good standing. An alumna shall serve in only one capacity, such as chapter adviser, member of House Board, or officer of an alumnae association. A District Director or Content Specialist shall not serve as a House Board member in the district to which they are assigned. An alumna with a daughter, granddaughter or sister in the chapter or going through Membership Recruitment on that respective campus shall not serve on House Board. The Facilities Specialist shall grant exceptions in consultation with the Fraternity Facilities Director.

**C.  House Corporation/Association Fee.**

1.  New members shall pay the house corporation/association fee within one year of the date of pledging. The fee is refundable if the new member is not initiated.

2.  Affiliated transfers shall pay a prorated portion of the house corporation/association fee within the year of affiliation.

**D.  House Directors.** Kappa facilities housing 10 or more members shall have a House Director living on the premises unless excused by the designated Kappa Kappa Gamma Headquarters staff member with the approval of the Fraternity Facilities Director and District Director.

**E.  Insurance.** All insurance shall be carried through the Fraternity's master insurance program unless an exception to use another carrier is granted by the Finance Committee and approved by Fraternity Council.

**F.  Property.** Furniture, silver, dishes or equipment shall not be moved, taken from the chapter facility, or lent without the consent of House Board/FHC.

## POLICY VI
## FINANCE AND FUNDRAISING

**Section 1. Assessments.** A chapter may not assess any active, associate or new member. An assessment is defined as a required additional charge not approved as part of the chapter budget. The budget shall be adequate to cover all necessary expenses. Chapters cannot vote to assess members. If there are extra charges, they shall be optional.

**Section 2. Chapter Housing Projects.** (See the Fraternity Standing Rules, Rule 3.2. C. 9.) The Fraternity Facilities Content Director in consultation with the designated Kappa Kappa Gamma Headquarters staff member(s) shall present House Board renovation plans and proforma to secure a recommendation of the Fraternity Finance Committee and approval of Fraternity Council before the chapter housing project shall begin.

**Section 3. Financial Drives or Campaigns.** (See the Fraternity Bylaws, Article XIII. Section 2.) The Fraternity Facilities Director shall first review any financial drive or campaign. Upon recommendation from the Finance Committee, approval from Fraternity Council is required if the financial drive or campaign goes beyond the active members of the local

 Kappa Kappa Gamma                                    FRATERNITY POLICIES

chapter or alumnae association from which Advisory Board and House Board members are selected.

**Section 4. Fines.** A chapter shall not fine any active, associate or new member. Chapters cannot vote to fine members.

**Section 5. Fundraising Proceeds.** All nonmember receipts from fundraising activities shall be used for philanthropic purposes. These receipts shall not be used for any chapter or alumnae association operating expenses, new member activities or gift purchases.

**Section 6. House Corporation/Association Financial Reporting.**

    **A.**  **House Corporation/Association Annual Report.** The house corporation/association annual report shall be prepared by the House Board Treasurer with input from the House Board President and then reviewed by at least one other member of House Board or an independent accounting firm prior to submission to the Fraternity Finance Director or their designee. The review procedures shall include:

- Ensuring the report cash balances reconcile to the bank statement(s).
- Verifying mathematical accuracy.
- Confirming at least 20% of disbursements agree with supporting invoices or other documentation.
- Performing other test procedures deemed necessary by the reviewing member(s).
- Providing manual signatures of the reviewer(s) on the annual report to prove a review was completed.

    **B.**  **House Corporation/Association Financial Reports.** If financial reporting is not completed within 30 days of the due date, House Board shall be considered delinquent.

**Section 7. House Corporation Renovations or Building Projects Fundraising.** Construction cannot commence and funds cannot be committed or dispersed for a renovation or building project until 65% of the total project fundraising goal is pledged.

**POLICY VII**
**HAZING**
(See the Fraternity Bylaws, Article V. Section 2. A.)

All chapter activities shall respect the dignity of the individual. Any activity that is required as part of membership intake or as a condition of membership that is demeaning, embarrassing, or mentally or physically injurious to an individual or group is considered hazing and is not permitted. Hazing is prohibited and any member failing to comply with this policy is subject to dismissal from the Fraternity. This policy pertains to all members of the Fraternity.

Hazing is defined as any activity or action taken with or without consent of the individual involved that produces mental, emotional, psychological or physical discomfort, intimidation, humiliation, degradation, embarrassment, harassment or ridicule. Such activities and situations include, but are not limited to, blindfolding for any purpose; forced or coerced alcohol consumption or use of drugs or other controlled substances in violation of local, state/provincial or federal law; creation of excessive fatigue; physical and psychological shocks; treasure hunts, scavenger hunts or kidnaps; wearing apparel that is conspicuous and not

22.10

 Kappa Kappa Gamma

FRATERNITY POLICIES

normally in good taste; engaging in stunts or degrading or humiliating games and activities; and late work sessions.

All members are subject to local, state/provincial, and federal law and the rules and regulations of the university where a Kappa Kappa Gamma chapter is located. To the extent those laws or university rules and regulations are broader or more stringent than Kappa Kappa Gamma's policy, then members shall comply with those broader or more stringent standards. Members are responsible for familiarizing themselves with those standards.

## POLICY VIII
## MEMBERSHIP

**Section 1. Classifications.** (See the Fraternity Bylaws, Article III. Section 1.)

   A.  **Active.** An active member is a collegian who has been initiated regardless of the number of hours being taken unless the member has previously achieved alumna status or been granted Associate Membership.

   B.  **Associate Member.** Associate Membership may be granted to an active member in good standing who, due to extraordinary circumstances, is unable to participate in the regular requirements of their chapter. Both the Advisory Board Director and the District Director shall review each case for approval. An associate member is responsible for paying the annual per capita fee. Fraternity Council may grant Associate Membership to a member whose chapter has been suspended. (See the Fraternity Standing Rules, Rule 7.4. B.) Associate members who are away from the chapter for a period of one term will continue to be counted in chapter total. Fraternity Council sets the terms and conditions of Associate Membership, including the procedures for returning to active-member status.

**Section 2. Initiation.** (See the Fraternity Bylaws, Article III. Section 3.)

   A.  **Badge.** (See the Fraternity Bylaws, Article III. Section 3. A. 3.) Provisions for securing a badge shall be made before Initiation.

   B.  **Blindfolds.** The use of blindfolds during any service of initiation is prohibited.

   C.  **New Members.** Chapters are expected to initiate all new members during the same term they are pledged to membership. The Ritual and History Specialist may grant exceptions in consultation with the Fraternity Ritual and History Director. New members shall be initiated within one calendar year of signing a membership recruitment acceptance binding agreement.

   D.  **Reports.** (See Fraternity Standing Rules, Rule 6.2. B. 2.)

   E.  **Risk Prevention** All ritual-related events shall be in compliance with the Risk Prevention Procedures.

   F.  **Sleepovers.** Sleepovers associated with Initiation are only appropriate if every member has an adequate place to sleep and if participation is not mandatory for new members or active members.

**Section 3. Selection.** Membership Recruitment and selection are of vital concern to every active and new member of the chapter. Membership Recruitment and selection require thoughtful consideration and full participation. The designated adviser shall excuse members unable to participate in any facet of the recruitment process. All information

 Kappa Kappa Gamma                    FRATERNITY POLICIES

concerning Recruitment and Kappa Kappa Gamma's membership selection processes is confidential and must be kept within the chapter.

**A.** **Academic Excellence.** (See the Fraternity Bylaws, Article III. Section 2. B. 2.) The chapter Academic Excellence Director (or Vice President Internal Affairs, if applicable) shall meet with their team and request input from the Academic Excellence Specialist regarding the overall academic health of the chapter. The academic team will recommend to the chapter their proposal regarding the approval of grade exceptions during Recruitment.

    1. **Chapters Allowing Academic Exceptions.** If the chapter votes to allow academic exceptions, members shall vote on the number of exceptions allowed in the new member class. This number shall be based on the expected quota, and a percentage of the new member class that may be granted academic exceptions shall be voted upon prior to the start of recruitment rounds. The chapter Academic Excellence Director (or Vice President Internal Affairs, if applicable) shall inform the Membership Specialist and Academic Excellence Specialist of the number of exceptions that have been determined by the chapter. The chapter Academic Excellence Director (or Vice President Internal Affairs, if applicable) will review the overall descending list of potential new members following the round prior to preference to ensure that only the predetermined number of grade exceptions are invited to preference. All potential new members beyond that number shall be removed from the invitation list.

    2. **Chapters Not Allowing Academic Exceptions.** If the chapter votes to not allow for grade exceptions, no exceptions will be granted and the chapter will release all potential new members who do not meet the minimum academic requirements as outlined in the Fraternity Bylaws, Article III. Section 2. B. 2 following the open house round.

**B.** **Advisers.** The Membership Adviser shall provide support to the Vice President Membership or the director in charge of membership selection when needed. In alignment with the National Panhellenic Conference *Manual of Information*, the participation of an adviser should be reserved as a behind-the-scenes role to assist and never to actively participate in Recruitment or the membership selection process. In the event the Membership Adviser is unavailable, the Membership Specialist shall assist the chapter as needed.

**C.** **Alcohol and Drugs.** (See the Fraternity Standing Rules, Rule 1.4.) The use of alcoholic beverages, drugs or other controlled substances shall not be used or served in conjunction with any function related to Recruitment, including any time during pre-recruitment, Primary Recruitment, Continuous Recruitment, Continuous Open Bidding, and Bid Day.

**D.** **Associate Members.** Associate members shall not participate in Membership Recruitment. The Membership Specialist may grant exceptions in extraordinary circumstances.

**E.** **Communication With Alumnae.** Chapter members, officers, and advisers shall not speak with alumnae regarding a potential new member. All communication regarding Recruitment from alumnae shall be directed to the Membership Specialist or Kappa

 **FRATERNITY POLICIES**

Kappa Gamma Headquarters. This shall include all forms of communication including but not limited to text, phone, email and social media messaging.

F. **Continuous Open Bidding.** Chapters are expected to conduct Continuous Open Bidding until they are at the maximum allowable size on their campus. Bids shall be extended to allow for a period of education to take place during the term new members are pledged to membership. The Membership Specialist may grant exceptions in consultation with the Fraternity Membership Director.

G. **Discussion.** Chapters shall not hold discussions of potential new members on any platform. This includes in-person, virtual, or digital platforms. Members shall provide individual input through connection scoring, round scoring, and preference points.

H. **Familial Relationships.** Potential new members with familial relationships to members of Kappa Kappa Gamma shall not be given preferential treatment during Membership Recruitment.

I. **Men.** Men shall not participate in any Kappa recruitment events, including the chapter's Bid Day event(s), according to the National Panhellenic Conference Unanimous Agreements.

J. **New Members.** (See the Fraternity Bylaws, Article III. Section 1. A. 3.) New members may attend recruitment events but may not vote.

K. **References.** All members in good standing may submit references prior to Recruitment.
   1. **Collegiate Member References.** A collegiate member may write a reference for a potential new member so long as the potential new member is not participating in Recruitment on the collegiate member's campus.
   2. **Use of References.** Chapters may use references from alumnae and active members provided via the Kappa Kappa Gamma website for the purpose of matching during Recruitment. Chapters may not provide lists of those potential new members who received references to active members. Courtesy invitations of any kind are not practiced by Kappa Kappa Gamma.

L. **Release Figures.** Chapters are expected to adhere to the release figures provided by the National Panhellenic Conference Release Figure Specialist. Any deviation from the invitation and flex numbers provided by the campus Panhellenic requires approval from the Membership Specialist. Chapters shall maximize their recruitment options by providing flex-plus and flex-minus lists as requested by their campus Panhellenic. Each list shall be fully completed and submitted. The Membership Specialist may grant exceptions to the flex-plus list in rare circumstances.

M. **Scoring Lists.** Chapters shall not alter potential new member scoring lists, which are calculated solely by the voting platform, when submitting them to their campus Panhellenic for recruitment invitations.
   1. **Deviations From Scoring.** The only time deviations from the voting platform's calculated list are acceptable is when they have been granted by the Membership Specialist for academic or other concerns. Only after the Membership Specialist has granted permission to alter the list may those names of potential new members be removed from the invitation list.

 FRATERNITY POLICIES

    **2. Submission of Invitation Lists.** Only the Vice President Membership or director in charge of membership selection should complete the submission of the invitation lists to the campus Panhellenic.

**N. Reports.** A recruitment report shall be completed in *KeyReports* within 10 days of Formal Pledging.

**O. Virtual Recruitment.** All policies as outlined in this section shall also be applicable to chapters participating in a partially or fully virtual recruitment format.

**P. Voting.** The chapter shall use the voting platform provided by the Fraternity for all recruitment voting.

    **1. Administrative Access.** Administrative access to the voting platform shall be granted to the Vice President Membership or director in charge of membership selection, Vice President Standards, Vice President Internal Affairs or chapter Academic Excellence Director, chapter President and the appointed technology membership team member(s). Membership Advisers may be granted administrative access if requested by the Vice President Membership or director in charge of membership selection.

    **2. Voting Procedures.** Chapters shall follow all voting procedures outlined in the current voting procedure guidelines.

**Section 4. Suspension.** In rare instances, members may be placed on a temporary suspended status while an investigation into allegations of serious conduct violations occurs. While on suspended status, members cannot participate in Kappa meetings, events or activities aside from engaging in the standards process.

