UNITED STATES DISTRICT COURT
DISTRICT OF WYOMING

| | |
|---|---|
| JANE DOE I, JANE DOE II, JANE DOE III, JANE DOE IV, JANE DOE V, JANE DOE VI, AND JANE DOE VII, on behalf of themselves and derivatively on behalf of KAPPA KAPPA GAMMA FRATERNITY,<br><br>Plaintiffs,<br><br>v.<br><br>KAPPA KAPPA GAMMA FRATERNITY, an Ohio non-profit corporation, as a Nominal Defendant and as a Direct Defendant; MARY PAT ROONEY, President of the Fraternity Council of KAPPA KAPPA GAMMA FRATERNITY, in her official capacity, KAPPA KAPPA GAMMA BUILDING CO., a Wyoming non-profit corporation, and TERRY SMITH<br><br>Defendants. | CASE NO. 23-CV-51-J |

**ORDER ON RENEWED REQUEST FOR USE OF THE JANE DOE PSEUDONYM**

**THE COURT,** having reviewed the *Plaintiffs' Request to Proceed under Pseudonym* and the Court being otherwise fully advised in the premises hereby finds and orders as **FOLLOWS**:

1. The Court finds there is good cause to **GRANT** the motion and such motion is hereby **GRANTED**.

**SO ORDERED** this _____ day of April, 2023.

_____
ALAN B. JOHNSON
UNITED STATES DISTRICT JUDGE