

# UNITED STATES DISTRICT COURT
### DISTRICT OF WYOMING

Jaylyn Westenbroek, et al.

V.             Case Number: 2:23-cv-00051

Kappa Kappa Gamma Fraternity, et al.

## PRAECIPE

TO THE CLERK OF THIS SAID COURT:

Please issue a __Summons in a Civil Action__

in the above-entitled cause for:

Kappa Kappa Gamma Building Co.
Mary Spitler, Registered Agent
1234 Steele Street
Laramie, Wyoming 82072

Attorney for Jaylyn Westenbroek, et al.

4/21/2023
Date



# UNITED STATES DISTRICT COURT

### DISTRICT OF WYOMING

Jaylyn Westenbroek, et al.

V.     Case Number: 2:23-cv-00051

Kappa Kappa Gamma Fraternity, et al.

---

### PRAECIPE

TO THE CLERK OF THIS SAID COURT:

Please issue a __Summons in a Civil Action__

in the above-entitled cause for:

__Kappa Kappa Gamma Fraternity__
__Attn: Kari Kittrell__
__6640 Riverside Drive, Suite 200__
__Dublin, Ohio 43017__

_____
Attorney for Jaylyn Westenbroek, et al.

4/21/2023
Date



# UNITED STATES DISTRICT COURT

### DISTRICT OF WYOMING

Jaylyn Westenbroek, et al.

          V.                Case Number: 2:23-cv-00051

Kappa Kappa Gamma Fraternity, et al.

---

### PRAECIPE

TO THE CLERK OF THIS SAID COURT:

    Please issue a **Summons in a Civil Action**

in the above-entitled cause for:

**Artemis Langford**
**132A Downey Hall**
**Laramie, Wyoming 82070**

Attorney for Jaylyn Westenbroek, et al.

4/21/2023
Date



FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2023 APR 21  AM 8:06

MARGARET BOTKINS, CLERK
CHEYENNE

# UNITED STATES DISTRICT COURT
## DISTRICT OF WYOMING

Jaylyn Westenbroek, et al.

V.     Case Number: 2:23-cv-00051

Kappa Kappa Gamma Fraternity, et al.

### PRAECIPE

TO THE CLERK OF THIS SAID COURT:

Please issue a <u>Summons in a Civil Action</u>

in the above-entitled cause for:

<u>Mary Pat Rooney, in her official capacity</u>
<u>President, Kappa Kappa Gamma Fraternity</u>
<u>2721 W. Winnemac Avenue, Apt. 2</u>
<u>Chicago, Illinois 60625-7834</u>

_____
Attorney for Jaylyn Westenbroek, et al.

4/21/2023
Date