Scott P. Klosterman (#6-3081)
WILLIAMS, PORTER, DAY & NEVILLE, P.C.
159 North Wolcott, Suite 400
P.O. Box 10700
Casper, WY 82602-3902
Telephone: (307) 265-0700
Facsimile: (307) 266-2306
E-Mail: sklosterman@wpdn.net

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

JAYLYN WESTENBROEK, HANNAH, HOLTMEIER, ALLISON COGHAN, GRACE CHOATE, MADELINE RAMAR, and MEGAN KOSAR, on behalf of themselves and derivatively on behalf of KAPPA KAPPA GAMMA FRATERNITY,

Plaintiffs,

vs.

KAPPA KAPPA GAMMA FRATERNITY, an Ohio non-profit corporation, as a Nominal Defendant and as a Direct Defendant; MARY PAT ROONEY, President of the Fraternity Council of KAPPA KAPPA GAMMA FRATERNITY, in her official capacity, KAPPPA KAPPA GAMMA BUILDING CO., a Wyoming non-profit corporation, and ARTEMIS LANGFORD,

Defendants.

Civil Action No.: 23-CV-00051-ABJ

---

**ENTRY OF APPEARANCE OF SCOTT P. KLOSTERMAN**

---

COMES NOW Scott P. Klosterman of the law firm of WILLIAMS, PORTER, DAY & NEVILLE, P.C. and hereby enters his appearance on behalf of Defendants Kappa Kappa Gamma Fraternity, Mary Pat Rooney and Kappa Kappa Gamma Building Co. in the above-captioned matter.

DATED this 5th day of June, 2023.

KAPPA KAPPA GAMMA FRATERNITY, MARY PAT ROONEY, and KAPPA KAPPA GAMMA BUILDING CO., Defendants

/s/ Scott P. Klosterman
Scott P. Klosterman (#6-3081)
WILLIAMS, PORTER, DAY & NEVILLE, P.C.
159 North Wolcott, Suite 400
P.O. Box 10700
Casper, WY 82602-3902
Telephone: (307) 265-0700
E-Mail: sklosterman@wpdn.net

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a true and correct copy of the foregoing document was delivered to the Court via the CM/ECF System and served upon counsel via CM/ECF electronic transmission this 5th day of June, 2023.

Cassie Craven (#7-5664)
LONGHORN LAW LIMITED LIABILITY COMPANY
109 East 17th Street, Suite 11
Cheyenne, WY 82001
Telephone: (307) 823-3062
E-Mail: cassie@longhornlawllc.com

- [x] CM/ECF Electronic Transmission
- [ ] U.S. Mail (Postage Prepaid)
- [ ] Fax
- [ ] Overnight Delivery
- [ ] Hand Delivery
- [ ] Email

John G. Knepper (#7-4608)
LAW OFFICE OF JOHN G. KNEPPER, LLC
P.O. Box 1512
Cheyenne, WY 82003
Telephone: (307) 632-2842
E-Mail: John@KnepperLLC.com

- [x] CM/ECF Electronic Transmission
- [ ] U.S. Mail (Postage Prepaid)
- [ ] Fax
- [ ] Overnight Delivery
- [ ] Hand Delivery
- [ ] Email

/s/ Scott P. Klosterman
Scott P. Klosterman