# EXHIBIT A

Scott P. Klosterman (#6-3081)
WILLIAMS, PORTER, DAY & NEVILLE, P.C.
159 North Wolcott, Suite 400
P.O. Box 10700
Casper, WY 82602-3902
Telephone:     (307) 265-0700
Facsimile:      (307) 266-2306
E-Mail:         sklosterman@wpdn.net

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| JAYLYN WESTENBROEK, HANNAH, HOLTMEIER, ALLISON COGHAN, GRACE CHOATE, MADELINE RAMAR, and MEGAN KOSAR, on behalf of themselves and derivatively on behalf of KAPPA KAPPA GAMMA FRATERNITY, | ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | Civil Action No.: 23-CV-00051-ABJ |
| KAPPA KAPPA GAMMA FRATERNITY, an Ohio non-profit corporation, as a Nominal Defendant and as a Direct Defendant; MARY PAT ROONEY, President of the Fraternity Council of KAPPA KAPPA GAMMA FRATERNITY, in her official capacity, KAPPPA KAPPA GAMMA BUILDING CO., a Wyoming non-profit corporation, and ARTEMIS LANGFORD, | ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

**AFFIDAVIT OF NATALIE M. MCLAUGHLIN IN SUPPORT OF
MOTION FOR ADMISSION *PRO HAC VICE***

STATE OF OHIO   )
         ) SS.
COUNTY OF FRANKLIN )

  Natalie M. McLaughlin, the affiant herein, having been duly sworn, states upon oath:

  1. I am admitted to practice law and in good standing to practice law in the state of Ohio. My Ohio Bar number is 0082203. I am an attorney at VORYS, SATER, SEYMOUR AND PEASE LLP, located at 52 East Gay Street, Columbus, Ohio 43215; telephone number (614) 464-6400. My email address is nmmclaughlin@vorys.com.

  2. I have been admitted to the following Courts and Bar Associations:

   Ohio Supreme Court (11/5/2007)
   United States Court of Appeals for the Second Circuit (1/16/2014)
   United States Court of Appeals for the Sixth Circuit (7/6/2009)
   United States Court of Appeals for the Eleventh Circuit (10/21/2011)
   United States District Court for the Western District of Michigan (5/13/2014)
   United States District Court for the Northern District of Ohio (2/22/2010)
   United States District Court for the Southern District of Ohio (3/17/2008)

  3. I affirm that there are no pending disciplinary proceedings nor public past sanctions against me in any jurisdiction.

  4. I affirm that, if admitted *pro hac vice*, I will comply with and be bound by the Local Rules of the United States District Court for the District of Wyoming.

  5. I acknowledge that Scott P. Klosterman of WILLIAMS, PORTER, DAY & NEVILLE, P.C. is required to be fully prepared to represent Defendants Kappa Kappa Gamma Fraternity, Mary Pat Rooney, and Kappa Kappa Gamma Building Co. in this action at any time, in any capacity.

6.      I acknowledge that by applying to appear *pro hac vice*, I submit to and am subject

to the disciplinary jurisdiction of the Court for any alleged misconduct arising in the course of

preparation and representation in the proceedings.

FURTHER AFFIANT SAYETH NAUGHT.

DATED this 25ᵗʰ day of May, 2023.

_____
Natalie M. McLaughlin

I hereby certify that on this 25ᵗʰ day of May, 2023, Natalie M. McLaughlin appeared before
me, a Notary Public in and for the State and County aforesaid, and made oath in due form of law
that the matters set down herein are true and correct to the best of her knowledge, information, and
belief.

KATHRYN A. YATES
Notary Public, State of Ohio
My Commission Expires
6/1/2027

_____
Notary Public

My Commission expires: 6/1/2027