Scott P. Klosterman (#6-3081)
WILLIAMS, PORTER, DAY & NEVILLE, P.C.
159 North Wolcott, Suite 400
P.O. Box 10700
Casper, WY 82602-3902
Telephone:     (307) 265-0700
Facsimile:      (307) 266-2306
E-Mail:          sklosterman@wpdn.net

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| JAYLYN WESTENBROEK, HANNAH, HOLTMEIER, ALLISON COGHAN, GRACE CHOATE, MADELINE RAMAR, and MEGAN KOSAR, on behalf of themselves and derivatively on behalf of KAPPA KAPPA GAMMA FRATERNITY,<br><br>    Plaintiffs,<br><br>vs.<br><br>KAPPA KAPPA GAMMA FRATERNITY, an Ohio non-profit corporation, as a Nominal Defendant and as a Direct Defendant; MARY PAT ROONEY, President of the Fraternity Council of KAPPA KAPPA GAMMA FRATERNITY, in her official capacity, KAPPPA KAPPA GAMMA BUILDING CO., a Wyoming non-profit corporation, and ARTEMIS LANGFORD,<br><br>    Defendants. | Civil Action No.: 23-CV-00051-ABJ |

**MOTION FOR ADMISSION *PRO HAC VICE* OF BRIAN W. DRESSEL**

Pursuant to U.S.D.C.L.R. 84.2(b) Scott P. Klosterman of the law firm of WILLIAMS, PORTER, DAY & NEVILLE P.C., hereby moves this Court to admit Brian W. Dressel of VORYS, SATER, SEYMOUR AND PEASE LLP, 52 East Gay Street, Columbus, Ohio 43215, *pro hac vice*, as counsel for Defendants Kappa Kappa Gamma Fraternity, Mary Pat Rooney, and Kappa Kappa Gamma Building Co. in the above-captioned matter.

The undersigned counsel is a member in good standing of the Bar of the State of Wyoming and the Bar of this Court. The undersigned counsel hereby vouches for the good moral character and veracity of Brian W. Dressel. The undersigned counsel is fully prepared to represent Defendants Kappa Kappa Gamma Fraternity, Mary Pat Rooney, and Kappa Kappa Gamma Building Co. at any time, in any capacity. This Motion also incorporates by reference and relies on the *Affidavit of Brian W. Dressel in Support of Motion for Admission Pro Hac Vice* which is attached as Exhibit A to this Motion, and the admission fee has been paid to the Court with the submission of this Motion.

DATED this 5th day of June, 2023.

KAPPA KAPPA GAMMA FRATERNITY, MARY PAT ROONEY, and KAPPA KAPPA GAMMA BUILDING CO., Defendants

/s/ Scott P. Klosterman
Scott P. Klosterman (#6-3081)
WILLIAMS, PORTER, DAY & NEVILLE, P.C.
159 North Wolcott, Suite 400
P.O. Box 10700
Casper, WY 82602-3902
Telephone:   (307) 265-0700
E-Mail:   sklosterman@wpdn.net

## CERTIFICATE OF SERVICE

      The undersigned does hereby certify that a true and correct copy of the foregoing document was delivered to the Court via the CM/ECF System and served upon counsel via CM/ECF electronic transmission this 5th day of June, 2023.

| | |
|---|---|
| Cassie Craven (#7-5664)<br>LONGHORN LAW LIMITED LIABILITY COMPANY<br>109 East 17th Street, Suite 11<br>Cheyenne, WY 82001<br>Telephone: (307) 823-3062<br>E-Mail: cassie@longhornlawllc.com | ☒ CM/ECF Electronic Transmission<br>☐ U.S. Mail (Postage Prepaid)<br>☐ Fax<br>☐ Overnight Delivery<br>☐ Hand Delivery<br>☐ Email |
| John G. Knepper (#7-4608)<br>LAW OFFICE OF JOHN G. KNEPPER, LLC<br>P.O. Box 1512<br>Cheyenne, WY 82003<br>Telephone: (307) 632-2842<br>E-Mail: John@KnepperLLC.com | ☒ CM/ECF Electronic Transmission<br>☐ U.S. Mail (Postage Prepaid)<br>☐ Fax<br>☐ Overnight Delivery<br>☐ Hand Delivery<br>☐ Email |

                      /s/ Scott P. Klosterman
                      Scott P. Klosterman