# EXHIBIT A

Scott P. Klosterman (#6-3081)
WILLIAMS, PORTER, DAY & NEVILLE, P.C.
159 North Wolcott, Suite 400
P.O. Box 10700
Casper, WY 82602-3902
Telephone: (307) 265-0700
Facsimile: (307) 266-2306
E-Mail: sklosterman@wpdn.net

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| JAYLYN WESTENBROEK, HANNAH, HOLTMEIER, ALLISON COGHAN, GRACE CHOATE, MADELINE RAMAR, and MEGAN KOSAR, on behalf of themselves and derivatively on behalf of KAPPA KAPPA GAMMA FRATERNITY, | ) ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | Civil Action No.: 23-CV-00051-ABJ |
| KAPPA KAPPA GAMMA FRATERNITY, an Ohio non-profit corporation, as a Nominal Defendant and as a Direct Defendant; MARY PAT ROONEY, President of the Fraternity Council of KAPPA KAPPA GAMMA FRATERNITY, in her official capacity, KAPPPA KAPPA GAMMA BUILDING CO., a Wyoming non-profit corporation, and ARTEMIS LANGFORD, | ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

**AFFIDAVIT OF BRIAN W. DRESSEL IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

STATE OF OHIO            )
                         ) SS.
COUNTY OF FRANKLIN       )

Brian W. Dressel, the affiant herein, having been duly sworn, states upon oath:

1. I am admitted to practice law and in good standing to practice law in the state of Ohio. My Ohio Bar number is 0097163. I am an attorney at VORYS, SATER, SEYMOUR AND PEASE LLP, located at 52 East Gay Street, Columbus, Ohio 43215; telephone number (614) 464-6400. My email address is bwdressel@vorys.com.

2. I have been admitted to the following Courts and Bar Associations:

    Ohio Supreme Court (November 13, 2017)
    United States Court of Appeals for the Third Circuit (November 4, 2021)
    United States Court of Appeals for the Sixth Circuit (March 11, 2020)
    United States Court of Appeals for the Tenth Circuit (April 14, 2021)
    United States District Court for the Northern District of Ohio (January 13, 2022)
    United States District Court for the Southern District of Ohio (August 7, 2020)

3. I affirm that there are no pending disciplinary proceedings nor public past sanctions against me in any jurisdiction.

4. I affirm that, if admitted *pro hac vice*, I will comply with and be bound by the Local Rules of the United States District Court for the District of Wyoming.

5. I acknowledge that Scott P. Klosterman of WILLIAMS, PORTER, DAY & NEVILLE, P.C. is required to be fully prepared to represent Defendants Kappa Kappa Gamma Fraternity, Mary Pat Rooney, and Kappa Kappa Gamma Building Co. in this action at any time, in any capacity.

6. I acknowledge that by applying to appear *pro hac vice*, I submit to and am subject to the disciplinary jurisdiction of the Court for any alleged misconduct arising in the course of preparation and representation in the proceedings.

FURTHER AFFIANT SAYETH NAUGHT.

DATED this 25 day of May, 2023.

_____
Brian W. Dressel

I hereby certify that on this 25th day of May, 2023, Brian W. Dressel appeared before me, a Notary Public in and for the State and County aforesaid, and made oath in due form of law that the matters set down herein are true and correct to the best of his knowledge, information, and belief.

KATHRYN A. YATES
Notary Public, State of Ohio
My Commission Expires
6/7/2027

_____
Notary Public

My Commission expires: 6/7/2027