IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| JAYLYN WESTENBROEK, HANNAH, HOLTMEIER, ALLISON COGHAN, GRACE CHOATE, MADELINE RAMAR, and MEGAN KOSAR, on behalf of themselves and derivatively on behalf of KAPPA KAPPA GAMMA FRATERNITY,<br><br>    Plaintiffs,<br><br>vs.<br><br>KAPPA KAPPA GAMMA FRATERNITY, an Ohio non-profit corporation, as a Nominal Defendant and as a Direct Defendant; MARY PAT ROONEY, President of the Fraternity Council of KAPPA KAPPA GAMMA FRATERNITY, in her official capacity, KAPPPA KAPPA GAMMA BUILDING CO., a Wyoming non-profit corporation, and ARTEMIS LANGFORD,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)     Civil Action No.: 23-CV-00051-ABJ<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE* OF BRIAN W. DRESSEL**

THIS MATTER having come before the Court for review on the *Motion for Admission Pro Hac Vice of Brian W. Dressel*, filed June 5, 2023, and the Court having reviewed the motion, finds good cause for the admission.

NOW THEREFORE, IT IS ORDERED that Brian W. Dressel of VORYS, SATER, SEYMOUR AND PEASE LLP, 52 East Gay Street, Columbus, Ohio 43215, be and hereby, is allowed to practice

-2-

before this Court in the above-captioned matter, and he shall be subject to the jurisdiction of this Court as provided by U.S.D.C.L.R. 84.2(b).

IT IS FURTHER ORDERED that local counsel shall continue in this case, unless other local counsel is substituted. Further, local counsel shall attend and be present at all court hearings. All pleadings, notices or other papers of opposing counsel shall be served on local counsel.

DATED this _____ day of June, 2023.

_____
United States Magistrate Judge