

**FILED**

**Margaret Botkins**
**Clerk of Court**

11:49 am, 6/5/23

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| JAYLYN WESTENBROEK, et al, )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>KAPPA KAPPA GAMMA FRATERNITY, et al, )<br>)<br>Defendants. ) | Civil Action No. 23-cv-00051-ABJ |

### ORDER GRANTING ADMISSION *PRO HAC VICE* OF NATALIE M. McLAUGHLIN AND BRIAN W. DRESSEL AS COUNSEL FOR KAPPA DEFENDANTS

**THIS MATTER** having come before the Court upon the motion of counsel for the Defendants, Kappa Kappa Gamma Fraternity, Kappa Kappa Gamma Fraternity Council President and Kappa Kappa Gamma Building Co, pursuant to Rule 84.2(b) of the Local Rules of the United States District Court for the District of Wyoming for the purpose of admitting Natalie M. McLaughlin and Brian W. Dressel as Pro Hac Vice counsel in the District of Wyoming. The Court reviewed this matter and finds that the motion should be granted. Accordingly,

**IT IS HEREBY ORDERED** that Natalie M. McLaughlin and Brian W. Dressel is hereby admitted to practice before this Court for all purposes in this matter.

**IT IS FURTHER ORDERED** that Local counsel shall be present in Court during all proceedings in connection with the case, unless excused by the Court, and shall have full authority to act for and on behalf of the client in all matters including pretrial conferences, as well as trial or any other hearings. Any notice, pleading or other paper shall be served on all counsel of record including local counsel.

**DATED** this 5th day of June, 2023.

_____
KELLY H. RANKIN
UNITED STATES MAGISTRATE JUDGE