## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| JAYLYN WESTENBROEK, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No.: 23-CV-00051-ABJ |
| ) | |
| KAPPA KAPPA GAMMA FRATERNITY, et al., ) | |
| ) | |
| Defendants. ) | |

### NOTICE OF APPEARANCE

Please take notice that Natalie M. McLaughlin of Vorys, Sater, Seymour and Pease LLP hereby enters her appearance as additional counsel of record for Defendants Kappa Kappa Gamma Fraternity and Mary Pat Rooney. Please include the undersigned on all future correspondence, orders, pleadings, and communications.

Dated: June 7, 2023            Respectfully submitted,

/s/ *Natalie M. McLaughlin*
Natalie M. McLaughlin (Ohio Bar No. 0082203)*
Brian W. Dressel (Ohio Bar No. 0097163)*
VORYS, SATER, SEYMOUR AND PEASE, LLP
52 East Gay Street
Columbus, OH 43215
Telephone: (614) 464-5452
Email: nmmclaughlin@vorys.com
         bwdressel@vorys.com
*\* -Admitted Pro Hac Vice*

Scott P. Klosterman (#6-3081)
WILLIAMS, PORTER, DAY & NEVILLE, P.C.
159 North Wolcott, Suite 400
Casper, WY 82602-3902
Telephone: (307) 265-0700
Email: sklosterman@wpdn.net

*Attorneys for Defendants Kappa Kappa Gamma Fraternity and Mary Pat Rooney*

-2-

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 7, 2023, the foregoing was filed with the Court and served via the Court's electronic filing system upon all counsel of record.

/s/ Natalie M. McLaughlin
Natalie M. McLaughlin

45481434