**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF WYOMING**

| | |
|---|---|
| JAYLYN WESTENBROEK, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )   Civil Action No.: 23-CV-00051-ABJ |
| | ) |
| KAPPA KAPPA GAMMA FRATERNITY, et al., | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE

Please take notice that Brian W. Dressel of Vorys, Sater, Seymour and Pease LLP hereby enters his appearance as additional counsel of record for Defendants Kappa Kappa Gamma Fraternity, Kappa Kappa Gamma Building Co., and Mary Pat Rooney.  Please include the undersigned on all future correspondence, orders, pleadings, and communications.

Dated: June 7, 2023                    Respectfully submitted,

/s/ *Brian W. Dressel*
Brian W. Dressel (Ohio Bar No. 0097163)*
VORYS, SATER, SEYMOUR AND PEASE, LLP
52 East Gay Street
Columbus, OH 43215
Telephone:  (614) 464-8326
Email:  bwdressel@vorys.com
*\* -Admitted Pro Hac Vice*

Scott P. Klosterman (#6-3081)
WILLIAMS, PORTER, DAY & NEVILLE, P.C.
159 North Wolcott, Suite 400
Casper, WY 82602-3902
Telephone:  (307) 265-0700
Email:  sklosterman@wpdn.net

*Attorneys for Defendants Kappa Kappa Gamma*
*Fraternity, Kappa Kappa Gamma Building Co. and*
*Mary Pat Rooney*

-2-

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on June 9, 2023, the foregoing was filed with the

Court and served via the Court's electronic filing system upon all counsel of record.


/s/ *Brian W. Dressel*
Brian W. Dressel

6/07/2023 45481762