| | |
|---|---|
| Scott P. Klosterman (#6-3081) | Natalie M. McLaughlin (*Pro Hac Vice*) |
| WILLIAMS, PORTER, DAY & NEVILLE, P.C. | Brian W. Dressel (*Pro Hac Vice*) |
| 159 North Wolcott, Suite 400 | VORYS, SATER, SEYMOUR AND PEASE, LLP |
| P.O. Box 10700 | 52 East Gay Street |
| Casper, WY 82602-3902 | Columbus, OH 43215 |
| Telephone:   (307) 265-0700 | Telephone:   (614) 464-5452 |
| Facsimile:   (307) 266-2306 | Email:   nmmclaughlin@vorys.com |
| E-Mail:   sklosterman@wpdn.net |           bwdressel@vorys.com |

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF WYOMING**

| | | |
|---|---|---|
| JAYLYN WESTENBROEK, HANNAH, HOLTMEIER, ALLISON COGHAN, GRACE CHOATE, MADELINE RAMAR, and MEGAN KOSAR, on behalf of themselves and derivatively on behalf of KAPPA KAPPA GAMMA FRATERNITY, | ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No.: 23-CV-00051-ABJ |
| KAPPA KAPPA GAMMA FRATERNITY, an Ohio non-profit corporation, as a Nominal Defendant and as a Direct Defendant; MARY PAT ROONEY, President of the Fraternity Council of KAPPA KAPPA GAMMA FRATERNITY, in her official capacity, KAPPA KAPPA GAMMA BUILDING CO., a Wyoming non-profit corporation, and ARTEMIS LANGFORD, | ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

**DEFENDANTS KAPPA KAPPA GAMMA FRATERNITY, MARY PAT ROONEY, AND KAPPA KAPPA GAMMA BUILDING CO.'S MOTION TO DISMISS**

**COME NOW**, the Defendants Kappa Kappa Gamma Fraternity ("Kappa"), Mary Pat Rooney ("Rooney"), and Kappa Kappa Gamma Building Co. (the "Building Co.") (collectively, "Defendants") and hereby move this Court for an Order dismissing Plaintiffs' First Amended Verified Complaint ("Amended Complaint") pursuant to Rules 12(b)(1), 12(b)(2), and 12(b)(6) of the Federal Rules of Civil Procedure because the Court lacks subject-matter jurisdiction over the Building Co. and personal jurisdiction over Rooney, and the Amended Complaint fails to states a claim upon which the Court can grant relief. Defendants submit the accompanying Memorandum of Law in support of this Motion.

Dated: June 20, 2023

Respectfully submitted,

/s/ *Natalie M. McLaughlin*
Natalie M. McLaughlin (Ohio Bar No. 0082203)*
Brian W. Dressel (Ohio Bar No. 0097163)*
VORYS, SATER, SEYMOUR AND PEASE, LLP
52 East Gay Street
Columbus, OH 43215
Telephone: (614) 464-5452
Email: nmmclaughlin@vorys.com
bwdressel@vorys.com
* -Admitted Pro Hac Vice

Scott P. Klosterman (#6-3081)
WILLIAMS, PORTER, DAY & NEVILLE, P.C.
159 North Wolcott, Suite 400
P.O. Box 10700
Casper, WY 82602-3902
Telephone: (307) 265-0700
Facsimile: (307) 266-2306
E-Mail: sklosterman@wpdn.net

*Attorneys for Defendants Kappa Kappa Gamma Fraternity and Mary Pat Rooney*

## CERTIFICATE OF SERVICE

      The undersigned does hereby certify that a true and correct copy of the foregoing document was delivered to the Court via the CM/ECF System and served upon counsel via CM/ECF electronic transmission this 20th day of June, 2023.

| | |
|---|---|
| Cassie Craven (#7-5664)<br>LONGHORN LAW LIMITED LIABILITY COMPANY<br>109 East 17th Street, Suite 11<br>Cheyenne, WY 82001<br>Telephone: (307) 823-3062<br>E-Mail: cassie@longhornlawllc.com | ☒ CM/ECF Electronic Transmission<br>☐ U.S. Mail (Postage Prepaid)<br>☐ Fax<br>☐ Overnight Delivery<br>☐ Hand Delivery<br>☒ Email |
| John G. Knepper (#7-4608)<br>LAW OFFICE OF JOHN G. KNEPPER, LLC<br>P.O. Box 1512<br>Cheyenne, WY 82003<br>Telephone: (307) 632-2842<br>E-Mail: John@KnepperLLC.com | ☒ CM/ECF Electronic Transmission<br>☐ U.S. Mail (Postage Prepaid)<br>☐ Fax<br>☐ Overnight Delivery<br>☐ Hand Delivery<br>☒ Email |

                                            /s/ *Brian W. Dressel*
                                            Brian W. Dressel

45308415