Freeburg Law, LLC
Alex Freeburg, Bar No. 7-5182
Rachel Berkness, Bar No. 7-5966
PO Box 3442
Jackson, WY 83001
*Attorneys for Artemis Langford*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| JAYLYN WESTENBROEK, HANNAH, HOLTMEIER, ALLISON COGHAN, GRACE CHOATE, MADELINE RAMAR, and MEGAN KOSAR, on behalf of themselves and derivatively on behalf of KAPPA KAPPA GAMMA FRATERNITY, | ) ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No.: 23-CV-00051-ABJ |
| KAPPA KAPPA GAMMA FRATERNITY, an Ohio non-profit corporation, as a Nominal Defendant and as a Direct Defendant; MARY PAT ROONEY, President of the Fraternity Council of KAPPA KAPPA GAMMA FRATERNITY, in her official capacity, KAPPA KAPPA GAMMA BUILDING CO., a Wyoming non-profit corporation, and ARTEMIS LANGFORD, | ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

### NOTICE OF APPEARANCE

COMES NOW, Rachel Berkness, and hereby files this *Notice of Appearance* on

//

//

behalf of Artemis Langford.

Dated      06/20/2023          .          /s/ Rachel Berkness
                                          Rachel M. Berkness, Bar No. 7-5966
                                          Freeburg Law, LLC
                                          Box 3442
                                          Jackson, WY 83001

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a true and correct copy of the foregoing document was delivered to the Court via the CM/ECF System and served upon counsel via CM/ECF electronic transmission this 20th day of June 2023.

| | |
|---|---|
| Cassie Craven (#7-5664)<br>LONGHORN LAW LLC<br>109 East 17th Street, Suite 223<br>Cheyenne, WY 82001<br>Telephone: (307) 823-3062<br>E-Mail: ccraven.law@gmail.com | ☒ CM/ECF<br>☐ U.S. Mail<br>☐ Fax<br>☐ Email |
| John G. Knepper (#7-4608)<br>LAW OFFICE OF JOHN G. KNEPPER, LLC<br>P.O. Box 1512<br>Cheyenne, WY 82003<br>Telephone: (307) 632-2842<br>E-Mail: john@knepperllc.com | ☒ CM/ECF<br>☐ U.S. Mail<br>☐ Fax<br>☐ Email |
| Natalie M. McLaughlin (Pro Hac Vice)<br>Brian W. Dressel (Pro Hac Vice)<br>VORYS, SATER, SEYMOUR AND PEASE, LLP<br>52 East Gay Street<br>Columbus, OH 43215<br>Telephone:   (614) 464-5452<br>Email: nmmclaughlin@vorys.com<br>bwdressel@vorys.com | ☒ CM/ECF<br>☐ U.S. Mail<br>☐ Fax<br>☐ Email |

Scott P. Klosterman (#6-3081)  ☒ CM/ECF
WILLIAMS, PORTER, DAY & NEVILLE, P.C.  ☐ U.S. Mail
159 North Wolcott, Suite 400  ☐ Fax
P.O. Box 10700  ☐ Email
Casper, WY 82602-3902
Telephone:   (307) 265-0700
E-Mail: sklosterman@wpdn.net


/s/ Rachel Berkness
Rachel Berkness

3