Freeburg Law, LLC
Alex Freeburg, Bar No. 7-5182
Rachel Berkness, Bar No. 7-5966
PO Box 3442
Jackson, WY 83001
*Attorneys for Artemis Langford*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| JAYLYN WESTENBROEK, HANNAH, HOLTMEIER, ALLISON COGHAN, GRACE CHOATE, MADELINE RAMAR, and MEGAN KOSAR, on behalf of themselves and derivatively on behalf of KAPPA KAPPA GAMMA FRATERNITY, <br><br> Plaintiffs, <br><br> v. <br><br> KAPPA KAPPA GAMMA FRATERNITY, an Ohio non-profit corporation, as a Nominal Defendant and as a Direct Defendant; MARY PAT ROONEY, President of the Fraternity Council of KAPPA KAPPA GAMMA FRATERNITY, in her official capacity, KAPPA KAPPA GAMMA BUILDING CO., a Wyoming non-profit corporation, and ARTEMIS LANGFORD, <br><br> Defendants. | Civil Action No.: 23-CV-00051-ABJ |

### ARTEMIS LANGFORD'S
### MOTION TO DISMISS WITH PREJUDICE

**COMES NOW,** Defendant Artemis Langford, by and through her undersigned attorney, Rachel Berkness of Freeburg Law, LLC, and hereby moves this Court for an Order dismissing Plaintiffs' Amended Complaint with prejudice for failure to state a claim

under Federal Rule of Civil Procedure 12(b)(6), lack of standing, and violation of Federal Rule of Civil Procedure 8.

Dated     06/20/2023    .      /s/ Rachel Berkness
                                                                             Rachel M. Berkness, Bar No. 7-5966
                                                                             Freeburg Law, LLC
                                                                             Box 3442
                                                                             Jackson, WY 83001

## **CERTIFICATE OF SERVICE**

The undersigned does hereby certify that a true and correct copy of the foregoing document was delivered to the Court via the CM/ECF System and served upon counsel via CM/ECF electronic transmission this 20th day of June 2023.

| | |
|---|---|
| Cassie Craven (#7-5664)<br>LONGHORN LAW LLC<br>109 East 17th Street, Suite 223<br>Cheyenne, WY 82001<br>Telephone: (307) 823-3062<br>E-Mail: ccraven.law@gmail.com | ☒ CM/ECF<br>☐ U.S. Mail<br>☐ Fax<br>☐ Email |
| John G. Knepper (#7-4608)<br>LAW OFFICE OF JOHN G. KNEPPER, LLC<br>P.O. Box 1512<br>Cheyenne, WY 82003<br>Telephone: (307) 632-2842<br>E-Mail: john@knepperllc.com | ☒ CM/ECF<br>☐ U.S. Mail<br>☐ Fax<br>☐ Email |
| Natalie M. McLaughlin (Pro Hac Vice)<br>Brian W. Dressel (Pro Hac Vice)<br>VORYS, SATER, SEYMOUR AND PEASE, LLP<br>52 East Gay Street<br>Columbus, OH 43215<br>Telephone: (614) 464-5452<br>Email: nmmclaughlin@vorys.com<br>bwdressel@vorys.com | ☒ CM/ECF<br>☐ U.S. Mail<br>☐ Fax<br>☐ Email |

Scott P. Klosterman (#6-3081)  ☒ CM/ECF
WILLIAMS, PORTER, DAY & NEVILLE, P.C.  ☐ U.S. Mail
159 North Wolcott, Suite 400  ☐ Fax
P.O. Box 10700  ☐ Email
Casper, WY 82602-3902
Telephone:   (307) 265-0700
E-Mail: sklosterman@wpdn.net

/s/ Rachel Berkness
Rachel Berkness