| | |
|---|---|
| **From:** | Kappa Kappa Gamma HQ <kkghq@kkg.org> |
| **Sent:** | Friday, April 7, 2023 2:14 PM |
| **To:** | |
| **Subject:** | Gamma Omicron Update |

Dear Gamma Omicron Chapter Members and Advisers,

Last week we communicated to you about the recent litigation filed involving Gamma Omicron members. One significant question brought forth by this litigation is the housing situation for the 2023–24 academic year. To clarify, prior to this litigation being filed, Artemis Langford had petitioned to be released from the live-in requirement for the 2023–24 academic year. And, prior to the litigation, this petition was approved and granted by the Gamma Omicron House Board. Therefore, she will not be a live-in resident in the Gamma Omicron chapter facility next academic year.

Our primary concern remains you and any support you may need. Please feel free to reach out to us at Kappa Headquarters at chapter_services@kappa.org.

Loyally,

Chapter Services Department
_____
**Kappa Kappa Gamma**
614.228.6515 | *kappa.org*

Kappa Kappa Gamma
*dream boldly. live fully.*

1

**Exhibit A**