**Exhibit B**

On Fri, Apr 7, 2023 at 2:08 PM McLaughlin, Natalie M. █████████████████ wrote:

Ms. Craven,

I have reviewed a copy of the Court's order denying plaintiffs' motion to proceed anonymously. In light of the Court's ruling, please let us know if you will be providing the names of the plaintiffs to enable us to run a conflict check.

Also, some of the allegations in the current Complaint concern the housing situation for the 2023–24 academic year. Chapter members have already been informed, but before you file an amended complaint substituting Plaintiffs' real names, I wanted to notify you in case you were not already aware that Artemis Langford petitioned to be released from the live-in requirement for the 2023–24 academic year. This petition was approved and granted by the Gamma Omicron House Board prior to the filing of the litigation. Therefore, Artemis will not be a live-in resident in the Gamma Omicron chapter facility next academic year.

Best,

Natalie

**Exhibit B**