**Christa Holtmeier** 23:02

I found your name on the KKG website as alumni contacts. I am writing to you as a concerned parent of a current member of KKG at UW-Laramie. There is an issue happening right now at KKG-Laramie that needs alumni attention immediately.
The chapter has extended a bid (open recruitment) to a TRANSGENDER (born male that is still a man) individual and he has accepted today. This issue has brought a lot of stress on several house members who are extremely uncomfortable with this development and are saddened that the house they love has done this. There is current anger and division amongst the women of Kappa and time is of the essence. So many issues can arise from this that I don't believe the gals in the house who are voting for this know of the ramifications of their love of diversity. Not to mention scaring off current new members who haven't been initiated yet or the future of Kappa's ability to recruit in the future!
I don't know where you sit morally on this subject and I am not homophobic and believe "to each their own" and "God is the judge". However, a SORORITY (designed in the 1800's as an ALL woman club) is NOT THE PLACE FOR ANY MAN or person who is not born female. That is what FRATERNITIES are for.
My husband and myself are both PRO GREEK and have been since we were both members of the Greek system and loved our time at the University of Nebraska-Lincoln. We encouraged our daughter, Hannah, to go through Recruitment/Rush as we knew the Greek system would be a good fit for her and help her be a better woman. I was not a Kappa but still a sister all the same. The sorority house should be a place where women come for sisterhood.
Please see the attachment that is on his FB profile page and post. There's something wrong with this person who graduated high school in 2020, and is just now going through recruitment. Not to mention wanting to join a sorority but has a girlfriend.
Please help if you can. Please contact the house immediately if so inclined. If there is something else I, as a parent, can do, please contact me!

Christa Brandstetter-Holtmeier (Kappa Delta-Pi chapter 1994)