

**Cassie Craven**
November 10, 2021

Meet one of my favorite clients ever - Grace. #IStandWithGrace



FOXNEWS.COM
Wyoming teen suing state officials after arrest for not wearing mask in school: 'Our rights were taken away'

16    1 comment

Like    Share