Yesterday 3:06 PM

On Saturday April 1st 2023 [redacted] told me that she needed to speak to me about something private. As we were walking downtown she told me that megan lied about Artemis getting a boner while watching her change. Shocked I asked why are you telling me this now, she said that if she has to take the stand during a trial she couldn't lie, and that this secret had been weighing her down for months. I asked if she had proof and she said that she was in the room watching Artemis the whole time and she did not see a boner. She asked me what I saw and that's when I finally remembered (after months of knowing about megan's story) that I was actually in the room when this happened. The event had so little effect on me and I was so quick to believe megan that I did not make the connection. I remember looking at megan's back while she changed, the room was certainly uncomfortable but I did not see anything distinctly creepy, however at the time of the event megan would not have said anything to me because we were not friends. The next morning april 2nd, [redacted] texted me please do not tell anyone just in case she was wrong. I asked her if she was retracting what she said. She then sent me screenshots of her and megan's conversation. The texts are slightly confusing but if you read them critically, it sounds to me that megan clearly lied about the boner and used what others said as her own evidence. According to [redacted] those people were not even in the room. Megan goes on in the texts to say it doesn't matter because Artemis is creepy anyways.





☐ Opened

also plz don't tell megan i was talking to you about it-cuz i also don't want to be wrong if it truly did happen too yk

**ME**
Fucking hate ▇
Also I won't
But like r u in denial

▇
me too bruh she's so ick

**ME**
Or are u not sure
Cause now ur retracting what ur saying

▇
well like i'm pretty much 100% positive it did not happen. but like also what if ▇ actually



3:35

◀ Search

3h ago

139

Megan >

but i don't think she was being serious cuz i watched him the whole time. he was standing there in the doorway for like 2 seconds and he didn't get a boner

Damn that sucks

nooo megan what that's good

I believed her tho

But still Artemis is creepy in other ways atleast

Did I tell you ▇ say him get a boner tho

Also I do appreciate everything you do

But snapchay too

iMessage

Send a chat

