Scott P. Klosterman (#6-3081)
WILLIAMS, PORTER, DAY & NEVILLE, P.C.
159 North Wolcott, Suite 400
P.O. Box 10700
Casper, WY 82602-3902
Telephone:     (307) 265-0700
Facsimile:     (307) 266-2306
E-Mail:        sklosterman@wpdn.net

Natalie M. McLaughlin (*Pro Hac Vice*)
Brian W. Dressel (*Pro Hac Vice*)
VORYS, SATER, SEYMOUR AND PEASE, LLP
52 East Gay Street
Columbus, OH 43215
Telephone:     (614) 464-5452
Email:         nmmclaughlin@vorys.com
               bwdressel@vorys.com

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF WYOMING**

| | | |
|---|---|---|
| JAYLYN WESTENBROEK, HANNAH, HOLTMEIER, ALLISON COGHAN, GRACE CHOATE, MADELINE RAMAR, and MEGAN KOSAR, on behalf of themselves and derivatively on behalf of KAPPA KAPPA GAMMA FRATERNITY, | ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No.: 23-CV-00051-ABJ |
| KAPPA KAPPA GAMMA FRATERNITY, an Ohio non-profit corporation, as a Nominal Defendant and as a Direct Defendant; MARY PAT ROONEY, President of the Fraternity Council of KAPPA KAPPA GAMMA FRATERNITY, in her official capacity, KAPPA KAPPA GAMMA BUILDING CO., a Wyoming non-profit corporation, and ARTEMIS LANGFORD, | ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**DEFENDANT KAPPA KAPPA GAMMA BUILDING CO.'S RULE 7.1(B) STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Defendant Kappa Kappa Gamma Building Co. submits its disclosure statement, and states:

Kappa Kappa Gamma Building Co. is a non-profit corporation that does not have a parent corporation.  No publicly held corporation owns more than 10% of Kappa Kappa Gamma Building Co.'s stock.

Dated: July 28, 2023

Respectfully submitted,

/s/ *Natalie M. McLaughlin*

Natalie M. McLaughlin (Ohio Bar No. 0082203)*
Brian W. Dressel (Ohio Bar No. 0097163)*
VORYS, SATER, SEYMOUR AND PEASE, LLP
52 East Gay Street
Columbus, OH 43215
Telephone:    (614) 464-5452
Email:        nmmclaughlin@vorys.com
              bwdressel@vorys.com
* *Admitted Pro Hac Vice*

Scott P. Klosterman (#6-3081)
WILLIAMS, PORTER, DAY & NEVILLE, P.C.
159 North Wolcott, Suite 400
P.O. Box 10700
Casper, WY 82602-3902
Telephone:    (307) 265-0700
Facsimile:    (307) 266-2306
E-Mail:       sklosterman@wpdn.net

*Attorneys for Defendant Kappa Kappa Gamma Building Co.*

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a true and correct copy of the foregoing document was delivered to the Court via the CM/ECF System and served upon counsel via CM/ECF electronic transmission this 28h day of July, 2023.

Cassie Craven (#7-5664)
Longhorn Law Limited Liability
Company
109 East 17th Street, Suite 11
Cheyenne, WY 82001
Telephone: (307) 823-3062
E-Mail: cassie@longhornlawllc.com

☒ CM/ECF Electronic Transmission
☐ U.S. Mail (Postage Prepaid)
☐ Fax
☐ Overnight Delivery
☐ Hand Delivery
☐ Email


John G. Knepper (#7-4608)
Law Office of John G. Knepper, LLC
P.O. Box 1512
Cheyenne, WY 82003
Telephone: (307) 632-2842
E-Mail: John@KnepperLLC.com

☒ CM/ECF Electronic Transmission
☐ U.S. Mail (Postage Prepaid)
☐ Fax
☐ Overnight Delivery
☐ Hand Delivery
☐ Email


/s/ *Brian W. Dressel*
Brian W. Dressel

45966598