# UNITED STATES DISTRICT COURT
## DISTRICT OF WYOMING

JAYLYN WESTENBROEK, et al., on )
behalf of themselves and derivatively on )
behalf of KAPPA KAPPA GAMMA )
FRATERNITY, )
               Plaintiffs, )
                )
      v. )        CASE NO. 2:23-cv-00051-ABJ
                )
KAPPA KAPPA GAMMA FRATERNITY, )
*et al.*, )
                )
          Defendants. )

## NOTICE OF APPEAL

Pursuant to 28 U.S.C. § 1291 and Rule 4(a)(1) of the Federal Rules of Appellate Procedure, Plaintiffs Jaylyn Westenbroek, Hannah Holtmeier, Allison Coghan, Grace Choate, Madeline Ramar, and Megan Kosar, derivatively on behalf of Kappa Kappa Gamma Fraternity, hereby provide notice of their appeal to the United States Court of Appeals for the Tenth Circuit from the final order entered by the district court on August 25, 2023 granting Defendants' motion to dismiss, insofar as that Order concerns Defendants Kappa Kappa Gamma Fraternity, Mary Pat Rooney, and Kappa Kappa Gamma Building Co. *See* Order (ECF No. 31), Ex. 1. Plaintiffs are not pursuing any claims against Defendant Artemis Langford.

Respectfully submitted,

/s/ Cassie Craven                              /s/ John Knepper
Cassie Craven, 7-5664                              John Knepper
Longhorn Law Limited Liability Company             Law Office of John G. Knepper, LLC
109 E. 17th St., Suite 11                          P.O. Box 1512
Cheyenne, Wyoming 82001                            Cheyenne, Wyoming 82003
307-823-3062                                       307-632-2842
cassie@longhornlawllc.com                          John@KnepperLLC.com


Dated September 25, 2023

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on September 25, 2023, a copy of the foregoing Notice of Appeal was filed electronically.  Notice of this filing will be sent to all parties for whom counsel has entered an appearance by operation of the court's electronic filing system.  Parties may access this filing through the Court's system.

Respectfully submitted,

/s/ Cassie Craven                           
Cassie Craven, 7-5664
Longhorn Law Limited Liability Company
109 E. 17th St., Suite 11
Cheyenne, Wyoming 82001
307-823-3062
cassie@longhornlawllc.com

/s/ John Knepper                           
John Knepper
Law Office of John G. Knepper, LLC
P.O. Box 1512
Cheyenne, Wyoming 82003
307-632-2842
John@KnepperLLC.com