

# UNITED STATES DISTRICT COURT
## DISTRICT OF WYOMING



**Margaret Botkins**  
Clerk of Court

**Jon Bastian**  
Chief Deputy Clerk

September 26, 2023

Chris Wolpert, Clerk of Court  
United States Court of Appeals for the 10th Circuit  
Byron R. White Courthouse  
1823 Stout Street  
Denver, CO  80257

    Re:    ***Westenbroek et al v Kappa Kappa Gamma Fraternity et al***  
           District Court Case Number:  23-cv-51-ABJ  
           Notice of Appeal Filed:         9/25/23  
           $500 fee was not paid; $5 fee was not paid.

           Receipt Number: N/A

Dear Mr. Wolpert:

    Attached are documents filed in connection with the Notice of Appeal in this case, which will constitute the preliminary record on appeal:

- Copy of District Court docket entries
- Copy of Notice of Appeal
- Copy of the District Court's final judgment or order(s) from which the appeal is taken, as follows:

[31] ORDER by the Honorable Alan B. Johnson.

If anything further is required, please let me know.

Attachment(s)

Sincerely,

Margaret Botkins  
Clerk of Court

By:_____  
Tiffany Dyer

2120 Capitol Avenue, Room 2131 ♦ Cheyenne, WY 82001    111 South Wolcott, Suite 121 ♦ Casper, WY 82601  
(307) 433-2120 ♦ Fax (307) 433-2152    (307) 232-2620 ♦ Fax (307) 237-0014  
www.wyd.uscourts.gov