UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert
Clerk of Court

**FILED**

*8:20 am, 7/8/24*

**Margaret Botkins
Clerk of Court**

Jane K. Castro
Chief Deputy Clerk

July 05, 2024

Margaret Botkins
United States District Court for the District of Wyoming
Office of the Clerk
2120 Capitol Avenue, Room 2141
Cheyenne, WY 82001-0000

**RE:  23-8065, Westenbroek, et al v. Kappa Kappa Gamma, et al**
Dist/Ag docket: 2:23-CV-00051-ABJ

Dear Clerk:

Pursuant to Federal Rule of Appellate Procedure 41, the Tenth Circuit's mandate in the above-referenced appeal issued today. The court's June 12, 2024 judgment takes effect this date. With the issuance of this letter, jurisdiction is transferred back to the lower court.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

cc:   Rachel Berkness
      Lauren Adams Bone
      Jayce Born
      Raymond K. Bryant
      Kara Dansky
      Brian W. Dressel
      Alphonse A. Gerhardstein
      Robert Stanton Jones
      Scott P. Klosterman

    John G. Knepper
    Sylvia May Mailman
    Nicole Masiello
    Natalie Marie Mclaughlin
    Emmett Robinson
    Gene C. Schaerr
    Cristina Martinez Squiers


CMW/sds