Stuart R. Day  (#5-2244)
WILLIAMS, PORTER, DAY& NEVILLE, P.C.
159 North Wolcott, Suite 400
Casper, WY 82601
Telephone:  (307) 265-0700
Facsimile:  (307) 266-2306
E-Mail:  sday@wpdn.net

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| JAYLYN WESTENBROEK, HANNAH, HOLTMEIER, ALLISON COGHAN, GRACE CHOATE, MADELINE RAMAR, and MEGAN KOSAR, on behalf of themselves and derivatively on behalf of KAPPA KAPPA GAMMA  FRATERNITY, | ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | Civil No.: 23-CV-00051-ABJ |
| KAPPA KAPPA GAMMA FRATERNITY, an Ohio non-profit corporation, as a Nominal Defendant and as a Direct Defendant; MARY PAT ROONEY, President of the Fraternity Council of KAPPA KAPPA GAMMA FRATERNITY, in her official capacity, KAPPPA KAPPA GAMMA BUILDING  CO., a Wyoming non-profit corporation, and ARTEMIS LANGFORD, | ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## MOTION TO SUBSTITUTE COUNSEL

**COMES NOW** Stuart R. Day of Williams, Porter, Day & Neville, P.C., and hereby moves the Court for an order substituting Stuart R. Day for Scott P. Klosterman as counsel for Defendants Kappa Kappa Gamma Fraternity, Mary Pat Rooney and Kappa Kappa Gamma Building Co. in the above-captioned matter.

**DATED** this 18th day of December, 2024.

KAPPA KAPPA GAMMA FRATERNITY, MARY PAT ROONEY
AND KAPPA KAPPA GAMMA BUILDING CO., DEFENDANTS

/s/ Stuart R. Day
Stuart R. Day WSB # 5-2244
Williams, Porter, Day & Neville, P.C.
159 North Wolcott, Suite 400
Casper, WY 82601
307.265.0700 telephone
307.266.2306 facsimile
sday@wpdn.net

## **CERTIFICATE OF SERVICE**

The undersigned does hereby certify that a true and correct copy of the foregoing document was delivered to the Court via the CM/ECF System and served upon counsel via CM/ECF electronic transmission this 18th day of December, 2024.

Cassie Craven (#7-5664)
LONGHORN LAW LIMITEDLIABILITY COMPANY
109 East 17th Street, Suite 11
Cheyenne, WY 82001
Telephone: (307) 823-3062
E-Mail:  cassie@longhornlawllc.com

John G. Knepper (#7-4608)
LAW OFFICE OF JOHN G. KNEPPER, LLC
P.O. Box 1512
Cheyenne, WY 82003
Telephone: (307) 632-2842
E-Mail: John@KnepperLLC.com

/s/ Stuart R. Day
Stuart R. Day WSB # 5-2244