

**FILED**

**11:01 am, 1/7/25**

**Margaret Botkins**
**Clerk of Court**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

Westenbroek et al

Plaintiff,

vs.

Case Number: 2:23-CV-00051-ABJ

Kappa Kappa Gamma Fraternity et al

Defendant.

## CIVIL MINUTE SHEET STATUS CONFERENCE

☑ Status Conference Only

Date: 01/07/2025    Time: 10:32am - 10:58am

| Alan B. Johnson | Becky Harris | Melanie Sonntag | Ani Zotti |
|---|---|---|---|
| Judge | Clerk | Reporter | Law Clerk |

Attorney(s) for Plaintiff(s)    John Knepper, Cassandra Craven

Attorney(s) for Defendant(s)    Natalie McLaughlin, Stuart Day, Brian Dressel
                                Rachel Berkness

Other:

Hearing held by Zoom video conference.
The Court heard from Mr. Knepper, Ms. McLaughlin and Ms. Berkness.
Further status to be set for 1/29/25 at 9:30 AM.
Related case (24-cv-267-ABJ) will also be noticed for the status conference.