**FILED**



10:43 am, 1/29/25

**Margaret Botkins**
**Clerk of Court**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

Westenbroek et al
Levang et al

Plaintiff,

vs.

Kappa Kappa Gamma Fraternity et al

Defendant.

Case Number: 23-CV-51 / 24-CV-267-ABJ

## CIVIL MINUTE SHEET STATUS CONFERENCE

☑ Status Conference Only

Date: 01/29/2025   Time: 9:36am - 10:34am

| Alan B. Johnson | Becky Harris | Melanie Sonntag | Ani Zotti |
|---|---|---|---|
| Judge | Clerk | Reporter | Law Clerk |

Attorney(s) for Plaintiff(s)   John Knepper, Casandra Craven, Angela Lavin

Attorney(s) for Defendant(s)   Brian Dressel, Natalie McLaughlin, Stuart Day
Rachel Berkness

Other:

Hearing held by Zoom video conference.
The transfer of case 24-cv-267 has been brought before the 6th Circuit.
The Court heard from Mr. Knepper, Ms. Lavin, Ms. McLaughlin, Ms. Berkness, Ms. Craven.
Plaintiffs in case 23-cv-51 are not yet ready to refile their complaint.
Parties to brief the Court regarding this Court's authority to dismiss the case with prejudice.
Briefs to be filed within 30 days.
Further status and oral argument on the briefing to be set for 3/24/25 at 9:30 AM by Zoom.