Stuart R. Day (#6-3081)  
WILLIAMS, PORTER, DAY & NEVILLE, P.C.  
159 North Wolcott, Suite 400  
P.O. Box 10700  
Casper, WY 82602-3902  
Telephone:   (307) 265-0700  
Facsimile:   (307) 266-2306  
E-Mail:   sday@wpdn.net  

Natalie M. McLaughlin (*Pro Hac Vice*)  
Brian W. Dressel (*Pro Hac Vice*)  
VORYS, SATER, SEYMOUR AND PEASE, LLP  
52 East Gay Street  
Columbus, OH 43215  
Telephone:   (614) 464-5452  
Email:   nmmclaughlin@vorys.com  
         bwdressel@vorys.com  

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF WYOMING**

| | |
|---|---|
| JAYLYN WESTENBROEK, HANNAH, HOLTMEIER, ALLISON COGHAN, GRACE CHOATE, MADELINE RAMAR, and MEGAN KOSAR, on behalf of themselves and derivatively on behalf of KAPPA KAPPA GAMMA FRATERNITY,<br><br>     Plaintiffs,<br><br>v.<br><br>KAPPA KAPPA GAMMA FRATERNITY, an Ohio non-profit corporation, as a Nominal Defendant and as a Direct Defendant; MARY PAT ROONEY, President of the Fraternity Council of KAPPA KAPPA GAMMA FRATERNITY, in her official capacity, KAPPA KAPPA GAMMA BUILDING CO., a Wyoming non-profit corporation, and ARTEMIS LANGFORD,<br><br>     Defendants. | Civil Action No.: 23-CV-00051-ABJ |

**DEFENDANTS KAPPA KAPPA GAMMA FRATERNITY, MARY PAT ROONEY, AND KAPPA KAPPA GAMMA BUILDING CO.'S MOTION FOR COURT TO SET A DEADLINE FOR PLAINTIFFS TO AMEND COMPLAINT OR ELSE HAVE DISMISSAL CONVERTED TO DISMISSAL WITH PREJUDICE**

**COME NOW**, the Defendants Kappa Kappa Gamma Fraternity ("Kappa"), Mary Pat Rooney ("Rooney"), and Kappa Kappa Gamma Building Co. (the "Building Co.") (collectively, "Defendants") and hereby move this Court for an Order setting a deadline by which Plaintiffs must seek leave to file a Second Amended Complaint or else have the Court's August 25, 2023 Order dismissing Plaintiffs' First Amended Verified Complaint ("Amended Complaint") without prejudice to a dismissal with prejudice.  Defendants propose a deadline of 21 days.

This relief is proper given the substantive decision the Court issued granting Defendants' Motion to Dismiss and subsequent representations by Plaintiffs that amendment would be futile. Moreover, the requested relief would prevent related parties from using the non-prejudicial nature of the Court's dismissal to assert duplicative derivative claims while contending this Court's decision on the same issues does not have a preclusive effect.  Defendants submit the accompanying Memorandum of Law in support of this Motion.

Dated: February 28, 2025                     Respectfully submitted,

/s/ *Natalie M. McLaughlin*
Natalie M. McLaughlin (Ohio Bar No. 0082203)*
Brian W. Dressel (Ohio Bar No. 0097163)*
VORYS, SATER, SEYMOUR AND PEASE, LLP
52 East Gay Street
Columbus, OH 43215
Telephone:     (614) 464-5452
Email:          nmmclaughlin@vorys.com
                bwdressel@vorys.com
*\* -Admitted Pro Hac Vice*

Stuart R. Day (#6-3081)
Williams, Porter, Day & Neville, P.C.
159 North Wolcott, Suite 400
P.O. Box 10700
Casper, WY 82602-3902
Telephone:	(307) 265-0700
Facsimile:	(307) 266-2306
E-Mail:	sday@wpdn.net

*Attorneys for Defendants Kappa Kappa Gamma Fraternity, Kappa Kappa Gamma Building Co., and Mary Pat Rooney*

-3-

**CERTIFICATE OF SERVICE**

      The undersigned does hereby certify that a true and correct copy of the foregoing document was delivered to the Court via the CM/ECF System and served upon counsel via CM/ECF electronic transmission this 28th day of February, 2025.

| | |
|---|---|
| Cassie Craven (#7-5664)<br>LONGHORN LAW LIMITED LIABILITY COMPANY<br>109 East 17th Street, Suite 11<br>Cheyenne, WY 82001<br>Telephone: (307) 823-3062<br>E-Mail: cassie@longhornlawllc.com | ☒ CM/ECF Electronic Transmission<br>☐ U.S. Mail (Postage Prepaid)<br>☐ Fax<br>☐ Overnight Delivery<br>☐ Hand Delivery<br>☐ Email |
| John G. Knepper (#7-4608)<br>LAW OFFICE OF JOHN G. KNEPPER, LLC<br>P.O. Box 1512<br>Cheyenne, WY 82003<br>Telephone: (307) 632-2842<br>E-Mail: John@KnepperLLC.com | ☒ CM/ECF Electronic Transmission<br>☐ U.S. Mail (Postage Prepaid)<br>☐ Fax<br>☐ Overnight Delivery<br>☐ Hand Delivery<br>☐ Email |

/s/ *Natalie M. McLaughlin*
Natalie M. McLaughlin