

**Wyoming Freedom Caucus**
20h

Join us for a press conference tomorrow, Tuesday January 7 in the Capitol Rotunda, to hear from the WYFC about our legislative agenda. You'll hear our plan from our members, and more importantly, you'll hear from special guests who make it crystal clear just why we need the reforms prioritized by the Five and Dime Plan. Read more on our plan at wyfreedomcaucus.com. See you tomorrow!



# JOIN US TOMORROW
## for a WYFC press conference
### 2 PM, Capitol Rotunda

**Featuring remarks from:**
- Rep. Chip Neiman
- Rep. Jeremy Haroldson
- Rep. Scott Heiner

**Featuring special guests:**
- Brave women of the UW KKG sorority & their attorney, Cassie Craven
- ESG Expert Will Hild
- WY Secretary of State Chuck Gray