



*Sex & Gender*

Press Team  |  January 10, 2025

# Nebraska Stands With Women, Introduces Independent Women's Sex-Definition Model In Legislature

**2 Min**

  

**LINCOLN, NE —** Today, **Independent Women** celebrated the introduction of the Stand With Women Act in Nebraska, inspired by Independent Women's Stand With Women legislative options, applauding **Nebraska State Senator Kathleen Kauth (R-31)** for her commitment to advancing this legislation into law. By fortifying the definitions of

English | Español

 

**order** by Governor Jim Pillen to protect the existence of single-sex spaces, such as rape crisis centers, domestic violence shelters, prisons, athletic teams, locker rooms, and sororities.

The introduction of the Stand With Women Act follows on the heels of a Federal District Court in Kentucky **issuing** a decision in *Tennessee v. Cardona* that strikes down the Biden administration's unlawful attempt to redefine 'sex' in Title IX to include 'gender identity.' The Court's ruling applies nationwide, a win for women and girls across the country, and showcases the national momentum on this issue.

If passed by the legislature and signed into law, the Stand With Women Act would:

- Define common sex-based terms, such as 'female' and 'male,' for purposes of state administrative law;
- Protect single-sex spaces and opportunities; and
- Require publicly collected sex-based vital statistics to accurately reflect biology.

Today, Sen. Kathleen Kauth and Gov. Pillen were joined by Independent Women Ambassador **Hannah Holtmeier** for a press conference announcing the Independent Women-inspired legislation and the commitment to the advancement and ultimate passage of the bill. Additional guest speakers included Nebraska softball pitcher **Jordy Bahl**, Nebraska volleyball



**English | Español**




"I am proud to introduce the Stand with Women bill, inspired by Independent Women's Voice's work. It is critically important we continue the work of our mothers and grandmothers to advocate for and support women's rights to opportunity, privacy and safety. The encroachment into women's spaces and athletics by men is not acceptable, and we must stand up for what is right," said **Sen. Kathleen Kauth.**

"It's time to guarantee young girls and women like me have access to single-sex spaces and equal opportunities, from the locker room to our sororities. Nebraska has finally stepped up and decided to protect women with Independent Women's Stand with Women legislation. I want to thank Senator Kauth and the many co-sponsors of this legislation for their ambition and passion for protecting women in the great state of Nebraska," said **Hannah Holtmeier, Independent Women ambassador,** *Westenbroek v. Kappa Kappa Gamma* **plaintiff and senior at the University of Nebraska Lincoln.**

Also at today's press conference was Jennifer Sey, founder and CEO of XX-XY athletics, who has joined Independent Women at women's advocacy events across the country. **Jennifer Sey** at Independent Women's Stand with Women Pennsylvania event in October, said "Women's scholarships are being lost, athletic team roster spots are disappearing at the highest level of sport and women's safety is being put at risk. And it's all in the name of false inclusion."



English | Español



Ben Hansen, Brian Hardin, Rick Holdcroft, Teresa Ibach, Mike Jacobson, Dan Lonowski, Dave Murman, Rita Sanders, Tony, Sorrentino, Tanya Storer, Jared Storm, and Paul Strommen.

Kansas, Tennessee, Idaho, Louisiana, Mississippi, Oklahoma, and Arkansas have also adopted legislation inspired by Independent Women's Voice's sex-definition model.

###

[www.iwv.org](http://www.iwv.org)

*Independent Women's Voice fights for women by expanding support for policy solutions that aren't just well intended, but actually enhance freedom, opportunities, and well-being.*

## Related Stories

**Fight to Preserve Women-Only Sororities Advances in Wyoming as Stand with Women Legislation is Introduced**
Press Team | January 7, 2025

**Independent Women Supports Protection of Women and Girls in Sports Act, a Top Priority for 119th Congress**
Press Team | January 3, 2025

**Stand With Women Initiative Drove Historic Pro-Woman Election Victories Nationwide**
Press Team | December 11, 2024



Donate

English | Español



**last name**

**email**

**cell phone (optional)**

**zip code**

**Become a Mobile Insider. Text FREEDOM to 40442 to opt in.** Sign up for recurring informational messages from IWV. Msg&data rates may apply. **Terms & Privacy Policy.**

**Submit**

© 2025 Independent Women's Voice is an advocacy 501(c)(4) that fights for women and families by effectively expanding support among women, independents, and millennials for policy solutions that aren't just well intended, but actually enhance freedom, opportunities, and well-being.

**Contact Us     Media Requests     Privacy Policy     Text Message Policy**



English | Español