

**Independent Women's Forum** ✓
@IWF

Trump's sex-definition executive order is a HISTORIC victory for women & girls & builds on the substantial work we have done in partnership with @WomensLibFront + with the support of a bipartisan coalition & friends to pass definitions in 8 states, introduced in 14.

Watch @allie_coghan & @h_holtmeier discuss ⬇️

Last edited 1:24 PM · Jan 21, 2025 · **2,806** Views