

Date February 14, 2025

Dear New Hampshire Legislators,

Independent Women would like to thank you for your willingness to work on legislation that aims to protect women's rights, privacy, and safety. Our organization has been leading the fight to define 'sex' and protect women's spaces and sports nationwide. We have reviewed the proposed legislation, SB 268/HB 148, and caution the advancement of this bill.

While we understand the bill is well-intended, unfortunately it is misguided and fails to safeguard single-sex spaces. SB 268/HB 148 only serves the purpose of stating it is not discrimination to establish rules based upon biological sex. It doesn't go any further than its stated purpose. Men can legally continue to self-identify into women's private spaces, such as restrooms, shower rooms, locker rooms, prisons, and athletics. **By including "gender identity" throughout the bill, it explicitly allows men to enter women's spaces and affirms an extreme assault on the erasure of women and single-sex spaces, which over 80% of the country opposes.**

In light of the President's recent Executive Orders relating to sex-based definitions and women's sports, as well as a federal district court ruling that struck down nationwide the Biden administration's attempt to redefine "sex" in Title IX to include "gender identity," now is the time to carefully and correctly clarify what unlawful discrimination is: allowing males to enter female-only spaces and take away opportunities for New Hampshire's women and girls.

We encourage you not to miss this opportunity to do the right thing and stand with women. This can be accomplished with a few simple revisions to the proposed bill, which are outlined below for your review. These changes will guarantee that the rights of girls and women in New Hampshire are protected.

Proposed edits to SB 268/HB 148:

- *Page 2, Line 8, Omit "gender identity"*
- *Page 2, Line 14, Omit "gender identity"*
- *Page 2, Lines 17-18 Omit in its entirety*
- *Page 3, Line 1, Omit "sexual or gender identity" and replace with "sex"*

Sincerely,

*Beth Parlato*

**Beth Parlato**
*Senior Legal Advisor*
*Independent Women Law Center*

*Riley Gaines*

**Riley Gaines**
*Ambassador*
*Independent Women*

*For questions, email **states@iwv.org**.*

**Paula Scanlan**
*Ambassador*
*Independent Women*

**Amie Ichikawa**
*Ambassador*
*Independent Women*

**Kim Russell**
*Ambassador*
*Independent Women*

**Kaitlynn Wheeler**
*Ambassador*
*Independent Women*

**Linnea Saltz**
*Ambassador*
*Independent Women*

**Allie Coghan**
*Ambassador*
*Independent Women*

**Hannah Arnold**
*Ambassador*
*Independent Women*

**Hannah Holtmeier**
*Ambassador*
*Independent Women*

**Lily Mullens**
*Ambassador*
*Independent Women*

**Amy Olson**
*Ambassador*
*Independent Women*

**Lauren Miller**
*Ambassador*
*Independent Women*

**Jaylyn Westenbroek**
*Ambassador*
*Independent Women*

---

**Riley Gaines** was a student at the University of Kentucky where she was a member of UK's Women's Swim and Dive Team. She finished her career as a 12x NCAA All-American, 5x SEC champion, SEC record holder in the 200 butterfly making her the 10th fastest American of all time in the event, and 2x Olympic trial qualifier. She was forced to compete against a male named Lia Thomas.

**Paula Scanlan** is a former Collegiate Swimmer at UPenn and teammate of Lia Thomas, forced to undress with him 18x per week.

**Amie Ichikawa** is one of the founders of WomanIIWoman, a non-profit organization providing re-entry services, parole hearing prep, and advocacy for the safety and dignity of incarcerated women in California.

**Kim Russell** is the former Head Women's Lacrosse Coach at Oberlin College.

**Kaitlynn Wheeler** is former University of Kentucky DI swimmer, NCAA Runner Up, All-American; SEC Champion, who was forced to compete and undress at NCAA Championship with male Lia Thomas.

**Linnea Saltz** is former NCAA track and field athlete from Southern Utah University who competed against June Eastwood, the first transgender-identifying male athlete to compete in DI cross country.

For questions, email *states@iwv.org*.

*Independent* Women®

**Allie Coghan** has gained national attention for speaking out against males in female-only sororities and spaces.

**Hannah Arnold** is an LPGA golfer. She played golf at Texas Tech University and turned pro in 2015 and has played on the Epson tour, Cactus tour, Sunshine tour, a handful of LPGA events, and Women's All pro tour.

**Hannah Holtmeier** is a member of Kappa Kappa Gamma sorority who gained national attention for fighting for female-only sororities.

**Lily Mullens** is the Captain of Roanoke Swim Team. She stood ground to remove male from women's swim team.

**Amy Olson** is a 10-year LPGA Tour veteran. Her professional career included 13 top-10s and two runner-up finishes in Major Championships.

**Lauren Miller** is professional golfer, who gained national attention after losing a first-place title at the 2024 NXXT Women's Championship to Hailey Davidson, a male golfer. She led a movement inside golf to get LPGA/USGA to amend policies.

**Jaylyn Westenbroek** was a member of the Kappa Kappa Gamma sorority in Wyoming but left the sorority after the chapter chose to prioritize the feelings of men over women in her chapter. She's the lead plaintiff on the Westenbroek v. Kappa Kappa Gamma lawsuit.

For questions, email *states@iwv.org*.

*Independent* Women®