

Economy   Culture   Health   Environment   Energy   Innovation   Education   Law   Security   Work



# Elizabeth Renkert
Social Media Assistant

**Elizabeth's Profiles:**

From Kaycee, Wyoming, Ellie Renkert is passionate about the mission of Independent Women's Forum. She is a member of the Marketing team at IWF and serves as the social media assistant. Ellie is responsible for planning, creating, implementing, and evaluating the social media marketing of policy, stories, and campaigns.

Ellie studied communications and journalism at the University of Wyoming and interned with IWF during her senior year of college.



**My pet rabbit is named Barney!**



**I like singing and coffee**

**I dislike the post office and the art style of adult cartoons**

## Elizabeth Renkert's Work

**Result Type:**

Privacy - Terms

English Español



All    Blogs    Op-eds    In the News    Podcast

CULTURE

**A Sisterhood, Disturbed**

Elizabeth Renkert | Blog

English Español