

Economy  Culture  Health  Environment  Energy  Innovation  Education  Law  Security  Work



# Hannah Holtmeier
Ambassador

**Request as Speaker**

Hannah Holtmeier is a member of Kappa Kappa Gamma sorority. She joined the Gamma Omicron chapter at the University of Wyoming as a member of Pledge Class 2021. After her concerns, morals, and beliefs were ignored, she transferred schools to find a true sisterhood. She is a senior at the University of Nebraska Lincoln and a member of the Sigma Chapter of Kappa Kappa Gamma. She hopes to become a conservation officer (game warden) after graduation next year.

Outside of school, work, and Kappa, she enjoys running and working out on campus! Growing up on a family farm, she enjoyed being outdoors, working with livestock or farm equipment, and still enjoys helping her dad when she can. She has a small herd of cattle and 4 dogs.

With the help of the IWF, Hannah hopes to advocate for women put into uncomfortable and dangerous situations by men who are allowed into their safe spaces. After a man joined her sorority, she knew she had to do something to prevent any other girls from going through what she and her sisters experienced.

**Four dogs (Harper, Gypsy, Zoey, and Phoebe)**

**Likes: Running, Lifting, any outdoor activity**

**Dislikes: When the UV is below 6, the feeling of wet napkins, Biden**

Hannah Holtmeier's Work

English Español



Result Type:

All          Blogs          Op-eds          In the News          Podcast

LAW

**Live Before The Tenth Circuit | Oral Arguments For Westenbroek V. Kappa Kappa Gamma**

May Mailman, Jaylyn Westenbroek, Allie Coghan, Hannah Holtmeier & Maddie Ramar | Events

CULTURE

**If They Can Erase Sisterhood, They Can Erase Women**

Jaylyn Westenbroek, Maddie Ramar, Allie Coghan & Hannah Holtmeier | Op-Ed

CULTURE

**Hannah Holtmeier: Plaintiff In The Kappa Kappa Gamma Lawsuit**

Julie Gunlock & Hannah Holtmeier | She Thinks Podcast

English Español