

Economy    Culture    Health    Environment    Energy    Innovation    Education    Law    Security    Work



# Allie Coghan
Ambassador

**🎤 Request as Speaker**

Allie Coghan is an ambassador with Independent Women's Forum. She graduated from the University of Wyoming in 2023 with a degree in agricultural business with a concentration in farm and ranch management. During her time in college, she was a member of the Kappa Kappa Gamma sorority on campus as well as vice president of the AG Communicators of Tomorrow club. Post graduation, she is working in southwest Kansas selling farm equipment. In her free time, she loves doing all things outdoors, cooking and baking, and spending time with her three animals. Allie also enjoys riding horses and swing dancing.

## Allie Coghan's Work

### Result Type:

All    Blogs    Op-eds    In the News    Podcast

LAW                                                                                                    CULTURE

**Allie Coghan: Plaintiff In The Kappa Kappa Gamma Lawsuit**

Julie Gunlock & Allie Coghan | She Thinks Podcast

English  Español

Privacy - Terms

1/2

Independent Women's Forum

☰

**Live Before The Tenth Circuit | Oral Arguments For Westenbroek V. Kappa Kappa Gamma**

May Mailman, Jaylyn Westenbroek, Allie Coghan, Hannah Holtmeier & Maddie Ramar | Events

CULTURE

**If They Can Erase Sisterhood, They Can Erase Women**

Jaylyn Westenbroek, Maddie Ramar, Allie Coghan & Hannah Holtmeier | Op-Ed

English Español