

Economy · Culture · Health · Environment · Energy · Innovation · Education · Law · Security · Work



# Jaylyn Westenbroek
Ambassador

**🎤 Request as Speaker**

Jaylyn Westenbroek is an ambassador for Independent Women's Forum. She is graduating from the University of Wyoming in December 2024 with a Bachelor of Science in Agricultural Business with minors in Horticulture and Professional sales. She was a member of the Kappa Kappa Gamma sorority in Wyoming but left the sorority after the chapter chose to prioritize the feelings of men over women in her chapter. Since leaving the sorority, she found IWF and hopes to advocate for safe women's spaces so no other girl has to feel uncomfortable and pressured to accept men where they don't belong.

Some of Jaylyn's other involvements include traveling on the University's National Sales team, managing a restaurant in Laramie, and volunteering for her church. She has always enjoyed public speaking and is grateful to add standing up for women to her list of passions to speak about. The next generation of women is very important to Jaylyn, so she hopes that her advocacy can help other girls have the sisterhood she once loved.



**Likes:** Gardening, horses, and tennis

---

## Jaylyn Westenbroek's Work

**Result Type:**



LAW

**Live Before The Tenth Circuit | Oral Arguments For Westenbroek V. Kappa Kappa Gamma**

May Mailman, Jaylyn Westenbroek, Allie Coghan, Hannah Holtmeier & Maddie Ramar | Events

CULTURE

**If They Can Erase Sisterhood, They Can Erase Women**

Jaylyn Westenbroek, Maddie Ramar, Allie Coghan & Hannah Holtmeier | Op-Ed

CULTURE

**Jaylyn Westenbroek: Plaintiff In The Kappa Kappa Gamma Lawsuit**

Julie Gunlock & Jaylyn Westenbroek | She Thinks Podcast

English Español