

Economy     Culture     Health     Environment     Energy     Innovation     Education     Law     Security     Work



# Maddie Ramar
Ambassador

🎤 Request as Speaker

Madeline Ramar is a Kappa Kappa Gamma member at the University of Wyoming, Gamma Omicron chapter, where she pledged in fall 2021. After seeing the negative impacts of a male joining her sorority, Maddie knew she needed to stand up for sisterhood so other women don't have to experience the same thing.

Outside of school and work, Maddie enjoys going to the gym, fishing, and skiing. Growing up in Colorado, she loves the mountains and the outdoors.

With the help of IWF, Maddie hopes to advocate for all women to ensure that we continue to have women-only spaces without the presence of a man. Sisterhoods are vital for women's growth, development, and relationships. By allowing men into these intimate spaces, it destroys the sisterhood and creates a very uncomfortable environment. Now part of the Westenbroek v. Kappa Kappa Gamma lawsuit, Maddie knows this issue is something worth fighting for, and believes no women should ever have to go through this and have their sisterhood destroyed.

## Maddie Ramar's Work

## Result Type:

Blogs          Op-eds          In the News          Podcast

Privacy - Terms                                                                    **English Español**



LAW

**Live Before The Tenth-Circuit | Oral Arguments For Westenbroek V. Kappa Kappa Gamma**

May Mailman, Jaylyn Westenbroek, Allie Coghan, Hannah Holtmeier & Maddie Ramar | Events

CULTURE

**If They Can Erase Sisterhood, They Can Erase Women**

Jaylyn Westenbroek, Maddie Ramar, Allie Coghan & Hannah Holtmeier | Op-Ed

CULTURE

**Maddie Ramar: Plaintiff In The Kappa Kappa Gamma Lawsuit**

Julie Gunlock & Maddie Ramar | She Thinks Podcast

**English Español**