

Q Search

🏠 Home

🔍 Explore

🔔 Notifications 2

✉️ Messages

Grok

📋 Lists

🔖 Bookmarks

💼 Jobs

👥 Communities

✓ Premium

Verified Orgs

👤 Profile

⊙ More

**Post**

Oli London ✓
@OliLondonTV

**Subscribe**

This biological man was allowed to join the Kappa Kappa Gamma Sorority at the University of Wyoming.

6 sorority sisters filed a lawsuit saying that he repeatedly sexually harassed them and exposed himself while living in the sorority house.

Today a district judge dismissed the girls lawsuit saying that it is not up to the court to define a 'woman.'

The man believes he is a VICTIM and recently appeared in a local Wyoming newspaper being celebrated for 'making history as the first openly transgender woman to join a Wyoming sorority.'

He told the local newspaper:

"There does come a price tag to being a first, and it comes with people in our current political situation that are detractors that do not want that."

Source: WyoFile



9:27 AM · Aug 29, 2023 · **3.8M** Views

💬 4.8K    ⟲ 4.4K    ♡ 14K    🔖 619    ⬆️

R    Post your reply    **Reply**

Shannon Adcock ✓ @Shannon_A_IL · Aug 29, 2023
Invading women-only spaces isn't respectable. Full stop.
💬 16    ⟲ 26    ♡ 1.8K    📊 39K    🔖    ⬆️

Carey Phillips ✓ @TeslaCarey · Aug 29, 2023
Wow. Unbelievable. So completely ignore the fact he was sexually harassing these women.
💬 12    ⟲ 8    ♡ 417    📊 32K    🔖    ⬆️

BamaCLT ✓ @BamaCLT · Aug 29, 2023
Don't they decide who gets in? Sounds like they made this nest and will now sleep in it. Hope the virtue signaling was worth it.

They could always leave, but they won't do that.
💬 22    ⟲ 5    ♡ 356



**Relevant peo**

Oli London ✓
@OliLond
📄 Author o
News Contr

**Subscribe to**
**your own long**

Write longer posts such as bold and it

**Subscribe**

**What's happe**

Timb
Starts

#iPhone16e
Meet iPhone 16e, th greatest price.
Promoted by Apple

Politics · Trending
**Apologize**
86.5K posts

Politics · Trending
**Tampon Tim**
4,088 posts

Entertainment · Trend
**Sean Penn**
10.8K posts

**Show more**

Terms of Service   Priv
Accessibility   Ads info



Messages



**Leigh** @Leighincognito · Aug 29, 2023
I would immediately drop out of the sorority and sue everyone of the local chapter advisors and Kappa headquarters. I was a Kappa at Alabama and we would have none of this. The local advisors had a huge hand in allowing this.
💬 6    🔁 7    ♡ 83    📊 1.4K

**Dr P "Tranny Tranny Tranny"** @Psychgirl211 · Aug 29, 2023
I'm seriously beginning to hope Trump wins next time.
💬 26    🔁 7    ♡ 679    📊 13K

**Ruby Redhead** @RubyRedhead4 · Aug 29, 2023
What a cowardly judge 🙄
💬 2    🔁    ♡ 34    📊 643

**Kadabvra** @kadabvra · Aug 29, 2023
He does not have a right to force his reality onto them.
💬 2    🔁    ♡ 28    📊 1.4K

**TWB** @twb_view · Aug 29, 2023
Time to remove the judge and sorority leadership that allowed this.
💬 4    🔁 7    ♡ 186    📊 4.3K

**Brian Craig** @BrianCraigShow · Aug 29, 2023
They deserve it for letting this person into the house in the first place
💬 33    🔁 4    ♡ 334    📊 28K

**Eriks Stendzenieks** @E_Stendzenieks · Aug 29, 2023
He apparently entered via gates.
But how did he sneak through door?
💬 3    🔁    ♡ 24    📊 56K

