

- Home
- Explore
- Notifications
- Messages
- Grok
- Lists
- Bookmarks
- Jobs
- Communities
- Premium
- Verified Orgs
- Profile
- More

Post

 Oli London @OliLondonTV

Subscribe

A group of Sorority Sisters have filed a lawsuit against the University of Wyoming for allowing a transgender male to live in their sorority house.

The complaint was filed by 7 members of the Kappa Kappa Gamma Sorority house arguing that the sorority is a "single-sex organization."

The complaint alleges the male, Artemis Langford, had "visible erections" on a regular basis and repeatedly sexually harassed the girls.

Source: @KatieDaviscourt @TPostMillennial

thepostmillennial.com/sorority-siste…



2:30 PM · May 16, 2023 · 1.8M Views

💬 1.2K    🔁 1.8K    ♥ 13K    🔖 279

Post your reply    Reply

gina marie @ginacolacurcio · May 16, 2023
BRAVA ladies

💬    🔁    ♥ 20    📊 5.9K

Bizzmo Funyunz🤓 @Bizzmofunyunz · Ma...




**Relevant people**

Oli London
@OliLondonTV
📕 Author of News Contr...

**Subscribe to your own long...**

Write longer posts such as bold and it...

Subscribe

**What's happe...**

Fashi FW25
LIVE

#iPhone16e
Meet iPhone 16e, th greatest price.
🍎 Promoted by Apple

Politics · Trending
**Apologize**
86.8K posts

Entertainment · Trend
**Sean Penn**
10.2K posts

Politics · Trending
**Tampon Tim**
4,058 posts

Show more

Terms of Service   Priv
Accessibility   Ads info

Messages













