**Genevieve Gluck**
@WomenReadWomen

According to court records, Artemis (Dallin) Langford had been voyeuristically peeping on the women while they were in intimate situations, and, on at least one occasion, had a visible erection while doing so.

---

**REDUXX** @ReduxxMag · Aug 28, 2023

A 6'2 trans-identified male will remain at a sorority in Wyoming after a court dismissed a suit brought by 6 of its female members.

The women said Artemis Langford had been "watching" them undress in the sorority house, sometimes while erect....

Show more

---

11:29 AM · Aug 29, 2023 · **36.2K** Views