

Oli London ✔
@OliLondonTV

Subscribe

University of Wyoming sorority members who sued the Kappa Kappa Gamma sorority for allowing a transgender man to live in an all girls house, set to have their case argued in a U.S. appeals court in Denver today.

6 members of the sorority house will have their case heard in court after a Wyoming judge last year dismissed a lawsuit filed on their behalf- with the judge ruling that a court could not override how a private organization defines what a woman is.

In the original lawsuit, the girls allege Transgender student Artemis Langford made them feel uncomfortable, regularly stared at them as they undressed and exhibited signs of visible arousal.

While the appeal does not mention Langford by name, it argues that sorority leaders have ignored sorority bylaws that they contend shouldn't allow transgender men to be members.

Source: Associated Press



4:53 AM · May 14, 2024 · **652.5K** Views

364        1.6K        11K        163

R    Post your reply                    Reply

Karen B ✔  @girlmaga58 · May 14, 2024
How did he get in that sorority in the first place?
                                        1              24

🐝Honey_Bee_DC 🏅✔  @Honey_Bee_DC · May 14, 2024
Awesome
                                        2              1.7K

Ale 💚🤍💜✔  @AleMarieMaxwell · May 14, 2024
The democrat judge dismissed the first round because he (the judge) couldn't define "woman". 🤦 We don't live in a serious society anymore. Clownery all around.
                6        28              799            19K

KayDreamer ✔  @kaydreamer11 · May 14,

**Relevant peo**

Oli London
@OliLondon
📖Author o
News Contr

**Subscribe to
your own long**

Write longer posts
such as bold and it

Subscribe

**What's happe**

Anym
Starts

**#iPhone16e**
Meet iPhone 16e, t
greatest price.
Promoted by Apple

Politics · Trending
**Apologize**
88.1K posts

Politics · Trending
**$350 Billion**
49.5K posts

Politics · Trending
**Tampon Tim**
4,086 posts

Show more

Terms of Service    Priv
Accessibility    Ads inf

Search

Home

Explore

Notifications

Messages

Grok

Lists

Bookmarks

Jobs

Communities

Premium

Verified Orgs

Profile

More

Post

Messages

This guy could play DE for the Eagles

💬 1    🔁 1    ♥ 22    📊 2.1K    🔖    📤

**Stevie Rae** ✓ @DeliberativeAss · May 14, 2024

If they are going to allow them in, it needs to be post penis removal. All of these trans dress and act like trashy women with their mimicking, yet none of them seem to want to part with their penis.

💬 1    🔁    ♥ 1    📊 41    🔖    📤

**The Flag Guy** ✓ @TheFlagGuy_ · May 14, 2024

The judge DISMISSED the original case.

Completely insane.

💬 2    🔁 14    ♥ 920    📊 25K    🔖    📤

**Syrian Girl's "Mom"** 🟪 ✓ @mom_syrian_girl · May 14, 2024

The ladies did it before so let's go



💬 4    🔁 6    ♥ 158    📊 18K    🔖    📤

**lunarush** 🌶️🎆 ✓ @lunarush649 · May 14, 2024

🙂😌😏





# X

🔍

🏠 Home

🔍 Explore

🔔 Notifications

✉️ Messages

Grok

📋 Lists

🔖 Bookmarks

💼 Jobs

👥 Communities

✔️ Premium

⚡ Verified Orgs

👤 Profile

⊙ More

**Post**

8    ❤️ 47    📊 1K

**Dan Deuel** ✔️ @dan_deuel13501 · May 14, 2024

Oil, could you please identify the trans person and re-post? I just can't tell...

Oh, thank you!

1    4    ❤️ 34    📊 6K

**JoStick** ✔️ @J_Stick · May 14, 2024

And yet the original case got dismissed. Solely because some of the girls were advocating for him and pressuring other girls to not vote him out. With girls being so scared of what others think it's very common for them to be pushed to agree with this stuff when not all of them
Show more

1    4    ❤️ 66    📊 6.3K

**ColoradoConservative** @cccfounder · May 14, 2024

I told my daughter she could not join this sorority when she rushed. It was at a different university but I don't care. If the national org allows this at any chapter then that is not organization my family will join or financially support. Sororities are for young REAL women.

1    9    📊 250

**Anne Guiler** @AnneGuiler · May 14, 2024

Hope the girls WIN!

1    📊 106

**Dr Termite** 🇺🇸 @hymielouis · May 14, 2024

Simple. If you have a member, you can't be a member.

1    📊 87

**andreaaaa** @angggg7277 · May 14, 2024

Good thing you circled him, I would have never figured it out

6    📊 575

**Aileen Morfydd Jones** @aileenmorfydd · May 14, 2024

That transgender is not even making an effort. What made them decide to let him in, is he related to one of them?

1    📊 83

**GlenLt** @GlenLt596 · May 14, 2024

If he claims to be a Trans woman, and still "likes" real women, does that make him a Trans Lesbian? Asking for a friend.

