Search

Home

Explore

Notifications

Messages

Grok

Lists

Bookmarks

Jobs

Communities

Premium

Verified Orgs

Profile

More

Post

Oli London 
@OliLondonTV

Subscribe

Transgender 'Sorority Girl' poses for a photo as he cries after winning court bid to stay in all girls Sorority House- despite sexually harassing at least 7 girls.

A Wyoming judge will allow Artemis Langford to continue living in the female sorority house after a failed bid by a group of girls to ban him.

Langford a 6ft2 man, has been accused of exposing his erection multiple times while appearing aroused in front of the girls at the Kappa Kappa Gamma sorority house at the University of Wyoming.

He is also accused of taking discreet photos of the girls at slumber parties while getting aroused.

He is also heterosexual, with a sexual interest in women and had a Tinder profile where he was looking to match with women.

After the Judge dismissed the lawsuit, the biological man said:

"Maybe I can just be another student on campus, another regular sister in the Wyoming chapter of Kappa Kappa Gamma? Maybe I can just be me."

Source: Daily Mail/ Washington Post



8:20 AM · Oct 15, 2023 · **2.7M** Views

Relevant peo

Oli London 
@OliLondon
📖Author of
News Contr

Subscribe to
your own lon
Write longer posts
such as bold and it

Subscribe

What's happe


Pelic
LIVE

#iPhone16e
Meet iPhone 16e, th
greatest price.
↗ Promoted by Apple

Politics · Trending
**Zelensky**
Trending with  Putin,
3.76M posts

Politics · Trending
**$350 Billion**
49.6K posts

Politics · Trending
**Apologize**
88.5K posts

Show more

Terms of Service   Priv
Accessibility   Ads inf

Messages  














