





💬 7   🔁 10   ♥ 358   📊 46K

**Watsername** ✓ @chronicparent · Mar 30, 2023
We need a lot more of these lawsuits to start coming!
💬   🔁 1   ♥ 44   📊 5.7K

**ScepticalSista** ✓ @ScepticalSista · Mar 30, 2023
If it wasn't so awful this would be very funny it's so ridiculous.
💬   🔁   ♥ 13   📊 957

**Tully** ✓ @Tully21047012 · Mar 30, 2023
I remember a time when you NEVER got past the house Mom! She was at the front door or close, in order to run you out with an iron skillet! My.....how times have changed! SMH
💬   🔁   ♥ 2   📊 31

**Greenbean1775** 🇺🇸 ✓ @greenbean1775 · Mar 30, 2023
That's a creative way for the guy who these girls would never speak to, to see them naked.
💬   🔁 1   ♥ 19   📊 4.8K

**Rev. Terfy McTerface** ✓ @RevTerfy · Mar 30, 2023
A sorority is more than just a "club", they have their own single sex dormitories and living quarters.
💬   🔁   ♥ 5   📊 94

**Lady Fren's Extremist Safe S…** ✓ @cybertruck2… · Mar 30, 2023



💬   🔁 1   ♥ 1   📊 63

**Cindy Cellarteen** @cindycellarteen · Mar 30, 2023
This is INSANE. He's watching them undress, in one case with a visible erection, in other cases with a pillow on his lap. He's asking them intimate questions.
The vote to admit was supposed to be anonymous & unanimous— turned out to be neither; women felt pressured to vote yes.
💬   🔁 2   ♥ 1   📊 63

**Genova** @Genova213 · Mar 30, 2023
If they win the lawsuit more women will have the confidence to fight back. This is big.
♥ 5   🔁 8   ♥ 525   📊 10K

**Jkoch** @Jkoch20 · Mar 30, 2023
Don't the members vote on their new Pledges?
💬   🔁   ♥ 11   📊 2.6K

**Iva**👋 @thisgir32651924 · Mar 30, 2023









