Search

- Home
- Explore
- Notifications
- Messages
- Grok
- Lists
- Bookmarks
- Jobs
- Communities
- Premium
- Verified Orgs
- Profile
- More

Post

**Oli London** ✓
@OliLondonTV

Subscribe

University of Wyoming Sorority has slammed its own sisters who sued after a trans identified man was allowed to live in an all-female house and frequently sexually harassed the girls showing his 'erection.'

The Kappa Kappa Gamma sorority has denounced the 7 young women for filling a lawsuit claiming the term 'woman' is 'unquestionably open to many interpretations'.

The sorority leadership has been accused of trying to bully the girls into silence calling their lawsuit 'frivolous' and 'political.'

The trans identified man, 6ft 2 Artemis Langford repeatedly made the sisters uncomfortable by staring at them for hours with a visible erect penis and is accused of taking photos of the girls at slumber parties and being sexually aroused constantly while staring at the girls.

The 7 sisters are suing saying that having men in their female only house is a violation of their rights and claiming the Kappa Kappa Gamma only changed its rules to allow transgender members after Artemis Langford complained citing discrimination.

Source: Daily Mail



7:54 AM · Jun 25, 2023 · **1.2M** Views

643    ⟳ 1.8K    ♡ 6.9K    🔖 229

Post your reply    Reply

**WyoNjcat** @NancyWirtanen · Jun 25, 2023
Where are the father's of these women??? Wake up Men when? When your daughter's are molested. God will hold the father's accountable for doing nothing

1    ⟳ 1    ♡ 19    📊 1K

**kokomored** ✓ @kokomored1 · Jun 25, 2023
It will only end when the women boycott and leave. They must deny the sorority their dues and publicly shame them.

15    ⟳ 47    ♡ 1.2K    📊 60K

**Calling Occupants of Interplanet...** ✓ @Palomin... · Jun...
Mind boggling that anyone sends their kids to college any...

**Relevant people**

**Oli London** ✓
@OliLondonTV
📕Author of Gender
News Contributor |

**Subscribe to Premi**
**your own longer po**
Write longer posts and app
such as bold and italic.

Subscribe

**What's happening**

**Knicks at Griz**
LIVE

**#iPhone16e**
Meet iPhone 16e, the latest
greatest price.
📌 Promoted by Apple

Politics · Trending
**Zelensky**
Trending with Putin, Vance
3.39M posts

Politics · Trending
**WWIII**
40.7K posts

Politics · Trending
**Susan Rice**
6,541 posts

Show more

Terms of Service    Privacy Policy
Accessibility    Ads info    More







