| | |
|---|---|
| Search | |
| Home | |
| Explore | |
| Notifications | |
| Messages | |
| Grok | |
| Lists | |
| Bookmarks | |
| Jobs | |
| Communities | |
| Premium | |
| Verified Orgs | |
| Profile | |
| More | |

Post

Oli London ✓
@OliLondonTV

Megyn Kelly interviews group of Sorority Sisters who filed a lawsuit against the University of Wyoming after a transgender male was allowed to live in their sorority house.

@megynkelly lists the allegations in the lawsuit against the male:

🔶 "Had an erection visible through his leggings"

🔶 "Watching the girls getting an erection…he appeared sexually aroused."

🔶 "Watching a girl change her top."

@MegynKellyShow



2:22 PM · May 16, 2023 · **158.9K** Views

💬 58     🔁 190     ♥ 963     🔖 25

Post your reply                                    Reply

Patrick Enright @Patrick_134 · May 16, 2023



**Relevant people**

Oli London ✓
@OliLondonTV
📘Author of Gender
News Contributor |

**Subscribe to Premi
your own longer po**
Write longer posts and appl
such as bold and italic.

Subscribe

**What's happening**

Cavaliers at C
LIVE

#iPhone16e
Meet iPhone 16e, the latest
greatest price.
↗ Promoted by Apple

Politics · Trending
**Zelensky**
Trending with Putin, Vance
3.83M posts

Politics · Trending
**Moscow**
60.9K posts

Politics · Trending
**Susan Rice**
6,837 posts

Show more

Terms of Service   Privacy Policy
Accessibility   Ads info   More



female counterparts. where I come we ALWAYS protect our girls and women. In fact with 4 younger sisters, only son, I have had encounters with those who needed to be taught what NO means. They were EDUCATED

2    332

**Frank D. Lovell** @FrankLovell15 · May 18, 2023
Like Sarah Sanders said to the nation, 'It's not normal, it's crazy' & she spoke about events in our nation, you have joined the list. That is the crazy she spoke of & you have to stand up & fight it with all your soul.

1    80

**robin phillips** @robinph80275055 · May 20, 2023
This is a disgrace, I'm gay BUT, Men are men and Women are women, sorry but that's how it is !!!

58

**HollyWood351** @hollywood_timmy · May 17, 2023
How did he get into the sorority in the first place? Did the girls select him to join?

1    846

**Moi** @mamanlyli · May 16, 2023
is he out the house?

1    2    2.9K

**Chris Joannides** @ChrisJoannides1 · May 18, 2023
As a WYO graduate, I'm embarrassed that "HE" got through the front door. Wake up!

2    182

**Maddaddyssa** 🇺🇸🇮🇱🇺🇸🇮🇱🇺🇸🇮🇱… @Impala64… · May 18, 2023
Waiting for trans rights groups to spin this saying this frozen vegetable is really a straight guy pretending to be trans to prey on women. Even IF that's true, so what? Normal Bates dressed up as his mother. Yeah that's only a movie but how often does life imitate art?

89

**Mary Escordini** @EscoriMari · May 16, 2023
Disgusting

4    1.9K

**Jeff** @WE4Bravo · May 16, 2023
😭

1.4K

**Cathy Morgan (AFH) I exist…** ✓ @CathyMo41926… · May 17, 2023
Go girls!

26    4.2K

**$drake.eth** @AshDrake7 · May 17, 2023
Best line ever

1.4K

🇺🇸✓ @Tosirwithlove5 · May 16, 2023
The pervert even admits being attracted to women.

17    1.3K

**ronald menard** @MenardronMenard · May 17, 2023
I feel bad that these ladies loss their rights to privacy it's totally wrong! It's a open door for perverts like him in!

72

---

Relevant people

**Oli London** ✓
@OliLondonTV
📕Author of Gender Madness | News Contributor |

Subscribe to Premium
your own longer po…
Write longer posts and appl… such as bold and italic.

Subscribe

What's happening

**Cavaliers at C…**
LIVE

#iPhone16e
Meet iPhone 16e, the latest greatest price.
📣 Promoted by Apple

Politics · Trending
**Zelensky**
Trending with Putin, Vance
3.83M posts

Politics · Trending
**Moscow**
60.9K posts

Politics · Trending
**Susan Rice**
6,837 posts

Show more

Terms of Service   Privacy Policy
Accessibility   Ads info   More···







Relevant people

Oli London
@OliLondonTV
📖Author of Gender Madness
News Contributor |

Subscribe to Premium
your own longer po
Write longer posts and appl
such as bold and italic.

Subscribe

What's happening

Cavaliers at C
LIVE

#iPhone16e
Meet iPhone 16e, the latest
greatest price.
Promoted by Apple

Politics · Trending
Zelensky
Trending with Putin, Vance
3.83M posts

Politics · Trending
Moscow
60.9K posts

Politics · Trending
Susan Rice
6,837 posts

Show more

Terms of Service   Privacy Policy
Accessibility   Ads info   More