





Search
Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More
Post

Oli London
@OliLondonTV
Subscribe
Caitlyn Jenner speaks up for the brave University of Wyoming Sorority Sisters.
@Caitlyn_Jenner told @FoxNews
"This is wrong...we have to protect women."
Join Caitlyn's campaign to protect women and rally against wokeism by visiting: FairnessFirst.us
LIVE
FACEBOOK / ARTEMIS LANGFORD
CAITLYN JENNER | FORMER CANDIDATE FOR CA GOVERNOR
FOX NEWS
SORORITY WOMEN SUE OVER TRANSGENDER MEMBER
0:05 / 0:25
Last edited 3:21 PM · May 17, 2023 · 102.3K Views
110
467
2.9K
16
Post your reply
Reply
Kday1981 @Kathyday22 · May 17, 2023
Why can't women file sexual harassment charges? No one says it has to be from the opposite sex. He walks around with an erection should be just caused.
2
1
205
Caitlyn Jenner @Caitlyn_Jenner · May 18, 2023
Sign our petition to hold the leadership accountable!
FAIRNESS FIRST PAC
SIGN OUR PETITION CALLING ON KAPPA KAPPA GAMMA TO STOP FORCING ...
From ffn.nucleuspages.com
5
4
14
3.8K

ManchesterSalfordLGBTQ @LGBTQPrideUK · May 18, 202
So brave
Messages

Relevant people
Oli London
@OliLondonTV
Author of Gender
News Contributor |
Caitlyn Jenner
@Caitlyn_Jenner
Olympian. FOX Cont
First PAC. Public Spe
Seller. Crypto Fan. Fa
Sophia@CaitlynJenn
What's happening
Cavaliers at C
LIVE
#iPhone16e
Meet iPhone 16e, the latest
greatest price.
Promoted by Apple
Politics · Trending
Zelensky
Trending with Putin, Vance
3.83M posts
Sports · Trending
#SmackDown
Trending with Logan Paul, Andr
36.6K posts
Entertainment · Trending
#DragRace
Trending with Kori, Lydia
5,036 posts
Show more
Terms of Service Privacy Policy
Accessibility Ads info More

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More
Post

Jenner clearly forgetting that she's trans again
2 · 35

**WW2 The Eastern Front** @ShoahUkraine · May 17, 2023
Mr Jenner is the one who mainstreamed all of this , if that person is not a woman , neither is Bruce
2 · 20 · 417

**Lisa Bailey** @Bailey4Freedom · May 17, 2023
Men don't belong in women's sports or spaces.
1 · 1 · 27

**dgLee** @dd_npa · May 17, 2023
How is this happening in Wyoming, of all places. The Wyoming that I remember would have a mob of cowboys going over to that sorority house and doing some frontier justice. WTF?
68

**JedburghPear** @Heavenlytrews · May 17, 2023
I love Caitlyn.
1 · 264

Post · Reply

**eM** @MarcyM68652 · May 17, 2023
Does Jenner still use women's space- bathrooms, while still holding on to that WOTY trophy?
3 · 138

**Grumpy Tesla** @Grumpy_Tesla · May 18, 2023
Ooooh the trans community hates this guy.
1 · 26

**RV --Traveler- full -time,USAF r...** @DaveHogw... · May 17, 2023
no dicks in the dorm
1 · 79

**Adam Young** @MearicAy · May 17, 2023
Protect the women and their rights
5

**NJMAMA12** @bentleywalker6 · May 17, 2023
These girls need to set up cameras and catch what he's doing so people see
83

**Criminal Intent** @CryBaby75068130 · May 18, 2023
This fucker BRUCE, started the normalization of this perverted shit..Bruce still has his dick. Absolutely disgusting
1

