















Home

Explore

Notifications

Messages

Grok

Lists

Bookmarks

Jobs

Communities

Premium

Verified Orgs

Profile

More

Post

**Relevant people**

Caitlyn Jenner 
@Caitlyn_Jenner
Olympian. FOX Contributor. First PAC. Public Speaker. Best Seller. Crypto Fan. Family. Sophia@CaitlynJenner

Oli London 
@OliLondonTV
📖Author of Gender Madness News Contributor |

**What's happening**


Cavaliers at C
LIVE

**#iPhone16e**
Meet iPhone 16e, the latest greatest price.
Promoted by Apple

Politics · Trending
**Zelensky**
Trending with Putin, Vance
3.78M posts

Sports · Trending
**#SmackDown**🏟
Trending with Logan Paul, Andra
37.4K posts

Entertainment · Trending
**#DragRace**
Trending with Kori, Lydia
5,036 posts

Show more

Terms of Service   Privacy Policy
Accessibility   Ads info   More





Messages