

- Home
- Explore
- Notifications
- Messages
- Grok
- Lists
- Bookmarks
- Jobs
- Communities
- Premium
- Verified Orgs
- Profile
- More

**Post**

---

**Stacy Sullivan** @SullygirlStacy · May 17, 2023
So why in the hell did you invade your deviant ass into trying to being a so called woman? You killed someone. And your going to tell Real Women how things are? Fuck you! You are the biggest hypocrite there is I don't know how people can stand to be around you.
17

**Noxema Jackson** @JWB66 · May 17, 2023
Ask this question, when they rushed the sorority, why did they let them in? This is some white girl fragility in all it glory ... you know how that feels right ? You're like an opportunistic infection ...
33

**Elena** @7th_charm · May 17, 2023
U are a man!!!!!
86

**Elena** @7th_charm · May 17, 2023
And u will never be woman. Playing dress up doesn't make u a woman.
1   98

**marlen** @cmarlen60 · May 18, 2023
Keep voting republican
25

**Lisa J** 🟧💙 @red_sunset_lisa · May 17, 2023



GIF: GIRL, PLEASE.

360

**D. Beck** @DBeck57030037 · May 18, 2023
Yes, and changing the meaning of descriptive words is meant to confound. A person who dresses as the opposite sex is already known as a transvestite. Not they or them. A person who has actual sex change surgery is a transsexual. They've changed what's under the clothing.
77

**Down syndrome = God's unconditi…** ✓ @August… · May 18, 2023
Hey Caitlyn, I think you should pull a Tucker and use Twitter....videos of your stance on today's mess. Maybe you're already doing so? If not, I do believe you'd reach a wider audience.
1   189

**Bonnie** ✓ @BonBee81 · May 17, 2023
Whomever decided it was fine to put this man in that sorority needs publicly shamed . We need a name
1   1   362

**Hank** @hankboyd · May 18, 2023
Careful, Caitlyn, FOX doesn't like criticism of Trump
independent.co.uk/news/world/ame…

---

**Relevant people**

**Caitlyn Jenner** ✓
@Caitlyn_Jenner
Olympian. FOX Contr…
First PAC. Public Spe…
Seller. Crypto Fan. Fa…
Sophia@CaitlynJenn…

**What's happening**

Cavaliers at C
LIVE

#iPhone16e
Meet iPhone 16e, the latest greatest price.
⬈ Promoted by Apple

Politics · Trending
**Zelensky**
Trending with Putin, Vance
3.46M posts

Entertainment · Trending
**#DragRace**
Trending with Kori, Lydia
5,600 posts

Politics · Trending
**WWIII**
41K posts

Show more

Terms of Service  Privacy Policy  Accessibility  Ads info  More ···

Messages

Reply

[Screenshot of X (Twitter) replies thread]

Left sidebar: Home, Explore, Notifications, Messages, Grok, Lists, Bookmarks, Jobs, Communities, Premium, Verified Orgs, Profile, More. Post button.

Main thread replies:

**Memento Mori** ♂♀ @IYDKMIGTHTKY2 · May 17, 2023
Says the dude pretending to be a chick......... fucking wanker.
33 views

**Shaquillonious** @tupawdrebuey · May 17, 2023
Is anyone else hearing what this lady is saying? 😂😂
[GIF of clown looking in mirror]
215 views

**The Queen Of Damn Near Everything** @Queenofital... · May 17, 2023
I am so beyond disappointed in this stance you have taken. It is completely hypocritical. OK for me but not for thee, is this your new motto?
1 reply · 5 likes · 144 views

**JC #ProScience🌻 #NeverVoteConse...** @Jacinth... · May 17, 2023
STOP voting for Republicans. That would be a great start!
1 like · 138 views

**Quackery** @quackery15 · May 17, 2023
Where's your proof? How do we know that you aren't pretending to yourself relevant?
1 reply · 18 views

**Mel** 🇮🇹🇺🇸 @lvn8tiv · May 17, 2023
Ok Bruce.
46 views

**Dave the amp guy** @Davetheampguy · May 17, 2023
YOU ARE LITERALLY THE WORLDS BIGGEST HYPOCRITE. SPEWING HATE YOUR OWN SELF HATE AND SHAME UPON THE WORLD. HURRY UP AND FILL A CASKET.
22 views

**Dave the amp guy** @Davetheampguy · May 17, 2023
SHUT.....THE.....FUCK.....UP.
24 views

**Susan Sloan** @SusanSl07669728 · May 17, 2023
Your right not a tran man
This is a sexual deviant with Lesbian fantasies Fetish that he is trying to make real
48 views

**Relevant people**
Caitlyn Jenner ✓ @Caitlyn_Jenner — Olympian. FOX Contributor. First PAC. Public Speaker. Seller. Crypto Fan. Fa... Sophia@CaitlynJenn...

