Search

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More

Post

**Caitlyn Jenner** @Caitlyn_Jenner

Joining @AmericaRpts to talk about the Wyoming sorority and the sexual deviant male that is harassing the women! Shame on Kappa Kappa Gamma! Tune in @foxnews

12:17 PM · May 17, 2023 · **29.7K** Views

55 37 313 1

Post your reply Reply

**Kristen Browde** 🏳️‍⚧️🌈 @ChrissieSeeB · May 17, 2023

You've decided who's trans and who isn't? On what basis?

I suppose you support Webb and that crew, too...

1 84

**Michael Rios** @barbas5588 · May 18, 2023

Caitlyn making transphobic comments and equating this inappropriate behavior to being trans when it's inappropriate no matter who does it. She'll pander to the most hateful people in the country and spit on people like her to get the attention she wants.

2 27

**jcsd** @jcsdmeyr · Jun 27, 2023

You do realize you are a sexual deviant too. right. stop pretending you've always been a woman

9

**Oli London** @OliLondonTV · May 17, 2023

👏🏻👏🏻👏🏻

1 2 12 879

**Samantha Jeanmarie Bartosz** @SamanthaBartosz · May 17, 2023

Do you differentiate, Caitlyn, between a pre-operative transgender woman and what you've called a "sexual deviant male?" Have you determined that the Kappa Kappa Gamma individual is not transgender? How?

3 156

**justsayin** @Randomness898 · May 17, 2023

Better not come to Florida @Caitlyn_Jenner Your R buddies made it illegal for you to use the bathroom. How do you stay so blind?

2 61

**stewpid fawkin heek™ 🏴‍☠️ r.i.p. 🐦** @steakflavjello · May 17, 2023

wait i thought you guys didn't like foxnews anymore? your acceptance came with a hefty donation eh?

**Relevant people**

**Caitlyn Jenner** @Caitlyn_Jenner

Olympian. FOX Conti
First PAC. Public Spe
Seller. Crypto Fan. Fa
Sophia@CaitlynJenn

**What's happening**

Nuggets at Pi
LIVE

**#iPhone16e**
Meet iPhone 16e, the latest greatest price.
Promoted by Apple

Politics · Trending
**Zelensky**
Trending with Putin, Vance
3.85M posts

Trending in United States
**Logan Paul**
6,247 posts

Sports · Trending
**#SmackDown**
38K posts

Show more

Terms of Service Privacy Policy
Accessibility Ads info More ··

Messages

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More
Post

2 · 121

**Talmadge McGulager** 💙🇺🇸🌊 @smeredith713 · May 17, 2023
Help us out here.

> **Talmadge McGulager** 💙🇺🇸🌊 @smeredith713 · May 17, 2023
> Replying to @FoxNews and @Caitlyn_Jenner
> So, are you the ONLY transgender person who is allowed to be transgender? I'm really confused. 🤔

2 · 129

**Ty's Tough Talk**🇺🇸 @toughtalkty · May 17, 2023
Thank you for spotlighting this egregious case! Those women deserve justice for what they had to face 🧐

437

**Cyn** @Cyn_1005 · May 17, 2023
I would if you would answer the question I have asked several times . If you don't want bio men to take away from women athletes , why did you take from women ? Will you give up your Woman Of The Year award ?

4 · 14 · 421

**Samuel Ryan** @StopDropKaboom_ · May 17, 2023
Wait... aren't you trans? 🤔

84

**ultra ultra lady MAGA** 😉 @ChristieNation1 · May 17, 2023
I will not tune in. Fox sucks. But I'll watch you on other venues.

4

← Post Reply

**carol montana** @carolmontana69 · May 17, 2023
Thank you Caitlyn for being the adult in the room.

152

**Buckle_Up** @Tahdahling · May 17, 2023
Thank you ❤️

1 · 392

**Me**🇮🇹🇺🇸 @lvn8tiv · May 17, 2023
What bathroom do you use when you are in public? Men's bathroom or women's bathroom? According to the Republican Party, you are not a woman.

43

**therocksays** @therocksays069 · May 17, 2023
Hey Caitlyn, the people u defend don't feel safe leaving their kids around you

1 · 6

**Phillip Lynott** @LynottPhillip · May 17, 2023
So I guess Caitlyn Jenner is also a sexually deviant man

38

**Phillip Lynott** @LynottPhillip · May 17, 2023

## Relevant people

**Caitlyn Jenner** @Caitlyn_Jenner
Olympian. FOX Cont
First PAC. Public Spe
Seller. Crypto Fan. Fa
Sophia@CaitlynJenn

## What's happening

Nuggets at Pi
LIVE

**#iPhone16e**
Meet iPhone 16e, the latest greatest price.
Promoted by Apple

Politics · Trending
**Zelensky**
Trending with Putin, Vance
3.85M posts

Trending in United States
**Logan Paul**
6,247 posts

Sports · Trending
**#SmackDown**
38K posts

Show more

Terms of Service Privacy Policy Accessibility Ads info More ···

Messages

- Home
- Explore
- Notifications
- Messages
- Grok
- Lists
- Bookmarks
- Jobs
- Communities
- Premium
- Verified Orgs
- Profile
- More

Post

You are a hypocrite you received a woman a year award everyone calls you a she but this person who I guess you don't think is attractive you call that person a deviant sexual Man

1 51

**Vladimir Poodin** @VladimirPoodin · May 17, 2023
So what are you?

19

**Melissa Corder** @melissa_corder · May 17, 2023
So, okay for you but not for others? Really?! Crazy, I tell ya. Once a joke, always a joke.

