X Search

- Home
- Explore
- Notifications ②
- Messages
- Grok
- Lists
- Bookmarks
- Jobs
- Communities
- Premium
- Verified Orgs
- Profile
- More

**Post**

---

**Caitlyn Jenner** ✓
@Caitlyn_Jenner

Today on @FoxNews on the biological male showing his erect penis to sorority members. Boycott KAPPA KAPPA GAMMA! They are not for women. Disgraceful!

> foxnews.com
> Caitlyn Jenner: 'He is a perverted, sexually-deviant male' | ...
> Fox News contributor Caitlyn Jenner discusses the legal battle regarding a University of Wyoming sorority suing ov...

9:11 PM · May 17, 2023 · **38.4K** Views

💬 47        ↻ 76        ♡ 599        🔖 3        ⬆️

R  Post your reply                                    **Reply**

---

**Kris Russell** ✓ @KrisRussell2 · May 17, 2023
Caitlyn isn't trying to do what this man is trying to do...and would never attempt to do anything like this. Clearly this man is a predator....just trying to get into Kappa Kappa Gamma and mess around! His motives are clear. He is not sincere or genuine. He's mocking women.

💬 2        ↻        ♡ 7        📊 840        🔖 ⬆️

**Caitlyn Jenner** ✓ @Caitlyn_Jenner · May 18, 2023
Thank you! Exactly right!

💬        ↻        ♡ 5        📊 422        🔖 ⬆️

---

**MilitaryMom** 🇺🇸 @military_1776 · May 17, 2023
I'm so confused don't sororities have a Rush week for new members and pick people themselves by a vote?

💬 3        ↻        ♡ 2        📊 689        🔖 ⬆️

**Caitlyn Jenner** ✓ @Caitlyn_Jenner · May 18, 2023
The National org forced the sorority to allow this person in

💬 1        ↻        ♡ 1        📊 393        🔖 ⬆️

Show replies

---

**Sandra Laramee** @SandraD_FL · May 18, 2023
These, so called, trans individuals are using a label to justify their perverse actions. They are no less than sexual deviants and could open themselves to charges.

💬        ↻        ♡        📊 16        🔖 ⬆️

---

**Ann Taylor** @AnnTayl98914624 · May 17, 2023
Your comments about a transgender student: 'He is a perverted, sexually-deviant male'.
Wait Cailyn, aren't you transgender?
You underwent gender reassignment surgery in January 2017.
You were Bruce, a man for 68 years, and according to the GOP you still are. 😐😐😐😐😐

💬 3        ↻        ♡ 5        📊 338        🔖 ⬆️

---

**Pam Bible** ✓ @bible1_pam · May 18, 2023
👍

💬        ↻        ♡        📊 141

---

**Relevant people**

**Caitlyn Jenner** ✓
@Caitlyn_Jenner
Olympian. FOX Contr...
First PAC. Public Spe...
Seller. Crypto Fan. Fa...
Sophia@CaitlynJenn...

**Fox News** ✓
@FoxNews
Follow America's #1 ...
network, delivering y...
insightful analysis, y...
videos. foxnews.com

**What's happening**

**Cavaliers at C...**
LIVE

**#iPhone16e**
Meet iPhone 16e, the latest greatest price.
📌 Promoted by Apple

Sports · Trending
**#SmackDown** 🎬
38.7K posts

Politics · Trending
**Zelensky**
Trending with Putin, Vance
3.86M posts

Politics · Trending
**Moscow**
61.2K posts

Show more

Terms of Service   Privacy Policy
Accessibility   Ads info   More ···

Messages  ✉️ ⌃



X

- 🏠 Home
- 🔍 Explore
- 🔔 Notifications
- ✉️ Messages
- Grok
- 🗒️ Lists
- 🔖 Bookmarks
- 💼 Jobs
- 👥 Communities
- ✓ Premium
- ⚡ Verified Orgs
- 👤 Profile
- ⊙ More

**Post**

---

**Really Real American** @MeThePerson99 · May 17, 2023
Good thing no one has ever done that before.
💬    ⇄    ♡    477    🔖    ⬆️

**Jill Bickel** @Bickel_SchnuckJ · May 18, 2023
U r a man
U r a man
U r a man
💬    ⇄    ♡ 2    181    🔖    ⬆️

**John Strickland, JD** ✓ @hawk4hire · May 17, 2023
Amen  Caitlyn!
💬    ⇄    ♡    2    🔖    ⬆️

**PeterFlacid** @PeterFlacid · May 17, 2023
Bruce, Bruce, Bruce...how do you of all people...i mean...wow...got damn!!!!
I just don't understand how YOU of all people...

