

- Home
- Explore
- Notifications
- Messages
- Grok
- Lists
- Bookmarks
- Jobs
- Communities
- Premium
- Verified Orgs
- Profile
- More

Post

**Caitlyn Jenner** ✓
@Caitlyn_Jenner

Let's be very clear. The person is not a true trans. They are a sexually deviant perv who hangs around a female sorority watching women undress with a visible erection! He is a sexually and mentally disturbed person. He says if you call him out he will get the girls in trouble.



**Mike Sington** ✓ @MikeSington · May 17, 2023
Transgender woman Caitlyn Jenner calls transgender woman "a perverted, sexually deviant male". (Video: Fox News)



6:59 AM · May 18, 2023 · **262K** Views

💬 128        ↻ 309        ♡ 1.6K        🔖 16        ↥

[R] Post your reply                                    Reply

**Caitlyn Jenner** ✓  @Caitlyn_Jenner · May 18, 2023
This is a terrible and beyond irresponsible example of trans in America. This is why I called it out.
I don't do this to women. Never have never will. I have no clue where the hypocrisy claims are coming from. I have tried to live with dignity and respect as a trans person.

💬 49    ↻ 31    ♡ 518    📊 33K    🔖    ↥

**louise gadfly**  @GadflyLouise · May 18, 2023
How did this happen? Do t the girls pick who can be in it? This smells.

💬 3    ↻    ♡ 5    📊 4.3K    🔖    ↥

**Caitlyn Jenner** ✓  @Caitlyn_Jenner · May 18, 2023

---

**Relevant people**


**Caitlyn Jenner** ✓
@Caitlyn_Jenner
Olympian. FOX Contr...
First PAC. Public Spe...
Seller. Crypto Fan. Fa...
Sophia@CaitlynJenn...


**Mike Sington** ✓
@MikeSington
Senior Executive at N...
• Hollywood's Ultima...
Entertainment, Pop C...
Lifestyle Expert

**What's happening**


**Cavaliers at C**
LIVE

**#iPhone16e**
Meet iPhone 16e, the latest greatest price.
📱 Promoted by Apple

Politics · Trending
**Zelensky**
Trending with Putin, Vance
3.59M posts

Sports · Trending
**#SmackDown**🤼
Trending with Logan Paul
39.1K posts

Politics · Trending
**WWIII**
41.2K posts

Show more

Terms of Service  Privacy Policy
Accessibility  Ads info  More ···









