

Search

Home

Explore

Notifications

Messages

Grok

Lists

Bookmarks

Jobs

Communities

Premium

Verified Orgs

Profile

More

Post

**Fox News** @FoxNews

'STRENGTH IN NUMBERS': @Caitlyn_Jenner calls on Americans to stand with Wyoming sorority members after they started a lawsuit over the inclusion of a transgender member.

1:31 PM · May 17, 2023 · **170.6K** Views

128 103 1K 2

Post your reply Reply

**Bobby** @rallyforall · May 18, 2023

What if one of the girls is attracted to girls too?

8

**Michael Rios** @barbas5588 · May 18, 2023

The bigots you pander to don't give a damn about women, harassment or assault. These are the people who called victims lying money hungry jilted whores. They shrugged at school shootings till they hears the words trans and Christian. All they do is hate.

13

**Tina Eve** @TinaFoughty · May 17, 2023

Caitlyn Jenner is part of the problem!! We don't want to hear his opinion about a man identifying as a female . . that's what he is doing!

2 182

**Jackie Johnson** @JackieJ09321395 · May 18, 2023

So he still uses a women's bathroom??!! Guess rules don't apply to you because you have money!!

1

Post Reply

Messages

**Relevant peo**

**Fox News** @FoxNews

Follow Ame network, de insightful ar videos. foxn

**What's happe**

Caval LIVE

**#iPhone16e**

Meet iPhone 16e, tl greatest price.

Promoted by Apple

Politics · Trending

**Zelensky**

Trending with Putin, V

3.59M posts

Sports · Trending

**#SmackDown**

Trending with Logan F

39.1K posts

Sports · Trending

**Ohtani**

13.5K posts

Show more

Terms of Service Priv Accessibility Ads inf

X

Home
Explore
Notifications 2
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More

Post

**Drew** @Werd_ny17 · May 18, 2023
Kinda a little hypocritical don't you think?
6

**Jose Sanchez** @jsanchez559FRO · May 17, 2023
Says the chick with a dick that won a womens award a couple of years ago
1 36

**LibertyIsStillALady** @still_liberty · May 17, 2023
Oh, brother.
MAGA are desperate.
6 453

**Kevin Everett** @KevinEv36997628 · May 17, 2023
Absolutely.
2 1.3K

**Richard Boccardi** @rdboccardi1970 · May 17, 2023
Seems like someone who lets their daughters act the way they do. Shouldn't be lecturing anyone on the protection of women.
4 578

**Cristal** ✝️ @GodLovesYouGirl · May 17, 2023
Women rights are not negotiable! Transgenders rights are NOT women rights, only women rights are women rights.
1 1 9 648

**Jane Weitzel** @JaneWeitze3211 · May 18, 2023
I fully agree. Women need to be respected and loved as God commanded. This has been by far the most disrespectful act I have seen in my 70 years in this world.
2 55

**William Faulkner** @Jefffaulkner714 · May 18, 2023
I stand 100% with them enough is enough!!!!
1 34

**Blank** @Republicansnot · May 17, 2023
Anybody who thinks they are better than anyone else? Cast the first stone bigots.
2 1 492

**Jamison Daniel** @AntiquarianMuse · May 17, 2023
Stand? Maybe

but I'm not riding in a car with her driving

@Caitlyn_Jenner
2 9 1.6K

**stop it** @planoldtired · May 17, 2023
Bruce calling a transgender women a sexual deviant is ultimate hypocrisy.
1 190

**Robert Harden** @H96514739Robert · May 18, 2023
I certainly want to be in attendance when the pledge is excepted into the house, and the girls introduced their new member as my sister with a dick. Pop the cork on the champagne.
1 18

