

Fox News ✓
@FoxNews

Wyoming sorority sisters speak out after lawsuit launched over transgender member

foxnews.com
Wyoming sorority sisters speak out after lawsuit launched...
Several current and former members of the University of Wyoming's Kappa Kappa Gamma sorority chapter are suin...

4:45 AM · May 17, 2023 · 82.7K Views

50          43          216          1

Post your reply          Reply

planetlulu @planet_lulu11 · May 17, 2023
If Ted Bundy had only waited 50 years 🤦🏼‍♀️🤦🏼‍♀️
                                    57

Mystic Mojo @Mysticmojo · May 17, 2023
Has FOX told their audience that Rudy Giuliani is being sued for sexual assault, harassment, wage theft, etc by a former employee? The court documents are quite something, to say the least.
7          1          1          546

Todd Mills @trmills40 · May 17, 2023
Sorority sisters? A TRANSGENDER IS NOT FEMALE 👏👏👏😀
Check the laws ladies 😇
                    1          142

Bob M @bobe934 · May 17, 2023
There's no such thing as transgender. Maybe girly man, and he doesn't belong with girls. If I was his father, I would be pissed!
                    1          85

mariementz @mariementz1 · May 18, 2023
They should speak out!
                    1          18

🟣 Entity of Life 🟣 @Entity_of_life · May 17, 2023
The women have to stand up for themselves...the men seem to be doing it...but going along with the insanity.

←     Post                    Reply          ⇅

kathy skaggs @kathyhskag81058 · May 17, 2023
keep fighting ladies
                    2          58

Dobie–Man 🇺🇸 @Dobie_man4 · May 17, 2023
Props to these girls for standing up to this crap!
                    6          61

Linda Houston @houstonl2222 · May 17, 2023
They should have him evicted and get a ref... people who allowed this to be fired. Wome...

Search

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More

Post

Relevant peo

Fox News ✓
@FoxNews
Follow Ame
network, de
insightful ar
videos. foxn

What's happe

Caval
LIVE

#iPhone16e
Meet iPhone 16e, th
greatest price.
Promoted by Apple

Sports · Trending
#SmackDown
Trending with Logan P
40.3K posts

Politics · Trending
WWIII
41.2K posts

Politics · Trending
Rubio
240K posts

Show more

Terms of Service   Pri
Accessibility   Ads inf



Messages





GIF

🔁   ♡ 1   📊 107   🔖  ⬆️

🐕 Big🐶Dawg🇺🇸 @BigDawg_1121 · May 17, 2023



💬   🔁 1   ♡ 4   📊 102   🔖  ⬆️

CurtVols @CurtVols · May 17, 2023
The liberal left have a war against real women

💬   🔁   ♡ 4   📊 65   🔖  ⬆️

mariementz @mariementz1 · May 18, 2023
Swinging his weiner,  get help if you don't like being sexually abused in your own house, weirdos.  Is the new message to women. Sent back 400 years by democrats
.

💬   🔁   ♡   📊 5   🔖  ⬆️

zaxary @zcortlandt · May 17, 2023
Women say no to a man. And you force the women to let the men in. Sounds like rape.

💬   🔁   ♡ 2

smitty72 @smith83050 · May 17, 2023



smitty72 ✔ @smitt83b5b · May 17, 2023
Funny, if this pervert stood outside and spied through a window he would be arrested but call yourself a woman and the national organization let's you in and get a pass. He can look, parade around nude, do anything he wants.

💬    🔁    ♡ 3    52    🔖    ⬆

TJ 🇺🇸 @Patriot_Tom · May 17, 2023
Defend women's rights don't let impostors ruin progress

💬    🔁 1    ♡ 6    99    🔖    ⬆

❤️🇺🇸Philly_Independent_of_4_Depend...    @gmoor...  · May 17, 2023



HOLD MY POODLE
▶ GIF

💬    🔁    ♡    82    🔖    ⬆

Semper Fi @Tiboron11 · May 17, 2023
It's only 4 speaking out? Well that's ok because it only takes one. Follow this through and build your base because until more speak up it won't change!

💬    🔁    ♡ 3    63    🔖    ⬆

X

Home
Explore
Notifications ②
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More

Post

Relevant peo

Fox News ✔
@FoxNews
Follow Ame
network, de
insightful a
videos. foxn

What's happe

Caval
LIVE

#iPhone16e
Meet iPhone 16e, t
greatest price.
▶ Promoted by Apple

Sports · Trending
#SmackDown 🏄
Trending with Logan F
40.3K posts

Politics · Trending
WWIII
41.2K posts

Politics · Trending
Rubio
240K posts

Show more

Terms of Service    Pri
Accessibility    Ads info

Messages



Home

Explore

Notifications

Messages

Grok

Lists

Bookmarks

Jobs

Communities

Premium

Verified Orgs

Profile

More

**Post**

**Relevant peo**



**Fox News** ✓
@FoxNews

Follow Ame
network, de
insightful ar
videos. foxn

**What's happe**



**Caval**
LIVE

**#iPhone16e**
Meet iPhone 16e, th
greatest price.
📣 Promoted by Apple

Sports · Trending
**#SmackDown** 🏄
Trending with Logan F
40.3K posts

Politics · Trending
**WWIII**
41.2K posts

Politics · Trending
**Rubio**
240K posts

Show more

Terms of Service   Priv
Accessibility   Ads info

Messages

