









biological female sorority. Men have their own and women should have one as well. Women have a right to feel safe and comfortable within their own walls.

4   48   2.8K

**Joel Keith** @MayNotBeJoking · Jun 26, 2023
I'd like to remind everyone that men have been 'let in' to sororities, since the founding of the very first Sorority, Kappa Alpha Theta, in 1870.

Wouldn't be surprised if Megyn Kelly let a few men 'in'.

Assuming she was in the Gamma Phi Mean Girls Sorority.

3   2   1.6K

**SuperSouthernBoy** @JoeDean53 · Jun 26, 2023
Thank you Megyn for trying to wake up the adults in the room! Eventually, enough of this nonsense will be enough!

51

**@therealTodd** @therealTodd9 · Jun 25, 2023
Gross

3   687

**Marilynn Tobash** @trickie_woo · Jun 26, 2023
If anybody is being political it's the sorority. They pushed this on the girls just to be where the "in people" are today. The vast majority of people are against this craziness. Those girls should feel safe in their house. I hope the judge finds for them. 🤬🤬🤬

13

**Cupcake Boner** @cupcakeboner · Jun 25, 2023
Maybe report on war or healthcare or the real problems we all face as a society instead of this weird bigoted hate fetish you have.

12   1   891

**Bert Hatter** @berthatter · Jun 25, 2023
This is a national sorority and I should think that the women members present and alumni would be furious over this. Their recruiting should totally dry up and any woman who has pledged and want out should get their money returned in full. This is nonsense and needs to stop

24   1.1K

**Spaceballs The X Account** @Grunt0313 · Jun 25, 2023
I was friends with a sorority. Good women (I only dated one)

They would often call for an escort across campus at night for safety. I was glad to do it

They were like sisters to me (except the one) and I'd have defended anyone of them

Does the world not have men anymore?

3   1   17   1.1K

**Rodney Rylander** @RylanderRodney · Jun 26, 2023
Is this guy to ever graduate?

432

**DB Houstonian** @speakinghouston · Jun 26, 2023
Just gross

76

**DB Houstonian** @speakinghouston · Ju
Sad those girls were so weak ti allow it





| | |
|---|---|
| | This is many things... maddening for the lack of common sense and sad because sororities of all places are for women.... Protected women spaces. Shocking that the sorority would take this stance. |

💬   🔁   ♡   📊 21   🔖   📤

**8** @8purdue · Jun 25, 2023
Take a baseball bat to that mother fuckers nuts!

💬   🔁   ♡   📊 15   🔖   📤

**Richard Bowie** @RichardBowie9 · Jul 18, 2023
I'll be glad when they get the mentally ill asylums opened back up for these nut jobs

💬   🔁   ♡   📊   🔖   📤

**KMac** @KMac99841913 · Jun 26, 2023
So she identifies as a lesbian too?

💬   🔁   ♡   📊 62   🔖   📤

**Dash Riprock** @zole2112 · Jun 26, 2023
The Freakshow continues

💬   🔁   ♡   📊 77   🔖   📤

**Al Yoshimura** @al_yoshimura · Jun 27, 2023
What is KKG national response to the Wyoming chapter?

💬   🔁   ♡   📊 80   🔖   📤

**Shawna K** @shawnak67 · Jun 26, 2023
What a pig you are, just disgusting. I would really like to know if your teenage kids are cool with your bigotry 🤡🤡

💬   🔁   ♡   📊 11   🔖   📤

**Jack Dominique** @JackDominique1 · Jun 26, 2023
time for women to stand up

💬   🔁   ♡   📊 16   🔖   📤

**Totus Tuus** @1179Jaydee · Jun 26, 2023
People have lost their minds. This is outrageous. No way a man should be allowed to live in a sorority house. Maybe we should let foxes who identify as hens live in a hen house?

💬   🔁   ♡   📊 20   🔖   📤






