| Search

**Home**
**Explore**
**Notifications** 2
**Messages**
**Grok**
**Lists**
**Bookmarks**
**Jobs**
**Communities**
**Premium**
**Verified Orgs**
**Profile**
**More**

**Post**

**Charlie Kirk** ✔ 🔲
@charliekirk11

Listen to MSNBC describe the freak, Artemis Langford, a man who forced himself into a University of Wyoming sorority and got a visible erection while watching the women change:

"It takes a very brave and unique person to do this, to be a first in a situation like this, and then to continue on..."

Yes, MSNBC is victim shaming and promoting the abuse of young girls.



Source: MSNBC

LGBTQ+ RIGHTS
FIRST OPENLY TRANS MEMBER OF UW SORORITY
ON CLIMATE AND TO BE IN THIS KIND OF
MSNBC REPORTS

11:56 AM · Sep 6, 2023 · **286.7K** Views

940          808          2.1K          42

R    Post your reply                    Reply

**Carol Nichols** @CarolNicholsTX · Sep 6, 2023
Encouraging men's fantasies is not kind or inclusive. We don't coddle anorexic women – by saying "oh sweetie – of course you are too fat!" Why treat men differently?
18

**Q Trader** ✔ @xemcoin · Sep 6, 2023
Him? 👇



**Relevant peo**

**Charlie Kirk**
@charliekir
Founder & C
@TPAction_
Show · Click
subscribe 🇺🇸

**Subscribe to**
**your own long**

Write longer posts
such as bold and it

Subscribe

**What's happe**

X    Caval
LIVE

**#iPhone16e**
Meet iPhone 16e, th
greatest price.
Promoted by Appl

Politics · Trending
**Rubio**
242K posts

Politics · Trending
**$350 Billion**
51.5K posts

Sports · Trending
**#SmackDown** 🏴
Trending with Logan F
41.5K posts

**Show more**

Terms of Service    Priv
Accessibility    Ads inf

Messages                    



**Martha Schultz** @twistsmom · Sep 6, 2023
Your posts are just frantic lately. Perhaps you need to touch some grass

1    82

**Vincenzo** 🇺🇸 @ApePatriotUSA · Sep 6, 2023
Bring back mental hospitals

1    2    76

**carl1961** 🇺🇸🇺🇸🇺🇸 ✓ @cmshelton2021 · Sep 6, 2023
should be fixed so he has no pointer!

1    5    675

**Tim Bundrick** @TimBundrick1 · Sep 6, 2023

2    9    319

**My Name is Jed** ✓ @dadwritesstuff · Sep 6, 2023
Identity has very little to do with the scrutiny, if any. The actions of this person are what are being regarded.

Regardless of this persons feelings, they have now corrupted a rule set that was in place for women's protection.
Not brave, very abusive.

1    15

**Relevant peo**

**Charlie Kirk**
@charliekirk
Founder & C
@TPAction_
Show · Click
subscribe 🇺🇸

**Subscribe to**
**your own long**

Write longer posts
such as bold and it

Subscribe

**What's happen**

Cava
LIVE

**#iPhone16e**
Meet iPhone 16e, th
greatest price.
☑ Promoted by Apple

Politics · Trending
**Rubio**
242K posts

Politics · Trending
**$350 Billion**
51.5K posts

Sports · Trending
**#SmackDown** 🛹
Trending with Logan P
41.5K posts

Show more

Terms of Service    Priv
Accessibility    Ads inf



Messages












Nancy Leos @NancyLeos3 · Sep 6, 2023

GIF

23    2.3K

2    167

Relevant peo...

Charlie Kirk
@charliekir
Founder & C
@TPAction_
Show · Click
subscribe 🇺🇸

Subscribe to
your own long

Write longer posts
such as bold and it

Subscribe

What's happe

Cavali
LIVE

#iPhone16e
Meet iPhone 16e, th
greatest price.
▶ Promoted by Apple

Politics · Trending
Rubio
242K posts

Politics · Trending
$350 Billion
51.5K posts

Sports · Trending
#SmackDown 🌊
Trending with Logan P
41.5K posts

Show more

Terms of Service    Priv
Accessibility    Ads inf

Home

Explore

Notifications

Messages

Grok

Lists

Bookmarks

Jobs

Communities

Premium

Verified Orgs

Profile

More

Post

Messages