










Search

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More
Post

**Genevieve Gluck** @WomenReadWomen

Six women at the University of Wyoming who sued their sorority for admitting a man who identifies as transgender have been told that their lawsuit should be dismissed by leaders of Kappa Kappa Gamma (KKG).

Artemis Langford, whose real name is Dallin, has allegedly been watching the women undress in their own sorority house, with a visible erection.

The lawyers for Kappa Kappa Gamma depicted the suit as an attempt by "a vocal minority" (the women) to impose their personal beliefs at the cost of Langford and the sorority.

"Perhaps the greatest wrongs in this case are not the ones Plaintiffs and their supporters imagine they have suffered, but the ones that they have inflicted through their conduct since filing the Complaint," they wrote. "Regardless of personal views on the rights of transgender people, the cruelty that Plaintiffs and their supporters have shown towards Langford and anyone in Kappa who supports Langford is disturbing."

trib.com/sorority-trans...

reduxx.info/women-file-law...

9:02 AM · Jun 25, 2023 · **776.6K** Views

1.1K 2.2K 6.4K 260

Post your reply Reply

**JustNatalieK** @Just_Natalie_K · Jun 25, 2023

I was blown away when he told them "I'll leave (the slumber party) once you all go to sleep." Then to hear he has had to use pillows to cover his erection when watching the girls!! This is horrible on so many levels for them.

14 243 4.6K

**Poundshop Baby Bully LGB✂️TQP?** @wordeths · Jun 25, 2023

Nasty, nasty man

1 1 109 2.9K

**#IstandwithJKRowling #KPSS💚...** @ar

I leave the sororities. Let them try to run the...

Relevant people

Genevieve
@WomenRe
Co-founder
REDUXX.INI
GenevieveG
anchor.fm/v

Subscribe to your own long

Write longer posts such as bold and it

Subscribe

What's happe

Caval
LIVE

#iPhone16e
Meet iPhone 16e, t
greatest price.
Promoted by Apple

Politics · Trending
$350 Billion
51.6K posts

Sports · Trending
#SmackDown
Trending with Logan P
41.8K posts

Politics · Trending
Rubio
242K posts

Show more

Terms of Service Priv
Accessibility Ads inf

Messages

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More

Post

Leave the sororities. Let them try to run them as male spaces. Good luck

3 112 2.2K

**(Jo-Jo) The Anti-Ideology Therapist- A...** @WyoT... · Jun 25, 2023

The KKG attorneys are showing how much they despise women in these statements. They only care about the feelings of a male. #Misogyny

1 6 206 4.5K

**Alethea Dystopia ❤️ 🐻♀️☕...** @Woman_U... · Jun 25, 2023

The respondent always does this. They are trying to socially pressure the court to see their view & pre try the matter in the court of public opinion. Wyoming courts are sloth slow when it comes to adopting social trends, for which in this instance I'm grateful.

1 2 71 1.8K

**Fidelity (Uncorked)** @Coleidoscopes · Jun 25, 2023

It truly shakes me to my core that women must take spiritual, mental, emotional, and physical losses to accommodate perverted men throughout history and forever.

4 8 87 1.1K

**I Know Cursive** @MaraInAmerica · Jun 25, 2023

Just a few years ago we were told our colleges were overrun with rapes and male aggression. Now they tell the women to shut up and comply.

1 42 345 3.8K

Post Reply

**Gretchen** @AbsoluteBiiitch · Jun 25, 2023

This is awful. This man is a chancer. Those poor girls. A sorority is a sacred experience for growing women. He has taken this away from them. Vile, vile man

1 49 1.2K

**Unwoke Heather** @UnwokeHeather · Jun 25, 2023

How else could a dude of his size and level of unattractiveness get within 100 yards of those girls but than to claim to be trans? This is sick.

1 6 146 2.3K

**Dmitri** @dimitri_12345 · Jun 25, 2023

Man this "new misogyny" is pretty intense

1 53 1.2K

**Pamela Anderson** @koshiniian · Jun 25, 2023

Fat ugly bloke will be an incel for the rest of his life.

