NATIONAL

# Trans Who Had An Erection 'While Watching Members' Gets Accepted To Sorority; Sisters Sue University



By **Kent Masing**

**Published** 05/17/23 AT 6:51 AM EDT

   



(PHOTO: REUTERS / BRENDAN MCDERMID)

## KEY POINTS

- Kappa Kappa Gamma sorority members filed a lawsuit against a trans student for alleged obscene behavior

- Trans student Artemis Langford was allegedly seen with an erection while watching the members

- The victims' lawyers claimed Langford still comes to the sorority house and spends time with the members

A 21-year-old transgender woman is being sued by a group of sorority sisters at the University of Wyoming after the student allegedly became physically aroused around them.

Artemis Langford faces a lawsuit over alleged obscene behavior in front of the Kappa Kappa Gamma sorority sisters after joining them last September, the New York Post reported.

According to the seven sorority sisters' lawsuit, the 6-foot-2 transgender student, referred to under the male pseudonym Terry Smith in the documents, was seen sporting an erection while watching them.

"Mr. Smith has, while watching members enter the sorority house, had an erection visible through his leggings," the lawsuit alleged.

The sorority sisters who filed the complaint claimed that Langford, who is referred to as "he" and "him" in the suit, sometimes placed "a pillow in his lap" to allegedly hide evidence of being physically aroused.

The lawsuit also claimed that Langford stared at the women without talking for hours.

Langford was allegedly caught silently watching one sorority member who was wearing only a towel walk down the hall to take a shower.

"She felt an unsettling presence, turned, and saw Mr. Smith watching her silently," the lawsuit claimed.

However, Kari Kittrell Poole, the sorority's executive director, told the Associated Press that the lawsuit "contains numerous false allegations," without specifying them. She added that the sorority does not discriminate against gender identity.

Langford has been living outside the sorority house and was expected to move in the coming year, Cowboy State Daily reported.

But Cassie Craven, the sorority sisters' lawyer, told Megyn Kelly in an interview on her SiriusXM podcast that Langford still comes to the sorority house, has dinner with the members, and watches them.

While Craven believes transgender students should also be protected and provided with safe spaces, it shouldn't come at a cost to other students.

The women deeply affected by Langford's behavior also shared their experiences with Kelly.

"It's a weird, gut-wrenching feeling that every time I leave my room there's a possibility that I'll walk past him in the hall," a sorority sister identified as Hannah said.

"It's a weird feeling just to know that I could run into him anytime ... (he has) full access to the house. But this just goes to show like we need women's spaces for that reason," she added.

Another sorority sister, who was not identified by name, told Kelly that the situation has been particularly stressful since some of her fellow members have been "sexually assaulted or sexually harassed."

"So some girls live in constant fear in their home and our home is supposed to be a safe space," the Wyoming college student said.

The women want Langford to be stripped of sorority membership and have asked to be awarded unspecified damages.

**READ MORE**

'#BoycottStarbucks': Coffee Giant's Ad On Inclusivity Sparks Debate

US Family Flees Texas To Transgender 'Refuge' -- Minnesota

Montana Transgender Legislator Silenced After 'Blood On Your Hands' Comment

The sorority sisters also included in their complaint the national Kappa Kappa Gamma sorority, its national council president as well as the university for allegedly pressuring the local chapter to breach sorority rules to induct Langford into the group.

The plaintiffs insisted their sorority is a "single-gender" organization, as stated by their "Guide for Supporting Our LGBTQIA+ Members" published in 2018.



A group of transgender activists were refused service at an IHOP restaurant in Nashville, Tennessee. In this picture, transgender activists and supporters protest potential changes by the Trump administration in federal guidelines issued to public schools in defense of transgender student rights, near the White House in Washington, Feb. 22, 2017.    (PHOTO: REUTERS/JONATHAN ERNST)

© Copyright IBTimes 2024. All rights reserved.

## MOST POPULAR IN NATIONAL



**Tulsi Gabbard Fires Over 100 Intelligence Officers Over Sexually Explicit Chats On NSA Tool**



**Trump Congratulates Southwest for Narrowly Avoiding Collision With Private Jet, Says Pilot 'Must Have Been Sleeping!'**



**California Judge Blocks Mass Firings Of Probationary Federal Workers**



**Epstein Files Release Sparks Rage, Disappointment: 'Nothing Juicy'**



**FBI Sounds Alarm Over AT&T Hackers Stealing Agent Call Logs That Man Expose Informants**



**Trump's Mass Deportation Plan Could Keep Food Off American's Plates, Farming Industry Warns**



**Oklahoma Education Department Proposes Mandatory Bible Studies in Public Schools**



**Full List of Republicans Who Broke From Trump to Vote Against Defense Nominee Pete Hegseth**



**Republican Senator Worried About Atheist Teachers Reading Bible to Students, Wants to Replace Them with Religious Scholars**



**'Shut It Down' Trends On X As Congress Faces Backlash Over Shutdown Deal**



**PHOTOS: Mangled Remains Seen In Potomac River After Passenger Jet And Black Hawk Helicopter Collide**



**Cryptic Messages Found Etched On Bullets That Killed UnitedHealthcare CEO Brian Thompson**



**Father Identifies Pilot Killed In American Airlines Crash: 'It Hurts So Bad'**



**Matt Gaetz Quickly Moves To Block Ethics Report Release After Excerpts Reveal Ecstasy-Fueled Parties, Paying Women For Sex**



**Trump Suggests Eliminating FEMA: 'I'd Rather See The States Take Care Of Their Own Problems'**



**How a 126-Year-Old Court Ruling Will Stonewall Trump's Bid to End Birthright Citizenship, According to Experts**



**US, Russian Figure Skaters Among Victims On American Airlines Plane That Plummeted Into Frigid Potomac After Mid-Air Crash**



**Biden Scraps Two Student Loan Forgiveness Plans: What Borrowers Must Know**



**Property Values Could Drop $1.47 Trillion Due To Climate Change: Study**



**NASA's Voyager 1 Probe Sending Data Again Nearly 50 Years After Launch**

NEWS                                                                          ⌄

FEATURED                                                                      ⌄

ABOUT                                                                         ⌄

EDITIONS                                                                      ⌄

FOLLOW US                                                                     ⌄

## INTERNATIONAL BUSINESS TIMES

© Copyright 2025 IBTimes LLC. All Rights Reserved.