**Section 5. Transfer/Affiliation.** (See the Fraternity Bylaws, Article III. Section 4.) Chapters shall design a program to welcome and integrate transfers into chapter life. Upon successful completion of such a program by the transfer, the chapter shall consider their affiliation with all the privileges and responsibilities of membership. The Membership Specialist may grant associate status for an affiliated active member for special circumstances. In accordance with the NPC Transfer Member Policy, if a chapter is at total and wishes to affiliate a transfer member, it may do so even though the addition of that member will put the chapter over total.

**POLICY IX**
**PANHELLENIC**

All members of Kappa Kappa Gamma shall abide by and uphold the National Panhellenic Conference Unanimous Agreements as set forth in the current National Panhellenic Conference *Manual of Information*. All members shall also support the policies of the National Panhellenic Conference.

**POLICY X**
**PHILANTHROPY**

Each chapter and alumnae association is encouraged to support Kappa Kappa Gamma's philanthropies. Chapters and alumnae associations shall not host or participate in philanthropic activities that promote negative images of women or the sorority community, demeaning



actions toward others, including incivilities and sexual harassment, and any actions that negatively affect public perception of the Fraternity or the sorority community.

**Section 1. Community Philanthropy.** Chapters and alumnae associations may support a local organization of their choosing.

**Section 2. Inter/National Philanthropy.** Alumnae associations and chapters shall support the Fraternity's inter/national philanthropy through events, service-oriented projects, and monetary donations.

**Section 3. Kappa Kappa Gamma Foundation.** To maintain the strength and future growth of the Fraternity's philanthropic programs, associations and chapters are strongly encouraged to contribute a portion of funds raised from philanthropic events to the Kappa Kappa Gamma Foundation.

**Section 4. Philanthropic Partners.** Chapters and associations are strongly encouraged to contribute 50% of funds raised from philanthropic events to one or two approved partners of their choice.

**Section 5. Risk Prevention.** Chapters and associations are expected to follow the Fraternity's Risk Prevention Procedures before, during, and after all philanthropic events. Chapter events shall not include any alcohol, and eating contests are not permitted.

**POLICY XI**
**PUBLIC RELATIONS**

**Section 1. Chapter Annual Updates.** An annual chapter update shall be sent to all collegiate members and alumna members of the chapter, Fraternity Council, the District Director and the Content Specialists of the district, the Public Relations Director, *The Key* Publication Chairman, and Kappa Kappa Gamma Headquarters. The solicitation of funds to publish and distribute chapter updates is prohibited.

**Section 2. Endorsement of Products or Participation in Promotions.** Requests received by chapters or alumnae associations for endorsements of products and/or compensation for participation in commercial or political promotions, including endorsement on social media, are prohibited.

**Section 3. Internet.**
    **A.** **Chapter and Alumnae Association Websites.** All chapters shall use the OmegaOne website. Alumnae associations are encouraged to use the OmegaOne website.
    **B.** **Social Media.** All chapters, alumnae associations and members are expected to adhere to all federal, state/provincial and local laws, university procedures, and Kappa Kappa Gamma's Social Media Guidelines regarding internet usage to preserve and protect the name of Kappa Kappa Gamma and the privacy and security of its members.
    **C.** **Web Usage.** All chapter and alumnae association websites shall be in compliance with Kappa Kappa Gamma's current website guidelines.

**Section 4. Licensing.** Authorized vendors shall be those that have been granted licensing approval by the Fraternity to design, manufacture and sell products bearing the registered trademarks of Kappa Kappa Gamma Fraternity.

**Section 5. Local, Regional or National Media.**
    **A.** **Participation.** Individuals, chapters, Advisory Boards, House Boards, and alumnae associations shall secure the approval of Kappa Kappa Gamma Headquarters before



FRATERNITY POLICIES

participating in any local, regional, or national media. Kappa Kappa Gamma Headquarters shall approve pictures, images or articles about chapters and alumnae associations before appearing in local, regional or national media.

**B.** **Use of Trademarks.** No member, chapter or association may display the registered trademarks of the Fraternity and/or property of the chapter or Fraternity on digital or physical media, including apparel, nor claim association with the Fraternity with any national media without prior approval by Kappa Kappa Gamma Headquarters.

**Section 6. Membership Lists.** Membership lists and member contact information available through the Kappa Kappa Gamma website, (e.g., names, emails, phone numbers, and mailing addresses) are for the use of collegiate and alumna members of Kappa Kappa Gamma only in conducting the Fraternity business and shall not be used in non-Fraternity business or furnished to or used by anyone outside of the Fraternity. Any solicitations of business, non-Fraternity philanthropic contributions, or political contributions are prohibited unless authorized by Fraternity Council. Questions regarding the use of such lists shall be referred to Kappa Kappa Gamma Headquarters.

**Section 7. Requests for Information.** Requests for information or opinions relating to Kappa Kappa Gamma, its members, chapters, Advisory Boards, House Boards, and alumnae associations (e.g., annual reports, chapter questionnaires, evaluation surveys and university relationship statements) shall be approved by the Fraternity President or Executive Director before an answer, oral or written, is submitted. The Panhellenic Specialist shall review award applications prior to submission.

**Section 8. Speaking for the Fraternity.** Chapters, alumnae associations, and members shall not speak for the Fraternity. This includes speaking for the Fraternity about any political, commercial, or controversial issue or indicating involvement of the Fraternity by the use of Kappa Kappa Gamma stationery or other means.

**Section 9. Trademarks.** (See the Fraternity Bylaws, Article XIV. Section 1.) The registered trademarks of Kappa Kappa Gamma Fraternity include, but are not limited to, the name Kappa Kappa Gamma; the tagline: Dream Boldly. Live Fully; the Greek letters KKΓ; the design of the badge; the new member pin; the Grand Seal; the Coat-of-Arms; the key identifier; and the fleur-de-key logo. Unauthorized reproduction, distribution, sales, or use of the above trademarks is prohibited. Requests for use of these insignia shall be submitted to Kappa Kappa Gamma Headquarters.

## POLICY XII
## PARENT AND GUARDIAN COMMUNICATION

As a private member organization, Kappa Kappa Gamma's relationship is with the Kappa member. The Kappa member is the main point of contact with the Fraternity and their chapter related to concerns with the chapter, facility or their membership experience. If a parent/guardian initiates communication regarding a member's experience, the Kappa member must be included in that conversation.

 FRATERNITY POLICIES

**POLICY XIII**
**RAIDS**

Every chapter is responsible for preventing raids and for disciplining those active and new members who encourage or participate in such raids. A raid is defined as an uninvited intrusion upon any Fraternity property or campus building.

**POLICY XIV**
**RETALIATION**

Retaliation in response to or related to a report of misconduct, including but not limited to hazing, sexual misconduct, bullying, and violations of federal, state, local, and Kappa policy, is prohibited and may result in disciplinary action, up to and including dismissal. Retaliation includes, but is not limited to, an act intended as retribution against a person for reporting bullying, harassment, hazing, misconduct, or improperly influencing the investigation of or the response to the report. Examples include: negative rumors, exclusion from usual group activities, or pressure, threats or implied threats to not report an incident, recant an earlier report, or provide false/misleading information to the authorities.

Kappa Kappa Gamma                                         FRATERNITY POLICIES

## INDEX

**Advisory Boards** 1
  Advisers 1
  Disagreements 1
  Expenses 1
  General Convention 1
  Meetings 1
  Recruitment 1
  Selection 2
  Term of Office 2
**Alumnae Associations**
  Alcohol 2
    Events With Collegians 2
    Fraternity Ritual and Founders Day 2
  Awards 2
  Delegates 2
  Graduating Lifetime Commitment 2
  Graduating Seniors 2
  Protocol 3
  Treasurer Financial Report 2
**Alumnae Associations** 2
**Chapter Events**
  Chapter Activities and Events 5
    Alcohol and Drugs 5
    Behavior 5
    Budget 5
    Drinking 5
    Firearms and Weapons 5
    Illegal Substances 5
    Open Parties 5
    Overnight Accommodations 5
    Pre-Parties and Post-Parties 5
    Rapid Consumption 6
    Sale of Alcohol 6
    Transportation 6
  Chapter Activities and Events Legal
    Drinking Age Identification System 5
  Events Involving Alcohol 6
    Alchol Service 6
    BYOB Events 6
    Eligibility for BYOB Events 6
    Events at Third-Party Vendors 6
    Social Event Guest Age Minimum 6

**Chapter Events** 5
**Chapter Facilities** 6
  Day-To-Day Operations 6
    Alcohol and Drugs 6
    Animals 7
    Fire Safety 7
    Firearms and Weapons 7
    Guest Privileges 7
    Hours 7
    Kitchens 7
    Meals 7
    Property 7
    Residence Requirements 7
      Alumna and Associate Members 7
      Discounts 7
      Emergency Committee Live In 7
      Live-In Obligation 7
      Nonmembers 8
      Releasing From the Live-In
        Obligation 8
      Transfers 8
    Safety 8
    Smoking 8
    Visitation 8
  Management 9
    Conflict of Interest 9
    House Board Members 9
    House Corporation/Association Fee 9
    House Directors 9
    Insurance 9
    Property 9
  Overnight Guests 8
**Chapter Visitation**
  **Procedures** 8
    **Chapter Vote** 8
    **Policy Reaffirmation** 8
  **Visitation** 8
**Chapters**
  Alumna Awareness 3
  Auxiliary Groups 3
  Awards 3
  Chapter Merchandise 3

Kappa Kappa Gamma                                   FRATERNITY POLICIES

Chapter Officer Education and Training  3
Convention Delegates  3
Discipline  3
  Chapters  3
  Members  3
  Personal Responsibility  4
    Health and Safety  4
    Human Dignity  4
    Unaffiliated Trasfters and Associate Members  4
Emergency Information  4
Good Standing  4
Graduating Members  4
Kappa Leadership Conference  4
Membership Commitment Statement  4
Men's Recruitment  4
Officers  4
Protocol  4
Ritual  4
Unrecognized Groups  4
**Chapters**  3
**Finance and Fundraising**  9
  Assessments  9
  Chapter Housing Projects  9
  Financial Drives or Campaigns  9
  Fines  10
  Fundraising Proceeds  10
  House Corporation Renovations or Building Projects Fundraising  10
  House Corporation/Association Annual Report  10
  House Corporation/Association Financial Reports  10
**Hazing**  10
**Membership**
  Classifications  11
    Active  11
    Associate Member  11
  Initiation  11
    Badge  11
    Blindfolds  11
    New Members  11
    Reports  11
    Risk Prevention  11

Sleepovers  11
Selection  11
  Academic Excellence  12
    Chapters Allowing Academic Exceptions  12
    Chapters Not Allowing Academic Exceptions  12
  Advisers  12
  Alcohol and Drugs  12
  Associate Members  12
  Communication With Alumnae  12
  Continuous Open Bidding  13
  Discussion  13
  Familial Relationships  13
  Men  13
  New Members  13
  References  13
    Collegiate Member References  13
    Use of References  13
  Release Figures  13
  Reports  14
  Scoring Lists  13
    Deviations From Scoring  13
    Submission of Invitation Lists  14
  Virtual Recruitment  14
  Voting  14
    Administrative Access  14
    Voting Procedures  14
  Suspension  14
  Transfer/Affiliation  14
**Panhellenic**  14
**Parent and Guardian Communication**  16
**Philanthropy**  14
  Community Philanthropy  15
  Inter/National Philanthropy  15
  Kappa Kappa Gamma Foundation  15
  Philanthropic Partners  15
  Risk Prevention  15
**Public Relations**
  Chapter Annual Updates  15
  Endorsement of Products or Participation in Promotions  15
  Internet  15
    Chapter and Alumnae Association

Kappa Kappa Gamma

FRATERNITY POLICIES

|  |  |
|---|---|
| Website | 15 |
| Social Media | 15 |
| Web Usage | 15 |
| Licensing | 15 |
| Local, Regional or National Media | 15 |
| Participation | 15 |
| Use of Trademarks | 16 |
| Membership Lists | 16 |
| Requests for Information | 16 |
| Speaking for the Fraternity | 16 |
| Trademarks | 16 |
| **Raids** | 17 |
| **Retaliation** | 17 |
| **Visitation** | *See* **Chapter Visitation** |

c

ATTACHMENT 9

I, _____ , as a member of _____ Chapter of Kappa Kappa Gamma ("Kappa Kappa Gamma" or "the Fraternity"), promise to accept the responsibilities of lifelong membership in the Fraternity and uphold the *Bylaws, Standing Rules and Policies* as well as my chapter Bylaws and Standing Rules. I recognize that membership in Kappa Kappa Gamma offers me many benefits and the opportunity for friendship, mutual support, personal growth and intellectual development. I understand that the privilege of membership comes with great responsibility.

*First signed as a new member, this Membership Commitment applies to a member's entire collegiate membership in Kappa Kappa Gamma. The annual signing is a reminder of these obligations. Please take the time to review the document.*

## GENERAL COMMITMENT

*Bylaws, Standing Rules and Policies:* I understand that all new and active members of Kappa Kappa Gamma have the responsibility to uphold all chapter, Fraternity, and university rules and regulations. All members are provided access to the Fraternity documents on the Fraternity website. It is the responsibility of the individual member to become familiar with these documents. Members who violate chapter, Fraternity, and/or university rules and regulations may be subject to discipline up to and including dismissal from the Fraternity.