**Sam** @SamPatriot7 · Aug 29, 2023
My friends transgender son who if there was a poster of who really is transgender it would be him. In elementary school it was painful watching this child. She transition in college. Had top surgery and started on hormones. He married a nice young lady whose parents didn't find
Show more
💬 39    🔁 2    ♡ 37    📊 16K

**LEHILGS** @lehilgs · Aug 29, 2023
this is a perversion of everything good. This is a man who has found a way to assault AND demean women. That is all.
💬 3    🔁 2    ♡ 132    📊 1.8K

**Professor HeyTeeEn** @SilverCyanide2 · Aug 29, 2023
You voted for this ladies. Pay the piper what he is due now.
💬 4    🔁    ♡ 18    📊 2.3K

**Donna** @IAmTheStorm__ · Aug 29, 2023
Every young woman should quit the sorority and leave the house now. The judge wants to allow a man to stay, let him stay by himself.
💬 59    🔁 128    ♡ 3.5K    📊 74K

**Gabby** @G4bbyta · Aug 29, 2023
No one seems to think about this but read again:

"it is not up to the court to define a 'woman.'"

This is out of control!
💬 5    🔁 3    ♡ 92

---

### Relevant peo...

**Oli London**
@OliLondon...
📄 Author o...
News Contr...

### Subscribe to your own long...

Write longer posts such as bold and it

**Subscribe**

### What's happe...

**Timb...**
Starts

**#iPhone16e**
Meet iPhone 16e, th... greatest price.
Promoted by Apple

Politics · Trending
**Apologize**
86.5K posts

Politics · Trending
**Tampon Tim**
4,088 posts

Entertainment · Trend
**Sean Penn**
10.8K posts

Show more

Terms of Service    Priv
Accessibility    Ads info



Messages



| | |
|---|---|
| Q | X |

🏠 Home

🔍 Explore

🔔 Notifications **2**

✉️ Messages

Ⓖ Grok

📋 Lists

🔖 Bookmarks

💼 Jobs

👥 Communities

✅ Premium

⚡ Verified Orgs

👤 Profile

⋯ More

**Post**

---

**Jane Pounder** ✅ @PounderJane1 · Aug 29, 2023
Weird person
💬 5    🔁 1    ♡ 60    📊 17K

← **Post**    Reply    ⇄

tessahotte @tjhotte · Aug 29, 2023
Time to disband the sororities then. Hit em where it hurts $.
💬 1    🔁 1    ♡ 1    📊 12

**Kyriakos** @KirkManIsHere · Aug 29, 2023
I don't understand, I thought sororities decided who they wanted in??
💬 5    🔁    ♡ 41    📊 611

**Blonde Bigot** ✅ @BlondeBigott11 · Aug 29, 2023
Sounds like they need to leave and he can be in the sorority all by himself
💬 8    🔁 1    ♡ 42    📊 524

**Carlihuahua** @carlaclewis · Aug 29, 2023
Every one of these girls should go Inactive immediately. I would love to see how RUSH goes if he's the only Kappa there.
The other chapters should stop sending dues to National until the policy changes back to exclusively female.
Does the Divine Nine have this issue?
💬 1    🔁 2    ♡ 12    📊 249

**Diamond St. Hova** ✅ @PuertoRicanJosh · Aug 29, 2023
The amount of time and effort it took for this guy to make himself look like a female and finesse his way into a sorority he could've lost weight, found clothes that fit him and got his life together.
💬 13    🔁 10    ♡ 465    📊 47K

**Diana Henry** ✅ @dianahenryart · Aug 29, 2023
This makes me so angry
💬 6    🔁    ♡ 312    📊 72K

**Keith Dorschner** ✅ @keith_dorschner · Aug 29, 2023
If the women don't like this, they should all quit the sorority at the same time.
💬 105    🔁 54    ♡ 4.7K    📊 166K

**Mama45** 🇺🇸 ✅ @kdlmama · Aug 29, 2023
Maybe the sorority needs to be shut down since it's so mean and all. 😂
💬 1    🔁 1    ♡ 84    📊 2.4K

**Rebecca** ✅ @RebeccaMtn · Aug 29, 2023
This is the ultimate F U to the #MeToo movement and the nail in the coffin for women who are targets of sexual harassment by men.