1    📊 362

**LISA🤔LAFS😂OUT😂LOUD😜** @Lisalafsoutloud · May 14, 2024

Private organisations have to obeyed the law so surely the judge can over ride and enforce the law theses girls have rights the same as any other person to feel safe while at the university and in their sorority house

1    ❤️ 4    📊 498

**David Sutton** @ngamtnterry · May 14, 2024

Why ITF did they admit a transgender into the chapter to begin with?

2    📊 30

**Kaitlin Brennan** 🫶❤️🩵 @callme_KayBe

Funny we don't see stories about girls runn why is this behavior accepted when it's so

**Relevant peo**
Oli London
@OliLondon
📰Author of
News Cont

**Subscribe to
your own lon**
Write longer posts
such as bold and it

**Subscribe**

**What's happe**
Anym
Starts

**#iPhone16e**
Meet iPhone 16e, th
greatest price.
Promoted by Apple

Politics · Trending
**Apologize**
88.1K posts

Politics · Trending
**$350 Billion**
49.5K posts

Politics · Trending
**Tampon Tim**
4,086 posts

**Show more**

Terms of Service   Priv
Accessibility   Ads info

**Messages**   





Black Mamba ✔ @rju2crulsergirl · May 14, 2024
Good for them. Creepy fat mouth breathing men should not be allowed in all girls spaces.

5

colomba ✔ @colomba212 · May 14, 2024
He can join a fraternity.
He can start his own social group.
Artemis has options.

136

khivan 🍌 ✔ @khiaville · May 14, 2024
where'd your checkmark go hunni

♥ 1    2.6K

realjasont ✔ @ROct1972 · May 14, 2024

EVER NOTICE HOW DOGS ONLY COME IN MALE AND FEMALE

AND CUTTING THE BALLS OFF DOESN'T MAKE IT FEMALE

♥ 1    28

Rosesickofleftists 🇺🇸❤️ @RoseSilva12923 · May 14, 2024
He was doomed from the day his parents named him Artemis.

5    2    136    14K

Monique @townsquareguest · May 14, 2024
Go girls!
Get those filthy men out of your women's areas!

1    2    34    1.7K

Adam Gantz @gantz_adam42893 · May 14, 2024
There's a lot of filtering in that second picture, to hide the dude's five o'clock shadow.

12    1.4K

realjasont ✔ @ROct1972 · May 14, 2024



---

Relevant peo

Oli London
@OliLondon
📘 Author of
News Contr

Subscribe to
your own long
Write longer posts
such as bold and it

Subscribe

What's happe

Anym
Starts

#iPhone16e
Meet iPhone 16e, th
greatest price.
Promoted by Apple

Politics · Trending
Apologize
88.1K posts

Politics · Trending
$350 Billion
49.5K posts

Politics · Trending
Tampon Tim
4,086 posts

Show more

Terms of Service   Priv
Accessibility   Ads inf

Messages





⬭    ⟲    ♡ 1    ᴵᥣᥣ 20    🔖    ⬆

 THOMAS @THOMAS54109787 · May 14, 2024    ⟲    •••

I hope they win their case and this man is sent packing.

These women are brave.
I hope their good example catches on, and inspires other women and girls, to fight for safe places, where men are not allowed.

⬭ 1    ⟲ 11    ♡ 309    ᴵᥣᥣ 10K    🔖    ⬆

## Relevant peo

Oli London
@OliLondon
📘Author of
News Contr

## Subscribe to
your own long

Write longer posts
such as bold and it

Subscribe

## What's happe



Anym
Starts

#iPhone16e
Meet iPhone 16e, th
greatest price.
📣 Promoted by Apple

Politics · Trending
**Apologize**
88.1K posts

Politics · Trending
**$350 Billion**
49.5K posts

Politics · Trending
**Tampon Tim**
4,086 posts

Show more

Terms of Service    Priv
Accessibility    Ads inf

## X

🔍

🏠 Home

🔍 Explore

🔔 Notifications

✉ Messages

Grok

🗒 Lists

🔖 Bookmarks

💼 Jobs

👥 Communities

✓ Premium

⚡ Verified Orgs

👤 Profile

⚬ More

Post

Messages     



Home

Explore

Notifications

Messages

Grok

Lists

Bookmarks

Jobs

Communities

Premium

Verified Orgs

Profile

More

Post

Relevant peo

Oli London
@OliLondon
📖 Author of
News Contr

Subscribe to
your own long
Write longer posts
such as bold and it
Subscribe

What's happe

Anym
Starts

#iPhone16e
Meet iPhone 16e, th
greatest price.
▣ Promoted by Apple

Politics · Trending
Apologize
88.1K posts

Politics · Trending
$350 Billion
49.5K posts

Politics · Trending
Tampon Tim
4,086 posts

Show more

Terms of Service    Priv
Accessibility    Ads info