**Kelly Watson** @KellyWa56706206 · May 17, 2023
😂🤣😂🤣 yea right. Good god!
52

**MoLo** @MoLo9355 · May 18, 2023
You guys are all anti-trans yet you have Jenner on?
8

**Tracey Schulz** @TraceySchulz · May 17, 2023
Bigots are gonna bigot
63

## Relevant people

**Oli London** @OliLondonTV
📖Author of Gender News Contributor |

**Caitlyn Jenner** @Caitlyn_Jenner
Olympian. FOX Conti First PAC. Public Spe Seller. Crypto Fan. Fa Sophia@CaitlynJenn

## What's happening

Cavaliers at C
LIVE

**#iPhone16e**
Meet iPhone 16e, the latest greatest price.
Promoted by Apple

Politics · Trending
**Zelensky**
Trending with Putin, Vance
3.83M posts

Sports · Trending
**#SmackDown**
Trending with Logan Paul, Andr
36.6K posts

Entertainment · Trending
**#DragRace**
Trending with Kori, Lydia
5,036 posts

Show more

Terms of Service Privacy Polic Accessibility Ads info More ··

Messages

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More
Post
Edward @Edward26553035 · May 18, 2023
You are the most disgusting atrocious male I have ever seen !
7
Yeshua @karen_nehls · May 17, 2023
Brave!!! You go C.Jenner.
271
Unknown @Claudia29743171 · May 17, 2023
It is a discrimination against a minority, women. Woman have rights too. It is a women's only sorority. No men who call themselves woman are allowed. They are men, men ,men.
5
KeepingCalm @OOmgitskimmie · May 17, 2023
Well said Caitlyn Jenner.
4
371
Rebel @Sis858789 · May 17, 2023
Thank you Caitlyn Jenner
1
2
114
Lorraine Paolone #Phillies #Ba... @LorrainePa... · May 17, 2023
But Jenner accepted "woman of the year". Then men were winning beauty contests, getting awards from the WH for Women's History Month, competing in women's sports. Lets call a spade, a spade. This all started somewhere. People can do what they want, but Jenner affected everyone.
2
12
303
Interstellar @Interste1Iar_ · May 17, 2023
Caitlyn is the voice of reason
3
325
Gracie Smith @GraceSm16250397 · May 17, 2023
Wow, Oli, the DeSantis Team was just trashing Caitlyn this morning, while you were calling him a "hero".
DeSantis also made it harder for adults to transition, which should be any adult's choice to do what they want, as an adult. "Land of the Free"
Weird takes.
1
1K
Coffee Hound @coffeelance · May 17, 2023
1.1K
αλέξανδρος @aetsakos · May 17, 2023
Isn't @Caitlyn_Jenner just a man dressed as a woman as well? Why do I have a feeling that America would be fine with him inside a sorority?
Isn't this a double standard what makes Bruce Jenner acceptable and this other guy not?
1
9
482
Dean @dgtechllc · May 18, 2023
I'm so fucking confused by this. Does he/she want to be recognized as a woman or not?
11
Lucinda Douglas @LucindaDouglas · May 17, 2023
Relevant people
Oli London @OliLondonTV
Author of Gender News Contributor |
Caitlyn Jenner @Caitlyn_Jenner
Olympian. FOX Conti First PAC. Public Spe Seller. Crypto Fan. Fa Sophia@CaitlynJenn
What's happening
Cavaliers at C
LIVE
#iPhone16e
Meet iPhone 16e, the latest greatest price.
Promoted by Apple
Politics · Trending
Zelensky
Trending with Putin, Vance
3.83M posts
Sports · Trending
#SmackDown
Trending with Logan Paul, Andr
36.6K posts
Entertainment · Trending
#DragRace
Trending with Kori, Lydia
5,036 posts
Show more
Terms of Service Privacy Policy
Accessibility Ads info More
Messages

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More

Post

Its ironic that a man had to stand up to protect women. As though The voice of women are not interesting or has been silenced. Men clearly have more power.