**What's happening**
Cavaliers at C... LIVE
#iPhone16e — Meet iPhone 16e, the latest greatest price. Promoted by Apple
Politics · Trending — Zelensky — Trending with Putin, Vance — 3.46M posts
Entertainment · Trending — #DragRace — Trending with Kori, Lydia — 5,600 posts
Politics · Trending — WWIII — 41K posts
Show more

Terms of Service  Privacy Policy  Accessibility  Ads info  More...



**NYCJoe** @JLGlobalCitizen · May 17, 2023
Who are you to judge?  Most people consider YOU to be a man. A perverted sexually deviant MAN.
20

**Taffy Fowler** @TaffyFowler · May 17, 2023
What makes him a MAN ?  You are a MAN, too.
19

**Ruth Hill** @rhill22783 · May 17, 2023
So confused!
31

**laura evans** @lauraev81180802 · May 18, 2023
What a hypocrite you are Mr. Jenner all 6'2" of you.  Stay out of our safe spaces and that includes women's toilets.
1   8

**beverly jackson** @candiedyam1 · May 17, 2023
Isn't that something the college should deal with maybe you should take your complaints to these colleges and HS to speak about this instead of blaming government this seems this a school issue President Biden do not control what goes on at colleges.
60

**Elizabeth MacDonald** @Elizabe70853104 · May 17, 2023
Dead beat Dad
47

**scooby doobie** @ddddhvu · May 17, 2023
A man masquerading as a woman, calling out another man for pre tending to be a woman. 😂 we are living in the starting plot of idiocracy, that's for sure.
21

**Samuel Ryan** @StopDropKaboom_ · May 17, 2023
Why are YOU allowed to live your truth, but you attack others in your community?
24

**paul** @brandon_risen · May 17, 2023
MAGA laughs at you



### Relevant people

**Caitlyn Jenner** ✓
@Caitlyn_Jenner
Olympian. FOX Contributor. First PAC. Public Speaker. Crypto Fan. Fa... Sophia@CaitlynJenn...

### What's happening

**Cavaliers at C...** LIVE

**#iPhone16e**
Meet iPhone 16e, the latest greatest price.
Promoted by Apple

Politics · Trending
**Zelensky**
Trending with Putin, Vance
3.46M posts

Entertainment · Trending
**#DragRace**
Trending with Kori, Lydia
5,600 posts

Politics · Trending
**WWIII**
41K posts

Show more

Terms of Service   Privacy Policy   Accessibility   Ads info   More···



**Conservative Cam** @TheCamman · May 17, 2023
You're a dude with mental issues. Get help. Stop normalizing this insanity.

13

**Brad Hamilton** @JuanDenver5 · May 17, 2023
YOU are a perverted sexually deviant MAN!!!!!

GIF

35

**Rory McCrimble** @RoryMcCrimble · May 17, 2023
I'm so disappointed that you were one of my heroes as a child. And I'm not disappointed that you lived your truth. I'm disappointed you're sucking @gop dick for money.

2

**DaVinci Graphics-Freelance Art…** @DaVinciGraph… · May 17, 2023
caty caty caty..you are what they are complaining about..in your interviews you told of being tormented by your inner self that you was "checks notes" trapped in body wasn't yours..but you can do as your please..cause you joined the hypocrite maga club..

1                 2                 25

**LisaD** @LisaDesmond11 · May 17, 2023
Great respect for you Miss Jenner! Thank you speaking out.

44

**S.U.E** @beach_girl58 · May 18, 2023
What about the man found liable for sexual harassment and had 23 other women claim the same? How do you feel about him???

18

**neon.computer** @neon_computer · May 17, 2023
You used to be a man and your kids hate you but you are STARVED for attention.

72

Show probable spam

---

**Relevant people**

**Caitlyn Jenner** ✓
@Caitlyn_Jenner
Olympian. FOX Contr…
First PAC. Public Spe…
Seller. Crypto Fan. Fa…
Sophia@CaitlynJenn…

**What's happening**

Cavaliers at C…
LIVE

**#iPhone16e**
Meet iPhone 16e, the latest greatest price.
Promoted by Apple

Politics · Trending
**Zelensky**
Trending with Putin, Vance
3.46M posts

Entertainment · Trending
**#DragRace**
Trending with Kori, Lydia
5,600 posts

Politics · Trending
**WWIII**
41K posts

Show more

Terms of Service  Privacy Policy
Accessibility  Ads info  More…