19

**Ren** @renlvn · May 17, 2023
If you think you are any more a female than the sorority kid who you're calling a "deviant male" take a closer look. Just because you wear make up doesn't change things. As Sarah Palin says, you can put lipstick on a pig......but.....

1 21

**laura evans** @lauraev81180802 · May 18, 2023
What a hypocrite you are. Do you think we women want to see YOU in our female toilets, changing rooms etc? Why do you think you're an exception? You're not, you're a man.

1 7

**Elizabeth MacDonald** @Elizabe70853104 · May 17, 2023
You're the sexual deviant. Disgrace!

1 37

**Elizabeth MacDonald** @Elizabe70853104 · May 17, 2023
What bathroom does Cait use? Men/Women?

38

**Mary Horishny** @MaryHorishny1 · May 17, 2023
So,,what are YOU doing to combat the hate aimed at transgender kids?

13

**Steve Alimonti** @berk1a · May 17, 2023

20

**Plain Speaker (Blocking M&H Haters)** @BeverlyBjj · May 1
Why don't you focus on being a good woman and leave H&

## Relevant people

**Caitlyn Jenner** @Caitlyn_Jenner
Olympian. FOX Contr First PAC. Public Spe Seller. Crypto Fan. Fa Sophia@CaitlynJenn

## What's happening

Nuggets at Pi
LIVE

**#iPhone16e**
Meet iPhone 16e, the latest greatest price.
Promoted by Apple

Politics · Trending
**Zelensky**
Trending with Putin, Vance
3.85M posts

Trending in United States
**Logan Paul**
6,247 posts

Sports · Trending
**#SmackDown**
38K posts

Show more

Terms of Service Privacy Policy Accessibility Ads info More

Messages

think you can do that. Cause real women are generally more emphatic than men

26

**paul** @brandon_risen · May 17, 2023
Which MAGA lady do you strive to be caitlyn

47

**Andrea** 🇺🇸😢 @kit4kat77 · May 17, 2023
More MAGA hysteria from isolated incidents 😂

1 12

**Jody** @JodyJobickers · May 17, 2023
You dressed up like a woman and took an award that didn't belong to you.. stay out of our sports, our locker/ bathrooms, stop stealing our awards, stop ...Stop stealing our identity #GiveItBack

18

**Brad Hamilton** @JuanDenver5 · May 17, 2023

GIF

32

**cob855** @cob1706 · May 18, 2023
When are you handing back your 'Woman of the Year' awa

**Relevant people**

**Caitlyn Jenner** @Caitlyn_Jenner
Olympian. FOX Conti
First PAC. Public Spe
Seller. Crypto Fan. Fa
Sophia@CaitlynJenn

**What's happening**

**Nuggets at Pi**
LIVE

**#iPhone16e**
Meet iPhone 16e, the latest greatest price.
Promoted by Apple

Politics · Trending
**Zelensky**
Trending with Putin, Vance
3.85M posts

Trending in United States
**Logan Paul**
6,247 posts

Sports · Trending
**#SmackDown**
38K posts

Show more

Terms of Service Privacy Policy
Accessibility Ads info More ···

**Messages**

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More
Post
according to your own admission, you are a sexually deviant male. As we are all aware, the hypocrisy is strong in this one!
6
Conservativechristine @Conserv53236690 · May 17, 2023
Love when you are on Fox! Keep up the fight!
40
Crazy Monkey @Alteredbeastx7 · May 17, 2023
Wait...
Ummm...
Hold on...
GIF
23
Barbara Godvin Riney @BarbaraRiney · May 17, 2023
Caitlyn Jenner - I heard you say that the transgender student in a sorority at the University of Wyoming is a man.
Are you a woman?
1
62
Sherry @greenmamanyc · May 17, 2023
nypost.com/2023/05/16/uni...
51
Kim @kaeejw · May 17, 2023
All female's should boycott that sorority
1
70
Michelle @MichelleNJ85 · May 17, 2023
Isn't this you?🤔
It must be hard work to be such a self-loathing hypocrite.
NOTICE TO READERS:
Register now to support your local journalism!
Caitlyn Jenner to compete in women's golf tournament
WHATSON MAR 29, 2016
Relevant people
Caitlyn Jenner
@Caitlyn_Jenner
Olympian. FOX Cont
First PAC. Public Spe
Seller. Crypto Fan. Fa
Sophia@CaitlynJenn
What's happening
Nuggets at Pi
LIVE
#iPhone16e
Meet iPhone 16e, the latest greatest price.
Promoted by Apple
Politics · Trending
Zelensky
Trending with Putin, Vance
3.85M posts
Trending in United States
Logan Paul
6,247 posts
Sports · Trending
#SmackDown
38K posts
Show more
Terms of Service Privacy Policy
Accessibility Ads info More
Messages

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More
Post
Caitlyn Jenner
Caitlyn Jenner is to compete in a women's golf
35
Relevant people
Caitlyn Jenner
@Caitlyn_Jenner
What's happening
LIVE
#iPhone16e
Meet iPhone 16e, the latest
greatest price.
Promoted by Apple
Politics · Trending
Zelensky
Trending with Putin, Vance
3.85M posts
Trending in United States
Logan Paul
6,247 posts
Sports · Trending
#SmackDown
38K posts
Show more
Terms of Service
Accessibility
Ads info
Messages