← **Post**                          Reply    ⚙️

💬 1    ⇄    ♡ 1    131    🔖    ⬆️

**AnneMaltravers** @MagnaCartaGirl · May 18, 2023
If this is true, arrest him.

This isn't a trans issue.  It's a criminal issue.
💬    ⇄    ♡ 1    38    🔖    ⬆️

**Raymond Carrero** ✓ @RAYMONDCARRERO7 · May 17, 2023
Amen.
💬    ⇄    ♡    65    🔖    ⬆️

**SwordSwallower702** @Audobe1 · May 17, 2023
You're the last person, Bruce...to know what is or is not for women.  You're a sad, insecure, truly pathetic man.
💬    ⇄    ♡ 2    222    🔖    ⬆️

**Lakergirl2025** ✓ @Midnights8675 · May 17, 2023
You just bashed yourself in your little rant. Your show I Am Cait is now laughable because you don't represent this community at all.
You don't do anything you claimed you would do when you transitioned.

Then you just basically whined that you were all alone in Malibu when
Show more
💬 1    ⇄    ♡ 7    609    🔖    ⬆️

**ArsenalPhilly** @RadekKozlow · May 17, 2023
You are an absolute 🤡
💬    ⇄    ♡ 1    97    🔖    ⬆️

**ArsenalPhilly** @RadekKozlow · May 17, 2023
Bruce go get another drink
💬 1    ⇄    ♡ 4    380    🔖    ⬆️

**Hank** @hankboyd · May 18, 2023
Hypocrite

**R. Saoirse** @razzli_ · May 17, 2023
You're a hypocrite and one of the biggest frauds alive.

With your own ridiculous logic, how come you're not using the men's restroom? I'll wait. @Caitlyn_Jenner



### Relevant people

**Caitlyn Jenner** ✓
@Caitlyn_Jenner
Olympian. FOX Contri
First PAC. Public Spe
Seller. Crypto Fan. Fa
Sophia@CaitlynJenn

**Fox News** ✓
@FoxNews
Follow America's #1 c
network, delivering y
insightful analysis, a
videos. foxnews.com

### What's happening

**Cavaliers at C**
LIVE

**#iPhone16e**
Meet iPhone 16e, the latest
greatest price.
🍎 Promoted by Apple

Sports · Trending
**#SmackDown** 🎤
38.7K posts

Politics · Trending
**Zelensky**
Trending with Putin, Vance
3.86M posts

Politics · Trending
**Moscow**
61.2K posts

Show more

Terms of Service    Privacy Policy
Accessibility    Ads info    More ··

**Messages** ✉️ ⌃





**laura evans** @lauraev81180802 · May 18, 2023

What is disgraceful is Mr Jenner's hypocrisy. He too has a penis and regularly invades women's bathrooms and safe spaces.

💬  ⟲  ♡ 2  📊 31  🔖  ⬆

**Zbadgirl** @KarenTh43682364 · May 18, 2023

Catelyn is a Real Real person that knows exactly who she is! I totally applaud you!

💬 1  ⟲  ♡  📊 38  🔖  ⬆

**Ayaymama** @Ayaymama123 · May 18, 2023

You should admit first that trans women are not women. Trans women are trans women, no more, not ever. Being a woman starts with a biological reality, if you are XY, you are a man, Mr. Jenner.

💬  ⟲  ♡ 1  📊 29  🔖  ⬆

**Justme** @Brian74416503 · May 18, 2023

YOU SOUND SO STUPID LMAO YOUR BORN A MAN YOU HAVE THE CHANGE TO BECOME A WOMAN. YET YOU BASH OTHER PEOPLE WHO DO THE SAME AS YOU ALL FOR $$$ AND FCKING FAKE NEWS @FoxNews DUMB AZZ



▶ GIF

💬  ⟲  ♡  📊 2  🔖  ⬆

**Richard Cortijo** @CortijoRichard · May 18, 2023

You!!! "Caitlyn" say that the trans person here is a "biological male"...honey...YOU ARE A BILOGICAL MALE!!!! When you had boobs added did you fall and bump your head? You are attacking/humiliating a trans person while U R TRANS!!! STFU already!