**Brad Hamilton** @JuanDenver5 · May 17, 20
What do you identify as Bruce?

**Relevant peo**

**Fox News** @FoxNews
Follow Ame network, de insightful ar videos. foxn

**What's happe**

Caval
LIVE

**#iPhone16e**
Meet iPhone 16e, tl greatest price.
Promoted by Apple

Politics · Trending
**Zelensky**
Trending with Putin, V
3.59M posts

Sports · Trending
**#SmackDown**
Trending with Logan F
39.1K posts

Sports · Trending
**Ohtani**
13.5K posts

Show more

Terms of Service Priv
Accessibility Ads inf

Messages

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More
Post
1 1 222
Talmadge McGulager @smeredith713 · May 17, 2023
So, are you the ONLY transgender person who is allowed to be transgender? I'm really confused. 🤔
1 7 344
Shieldmaiden Steph @SotaSteph · May 17, 2023
You do know you're a man right?
67
Bubble Chickens @TheRickForReal · May 17, 2023
You are a fraud
2 363
CurtisC @curtistcu · May 18, 2023
I have no words.
61
Brother Donuts The Ally @MBagadonuts · May 17, 2023
Someone help me understand this
3 3 455
Lil King Tra$hmouth @HeelStCloud · May 17, 2023
Caitlyn is so woke now. SMH.
2 1.3K
Tisse @Tissework · May 18, 2023
Is this the Caitlyn that won women of the year award ???? Yes, women need to be protected
1 62
Dennis Uribe Latino/Art Lover ... @de... · May 17, 2023
Who?
107
Dennis Uribe Latino/Art Lover ... @de... · May 17, 2023
George Santos said what?
2 108
K540Baker @K540B · May 20, 2023
I appreciate Bruce/Caitlyn Jenner sticking up for women's sports, but has he ever apologized for being "Woman of the Year?"
Insomnus @nighttimemedia · May 17, 2
Messages
Relevant peo
Fox News @FoxNews
Follow Ame network, de insightful ar videos. foxn
What's happe
Caval LIVE
#iPhone16e
Meet iPhone 16e, tl greatest price.
Promoted by Apple
Politics · Trending
Zelensky
Trending with Putin, V
3.59M posts
Sports · Trending
#SmackDown
Trending with Logan F
39.1K posts
Sports · Trending
Ohtani
13.5K posts
Show more
Terms of Service Priv
Accessibility Ads inf

X

Home
Explore
Notifications 2
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More

Post

Ya see American liberal women, just like you're not allowed any more to have your own bathrooms, showers, dressing rooms, locker rooms, jail cells, or sports contests, you can't have sororities either.

Because liberalism!

Doesn't it make you want to rush out and give liberals
Show more

1 · 55

**Sir Damon Eric** @RealSirDamon · May 17, 2023
He's not transgender if he's walking around the sorority house with a hard-on...just sayin

65

**Sam The City** @SamABoise139 · May 19, 2023
She is exercising her first amendment rights.

5

**Chris Barrow** @barrowc730 · May 17, 2023
Fox is running these trans stories into the ground. Move on. It's boring. You're not going to stop people from being trans.

1 · 62

**Terry** @TerryakaTLT · May 17, 2023
you are A MAN not a woMAN

73

**Scout2324** @Scout23241 · May 17, 2023
Sooo. You are also a sexual deviant Bruce.

24

**Frederick** @Frederi32464870 · May 17, 2023
Operative Word, Caitlin... WOMEN!!!...😳😳😳😳😳

14

**Samuel Dillon** @samuel_dil18567 · May 17, 2023
No to "Caitlyn" and self mutilation. Ignore and forget and get your malehood back. Transgender is unnecessary. Seriously. People have lost their will of happiness and the pursuit thereof.

1 · 60

**BratJo** @Brittne87729681 · May 17, 2023
Thank you @Caitlyn_Jenner

1 · 839

**sean anderson** @PerceptionReset · May 17, 2023
'Transgenderism' has far more sinister motives than one might think. The globalist objective is to eradicate the M/F species. First comes perceptual deletion via gender ideology followed by castration. 'Toxic masculinity' targeted men; now they're coming for the women.

7

**Brad Reynolds** @_Brad_Reynolds_ · May 18, 2023
@Caitlyn_Jenner

youtube.com
Aerosmith - Dude Looks Like A Lady Lyrics
Lyrics to Aerosmith's Dude looks like a lady really good song!!!

Messages

**Relevant people**

**Fox News** @FoxNews
Follow America's ... network, de... insightful ar... videos. foxn...

**What's happening**

Caval...
LIVE

#iPhone16e
Meet iPhone 16e, th... greatest price.
Promoted by Apple

Politics · Trending
**Zelensky**
Trending with Putin, V...
3.59M posts

Sports · Trending
**#SmackDown**
Trending with Logan P...
39.1K posts

Sports · Trending
**Ohtani**
13.5K posts

Show more

Terms of Service Priv... Accessibility Ads inf...

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More
Post
Relevant peo
Fox News
@FoxNews
Follow Ame
network, de
insightful ar
videos. foxn
What's happe
Caval
LIVE
#iPhone16e
Meet iPhone 16e, tl
greatest price.
Promoted by Apple
Politics · Trending
Zelensky
Trending with Putin, V
3.59M posts
Sports · Trending
#SmackDown
Trending with Logan F
39.1K posts
Sports · Trending
Ohtani
13.5K posts
Show more
Terms of Service Priv
Accessibility Ads inf
Messages