16 185

**Kathleen Anne** @KATANNA_ · Jun 25, 2023

OK BRO

GIF

3 655

**MOT - 🟥#IStandWithAmyHamm💐...** @

Relevant people

Genevieve
@WomenRe
Co-founder
REDUXX.INI
GenevieveG
anchor.fm/v

Subscribe to your own long

Write longer posts such as bold and it

Subscribe

What's happe

Caval
LIVE

#iPhone16e
Meet iPhone 16e, t
greatest price.
Promoted by Apple

Politics · Trending
**$350 Billion**
51.6K posts

Sports · Trending
**#SmackDown**
Trending with Logan P
41.8K posts

Politics · Trending
**Rubio**
242K posts

Show more

Terms of Service Priv
Accessibility Ads inf

Messages

X

Home
Explore
2 Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More
Post

[redacted]

Did he lose his erection, and if so to be awarded great sums for his suffering? This is basically the big concern when it's boiled down to reality.

4 · 38 · 1.7K

❤️💪🇺🇸 @BeckyBeck73 · Jun 25, 2023
@megynkelly

3 · 1.1K

Clementine #9665 @JoesMom513 · Jun 25, 2023
This is how men punish women for complaints about sexual harassment and pressing charges for rapes.

38 · 134 · 2.6K · 43K

M N. (Stargazer) @ManibalMf · Jun 25, 2023
The women who are cheering this guy on, by demanding the lawsuit be dropped, are the very people enabling violence against women. All in the sake of "virtue signaling" and looking open minded. Pretty sad.

1 · 48 · 439

NUNG RIVER STORIES @NungRiver · Jun 25, 2023
"Their personal views" on "a visible erection".

1 · 23 · 1.3K

CHRIS QUINN @quinn010101 · Jun 25, 2023
Unfuckingbelievable. These young women are expected to put up with some creepy male becoming sexually aroused when watching them undress. On what planet is this just dandy?

4 · 57

Rockin Rina @RockinRina · Jun 25, 2023
How bout all these young women quit that sorority and he can stay there all by himself?

1 · 9 · 131

Abi Sinclair @Sportyster · Jun 25, 2023
Acceptance of the trans community has eroded in recent times and until they begin to acknowledge there are bad actors hijacking their community, that acceptance further diminishes. That old saying of 1 bad apple is more relevant now than ever.

1 · 1 · 9 · 455

WomanIsBiology 🏁 @NoToMisogyny · Jun 25, 2023
And this is WOMEN doing it to other women afraid of this AGP bastard?
dailymail.co.uk/news/article-1...

14 · 68 · 1K

Tania Báthory-KPSS @Tania_The_Hun · Jun 25, 2023
What a disgusting man

44 · 847

Edward B. @Arbitrash14 · Jun 25, 2023
Lunacy. Remember the movie? GET OUT!

4 · 111

Kate🇺🇸❤️🇬🇧 @StonehengeStan · Jun 25, 2023
The DARVO tactics won't work anymore.

23 · 1.8K

Naturally I Think @NaturallyIthink · Jun 25, 2023
"Vocal minority" describes assholes suppo
wang in a sorority. I am so fucking tired of t