Hold Harmless: I understand and agree that I am responsible and liable for my actions, including but not limited to negligent or intentional acts, errors or omissions. I agree to release my chapter, House Board/Fraternity Housing Corporation, and the Fraternity from liability related to and to defend, hold harmless and indemnify the chapter, House Board/Fraternity Housing Corporation and the Fraternity as well as their respective officers, agents, employees and volunteers from and against any claims, damages, costs or expenses, including attorney's fees, financial loss, any loss or damage to property, or injury or death to any person arising in any way out of my acts, errors or omissions.

Insurance: I understand and agree that the chapter, House Board/Fraternity Housing Corporation, and the Fraternity as well as their respective officers, directors, employees and agents shall not be responsible for any injury, loss or damage to my person or property. I understand that the Fraternity's insurance coverage is for general public liability. It is not accident insurance that covers any injury, loss or damage to my person or property sustained on the chapter premises and/or during chapter activities, and it is not a substitute for personal health or medical insurance or renters, homeowners or umbrella insurance. (Risk Prevention Procedures)

## LEGAL COMPLIANCE

*ªIn addition to the Bylaws, Standing Rules, and Policies section above, all new and active members are subject to local, state/provincial and federal law. Members who violate such laws may be subject to discipline up to and including dismissal from Kappa Kappa Gamma. All new and active members are also subject to the rules and regulations of the university where a Kappa Kappa Gamma chapter is located. Members who violate such rules and regulations may be subject to discipline up to and including dismissal from Kappa Kappa Gamma. (Fraternity Bylaws, Article V)*

Hazing: I understand that hazing is prohibited and any new or initiated member failing to comply with this policy is subject to discipline up to and including dismissal from Kappa Kappa Gamma. This policy pertains to all members of the Fraternity. Hazing is defined as any activity or action taken with or without consent of the individual involved that produces mental, emotional, psychological or physical discomfort, intimidation, humiliation, degradation, embarrassment, harassment or ridicule. Such activities and situations include, but are not limited to, blindfolding for any purpose; forced or coerced alcohol consumption or use of drugs or other controlled substances in violation of local, state/provincial or federal law; creation of excessive fatigue; physical and psychological shocks; treasure hunts, scavenger hunts or kidnappings; wearing apparel that is conspicuous and not normally in good taste; engaging in stunts or degrading or humiliating games and activities; and late work sessions

# ATTACHMENT 10

 **Kappa Kappa Gamma**                    HOUSE CONTRACT

GAMMA OMICRON
KAPPA KAPPA GAMMA FRATERNITY
UNIVERSITY OF WYOMING
LIVE-IN HOUSE CONTRACT
DUE March 21, 2022 @ 5:00pm

Contract Term:
Fall 2022 Semester & Spring 2023 Semester

Term Charges:

Fall Semester 2022 $3,850.00

Rent $1,300.00
Regular Board $2,200.00
Maintenance $350.00

Spring Semester 2023 $3,850.00

Rent $1,300.00
Regular Board $2,200.00
Maintenance $350.00

Default Deposit Amount:
$250 due Upon Turning in the Live-In House Contract
Unless the student has previously paid this security deposit and lived in the
Kappa house.
(See Section 7 below.)

Damage Deposit Amount:
$300 due Upon Move-In/Check-In Date
(See Section 12 below.)
Unless the student has previously paid this damage deposit and lived in the
Kappa house.

Student's Name:

Address:

Phone Number:

HB-13                                      1                                      21.08

 **Kappa Kappa Gamma**                    HOUSE CONTRACT

**FOR GOOD AND VALUABLE CONSIDERATION,** Gamma Omicron chapter ("chapter") of Kappa Kappa Gamma Fraternity ("Fraternity"), the <u>Kappa Kappa Gamma Building Co.</u> ("House Board"), the student named above ("student") and, if applicable, the student's undersigned parent or legal guardian ("co-signer") do hereby mutually covenant and agree as follows.

1. **Residence in chapter house and Membership Status.** The chapter shall furnish room and board to the student in the chapter house ("chapter house") occupied by the chapter at <u>1604 E. Sorority Row, Laramie, Wyoming</u> at the University of Wyoming ("university") during the portions of the academic year defined in Exhibit A attached herein ("residential period"). The student shall pay fees for room and board to the chapter as described in Exhibit A. THIS CONTRACT IS NOT A LEASE OR ANY OTHER INTEREST IN REAL PROPERTY. IT IS A CONTRACTUAL ARRANGEMENT CONNECTED BY MEMBERSHIP OBLIGATIONS THAT CREATES A REVOCABLE LICENSE. The student shall reside in the chapter house and take board therein during the residential period subject to the terms and conditions of this contract. The student understands and agrees that residency in the chapter house is limited to members in good standing with the Fraternity who are regularly enrolled students at the university. Any occupancy outside the residential period shall be considered a holdover ("holdover period") pursuant to which this contract may be terminated by the chapter at will — not on a month-to-month basis — upon 24-hour notice to the student. This provision is included only to establish the chapter's remedies in the event the student does not vacate as required and nothing in this section shall create an option or right for the student to extend the occupancy beyond the residential period. Payment due to the chapter for any such holdover period shall be at a rate of $200 per day.

2. **House Board.** The chapter leases the chapter house from <u>Kappa Kappa Gamma Building Co.</u> ("House Board"). The student, the co-signer, and the chapter grant rights to House Board hereunder, which are essential terms of this contract.

3. **Enforcement.** The student and the co-signer agree that both the chapter and House Board have the right and standing, in their own name and on their own behalf, to enforce this contract, including, without limitation, the right to bring actions to enforce the terms of this contract, to collect amounts due hereunder and to terminate this contract as described in Section 16 and 17.

4. **No Agency and Joint Obligation.** The chapter, the student and their guests, and the co-signer are not subordinates or agents of House Board or the Fraternity. None of them shall, at any time, represent themselves as such. The chapter is an unincorporated association comprised of its members, including the student. As a member of the chapter, the student is jointly responsible and liable for and guarantees (on an equal basis with other members of the chapter) the performance of the chapter's obligations to House Board and the Fraternity.

5. **Other Services.** The chapter shall provide the student such services as are customarily furnished by the chapter to residents of the chapter house, subject to this contract, the Kappa Kappa Gamma Fraternity *Bylaws, Standing Rules and Policies* ("Fraternity standards"); and rules and regulations of the chapter, including, without limitation, the House Rules ("House Rules") attached hereto as Exhibit B, subject to any changes as

 HOUSE CONTRACT

may be made by the chapter, House Board or the Fraternity at any time. As long as they are a member in good standing of the Fraternity, the student shall also be entitled to all other benefits of membership in the Fraternity.

6. **Charges and Payments.** In consideration of room, board and the services described in the first sentence of Section 5, the student shall pay to the chapter the applicable annual charges specified in Exhibit A for the entire academic year during the term of this contract. The student shall pay all amounts due under this contract when and as billed by the chapter, the Fraternity or House Board. All payments due under this contract are sometimes collectively referred to as the "occupancy payment." Credit/debit card transactions that are denied or checks that are returned will be considered late payments and will result in the applicable late fees. Any unpaid balances remaining due after termination of occupancy shall be subject to 1.5% interest per month — 18% per annum or the highest amount allowed by law, if lower. In addition, the student may be placed on any delinquency status that the university has established and shall be subject to the terms thereof. The student acknowledges that the chapter, House Board and the university may cooperate with regard to delinquency status and expressly authorizes such actions by the university, chapter and House Board. The Occupancy Payment is based on the academic year as a whole and the charges shall not be adjusted if the academic year or residential period is modified for any reason. In the event of a default by the student under this contract, the student hereby authorizes the chapter and House Board to work with and cooperate with the university in withholding the student's grades and/or diploma until all such defaults have been cured and to take such actions on its own behalf and on behalf of the student as are required to complete this process.

7. **Default Deposit.** The student shall pay any default deposit described in Exhibit A ("default deposit") to House Board upon execution of this contract. The default deposit may be applied to remedy any default of the student under the terms and conditions of this contract and shall be refunded by House Board upon the student's full performance of their obligations under this contract as long as a forwarding address has been given. The student acknowledges and agrees that the default deposit relates solely to this contract, is not related in any way to a leasehold interest, and is not and shall not be deemed to be a security deposit as defined under state law.

8. **Room Assignment, Public Areas and Guests.** This contract is for a non-exclusive right to occupy living spaces in the chapter house and not for any particular room. House Board makes no guarantee of the specific furniture to be available in each room. The chapter reserves the right to assign the student to a room. The chapter or House Board reserve the right to change the student's room assignment at any time in accordance with chapter policies or if necessary for health reasons. Additionally, the student acknowledges that disputes by or among occupants of the chapter house may occur and neither the chapter nor House Board has a duty to accommodate the student or any other occupant of the chapter house as a result of such disputes. The student acknowledges that no provision of this contract imposes a duty upon the chapter or House Board to terminate the occupancy rights of any other occupant of the chapter house because of disputes among or between the student and other occupants of the

 **Kappa Kappa Gamma**                                      HOUSE CONTRACT

chapter house. The student shall be permitted to use the public areas of the chapter house and to invite and host guests at the chapter house if allowed under the approved House Rules and approved Visitation Policy. Provided that all guests shall be subject to and abide by the terms of this contract to the same extent as the student, the student shall take all steps necessary to assure that their guests abide by this contract and the student shall be financially responsible for any claims, damages, losses, expenses or liabilities arising out of the acts or omissions of their guests. The student's guests, including overnight guests, must comply with the chapter's approved visitation policy. If the chapter does not have a visitation policy, the student acknowledges that they cannot host guests who are not members of the chapter in the private areas of the chapter house. **House Board reserves the right to suspend guest access to the facility for health or safety reasons.**

9. **Board.** The board shall be available as described in Exhibit A. The chapter shall not be responsible for meals not served for reasons beyond its control. IT IS EXPRESSLY UNDERSTOOD AND AGREED BY THE PARTIES HERETO THAT NO CREDIT WILL BE ALLOWED FOR MEALS NOT TAKEN AT THE CHAPTER HOUSE OR FOR TIME SPENT LIVING ELSEWHERE, SUBJECT ONLY TO THE PROVISIONS SET FORTH RELATED TO THE STUDENT'S PETITION. In addition, in the event of a default by the student under this contract, the chapter or House Board may, at its option and in addition to and not in lieu of any other remedies that may be available, terminate the student's right to take meals at the chapter house and/or suspend the student's right to take meals as long as the event of default continues. The student shall not be entitled to any credit for meals not served as a result of the student's default under this contract and the remedies that the chapter or House Board elects to pursue.

10. **Residential Use and Compliance With Legal and Other Requirements.** The student shall use the chapter house solely for residential purposes. Neither the student nor their guests shall use their room or any other portion of chapter property for any purpose or in any manner that violates the law or constitutes a nuisance. The student and their guests shall, at all times, comply with all local, state, and federal laws, ordinances and regulations and health and safety orders; rules, regulations and policies of the chapter, House Board, the university and any insurer of the chapter, House Board or Fraternity; and the Fraternity standards. The student acknowledges that it is their responsibility to seek out, read and understand the foregoing rules, regulations and policies and the Fraternity standards and they agree to follow the same.

11. **Care of Property.** The student shall take good care of the chapter house and its furniture, furnishings and equipment ("facility furnishings"). The student shall keep the chapter house and the Facility Furnishings in a neat, clean and orderly condition. The student shall not damage the chapter house or the facility furnishings and the student shall make no alterations or additions to the chapter house without the prior written consent of House Board. The chapter and House Board may charge the student for any special services that either of them provides or any special costs that either of them incurs in connection with the student's use or misuse of the chapter house or chapter or House Board property. Upon the expiration or other termination of this contract, the student shall return all keys and security items promptly upon request of the chapter or

 **Kappa Kappa Gamma**                    HOUSE CONTRACT

House Board, remove their personal property from the chapter house, and peaceably surrender possession of the premises and property in a clean condition and good repair, excepting solely ordinary wear and tear resulting from careful usage. After the surrender of possession by the student, the chapter and House Board shall have the right to dispose of any personal property left by the student in or on the premises. The chapter and House Board shall not be responsible for the student to account for the disposal of such property. The student shall not affix any items to the doors of their room. The student shall not drive any nails or screws into the woodwork, walls or ceilings of the chapter house and shall be responsible for any damage caused by items affixed thereto.

12. **Rules.** The student and their guests shall, in addition to complying with the provisions of Section 10 of this contract and the House Rules described in Exhibit B, observe the following rules: (a) no animals or pets whatsoever shall be brought or kept on the chapter house property (as a reasonable accommodation in connection with a student's disability, House Board may permit a bona fide service animal that is professionally trained and used for the assistance of such a student and bona fide assistance animals); (b) access to or use of the roof is prohibited; (c) tampering with or disabling any life safety or security system or device is prohibited; (d) flammables, bicycles and motorcycles shall be stored outside in designated areas; (e) the possession of firearms or other weapons on the chapter house property is prohibited; (f) the use of burning candles in the chapter house is prohibited; and (g) the use or possession of alcohol, marijuana or illegal substances is prohibited on the chapter house property. The student further agrees not to disturb, annoy, endanger or inconvenience neighbors or other occupants of the chapter house. The student acknowledges that violation of any of the foregoing rules is grounds for termination of this contract and the student's removal from the property.

13. **Right of Inspection.** The student agrees that House Board or its designated employees may, and reserves the right to, enter the student's room without prior notice for the purpose of inspecting the room and its contents to ascertain compliance with the terms of this contract, assure the safety of occupants of the chapter house, make such repairs, alterations, additions, and improvements as House Board may deem necessary or desirable, and for any other purpose that the chapter or House Board determines is in the best interest of the chapter and the Fraternity. The student acknowledges that House Board and its agents may report illegal items/activities to law enforcement and/or campus security.