This ruling green lights sexual abuse against women.

All a predator need do is "identify as a woman" in order to legally access women only spaces,
Show more
💬 6    🔁 10    ♡ 94    📊 2K

**Dixie** ✅ @Dixie2233 · Aug 29, 2023
When he exposes himself squirt him with pepper spray as he is actually sexually assaulting the girls there by doing this.
Someone out on the street would not get away with this at all he would be taken to jail. If the courts will not help these young ladies and prevent visual
Show more
💬 4    🔁 10    ♡ 141

---

**Relevant peo**

Oli London
@OliLondon
📰 Author o
News Contr

**Subscribe to**
**your own long**
Write longer posts
such as bold and it

Subscribe

**What's happe**

X    Timb
Starts

**#iPhone16e**
Meet iPhone 16e, t
greatest price.
Promoted by Apple

Politics · Trending
**Apologize**
86.5K posts

Politics · Trending
**Tampon Tim**
4,088 posts

Entertainment · Trend
**Sean Penn**
10.8K posts

Show more

Terms of Service  Priv
Accessibility  Ads inf

Messages    



**Linda G** ✔ @FancyABQ · Aug 29, 2023

Disband the whole sorority. Or change the rules that everyone must be fully clothed all the time in the sorority house. Or change the charter to disallow anyone who has a penis.

Get creative and save the sorority. Even if you must do it temporarily.

💬 1        🔁        ♡ 2        📊 26        🔖 ⬆️

**News seeker 31** ✔ @31Seeker · Aug 29, 2023
Disgrace

💬 1        🔁 1        ♡ 25        📊 10K        🔖 ⬆️

Repost

**Nick** 🇺🇸 ✔ @Tucci2000 · Aug 29, 2023
This is not getting funny. It's getting really bad fast. How to we reject this from happening?

💬 2        🔁        ♡ 17        📊 3.7K        🔖 ⬆️

**Kris** @MamaBearKrissie · Aug 29, 2023
If I was a real woman, I'd leave the sorority immediately. If all the REAL women leave, the sorority will fold.

💬 39        🔁 89        ♡ 5K        📊 86K        🔖 ⬆️

**Mallorie Steele** ✔ @ItsSoHardNotTo · Aug 29, 2023
Women need to stop allowing this in their spaces. It's up to us to protect ourselves now. We can no longer rely on men to keep us safe.

💬 13        🔁 7        ♡ 267        📊 4.6K        🔖 ⬆️

**J Mathews** ✔ @OldandUnpopular · Aug 29, 2023
all quitting is probably the only way to combat this

💬 2        🔁 6        ♡ 325        📊 12K        🔖 ⬆️

**Lord Brian Urso, Lead Guitarist of ...** ✔ @TheMo... · Aug 29, 2023
The judge should be disbarred

💬 31        🔁 44        ♡ 3.8K        📊 129K        🔖 ⬆️

**rick monday** @whowantspie · Aug 29, 2023
That is exactly why we have courts. They were instituted to decide disputes peaceably. This judge has decided politics is more important than the law. We are in interesting times. The wood is being stacked high. At some point it is going to topple.
It won't be pretty.

💬 1        🔁 1        ♡ 12        📊 81        🔖 ⬆️

**Val** 💃 ✔ @ExcusedEarly · Aug 29, 2023
Didn't the girls say he had a hard-on when they were undressing? 😣

💬 2        🔁        ♡ 24        📊 1.5K        🔖 ⬆️

**Ron** ✔ @RonStan44933983 · Aug 29, 2023
Who is that district judge?

💬 3        🔁 1        ♡ 40        📊 4.7K        🔖 ⬆️

**Mark Proctor** ✔ @DealDr007 · Aug 29, 2023
KKG is an embarrassment to sororities allowing men in women's only spaces including their showers and bathrooms... Ending the Greek system due to flood of incoming litigation.