1 1 10 526

**Cindy Hulett** @HULETTSC · May 17, 2023
His name is Bruce.

1 3 79

**Daisy Nachari** @daisynachari · May 17, 2023
Brilliant Caitlyn!

1 129

**Viper Luver** @LuverViper · May 18, 2023
Never have so many suffered, so so few could be so happy!

10

**Karly Moore** @KarlyM2430 · May 17, 2023
Although I have no problems with Caitlyn I always liked Bruce the person, so I'm not going to hate him. I have to say the Trans issue really blew up after he did it. What I like is that the way he feels and talks you wouldn't know he went through it because he makes sense.

1 126

**Mary-J** @MaryJldn · May 17, 2023
I'm so confused.

1 117

**Sakura-Chan** 🌸♟🍉 @CandyWhiteA · May 17, 2023
Someone with common sense, thank you so much @Caitlyn_Jenner !!!!

1 33

**Denny ... Yes, I'm Woke.** @djlissa2 · May 17, 2023
I don't normally, but I just say a clip of her using the women's room while golfing from the men's tees.

2 94

**Yarkie** @LUFCDICKO · May 17, 2023
Weird weird weird hypocrit weird

## Relevant people

**Oli London** @OliLondonTV
📖Author of Gender News Contributor |

**Caitlyn Jenner** @Caitlyn_Jenner
Olympian. FOX Cont First PAC. Public Spe Seller. Crypto Fan. Fa Sophia@CaitlynJenn

## What's happening

**Cavaliers at C**
LIVE

**#iPhone16e**
Meet iPhone 16e, the latest greatest price.
Promoted by Apple

Politics · Trending
**Zelensky**
Trending with Putin, Vance
3.83M posts

Sports · Trending
**#SmackDown**
Trending with Logan Paul, Andr
36.6K posts

Entertainment · Trending
**#DragRace**
Trending with Kori, Lydia
5,036 posts

Show more

Terms of Service Privacy Policy Accessibility Ads info More ···

Messages

Home
Explore
2 Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More

Post

[redacted]

7 316

**Mr Happy** @JohnSmi63567221 · May 18, 2023
She still has balls....
3

**W.J. Cutting** @JacePA1111 · May 17, 2023
That's just a dude that wants to sneak into a sorority house. Hey, it's every man's fantasy!
2 20 1K

**TVC15** @TVC1520 · May 18, 2023
This is the first time I've known Mr Jenner stand up for women. I applaud it. Much respect indeed.
1 1 85

## Relevant people

**Oli London** @OliLondonTV
📖Author of Gender News Contributor |

**Caitlyn Jenner** @Caitlyn_Jenner
Olympian. FOX Conti First PAC. Public Spe Seller. Crypto Fan. Fa Sophia@CaitlynJenn

## What's happening

**Cavaliers at C**
LIVE

**#iPhone16e**
Meet iPhone 16e, the latest greatest price.
Promoted by Apple

Politics · Trending
**Zelensky**
Trending with Putin, Vance
3.83M posts

Sports · Trending
**#SmackDown**
Trending with Logan Paul, Andr
36.6K posts

Entertainment · Trending
**#DragRace**
Trending with Kori, Lydia
5,036 posts

Show more

Terms of Service Privacy Policy Accessibility Ads info More ···

Messages

- Home
- Explore
- Notifications
- Messages
- Grok
- Lists
- Bookmarks
- Jobs
- Communities
- Premium
- Verified Orgs
- Profile
- More

Post

**Relevant people**

**Oli London**
@OliLondonTV
📖Author of Gender
News Contributor |

**Caitlyn Jenner**
@Caitlyn_Jenner
Olympian. FOX Conti
First PAC. Public Spe
Seller. Crypto Fan. Fa
Sophia@CaitlynJenn

**What's happening**

**Cavaliers at C**
LIVE

**#iPhone16e**
Meet iPhone 16e, the latest
greatest price.
Promoted by Apple

Politics · Trending
**Zelensky**
Trending with Putin, Vance
3.83M posts

Sports · Trending
**#SmackDown**
Trending with Logan Paul, Andr
36.6K posts

Entertainment · Trending
**#DragRace**
Trending with Kori, Lydia
5,036 posts

Show more

Terms of Service Privacy Policy
Accessibility Ads info More ···

**Messages**