💬  ⟲  ♡  📊 5  🔖  ⬆

**frank** @franktankwalker · May 17, 2023

calm down She just has a big clit

💬  ⟲  ♡  📊 146  🔖  ⬆

**DrezInLA VOTE BLUE** @Andrez68LA · May 18, 2023

You're a pig

💬  ⟲  ♡ 1  📊 7  🔖  ⬆

**Goodbye Portland** ✅ @srportland · May 17, 2023

He is living the dream of many college guys. Go Artemis!!! 🥂

He should keep doing what woke fools allow.

💬 1  ⟲  ♡  📊 39  🔖  ⬆

**Art Vandelay** @ComedyConley · May 17, 2023

---

**X**

🏠 Home
🔍 Explore
🔔 Notifications
✉ Messages
〇 Grok
☰ Lists
🔖 Bookmarks
💼 Jobs
👥 Communities
⭐ Premium
✅ Verified Orgs
👤 Profile
⊙ More

**Post**

---

### Relevant people

**Caitlyn Jenner** ✅
@Caitlyn_Jenner
Olympian. FOX Contr...
First PAC. Public Spe...
Seller. Crypto Fan. Fa...
Sophia@CaitlynJenn...

**Fox News** ✅
@FoxNews
Follow America's #1...
network, delivering y...
insightful analysis, a...
videos. foxnews.com

### What's happening

**Cavaliers at C**
LIVE

**#iPhone16e**
Meet iPhone 16e, the latest greatest price.
 Promoted by Apple

Sports · Trending
**#SmackDown**
38.7K posts

Politics · Trending
**Zelensky**
Trending with Putin, Vance
3.86M posts

Politics · Trending
**Moscow**
61.2K posts

Show more

Terms of Service  Privacy Policy
Accessibility  Ads info  More ···

---

Messages  





GIF

💬    🔁    🤍 1    📊 145    🔖    ⬆️

Show probable spam

## Relevant people



**Caitlyn Jenner** ✔️
@Caitlyn_Jenner
Olympian. FOX Cont...
First PAC. Public Spe...
Seller. Crypto Fan. Fa...
Sophia@CaitlynJenn...



**Fox News** ✔️
@FoxNews
Follow America's #1 c...
network, delivering y...
insightful analysis, a...
videos. foxnews.com...

## What's happening



**Cavaliers at C...**
LIVE

**#iPhone16e**
Meet iPhone 16e, the latest
greatest price.
⚡ Promoted by Apple

Sports · Trending
**#SmackDown** 🌊
38.7K posts

Politics · Trending
**Zelensky**
Trending with Putin, Vance
3.86M posts

Politics · Trending
**Moscow**
61.2K posts

Show more

Terms of Service   Privacy Policy
Accessibility   Ads info   More ··

## Home
## Explore
## Notifications
## Messages
## Grok
## Lists
## Bookmarks
## Jobs
## Communities
## Premium
## Verified Orgs
## Profile
## More

**Post**

Messages



X

🏠 Home

🔍 Explore

🔔 Notifications

✉️ Messages

Grok

📋 Lists

🔖 Bookmarks

💼 Jobs

👥 Communities

✓ Premium

⚡ Verified Orgs

👤 Profile

😐 More

**Post**

**Relevant people**



**Caitlyn Jenner** ✓
@Caitlyn_Jenner
Olympian. FOX Cont
First PAC. Public Spe
Seller. Crypto Fan. Fa
Sophia@CaitlynJenn



**Fox News** ✓
@FoxNews
Follow America's #1
network, delivering y
insightful analysis, a
videos. foxnews.com

**What's happening**



**Cavaliers at C
LIVE

**#iPhone16e**
Meet iPhone 16e, the latest
greatest price.
⚡ Promoted by Apple

Sports · Trending
**#SmackDown**🥊
38.7K posts

Politics · Trending
**Zelensky**
Trending with  Putin,  Vance
3.86M posts

Politics · Trending
**Moscow**
61.2K posts

Show more

Terms of Service    Privacy Policy
Accessibility    Ads info    More ··

Messages ✉️ ⌃