Relevant peo
Genevieve
@WomenRe
Co-founder
REDUXX.INI
GenevieveG
anchor.fm/v

Subscribe to your own lon
Write longer posts such as bold and it
Subscribe

What's happe
Caval
LIVE

#iPhone16e
Meet iPhone 16e, t
greatest price.
Promoted by Apple

Politics · Trending
$350 Billion
51.6K posts

Sports · Trending
#SmackDown
Trending with Logan
41.8K posts

Politics · Trending
Rubio
242K posts

Show more

Terms of Service Priv
Accessibility Ads inf

Messages

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More
Post
2 43 235
CharlytheWorm @dzongsar · Jun 25, 2023
These sorority's are often silent on rape in their college community, my daughter's was.
These sorority's have alumni, and do they support the man amidst their daughters and Littles?
1 3 68 1.9K
Amy Blakeney @MissBlakeney · Jun 25, 2023
"Imagine they have suffered"
13 386
XxBoogiexX @Skippeedie · Jun 25, 2023
"Nah, you've just imagined you've been wronged."
3 269
Biological Truth @TruthBiologica1 · Jun 25, 2023
'We know that women are worthless and we will harm them until they agree.'
1 38 590
Women's News Network @WomensNN · Jun 25, 2023
GTFOWTFRARRRRRRRGGGGGHHHHH!!!
3 135
Cathy Morgan (AFH) I exist... @CathyMo41926... · Jun 25, 2023
KKG should be held accountable for a MAN to misinterpret the law!
12 497 28K
$8 Bartemy @BartemyS · Jun 25, 2023
This sorority does not deserve these girls and these girls should all quit the sorority.
It is a loss for them, but they need to have self respect and stand up to their sorority's bullying of them.
16 61 1.7K 44K
heafly @heafly1 · Jun 25, 2023
Why would the leaders, who did not file the lawsuits against themselves, be able to dismiss somebodies lawsuit?
1 14 926
Marion @HodgesBoots · Jun 25, 2023
Wow.
22 10K
Free the sausages @skrebnits · Jun 25, 2023
Ffs! Why do only the twans wickle feelings count! I'm sick of women's feelings, safety and dignity being dismissed! Are we second class citizens?!
11 21 502 12K
Tannerbee @Tannerbee4 · Jun 25, 2023
Typical DARVO defense. But your lede sentence should read "...told by leaders of KKG sorority that their lawsuit against the sorority should be dismissed." Otherwise it infers that KKG is telling them to back out, rather than simply posturing.
1 1 42 5.8K
Elena Lee- Stark.author.photog... @E
Sick and disgusting. But,just let h
Messages
Relevant peo
Genevieve
@WomenRe
Co-founder
REDUXX.INI
GenevieveG
anchor.fm/v
Subscribe to your own lon
Write longer posts such as bold and it
Subscribe
What's happe
Caval
LIVE
#iPhone16e
Meet iPhone 16e, t greatest price.
Promoted by Apple
Politics · Trending
$350 Billion
51.6K posts
Sports · Trending
#SmackDown
Trending with Logan F
41.8K posts
Politics · Trending
Rubio
242K posts
Show more
Terms of Service Priv
Accessibility Ads inf

3 1 50 4K
Eneri @Lawyermamee31 · Jun 25, 2023
Living in a society where legislation passes more laws to protect people who dress like women rather than real women is sexist innoculation of the perverted variety.
1 2 68
Margie the Average Americ... @Margare517756... · Jun 25, 2023
Welcome to the new patriarchy movement of misogynistic, predator, TRAs erasing women. The patriarchy wins again!
2 13 312
Hugh Jolley @hugh_jolley · Jun 25, 2023
Now LGBTQIAKKG+ ?
University of Wyoming.
I'd advise parents to direct their girls elsewhere. That place is doomed.
4 17 253 7.9K
Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More
Post
Relevant peo
Genevieve
@WomenRe
Co-founder
REDUXX.INI
GenevieveG
anchor.fm/v
Subscribe to your own lon
Write longer posts such as bold and it
Subscribe
What's happe
Caval
LIVE
#iPhone16e
Meet iPhone 16e, tl greatest price.
Promoted by Apple
Politics · Trending
$350 Billion
51.6K posts
Sports · Trending
#SmackDown
Trending with Logan F
41.8K posts
Politics · Trending
Rubio
242K posts
Show more
Terms of Service Priv
Accessibility Ads inf
Messages

X

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More

Post

Relevant peo

Genevieve
@WomenRe
Co-founder
REDUXX.INI
GenevieveG
anchor.fm/v

Subscribe to your own long

Write longer posts such as bold and it

Subscribe

What's happe

Caval
LIVE

#iPhone16e
Meet iPhone 16e, tl greatest price.
Promoted by Apple

Politics · Trending
$350 Billion
51.6K posts

Sports · Trending
#SmackDown
Trending with Logan P
41.8K posts

Politics · Trending
Rubio
242K posts

Show more

Terms of Service Priv
Accessibility Ads inf

Messages