14. **Insurance.** The chapter, House Board and the Fraternity as well as their respective officers, directors, employees and agents shall not be responsible for any injury, loss or damage to the student or the student's property, including their vehicle, resulting from fire, theft, or any other cause. The student agrees that they alone are responsible for securing personal insurance protection against such things as accidents, sicknesses, injuries or death, damage to or loss of their property and legal liability imposed on them for damage to persons or property and further acknowledges that neither the chapter, House Board or Fraternity carry insurance covering their personal property. The student is expected to insure any property they bring onto the chapter house premises

 **Kappa Kappa Gamma**                 HOUSE CONTRACT

(including vehicles in the parking lot) against the risk of loss or damage and proof of insurance may be required as a condition of occupancy. The student agrees, provided such agreement does not invalidate any policy of insurance, that in the event of a claim against them for injury to persons or damage to property, insurance coverage, if any, under any policy of insurance secured or maintained by the chapter, House Board or the Fraternity, shall specifically be excess of and shall not contribute with any insurance otherwise available to the student. The student further agrees, provided such agreement does not invalidate any policy of insurance, that in the event their property is damaged or destroyed or they are injured and their loss is covered by insurance maintained by or for the benefit of the student, they hereby waive any rights of recovery or subrogation against the chapter, House Board or the Fraternity.

15. **Damage/Indemnification.** The student acknowledges and agrees that they are responsible and liable for their personal actions and those of their guests and invitees, including but not limited to negligent or intentional acts, errors or omissions. The student agrees to release the chapter, House Board and Fraternity from liability related to, and to defend, hold harmless and indemnify the chapter, House Board and the Fraternity as well as their respective officers, agents, employees and volunteers, from and against, any claims, damages, costs or expenses, including attorney's fees, financial loss, or any loss or damage to property or for injury or death to any person arising in any way out of the acts or omissions of the student or their guests, including but not limited to negligent their intentional acts, errors and omissions, or any breach of this contract by the student, their guests, invitees or agents. Notwithstanding the foregoing, the student's liability shall not extend to damage to the chapter house as well as its fixtures or furnishings to the extent that the chapter and House Board receives or is entitled to receive insurance proceeds from the chapter or House Board's insurance coverage as a result of such damage. DAMAGE TO COMMON AREAS OF THE CHAPTER HOUSE WILL BE CHARGED ON A PRO-RATA BASIS TO ALL OCCUPANTS OR MEMBERS. IN THE CASE WHERE INDIVIDUALS CAUSE DAMAGE AND THEY ARE CLEARLY IDENTIFIED, AT THE CHAPTER'S SOLE DETERMINATION, THE SPECIFIC INDIVIDUALS WILL BE HELD LIABLE FOR THE REPAIR CHARGES. I understand that while House Board will take precautions to clean the facility and provide procedures to assist with social distancing, it will be up to me and to other residents of the property to limit outside exposure and to follow guidelines suggested to protect against the spread of COVID-19. I have elected to live in the facility and release the Fraternity, house corporation and any other individual volunteer, adviser, employee or board member from liability associated with the risks inherent in living in a communal environment.

16. **Termination by the student.** Once this contract is signed by the student, it cannot be rescinded and may be terminated only as described in this contract. The student agrees to pay full charges due under this contract, even if the student vacates the chapter house before the end of the term of this contract. The foregoing applies regardless of the reason for the vacation of the chapter house. The only options for termination by the student include:

   a.  **Assignment of the contract to another member:** The student may assign their house contract to another nonresident member in good standing, subject to the

 **Kappa Kappa Gamma**                    HOUSE CONTRACT

consent of the chapter and House Board. There is no duty or obligation on the part of the chapter, Fraternity or House Board to find a replacement resident if the student vacates the chapter house or if this contract is terminated.

b. **Petition to House Board for release:** The student may petition House Board to hear their request for release from this contract and any amounts due for room and board following the student's vacation of the chapter house. House Board shall consider such factors as withdrawal from the university, transfer to another school, financial hardship, personal or family illness, or other extenuating circumstances, but the final determination shall be at House Board's sole discretion and shall be binding on the student. As all situations are unique, prior determinations of House Board shall in no way bind or affect its determination with regard to the student's petition.

c. **Petition to the chapter for release:** The student may petition the chapter to hear their request for release from this contract and any amounts due for room and board following the student's vacation of the chapter house. The chapter shall consider such factors as withdrawal from the university, transfer to another school, financial hardship, personal or family illness, or other extenuating circumstances, but the final determination shall be at the chapter's sole discretion and shall be binding on the student. As all situations are unique, prior determinations of the chapter shall in no way bind or affect its determination with regard to the student's petition. A successful petition to the chapter for release will result in the chapter taking on the financial obligations of the student associated with this contract, with payment coming out of the chapter operating budget.

In the event that the above options for termination are unsuccessful, the student agrees to pay full charges due under this contract, even if the student vacates the chapter house before the end of the term of this contract, fails to move into the chapter house or chooses to resign their membership.

17. **Termination by the Chapter/House Board.** The options for termination of this contract by the chapter/House Board include:

a. **Breach of contact:** if the student fails to comply with this contract or their status as a member of the Fraternity or regularly enrolled student terminates for any reason, this contract may be terminated by the chapter or House Board. If the chapter decides to terminate the contract without approval from House Board, it will result in the chapter taking on the financial obligations of the student associated with this contract, with payment coming out of the chapter operating budget.

b. **Loss of recognition, insolvency, uninhabitability:** The chapter or House Board may terminate this contract if the chapter loses recognition either by the university or the Fraternity, if House Board becomes insolvent for any reason or is unable to continue the lease of the current facility for any reason, or if the chapter house becomes uninhabitable by reason of fire, windstorm or any other catastrophe. If the chapter house becomes uninhabitable by reason of fire, windstorm or other catastrophe, House Board may repair the chapter house and

 Kappa Kappa Gamma                                    HOUSE CONTRACT

then all obligations of this contract shall continue to be binding upon the student from the date of completion or rehabilitation to render the chapter house once again suitable for its intended use. House Board shall be entitled to reassign rooms, increase or lower the occupancy of rooms or use common area rooms for occupancy if it determines the same is required to accommodate all students following a loss.

   c.   **Unexpected house closure:** In addition to the other termination rights granted to house corporation in this agreement, House Board may close the chapter house and require the members to vacate the same in the event such action is required or encouraged by the university, or if the university has or will cancel or suspend in-person classes, whether due to public health emergencies, pandemics, communicable disease outbreaks or any other reason. In such case, the determination of whether payments made by or due from the student will be credited against future payments (or, with regard to seniors, refunded) will be made by House Board in its sole judgment on a case-by-case basis, considering all factors, including the length of time the chapter house is closed and the fixed expenses incurred by the house corporation.

18.   **Surveillance.** The student acknowledges that House Board may have installed or may from time to time install security cameras inside and/or around the exterior perimeter of the chapter house as it determines at its sole discretion. The student expressly waives all and any claims related in any way to such security cameras or their audio or video footage. The student acknowledges that there is no expectation of live monitoring of surveillance feeds.

19.   **Amendment and Assignment.** This contract shall not be amended except in writing signed by all of the parties that signed the original contract and/or current relevant officers. This contract is personal to the student and the student shall not sell or assign this contract without the prior written consent of the chapter and House Board, which may be withheld in their sole discretion.

20.   **Liability of Co-Signer.** If the student is under the age of 18 or the age of majority in the state in which the contract will be performed as of the Effective Date, the co-signer may sign the contract as well and provide the contact information in Exhibit C attached herein. Nothing in this contract shall require the signature of a co-signer in order for the contract to be considered fully executed and binding on the student. If there is no co-signer to this contract, all references to the parties that include the co-signer shall be read solely to refer to the signing parties. The co-signer is directly and fully liable for all obligations of the student under this contract and is jointly and severally liable with the student hereunder. The co-signer shall have no occupancy rights at the chapter house as a result of this contract. The co-signer acknowledges that he or they are directly and indirectly benefitting from having the student live in the chapter house and that adequate consideration for entering into this contract has been received.

21.   **General.** This contract represents the entire contract between the parties and may not be modified or amended except by mutual contract in writing and signed by all parties and/or current relevant officers. No waiver of any term or condition or the breach of any term or condition of this contract shall be deemed either to (i) constitute a waiver of

 **Kappa Kappa Gamma**          HOUSE CONTRACT

any subsequent breach of such term or condition, or (ii) justify or authorize any non-observance of such term or condition or any other term or condition. All notices to the student shall be sent to or posted at the chapter house, unless, following the termination of this contract, a forwarding address is provided in writing to the chapter. All fees, fines, charges and other payments due under this contract for noncompliance are hereby agreed to be liquidated damages. The chapter, House Board, student and co-signer agree that determining the exact amount of the chapter's damage in each case of noncompliance by the student is difficult, but that the fees, fines, charges and other payments set forth herein represent a fair estimate of chapter's damages and are hereby agreed to by the parties.

22. **Governing Law.** This contract is made with reference to and shall be construed in accordance with the laws of Wyoming in which state it shall be performed by the parties. Any action arising under the terms and conditions of this contract may be brought by any local, state or federal court located in Albany County, Wyoming having jurisdiction of the subject matter. The undersigned parties hereby consent that any such court shall have personal jurisdiction over them with respect to any such action.

23. **Counterparts.** This contract may be executed by counterparts and each set of fully executed counterparts may be deemed to be one original. Signatures to this contract transmitted by telecopy, email or other electronic means shall be valid and effective to bind the party. However, each party also agrees to promptly deliver an executed original of this contract with its actual signature to the other parties upon request, but a failure to do so shall not affect the enforceability of this contract.

(signatures on following page)

 **Kappa Kappa Gamma**                    HOUSE CONTRACT

**IN WITNESS WHEREOF,** the chapter, House Board, the student, and co-signer have caused this contract to be executed as of the _____ day of <u>March</u>, 2022.

**Gamma Omicron Chapter of Kappa Kappa Gamma Fraternity**

_____          _____
Signature                                 Printed Name


_____          _____
Chapter President                         Date


**Kappa Kappa Gamma Building Co.**

_____          Sandy Hoy Helzer
Signature                                 Printed Name


_____          _____
House Board President                     Date


_____          _____
                                          Printed Name
Date


_____          _____
                                          Printed Name


HB-13                            10                            21.08

 **Kappa Kappa Gamma**                    HOUSE CONTRACT

## EXHIBIT A | SCHEDULE AND FEES

1. **Residence period.** The residence period shall begin on <u>8/13/2022</u> and end on May 13, 2023. The residence period shall exclude the following school breaks: Thanksgiving Break; Winter Break; Spring Break. The residence period shall not include any other periods during which House Board elects to close the chapter house.
2. **Board.** The board shall consist of <u>14</u> of meals per week to be served on the days and at the times determined by the chapter, subject to modification by House Board. No meals will be served outside of the residence period.
3. **Fees.** Rent, maintenance fee and regular board charges for entire academic year: <u>$7,700.00</u> . Default deposit amount: <u>$250.00</u>  (include if applicable)

## EXHIBIT B | HOUSE RULES

1. Facility open hours and quiet hours will be posted in the chapter house. It is expected that all members will comply with this schedule.
2. Respect and courtesy for staff, guests and other residents is required at all times.
3. All facility security measurements must be followed, including but not limited to locking doors, not propping doors open, not sharing access codes/keys/fobs, etc.
4. All activities occurring in the chapter house or on the adjacent real estate shall comply with the risk management policies and guidelines of the Fraternity.
5. Members are not permitted to cook in the kitchen or use any commercial-grade fixtures or appliances.
6. The chapter house, including bedrooms, bathrooms and surrounding grounds, shall be kept and maintained in a clean, orderly, sanitary and habitable condition at all times.
7. Firearms, ammunition, weapons or explosives may not be possessed, stored or otherwise caused to be present in the chapter house or on the adjacent real estate.
8. Alcohol and illegal substances, including cannabis, are prohibited in the chapter house or on the adjacent real estate.
9. Tampering with, destroying or misusing smoke detectors, fire detection, security systems, and/or sprinkler systems/fire extinguishers in any way is strictly prohibited.
10. Open flames are not allowed in the chapter house. Only flameless candles may be used.
11. Smoking is prohibited. This includes but is not limited to juuls, vaping, and e-cigarettes.
12. Extension cords and string lights are not allowed in private bedrooms.
13. Small appliances, such as microwaves, coffee makers, air conditioning units,  and space heaters, are not permitted in the residential spaces of the chapter house. House Board may approve health-related exceptions through the housing accommodations process.
14. No one is allowed on the roof, in mechanical rooms or other parts of the chapter house not designed for residential purposes at any time.
15. With the exception of furniture specifically designated for such purpose, no furniture or furnishings, including beds and mattresses, shall be relocated or placed outside of the chapter house without the consent of House Board.
16. There shall be no alteration or removal of any interior or exterior, permanent or decorative fixtures or equipment, including, without limitation, any plumbing, heating, water or electrical fixtures, equipment or systems.
17. There shall be no alteration, including painting, of any part of the chapter house.

 **Kappa Kappa Gamma**                      HOUSE CONTRACT

18. No windows, doors, window frames, doorframes, door handles, locks or latches shall be removed or altered in any way.

19. No bridges, slides, pools, ponds, waterslides, stages or other structures shall be constructed within the chapter house or on the adjacent real estate.