KKG headquarters which in 2018 issued a "Guide for Supporting our LGBTQIA+ Members," declaring that the
Show more

💬 3        🔁 5        ♡ 30        📊 3.8K        🔖 ⬆️

**Bob Schwaller** @BobSchwaller · Aug 29, 2023

---

X

🔍

🏠 Home

🔍 Explore

🔔 Notifications

✉️ Messages

Grok

📋 Lists

🔖 Bookmarks

💼 Jobs

👥 Communities

Premium

⚡ Verified Orgs

👤 Profile

⋯ More

**Post**

**Relevant peo**

**Oli London**
@OliLondon
📄Author o
News Contr

**Subscribe to**
**your own long**
Write longer posts
such as bold and it

**Subscribe**

**What's happe**

X        Timb
         Starts

**#iPhone16e**
Meet iPhone 16e, t
greatest price.
• Promoted by Apple

Politics · Trending
**Apologize**
86.5K posts

Politics · Trending
**Tampon Tim**
4,088 posts

Entertainment · Trend
**Sean Penn**
10.8K posts

Show more

Terms of Service   Priv
Accessibility   Ads inf

**Messages**



I'm sure a sorority of girls could haze that into leaving on it's own.

💬 5    🔁    ♡ 63    📊 6.4K    🔖 ⬆️

🇺🇸 **Mark Clabaugh** 🇺🇸 ✓ @clabaugh_mark · Aug 29, 2023    🚫 ⋯
I would be willing to bet that the young college women thought @realDonaldTrump was the devil when in fact they helped place the devil in office. Reap what you sew ladies - You are not marginalized, your sports are taken, scholarships, awards... Rethinking those choices now?

💬 3    🔁 1    ♡ 32    📊 1.4K    🔖 ⬆️

**christian hilton** ✓ @christianhilt19 · Aug 29, 2023    🚫 ⋯

💬    🔁    ♡    📊 7    🔖 ⬆️

**Richard Marot** @OgTheTerrible · Aug 29, 2023    🚫 ⋯
HIM

💬    🔁    ♡ 14    📊 284    🔖 ⬆️

**5'12".2** @Yung_Millenial · Aug 29, 2023    🚫 ⋯
Lol it's KKG

💬 1    🔁    ♡ 1    📊 78    🔖 ⬆️

**Doc Remy LeBeau** ✓ @raccoonrocket_ · Aug 29, 2023    🚫 ⋯
😂

💬    🔁    ♡ 1    📊 23    🔖 ⬆️

**John Smith** @Aexvar · Aug 29, 2023    🚫 ⋯
Why don't the women just simply give the P O S  a good old fashioned blanket party and keep giving them until he decides to leave? Questions may be asked, but what can they do if nobody saw anything.

💬    🔁    ♡ 1    📊 31    🔖 ⬆️

**I'm with the band** 🇺🇸🥃🇺🇸 @JenSalWagner · Aug 29, 2023    🚫 ⋯
I think they need to get this boy pledging foer his spot

💬 1    🔁    ♡    📊 14    🔖 ⬆️

🍀☘️ **Irish XX Chromosomes ...** @Irish...
If I saw the person in the 2nd picture stand

**Messages** ✉️ ⌃

---

🔍 X

🏠 Home

🔍 Explore

🔔 Notifications

✉️ Messages

Grok

📋 Lists

🔖 Bookmarks

💼 Jobs

👥 Communities

✓ Premium

⚡ Verified Orgs

👤 Profile

⚪ More

**Post**

**Relevant peo**
Oli London
@OliLondon
📄Author o
News Contr

**Subscribe to**
**your own long**
Write longer posts
such as bold and it
**Subscribe**

**What's happe**
Timb
Starts

**#iPhone16e**
Meet iPhone 16e, th
greatest price.
• Promoted by Apple

Politics · Trending
**Apologize**
86.5K posts

Politics · Trending
**Tampon Tim**
4,088 posts

Entertainment · Trend
**Sean Penn**
10.8K posts

**Show more**

Terms of Service   Priv
Accessibility   Ads inf