20. Personal belongings are not to be stored in the chapter house during the summer months. House Board will dispose of items left behind. This includes furniture, appliances, bikes, etc.

21. Members will adhere to guidelines provided by the Centers for Disease Control and Prevention as well as the state and local health department, university officials and chapter leadership regarding hygiene, social/physical distancing, and cleaning.

22. If requested, members will wear a mask at any time, including at all times when they are in communal living areas of the chapter facility.

23. Members will monitor their own symptoms, including taking their temperature as requested or required. In the event a member exhibits symptoms, including a fever above 100.4, they agree to notify the House Director as well as any required university or health department officials. Members agree to follow all guidance from those entities as well as the CDC related to self-quarantine.

24. Members will adhere to new rules and procedures regarding food service, sleeping quarters, hosting of guests, including nonresident members, scheduling of study spaces and other changes as required in order to keep the membership safe.

### EXHIBIT C | PARENT/GUARDIAN CO-SIGNER INFORMATION





ATTACHMENT 11

# LAW OFFICE OF JOHN G. KNEPPER, LLC

JOHN G. KNEPPER

# LONGHORN LAW

A LIMITED LIABILITY COMPANY
CASSIE CRAVEN – ATTORNEY AT LAW

John G. Knepper
1720 Carey Ave., Suite 590
Cheyenne, Wyoming 82001
John@KnepperLLC.com
307-632-2842

Cassie Craven
109 E. 17th St. Suite 223
Cheyenne, Wyoming 82001
ccraven.law@gmail.com
307-823-3062

November 4, 2022

Kappa Kappa Gamma
6640 Riverside Drive, Suite 200
Dublin, Ohio 43017
kkghq@kkg.org

Kappa Kappa Gamma
1604 E Sorority Row
Laramie, WY 82072

Kari Kittrell Poole
kpoole@kkg.org

Emily Logue
Emily.logue@kkg.org

Denise Rugani
Denise.rugani@kkg.org

Mary Pat Rooney
Marypat.rooney@kkg.org

**Re:  Kappa Kappa Gamma – Initiation of a Non-Woman, Artemis Langford**

To Whom It May Concern:

     We represent 14 members of the Gamma Omicron chapter of the Kappa Kappa Gamma sorority at the University of Wyoming. Our clients have reached out with concerns about both the process and the ultimate decision of the Wyoming chapter's intention to abandon the sorority's 150-year commitment to providing a single-sex environment for young women to develop "the nobler qualities of the mind and the finer feelings of the heart."

     We urge you to pause and review the decision of a small number of chapter members to violate the sorority's corporate by-laws and standing rules through the induction of a non-woman into this fraternal organization.

     Several of our clients have asked to remain anonymous as the current behavior of members of the chapter has compromised their safety and privacy. It is our understanding that the members have raised concerns with the sorority's Executive Director, Kari Kittrell Poole, and she and some

Kappa Kappa Gamma
Page 2 of 3

of the national officers of the sorority have failed to act. Our clients have suffered targeted harassment and discrimination by your organization.

Studies have repeatedly emphasized the importance of a single-sex environment for young women in particular. The single-sex environment allows young women the benefits of such a "supportive empowering community" to persist even after the young woman has graduated or otherwise left that environment. These statements and values are not only, the views of our clients, they are public assertions, made in 2019, by on behalf of Kappa Kappa Gamma about the importance of sororities for women. *See* Complaint, Kappa Alpha Theta Fraternity, Inc., *et al. v. Harvard Univ.*, Case No. 18-cv-12485, Docket No. 1 at ¶¶ 33, 93-97 (D. Mass. 2019).

Allowing a non-woman into the organization is a breach of contract and a violation of Kappa Kappa Gamma's by-laws and standing rules which form its commitment to its more than 280,000 initiated members (and more than 210,000 living alumnae), the other active collegiate chapters, and alumnae associations. The initiation of any non-woman should be halted immediately. Our clients will enforce their rights through the courts if this unthinkable course becomes necessary to prevent this illegal, harmful conduct.

Kappa Kappa Gamma is important to the families and individuals who have loved and served it for generations. Young women come to the organization for help establishing a sense of safety and identity. Kappa Kappa Gamma does not belong to a small number of individuals elected to positions of leadership. These leaders instead have a fiduciary duty to support the organization. Our clients are concerned that the sorority's leadership is now compromised and our clients now experience significant adverse impacts as a result. We ask that you care for all members in light of their welfare and prevent them from being placed into a harmful situation that they have been guaranteed will not exist. None of the sorority's membership provisions allow a non-woman to enter this women's organization. It is that simple.

Further, our clients are concerned that the decision process which has led to this unfortunate position was deeply flawed. The Chapter President, Jamie Neugebauer, conducted an illegal voting procedure. She hosted a one-sided dialogue regarding the non-woman who sought membership. Discussion was not allowed; leadership made threatening comments that a belief in the value of a single sex environment was bigoted, allowing only allowed one side to speak. Then, in a blatant violation of the requirement for a secret ballot, the chapter members voted through a Google Poll tracked by email. This public vote was only after a first vote, earlier that evening, was so close that officers approached individual women and pressured them to change their vote claiming a 'faulty voting system' in Google forms. The second Google form destroyed the required anonymity. Officers further stated they would go "door to door" if the votes weren't tendered, although it appears that this canvassing was selective. Votes were cast in small committee settings without privacy or secrecy. The goals of this endeavor were clear from the beginning, and they were not a valid selection process.

We ask in earnest that you act in haste and with prudence in a manner that respects the self-worth of all individuals involved. Our clients have been told that their, "values don't align with those of Kappa" so they should "reconsider being in Kappa," but they ask only that the sorority remain true to its legal commitments and its values. We encourage you to take a step back, and

Kappa Kappa Gamma
Page 3 of 3

either legally alter the sorority's membership requirements and conduct a valid vote in accord with existing rules or halt the illegal course of conduct being pursued without regard to the great good the organization has accomplished as a single-sex organization over the past 150 years.

Regards,

John G. Knepper
Law Office of John G. Knepper, LLC

*Cassie Craven*

Cassie Craven
Longhorn Law Limited Liability Company

cc

University of Wyoming
c/o Dr. Edward Seidel, President
c/o Ryan Dineen O'Neill, Dean of Students
uwpres@uwyo.edu

ATTACHMENT 12

 

## ACADEMIC EXCELLENCE

Kappa Kappa Gamma recognizes the value in striving for intellectual excellence and pursuing opportunities for self-growth. Each chapter is encouraged to foster scholastic excellence, actively support members who encounter academic challenges and provide an environment conducive to academic success for all.

## ALCOHOL-FREE CHAPTER FACILITIES

Kappa Kappa Gamma supports alcohol-free chapter facilities. The Fraternity believes in the highest quality collegiate experience, and alcohol-free chapter facilities are more conducive to scholastic excellence as well as individual and chapter well-being.

## ALCOHOL USE

Alcohol is not permitted in or on any part of the chapter property. Kappa-sponsored or co-sponsored events are limited to members and guests and must be in compliance with Kappa's Risk Management Procedures. Chapter funds may not be used to purchase alcohol. The sale of alcohol by any member representing the chapter is prohibited. Members may be subject to dismissal or other disciplinary action for the illegal use or misuse of alcohol.

## AMNESTY

All members are expected to exercise personal responsibility for their own health and safety and show care for others. To ensure anyone at medical risk as a result of alcohol intoxication or overdose of any controlled substance — including a prescription drug — will receive prompt and appropriate medical attention, Kappa Kappa Gamma provides disciplinary amnesty in certain situations for individual members to remove any perceived barriers to calling for or seeking help.

## CONDUCT

Kappa Kappa Gamma is a private organization whose members join voluntarily and agree to uphold the governing documents of the Fraternity. Members of Kappa Kappa Gamma have the responsibility to adhere to the standards of the Fraternity. Members may be subject to dismissal or other disciplinary action if they do not adhere to the standards of conduct expected by the Fraternity.

## HAZING

Hazing is prohibited. Any member who participates in or permits hazing is subject to dismissal or other disciplinary action.

## HUMAN DIGNITY

Kappa Kappa Gamma recognizes the value of each individual and expects its members to promote integrity, respect and regard for others, and appreciation for the worth of all individuals. Kappa Kappa Gamma values diversity and does not discriminate based on race, national origin, religion, disability, age, gender identity, sexual orientation or other class protected by state, local or federal law. Members, collegians and alumnae, are encouraged to

21.09

 **Kappa Kappa Gamma**                    POSITION STATEMENTS

promote and demonstrate an understanding of diversity, both on the college campus and in the world community.

## MEMBERSHIP SELECTION
Kappa Kappa Gamma is a single-gender organization comprised of women and individuals who identify as women whose governing documents do not discriminate in membership selection except by requiring good scholarship and ethical character. All chapters are expected to adhere to these documents.

Kappa Kappa Gamma continues to seek members who:
- Will further the mission and purpose of the Fraternity.
- Have achieved academic success.
- Have demonstrated good character.
- Will enrich the life of the group through shared congeniality.
- Are responsible citizens and contributing members of their communities.

Each chapter of Kappa Kappa Gamma has the final choice of its own members.

## SINGLE-GENDER ORGANIZATIONS
Kappa Kappa Gamma is a private, nonprofit organization for women founded in 1870. The single-gender nature of our organization is essential to the mission and purpose of Kappa Kappa Gamma and its chapters and alumnae associations. The right to limit membership in the Fraternity to women is protected by the U.S. Constitution.



The single-gender nature of Greek-letter social organizations is also recognized by an exemption under the Educational Amendments to Title IX.

## SUBSTANCE ABUSE
The use, sale, purchase or possession of any drugs or other controlled substance in violation of local, state or federal law is prohibited. Members not adhering to this statement may be subject to disciplinary action up to and including dismissal.

## VIOLENCE
Kappa Kappa Gamma does not tolerate violence in any form, including but not limited to sexual violence, dating and domestic violence, physical violence, mental abuse, emotional abuse or bullying.

Members of Kappa Kappa Gamma are encouraged to provide survivors of violent acts with a supportive and empowering environment. Any member of Kappa Kappa Gamma who is a perpetrator of an act of violence is subject to dismissal or other disciplinary action.

ATTACHMENT 13

 **Kappa Kappa Gamma**

GAMMA OMICRON CHAPTER STANDING RULES
Vice President Internal Affairs
maintains a digital copy with their files

STANDING RULES
OF
GAMMA OMICRON CHAPTER OF
KAPPA KAPPA GAMMA FRATERNITY

**[Insert date adopted or amended]**

## 1.0 Members

**1.1 Membership Commitment Statement.** The chapter shall require each member to sign the Membership Commitment Statement annually, including sections about legal compliance, personal conduct, and consequences of violations.

**1.2 Hazing.** Hazing is prohibited and any chapter member failing to comply shall be held accountable for inappropriate conduct.

**1.3 Attendance.** The chapter shall establish an attendance rule for unexcused absences.

   A.   **Excused Absences.**

      1.   **Chapter Meetings and Required Chapter Functions.**

          a.   **Written Excuses.** Written excuses for missing a chapter meeting or required chapter function shall be submitted in advance to the officer in charge of attendance for approval by Executive Board (unless otherwise specified in the chapter Standing Rules).

          b.   **Acceptable Excuses.** Acceptable excused absences shall be illness, family emergency, a required class offered only at the meeting/function time, school conflict, religious observations, or valid emergency.

          c.   **Approval.** Executive Board shall approve excused absences by a majority vote.

          d.   **Notification.** The officer in charge of attendance shall notify the member of Executive Board's decision.

      2.   **Initiation and Founders Day.**

          a.   **Written Excuses.**

              i.   Written excuses for missing Initiation shall be submitted in advance to the Executive Board Adviser for approval.

              ii.   Written excuses for missing the Founders Day observance shall be submitted in advance to the Executive Board Adviser for approval.

          b.   **Acceptable Excuses.** Acceptable excused absences shall be illness, family emergency, class, school conflict, religious observations, or valid emergency.

          c.   **Notification.** The Executive Board Adviser shall notify the member of their decision.

**Kappa Kappa Gamma**

GAMMA OMICRON CHAPTER STANDING RULES
Vice President Internal Affairs
maintains a digital copy with their files

3. **Membership Recruitment.**
   a. **Written Excuses.** Written excuses for missing Membership Recruitment — including workshops, recruitment rounds, or voting — shall be submitted to the Membership Adviser for approval 60 days prior to the events. In the absence of the Membership Adviser, a designated adviser may approve excuses.
   b. **Acceptable Excuses.** Excused absences shall be an illness, family emergency, a required class offered only at the meeting/function time, internship, school conflict, religious observations, or other conflicts as determined by the chapter.
   c. **Notification.** The Membership Adviser, or adviser granting the excuse, shall notify the member of their decision.

B. **Unexcused Absences.**
   1. **Chapter Member Absences.**
      a. **First Unexcused Absence.** Following the first unexcused absence, the officer in charge of attendance shall contact the member.
      b. **Second Unexcused Absence.** Following the second unexcused absence, the Standards Committee shall contact the member.
      c. **Third Unexcused Absence.** Following the third unexcused absence, the member shall be invited to attend a meeting of the Standards Committee.
   2. **Required Chapter Events.** All chapter members shall be required to attend chapter meetings, Formal Pledging, Founders Day, Membership Recruitment, and other functions as determined by the chapter.
   3. **Initiation.** All initiated collegians shall be required to attend Initiation.

1.4 **Academic Excellence.**
   A. **Chapter Standard.** The chapter shall maintain a GPA equal to or higher than the university or college all-sorority average.
   B. **Active Member Standard.** The chapter shall establish a GPA requirement for active members. Each active member's GPA from the previous academic term shall meet or exceed the chapter-specific GPA requirement of B-/ 2.7 average.
      1. **First Occurrence Below the Chapter-Specific GPA Requirement.** Following the first occurrence of a member failing to achieve the chapter-specific GPA requirement, the member will be called to meet with the Academic Excellence Team to discuss appropriate academic actions for the coming term.
      2. **Second Consecutive Occurrence Below the Chapter-Specific GPA Requirement.** Should a member fail to achieve the chapter-specific GPA requirement for a second consecutive term, the Academic Excellence Team may refer the member to the Standards Committee.

 **Kappa Kappa Gamma**

**1.5 Special Status.** Members who are unable to participate in chapter activities because of school-related activities shall be granted Special Status. Special Status may be approved for a personal, job, or school-related activity, including an academic demand, internship, student-teaching, athletics or club sports, student government, work-related responsibilities, and others as approved by Executive Board. Executive Board, with approval of the Finance Adviser, may grant Special Status only to members in good standing as established by the Fraternity.

   A. **Duration**. The duration of Special Status shall be established at the time the request is approved but shall be less than one school year.
   B. **Chapter Totals and GPA.** The member shall be listed on the membership roll and be counted in the chapter total. The member's grades shall be included in the chapter GPA.
   C. **Participation**. The member shall participate in chapter activities as their school-related responsibilities allow.
   D. **Fees**. The member shall pay the per capita fee and chapter fees according to their degree of participation.
   E. **New Member Special Status**. In special cases, a request for Special Status may be granted to a new member. In such cases, approval must be obtained from the District Director.

**1.6 Accountability.** All chapter members shall adhere to the Fraternity *Bylaws*, *Standing Rules* and *Policies*; the Membership Commitment Statement; the Risk Prevention Procedures; and the Social Media Guidelines. Failure to do so may result in Probation, requested resignation, or dismissal.

   A. **Active Member Probation**. An active member of a chapter may be placed on Probation for any of the following reasons: violation of member responsibilities, failure to adhere to the Fraternity or chapter documents, poor academic attitude, or failure to meet the requirements of an academic support plan.
      1. **Investigation**. If a member fails to uphold member responsibilities and expectations or upon complaint by a chapter committee, chapter officer, House Director, member of the Fraternity, or official of the college or university, the Standards Committee shall conduct an investigation.
      2. **Probation Imposed by the Standards Committee.**
         a. If the Standards Committee believes an active member should be placed on Probation, after informing the member of the reasons for the proposed Probation and having been given an opportunity to appear before the committee, the committee may impose Probation by a three-fourths vote. The committee may submit a statement giving the reason(s) for this action to the chapter.
         b. The length of such Probation shall be for a specified period not less than two weeks nor more than 10 weeks as determined by the Standards Committee or, with the approval of the Standards



Director in consultation with the Standards Specialist, for a period of up to six months.

3. **Probation Imposed by the Chapter.**
   a. If the Standards Committee considers it advisable, it shall recommend to the chapter that the active member be placed on Probation. The committee shall notify the Standards Specialist.
   b. The active member shall be informed of the reason(s) for the proposed Probation and shall be given the opportunity to respond in person or in writing at the meeting of the chapter. A three-fourths vote of the chapter members present and voting shall be necessary to impose Probation.
   c. The length of Probation shall be for a specified period not less than two weeks or, with the approval of the Standards Director in consultation with the Standards Specialist, for a period over 10 weeks and up to six months.

4. **Probation Imposed by a Fraternity Council Member, a District Director, or the Standards Director.**
   a. If a member of Fraternity Council, a District Director, or the Standards Director believes that an active member should be placed on Probation, that member may require the chapter to vote on the question.
   b. If the chapter vote is negative, a Fraternity Council member, a District Director, or the Standards Director may impose Probation. The chapter shall be notified of this action.
   c. The length of Probation shall be for a specified period not less than two weeks or, with the approval of the Standards Director in consultation with the Standards Specialist, for a period over 10 weeks and up to six months.

5. **Notification.** Immediately after an active member has been placed on Probation, the Vice President Standards shall send a complete report of the case with the action taken to the Standards Specialist and the Standards Director. The Standards Specialist and Standards Director shall be kept advised of any further action or information pertinent to the case, including notification of the termination of Probation.

6. **Status of an Active Member on Probation.** An active member who has been placed on Probation shall be under the supervision of the Standards Committee. An active member on Probation shall be required to attend chapter meetings, Initiations, and such other functions the Standards Committee deems advisable. The member may not hold office or vote during the term of Probation unless granted an exception.

7. **Removal or Extension of Probation.**
   a. Probation imposed by the Standards Committee:

**Kappa Kappa Gamma**

    i. If after a member has completed two weeks of their probationary period and the Standards Committee determines the member has completed all probationary terms, the committee may vote to remove Probation early. A three-fourths vote of the committee shall be necessary to remove Probation.

    ii. Provided the Standards Committee has not previously removed Probation, the Standards Committee may remove or extend Probation at the end of the probationary period. Probation may be extended for no less than two weeks but no more than six weeks by a three-fourths vote. Probation may be removed by a three-fourths vote. If a three-fourths vote for removal is not obtained, the Standards Committee shall recommend to the chapter that a vote be taken on removal of Probation. A three-fourths vote of the chapter members present and voting shall be necessary to remove Probation.

    iii. If the probationary terms are violated before the end of the probationary period, the Standards Committee, with approval of the Standards Director in consultation with the Standards Specialist, may request the resignation of the member or recommend dismissal.

b. Probation imposed by the chapter:

    i. At the end of the probationary period, the chapter may remove or extend Probation. Probation may be extended once for no less than two weeks but no more than six months by a three-fourths vote. Probation may be removed by a three-fourths vote.

    ii. At any time after two weeks and prior to the expiration of the probationary period, the chapter may review the progress and vote to remove Probation.

    iii. If the probationary terms are violated before the end of the specified time, the Standards Committee, with the approval of the Standards Director in consultation with the Standards Specialist, may request the resignation of the active member or recommend dismissal.

c. Probation imposed by a Fraternity Council member, a District Director, or the Standards Director:

    i. At the end of the probationary period, the one who imposed Probation shall either remove or extend Probation.

CS-02522.09

 **Kappa Kappa Gamma**

GAMMA OMICRON CHAPTER STANDING RULES
Vice President Internal Affairs
maintains a digital copy with their files

    ii. A request that Probation is removed may be made by a majority vote of the chapter members present and voting. If the one who imposed Probation refuses to remove Probation upon request of the chapter, an appeal may be made to Fraternity Council. A majority vote of Fraternity Council shall be necessary to remove Probation.

    iii. If the probationary terms are violated before the end of the specified time, with the approval of the Standards Director in consultation with the Standards Specialist, action leading to a requested resignation or dismissal may begin.

  **d.** If a member leaves school before Probation has expired, the Standards Specialist and the Standards Director shall be notified and shall review the case and present it to Fraternity Council for a vote on the question of the status of the member.

**8. Refusal to Remove Probation.** If the removal of a Probation has been refused after six months, the Standards Specialist and Standards Director shall be immediately notified and action for dismissal may proceed.

**B. Requested Resignation and Dismissal.** In the cases where a member violates their member responsibilities, the chapter, with the approval of the Standards Director, and when appropriate, the Content Director most closely related to the member violation, in consultation with the Standards Specialist, may take immediate action to request a member submit their resignation or recommend that Fraternity Council dismiss the member.

  **1. Refusal of a Requested Resignation or Dismissal.** If a chapter refuses to accept a requested resignation or fails to recommend dismissal of a member and the Standards Committee, upon review of the case, believes such action is appropriate, the Standards Committee shall vote upon the question to report its findings and recommendations with the result of the chapter vote to the Standards Specialist and the Standards Director for presentation to Fraternity Council for such action as Fraternity Council deems advisable.

  **2. Fraternity Council Procedure for Dismissal if Refused by a Chapter.** Fraternity Council shall review and act upon all cases of dismissal from membership initiated by a chapter or a Standards Committee.

    **a.** The Standards Specialist shall request a report on the case from the chapter Standards Committee and notify the Standards Director.

    **b.** The Standards Director shall notify the member in writing that the member has been suspended pending action by Fraternity Council and that the member may submit a written response to the Standards Director within a stated period. The Standards Director



shall also notify the chapter, the District Director, the Standards Specialist, and the Executive Director that:

    i.   Action for dismissal is pending.

    ii.  The member has been suspended.

    iii. The member has received written notice of the proposed dismissal.

c.  Upon receiving the notice of Suspension, the member shall have no privileges of membership in the Fraternity.

d.  At the expiration of the time allotted for the member's response, the Standards Director, after consultation with the Standards Specialist, shall send a summary of the case, including a copy of the member's response (if any), to each member of Fraternity Council. A three-fourths vote of Fraternity Council shall be necessary to dismiss the member.

e.  The Executive Director shall send the member a notice of the action taken by Fraternity Council. The Executive Director also shall send notice to the District Director, the Standards Director, the Standards Specialist, and the chapter.

f.  If a three-fourths vote of Fraternity Council is not obtained, Fraternity Council shall make such recommendations to the chapter as it considers appropriate.

g.  Upon dismissal, the member may surrender their badge and certificate and shall surrender all proprietary materials to the chapter President. If the badge and certificate have been surrendered, the chapter President shall send the badge and certificate of membership to Kappa Kappa Gamma Headquarters.

**C.** **Suspended Status.** In rare instances, members may be placed on a temporary suspended status while an investigation into allegations of serious conduct violations occurs. While on suspended status, members cannot participate in Kappa meetings, events or activities aside from engaging in the Standards process.

**1.7 Resignations**

  **A.** **Voluntary Resignation.**

    **1.** **New Member.** A new member wishing to resign from their pledge to membership shall submit their resignation in writing and shall state the reason(s) for the resignation. The chapter shall accept such resignation and notify the new member, the Standards Specialist, and Kappa Kappa Gamma Headquarters.

    **2.** **Active Member.**

      a.  **Written Request.** A member of an active chapter wishing to resign from membership shall present the chapter with a written and

 **Kappa Kappa Gamma**

GAMMA OMICRON CHAPTER STANDING RULES
Vice President Internal Affairs
maintains a digital copy with their files

dated letter stating the reason(s) for such action. The member shall be given 10 days to reconsider or withdraw their resignation.

b. **Vote**. If the member has not withdrawn their letter of resignation at the expiration of 10 days, a vote shall be taken upon the question of resignation. The Vice President Standards shall send the written statement of resignation and the dated report of the chapter vote to Kappa Kappa Gamma Headquarters.

c. **Return of Fraternity Property.** The member may surrender their badge and certificate of membership and shall surrender all Fraternity proprietary materials to the chapter President. If the badge and certificate have been surrendered and the member has voluntarily resigned, the chapter President shall send the badge and certificate of membership to Kappa Kappa Gamma Headquarters.

B. **Financial Responsibility.**

1. **New Members.** New members may have their charges prorated as follows. Each fee must be considered on an individual basis for its applicability.

    a. **Fraternity Headquarters Fees.**
        i. New Member Fee: Becomes nonrefundable after 30 days unless a resignation letter is received prior to 30 days.
        ii. Per Capita Fee: Only paid if the new member initiates. If not, this fee can be credited back to the new member's account and the chapter would not owe it to Kappa Kappa Gamma Headquarters on their behalf.

    b. **House Board Fees**: Charged at the discretion of House Board. The house corporation fee should never be charged to a new member who does not initiate.

    c. **Chapter Dues**: Should be prorated so the amount charged only reflects the number of days the new member was affiliated with the chapter, based on the date of the resignation letter, and any expenses incurred on the new member's behalf throughout the new member's affiliation.

2. **Active Members.** Active members may have their charges prorated as follows. Each fee must be considered on an individual basis for its applicability.

    a. **Fraternity Headquarters Fees.**
        i. Per Capita Fee: If the resignation letter is submitted to the chapter before Aug. 31, this fee shall be credited back to the active member's account. If the resignation letter is submitted after Aug. 31, it shall be reflected on the active member's bill.

**Kappa Kappa Gamma**

    b. **House Board Fees:** Charged at the discretion of House Board.

    c. **Chapter Dues**: Should be prorated using the date the resignation letter was submitted so it only reflects the time within the term that the member was considered an active member on the roster regardless of participation in chapter events.

## 2.0 Operations

**2.1 Chapter Meetings.** Executive Board shall establish an annual calendar of regular chapter meetings.

    A. Meetings may occur on a virtual platform (if necessary). The chapter shall have a formal meeting at least once per month.

**2.2 Risk Prevention.** All Kappa-sponsored or co-sponsored events must abide by the Risk Prevention Procedures as established by the Fraternity.

    A. **Transportation.** For off-campus chapter events, transportation procedures must comply with the Fraternity Risk Prevention Procedures for all active and new members and their guests. Alcohol, drugs and other controlled substances are prohibited from being transported or used by members or their guests while traveling to and from chapter events.

    B. **Event Procedures.** The procedures for hosting a safe event will be determined by the officer or director responsible for risk prevention. The officer in charge of the event shall determine the method of transportation for any chapter event held off campus. Any chapter member failing to adhere to the established procedures shall be referred to the Standards Committee.

    C. **Expenses.** Transportation expenses shall be included in the chapter budget.

**2.3 Housing.**

    A. Management of chapter facilities shall be in accordance with the procedures set forth in the Fraternity resources and established by the Facility Team and House Board.

        1. Live-In Rule. It is the responsibility of each member to ensure the chapter facility is filled to capacity at all times defined as 52 women. No member will be eligible to live out of the facility until it is full to capacity.

            a. Establishment of Live-In Rule. The live-in rule shall be in accordance with the Fraternity resources and include the following:

                i. Timing

                ii. Procedure

                iii. Point System

                iv. Contracts

            b. Officer Live-In Requirement. At least two members of the chapter Emergency Committee are required to live in the facility. Those two are President and Vice President Operations. In addition, the following officers are required to live in: Vice President Standards,

**Kappa Kappa Gamma**

Vice President External Affairs, Facilities Director, and Risk Director.

c. **Accommodations**. Members with medical disabilities requiring accommodation should utilize the Housing Accommodation Request Form.

2. **House Rules**. All chapter members shall be subject to the following rules as established by the Facility Team and approved by the chapter. The house rules shall include, but not be limited to, the following: closing hours, meal times, quiet hours, use of parking lot, lock-up procedures, procedures for chapter members to have a key to the facility, storage procedures, and vacation closing dates.

   a. No alcohol or illegal drugs are to be stored or consumed on Kappa property. This includes the chapter house, parking lot, and surrounding property.
   b. Members must adhere to conduct expectations as outlined in the housing policy.
   c. All members living in the house must complete their assigned duties as outlined in the Housing Policies.
   d. Members may not be in position of firearms in the chapter house or on the chapter property.
   e. Members are responsible for adherence to all required safety procedures as outlined in the housing policies.
   f. There shall be no animals in the chapter house in accordance with Fraternity Policies. House Board may grant exceptions for medical purposes in consultation with the designated Headquarters Staff.

3. **Room Assignments.** Room assignments should be determined through the chapter point system or a lottery while also taking into consideration roommate preference. Room assignments are subject to change at any time per the terms of the house contract.

   a. First priority shall be given to members with approved accommodations.
   b. Second priority shall be given to the President, Vice President Operations, Vice President Standards, and Vice President External Affairs.
   c. The remaining rooms shall be assigned based on the following criteria:
      a. Points system as outlined in the housing documents.
      b. Selection process as outlined in the housing documents.

4. **Roommate Assignments**. The Facility Team is responsible for roommate assignments. The Facility Team should determine a fair method for roommate selections that take into account member preference.

 **Kappa Kappa Gamma**

GAMMA OMICRON CHAPTER STANDING RULES
Vice President Internal Affairs
maintains a digital copy with their files

5. **Room and Board.** No member shall receive room and board for free or at a discounted rate due to potential tax implications.
6. **Facility Team.** The Facility Team shall be responsible for the enforcement of the house rules. The Facility Team shall consist of a chairman and the Vice President Operations. The Facility Director shall be the chairman of the Facility Team. After the first infraction, the member shall meet with the Facility Team. After the second infraction, the member may be referred to the Standards Committee. Members may be referred to the Standards Committee after a first infraction as determined by the Facility Team.

**2.4 Visitation.**

A. **Visitation.** The chapter shall establish a visitation policy in accordance with Fraternity expectations. Nonmember guests must always be accompanied by a member or House Director. Nonmembers are not allowed in the basement without approval from the President, Vice President Operations, Facilities Director, or the House Director. Nonmembers visitation shall not exceed the facility's open hours. Open hours are defined as hours in which nonmembers are permitted in the facility.
   1. Chapter members are responsible for their guest(s) conduct in the house. The member who invited the guest who damages the facility will be required to pay the costs of the damage.
   2. Males will only be allowed upstairs or in the basement during events that are approved by the Facility Director in consultation with the House Director annually with times set before each event. Exceptions to this require approval from the House Director, President or Facility Director.
   3. Female guests may stay in the guest room if prior arrangements are made with the House Director, the housing policies are followed and a Guest Form is completed prior to the visit.
   4. Visitors whose relationship with a resident member is intimate in nature are prohibited from being overnight guests.

B. **Procedures.**
   1. **Chapter Vote.** The visitation policy shall be approved by a three-fourths vote of the chapter members present and voting as well as a three-fourths vote of both Advisory Board and House Board.
   2. **Policy Reaffirmation.** The visitation policy must be reaffirmed annually by a three-fourths vote of the chapter members present and voting as well as a three-fourths vote of the Advisory Board and House Board.
   3. **Suspension.** The visitation policy may be suspended by a three-fourths vote of the chapter, House Board, and Advisory Board in the event of an emergency or violation(s).
   4. **Violations.** Violations of the policy or behavior by a member or member's guest(s) that is not in keeping with Kappa Kappa Gamma standards,

 **GAMMA OMICRON CHAPTER STANDING RULES**
Vice President Internal Affairs
maintains a digital copy with their files

interferes with the rights of others, or results in the destruction or loss of property may result in the suspension or withdrawal of the policy by Advisory Board and House Board after conversations with the standards team (i.e., the Standards Specialist and Standards Director), Facilities Director, and the Housing Department at Kappa Kappa Gamma Headquarters.

**2.5 Public Relations.**

    **A. Annual Chapter Update.** A chapter update shall be published annually. In accordance with the Fraternity Policies, solicitation of funds to publish and distribute the chapter update is prohibited. The name of the chapter update shall be *The Omicronian*.

    **B. Requests for Information.** In accordance with the Fraternity *Policies*, requests for information of any nature or opinions relating to Kappa Kappa Gamma or its members, such as annual reports, questionnaires, evaluation surveys or relationship statements, shall be approved by the Fraternity President or National Panhellenic Conference Delegate before an answer, oral or written, is submitted. Award applications should be reviewed by the National Panhellenic Conference Delegate prior to submission.

    **C. Endorsements, Promotions and National Publicity.** In accordance with the Fraternity *Policies*, requests for endorsements of products, participation in commercial or political promotions, or pictures and/or articles about the chapter or its members for use by the national media must be approved by Kappa Kappa Gamma Headquarters.

**4. Special Occasions.** The chapter shall celebrate Founders Day (October 13) in an appropriate manner.

**3.0 Finance**

**3.1 Member Accounts**. The chapter member's account is payable in full within 15 days of the date of the bill. The due date shall be stated on each bill.

**3.2 Payment Plan.**

    **A. Request for Payment Plan**. The committee or officer in charge of finance and/or Finance Adviser shall approve requests for payment plans with the member's understanding that all money due shall be paid in full within the term.

    **B. Terms**. Payment plan terms shall be established as follows:

        **1. Payment 1**. One-third of the total is due within 15 days of the first bill.

        **2. Payment 2**. One-third of the total is due within 15 days of the second bill.

        **3. Payment 3**. One-third of the total is due within 15 days of the third bill.
        Note: Billhighway divides each itemized fee into equal monthly installment amounts.

    **C. Exceptions**. The Finance Adviser shall approve exceptions to the established payments. The member must sign a promissory note if the agreed-upon payment plan differs from the standing rules. Although the member may be paying on

**Kappa Kappa Gamma**

GAMMA OMICRON CHAPTER STANDING RULES
Vice President Internal Affairs
maintains a digital copy with their files

time for a specialized payment plan, the Billhighway late fee may still apply to the balance if the installments are not paid in full within the allotted grace period.

**3.3 Delinquent Accounts.**

    A. **Past-Due Accounts.** If an account is one day past due, the Vice President Finance shall send notice to the member and establish a deadline for payment that is five days from the due date of the bill or establish an alternative payment schedule. If an account becomes more than five days past due, the member shall be referred to the Standards Committee. Members are responsible for payment of incurred Billhighway fees.

    B. **Failure to Meet Financial Obligations.** If the deadline for payment is not met, the member shall be referred to the Standards Committee. Failure to pay the delinquency or maintain the payment plan agreement may result in Social Probation, loss of chapter voting privileges, removal from chapter office, prohibition from initiating due to broken pledge to membership, or removal/loss of membership. Once a member is no longer active due to transfer, graduation, removal/loss of membership or disenrollment from the university, the chapter may refer the debt to a collection agency or pursuance through small claims court.

**3.4 Chapter Purchases.**

    A. **Reimbursement.** Any member seeking reimbursement for items purchased for chapter activities must submit a fully completed Reimbursement Voucher form. The member shall not be reimbursed unless this form is received with an itemized receipt.

    B. **Prepaid Cards.** Any administrator with a prepaid card must turn over all itemized receipts immediately to the Vice President Finance. Failure to do so may result in loss of prepaid card privileges.

    C. **Officer Overspending.** If an officer anticipates the department will go over budget, the situation shall be discussed with Executive Board. The officer must create a plan to address how the overage will be offset elsewhere in the budget. The proposed plan shall be voted on by Executive Board. A majority vote shall approve. If the officer fails to address the budget overage with Executive Board, they may be referred to the Standards Committee where a possible consequence may include removal from office.

    D. **Repayment of Unauthorized Purchases.**

        1. Any member who is suspected of making an unauthorized purchase will be referred to the Standards Committee. The Vice President Finance shall notify the Standards Committee of any suspected misuse of funds.

        2. Officers are responsible for overseeing and managing the budget.

        3. Members are responsible for reimbursement to the chapter for inappropriate spending, such as failing to produce receipts for purchases, use of chapter funds for personal expenditures, or failure to obtain proper pre-approval for purchases.

**Kappa Kappa Gamma**

GAMMA OMICRON CHAPTER STANDING RULES
Vice President Internal Affairs
maintains a digital copy with their files

4. Members are responsible for refunding any undocumented or unauthorized purchases occurring as a result of misusing the prepaid card. An undocumented or unauthorized expense may include but is not limited to: purchases made without explicit approval, late or incorrect documentation, and/or failure to comply with university policy.

5. If misuse of the prepaid card occurs, repayment to the chapter shall not be classified as a fine or assessment.

**4.0 Amendments.**

**4.1** The chapter Standing Rules may be amended or rescinded by a majority vote of those present and voting after at least seven days advance notice or by a two-thirds vote of those present and voting without prior notice. A two-thirds vote of the members present and voting shall suspend the chapter Standing Rules.

CS-021422.09

# ATTACHMENT 14

 **Kappa Kappa Gamma**

**BYLAWS
of
GAMMA OMICRON CHAPTER
KAPPA KAPPA GAMMA FRATERNITY**

[Insert date adopted or amended]

**ARTICLE I
NAME**

In accordance with the wording of the charter of Kappa Kappa Gamma Fraternity, this chapter, located in Laramie, Wyoming and founded on February 25, 1927, shall be known as Gamma Omicron Chapter of Kappa Kappa Gamma Fraternity.

**ARTICLE II
PURPOSE**

The purpose of a chapter shall be:

to advance the mission and purpose of Kappa Kappa Gamma Fraternity;

to unite women through membership in a close bond of friendship, seeking to instill in them a spirit of mutual love and helpfulness;

to properly maintain the organization and operation of the chapter;

to cooperate with the host institution to advance academic interest and promote higher standards of social conduct; and

to cooperate with other campus organizations in solving mutual problems and building higher standards of womanhood.

**ARTICLE III
MEMBERS**

**Section 1. Membership.** Membership in this chapter of Kappa Kappa Gamma Fraternity shall be in accordance with the provisions of the Fraternity *Bylaws*. The classifications of chapter members are active, associate, and new member.
A.   To be considered for membership, the potential member shall meet the minimum GPA.
1. First-semester freshmen. A freshman shall have at least a B+/3.3 GPA average or its equivalent under any other grading system from high school.

 **Kappa Kappa Gamma**

GAMMA OMICRON CHAPTER BYLAWS
Vice President Internal Affairs maintains
digital copies with their files

2. Other potential members. Other potential members shall have at least a B-/2.7 GPA average or its equivalent under any other grading system for the previous completed term as a full-time student at a college or university.

B. **Exceptions**. In extraordinary cases, the chapter may petition the Membership Specialist for an exception to the GPA requirement.

**Section 2. Participation.** Members who are unable to participate in chapter activities because of school-related, job, or personal responsibilities may be granted Special Status in accordance with Section 1.5 in the chapter Standing Rules.

**Section 3. Standards.** Chapter members shall adhere to all member responsibilities, rules, policies, and procedures established by the Fraternity and the chapter.

**Section 4. Academic Excellence.** Chapter members shall meet and maintain the chapter-established GPA and shall submit verification of grades for each term to the officer in charge of academic excellence.

**Section 5. Active Member Rights.** Active members in good standing as established by the Fraternity have the right to vote, represent the chapter as a delegate, and hold office within the chapter.

## ARTICLE IV
## CHAPTER ORGANIZATION

Chapters may choose to assign directors to functional areas within a department. The vice president shall assume the duties of the functional area if a director is not assigned. With the approval of the Leadership Development Specialist in consultation with the District Director, the chapter shall determine which functional areas are assigned directors.

**Section 1. Departments.** The departments of the chapter shall be external affairs, finance, internal affairs, member development, membership, operations, and standards. Within each department, a director may be assigned to a functional area.

A. **External Affairs.** The External Affairs Department serves the chapter in the functional areas of events, risk prevention, Panhellenic affairs, philanthropy, and public relations.

B. **Finance**. The Finance Department serves the chapter in the area of finance.

C. **Internal Affairs.** The Internal Affairs Department serves the chapter in the functional areas of member engagement, ritual and history, and academic excellence.

D. **Member Development**. The Member Development Department serves the chapter in the functional areas of the New Member Experience, Senior Member Experience, All-Member Experience, and diversity, equity and inclusion.

E. **Membership**. The Membership Department serves the chapter in the functional areas of Primary Recruitment and Continuous Open Bidding.

F. **Operations**. The Operations Department serves the chapter in the functional areas of administration and facility.

G. **Standards**. The Standards Department serves the chapter in the area of standards.

 **Kappa Kappa Gamma**

GAMMA OMICRON CHAPTER BYLAWS
Vice President Internal Affairs maintains
digital copies with their files

**Section 2. Department Meetings.** Department meetings shall be held at least biweekly during the academic year unless otherwise designated by the vice president of the department.

CS-01322.09

 **Kappa Kappa Gamma**

GAMMA OMICRON CHAPTER BYLAWS
Vice President Internal Affairs maintains
digital copies with their files

## ARTICLE V
## OFFICERS AND DIRECTORS

**Section 1. Officers and Directors.** The officers of the chapter shall be elected and they shall be the chapter President, Vice President External Affairs, Vice President Finance, Vice President Internal Affairs, Vice President Member Development, Vice President Membership, Vice President Operations, and Vice President Standards. The directors for the chapter shall be elected and shall be Events Director, Philanthropy Director, Risk Prevention Director, Academic Excellence Director, New Member Experience Director, and Facilities Director. The chapter shall annually review the officer and director structure. Changes must be approved by the Leadership Development Specialist in consultation with the District Director. Each vice president shall be responsible for a department of the chapter.

**Section 2. Qualifications of Officers and Directors.**

A. **Qualifications.** Only members in good standing as established by the Fraternity, and attaining at least a B-minus average for members other than first-semester freshmen or a B-plus average or its equivalent under any other grading system from high school for first-semester freshmen for the previous term shall be eligible to be nominated for or hold office unless the relevant Content Specialist (Academic Excellence Specialist or Standards Specialist), in consultation with the District Director, grants an exception.

B. **Maintaining Qualification.** If an officer or director fails to maintain the qualification to hold office, they shall become ineligible to remain in office unless the Academic Excellence Specialist or Standards Specialist, in consultation with the District Director, grants an exception. If an exception is not granted, the officer or director will be given a chance to resign. If the officer or director refuses to resign, removal proceedings shall commence.

**Section 3. Duties.**

A. **Duties of Officers.** The duties of the officers shall include the following:
   1. To act in the best interest of the chapter.
   2. To assume fiduciary responsibility of the chapter.
   3. To serve on Executive Board.
   4. To oversee the department and functional areas within the department.
   5. To hold biweekly meetings with their departments.
   6. To perform duties as outlined by the Fraternity.
   7. To make reports as required by the Fraternity or as requested.

B. **Duties of Directors.** The duties of the directors shall include the following:
   1. To act in the best interest of the chapter.
   2. To oversee their functional area.
   3. To meet as necessary.
   4. To perform duties as outlined by the Fraternity.

 **Kappa Kappa Gamma**

GAMMA OMICRON CHAPTER BYLAWS
Vice President Internal Affairs maintains
digital copies with their files

**Section 4. Removal From Office.** Executive Board, in consultation with the District Director and the adviser to Executive Board, may recommend to the chapter the removal of any officer or director failing to adequately perform the duties of office, failing to maintain Fraternity standards, or falling below academic requirements. The officer or director shall be given the opportunity to defend herself. A two-thirds vote of the active chapter members at any regular or special meeting shall be required to remove an officer or director.

**Section 5. Vacancies.**

A. After a nomination is made by Executive Board, a majority vote of the active chapter members present at the meeting and voting shall fill a vacancy. Nominations from the floor shall be in order prior to voting.

B. In the event an officer or director is temporarily unable to perform the duties of office, Executive Board shall assign the duties to another member of the chapter who, if filling in for an Executive Board member, shall have the right to vote in place of the officer.

C. In the event the chapter President is permanently unable to perform the duties of office, Executive Board shall assign the President's duties to a vice president until a new chapter President is elected.

### ARTICLE VI
### NOMINATIONS AND ELECTIONS

**Section 1. Nominations.**

A. The Nominating Committee shall consist of a chairman appointed by Executive Board and a number of initiated members appropriate to the size and academic classes represented within the chapter. Four members, one from each academic class, shall be elected four weeks in advance of the chapter election. A member of Advisory Board shall act as an adviser to the committee without a vote.

B. All members interested in being considered for an elected position shall submit an application.

C. The committee shall select, from the list of members who submitted applications, candidates who are eligible and qualified to fill a position. They will conduct individual interviews with each selected candidate.

D. After all eligible candidates have been interviewed, the committee, by majority vote, shall slate one candidate for each position. The Nominating Committee Adviser shall be present during the meeting(s) at which the slate is developed and finalized. Only members in good standing as established by the Fraternity are eligible to be placed on the slate. Exceptions may be granted by the Academic Excellence Specialist, Standards Specialist, or Finance Specialist.

E. The committee shall report the slate of nominees, including their qualifications for office, electronically within 24 hours of the committee meeting at which the slate was finalized and at least 72 hours prior to the chapter meeting at which elections shall be held.

 **Kappa Kappa Gamma**    GAMMA OMICRON CHAPTER BYLAWS
Vice President Internal Affairs maintains
digital copies with their files

**F.** Nominations from the floor shall be in order on the night of elections and shall be called for after the report of the Nominating Committee has been submitted. If a nomination is made from the floor, the member making the nomination shall make a brief statement, no longer than one minute, of the nominated candidate's qualifications. No other discussion or comments are allowed.

**Section 2. Election.** The election of chapter officers and directors shall be held annually in accordance with Fraternity expectations unless the District Director grants an exception. Officers and directors shall be elected by ballot for a term of one year or until their successors are elected. A majority vote shall elect. Prior to the election date, the President shall decide if she will vote for each office or save her vote to break ties. The President's decision to vote or save her vote shall be announced to the chapter on the night of elections. If the President is voting, in the event of a tie, voting will continue until a clear majority has been reached. If the President is saving her vote to break ties, in the event of a tie, the President will vote to break the tie. In the event of no one receiving a majority vote, all candidates except the two with the highest number of votes will be removed and a revote will be taken. Proxy or absentee voting shall not be permitted.

**Section 3. Installation of Officers.** All chapter officers and department directors shall be installed at a formal meeting following a period of officer training in accordance with Fraternity expectations.

## ARTICLE VII
## CHAPTER MEETINGS

**Section 1. Chapter Meetings.** The chapter will meet regularly with a formal meeting being held at least once a month during the academic term. The officer or director responsible for communication shall notify all members of the meeting time and place.

**Section 2. Special Meetings.** A special chapter meeting may be called by the President or Executive Board or upon the written request of 50% of the members. The officer or director responsible for communication shall notify all members of the time, place and purpose of the meeting.

**Section 3. Quorum.** A majority of active chapter members shall constitute a quorum.

**Section 4. Voting.** A majority of active chapter members present at the meeting and voting shall determine all decisions except where otherwise specified.

## ARTICLE VIII
## EXECUTIVE BOARD

**Section 1. Composition.** Executive Board shall consist of the President and the vice presidents of each department.

**Section 2. Duties.** The duties of Executive Board shall be:

A. To be responsible for overseeing the business and the success of the chapter.

CS-01622.09

 **Kappa Kappa Gamma**          GAMMA OMICRON CHAPTER BYLAWS
Vice President Internal Affairs maintains
digital copies with their files

B.  To be responsible for the proper functioning of the chapter.
C.  To administer the chapter finance program according to the guidelines approved by and under the direction of the Finance Department at Kappa Kappa Gamma Headquarters.
D.  To send representatives to the College Panhellenic organization in accordance with National Panhellenic Conference Unanimous Agreements and according to the structure of the respective College Panhellenic.
E.  To ensure that the archives of the chapter are properly maintained, including an alphabetical roll and chronological index of chapter initiates, proxy initiates, and affiliates.
F.  To review the Fraternity *Bylaws*, *Standing Rules* and *Policies*, along with the chapter Bylaws and Standing Rules, at the beginning of each term of office.
G.  To establish an annual calendar of meetings after officers and directors are installed. The calendar shall include a formal meeting at least once a month. If necessary, the Executive Board shall determine changes in the calendar.

**Section 3. Executive Board Meetings.** Executive Board shall meet weekly during the academic year unless otherwise designated by the board. A special meeting of Executive Board may be called by the President or upon written request of three members of Executive Board with a minimum of 24 hours' notice. A majority of the members of Executive Board shall constitute a quorum.

**ARTICLE IX**
**COMMITTEES AND TEAMS**

**Section 1. Standing Committees and Teams.** The chapter standing committees shall be the Standards Committee, the Emergency Committee, and the Academic Excellence Team.

A.  Standards Committee. The Standards Committee shall be responsible for the maintenance of fraternity standards and policies. The Standards Committee shall consist of a chairman, President, Vice President Member Development and one member-at-large elected by the chapter at the time of chapter elections. The chairman of the Standards Committee shall be the Vice President Standards.
B.  Emergency Committee. The Emergency Committee shall be responsible for safety protocol in all emergencies. The Emergency Committee shall consist of a chairman, the Vice President Operations, the Facility Director and Vice President Standards. The chairman of the Emergency Committee shall be the chapter President.
C.  Academic Excellence Team. The Academic Excellence Team shall be responsible for the maintenance of the chapter academic standards. The Academic Excellence Team shall consist of a chairman and the Vice President of Internal Affairs as the Academic Coordinator. The chairman of the Academic Excellence Team shall be the Academic Excellence Director.

**Section 2. Other Committees and President's Ex-Officio Committee Membership.** Such other committees, standing or special, may be established by the membership or Executive

CS-01722.09

 **Kappa Kappa Gamma**

GAMMA OMICRON CHAPTER BYLAWS
Vice President Internal Affairs maintains
digital copies with their files

Board as may be deemed necessary from time to time. The President shall be a member *ex-officio* of all committees except the Nominating Committee.

CS-01822.09

 **Kappa Kappa Gamma**

GAMMA OMICRON CHAPTER BYLAWS
Vice President Internal Affairs maintains
digital copies with their files

## ARTICLE X
## ELECTRONIC MEETINGS

**Section 1. Electronic Meetings.** The membership; all committees, subcommittees, and teams; and any chapter subgroup may attend and participate in any meeting through any communications equipment that provides a transmission, including but not limited to by telephone, telecopy, or any electronic means from which it can be determined that the transmission was authorized by, and accurately reflects the intention of the participant involved and allows all persons participating in the meeting to contemporaneously communicate with each other.

**Section 2. Voting by Ballot.** An anonymous vote conducted through a designated internet meeting service or electronic means, such as audience response devices or computer software, shall be deemed to be a ballot vote, fulfilling any requirement that a vote be by ballot.

## ARTICLE XI
## COMMUNICATIONS

Unless a member indicates otherwise, all communication required in these bylaws, including meeting notices, may be sent electronically.

## ARTICLE XII
## CHAPTER ADVISERS AND ADVISORY BOARD

Advisory Board shall be composed of a chairman and alumna advisers to Executive Board and the vice presidents. Additional advisers may be added on a case-by-case basis with the approval of the Advisory Board Specialist, Leadership Development Specialist, and District Director in consultation with the Leadership Development Director and Advisory Board Director.

Alumna members shall be selected annually to be advisers in accordance with the provisions of the Fraternity. Advisers shall serve in an advisory capacity without a vote.

## ARTICLE XIII
## FINANCE

**Section 1. Finance.** All matters pertaining to chapter finances shall be in accordance with the financial responsibilities, including chapter fees, as required by the Fraternity.

**Section 2. Dues.** Chapter dues include required fees and chapter operational expenses. The chapter shall review the budget annually. Chapter dues shall be determined by the budget and approved by chapter members annually. Once dues are approved by the chapter, they become a financial obligation of each member along with all required fees.

**Section 3. House Association Fee.**
   A. **Fees.** The chapter house association shall annually establish the house association fee. This shall be paid within one year of the date of pledging.

 **Kappa Kappa Gamma**

GAMMA OMICRON CHAPTER BYLAWS
Vice President Internal Affairs maintains
digital copies with their files

A. Affiliated Members. A member who has affiliated with the chapter shall pay 50% of the chapter's house association fee.
B. Transfers. A member who transfers to the campus and does not affiliate but lives in the facility shall pay 50% of the chapter's house association fee.

ARTICLE XIV
DELEGATES

**Section 1. General Convention.** The chapter's delegate to General Convention shall be the chapter President unless excused by the District Director. If the chapter President is excused, the chapter shall select another member to be the delegate.
**Section 2. Other Leadership Conferences.** The chapter shall send delegates as specified by the Fraternity to other leadership conferences that may be scheduled from time to time.
**Section 3. College Panhellenic Council.** The chapter shall be a member of the College Panhellenic Association and shall be represented by a delegate in the College Panhellenic Council.

ARTICLE XV
PARLIAMENTARY AUTHORITY

The rules contained in the current edition of *Robert's Rules of Order Newly Revised* shall govern the chapter in all cases in which they are applicable and in which they are not inconsistent with these bylaws and any special rules of order the chapter may adopt.

ARTICLE XVI
AMENDMENT OF THE BYLAWS

These bylaws may be amended at any business meeting of the chapter by a two-thirds vote, provided notice of any proposed amendments has been given at least seven days in advance. The chapter Bylaws shall be reviewed at least once each biennium and shall be approved by the Fraternity Bylaws Committee before being adopted by the chapter.

# # #