**BREAKING NEWS**

Zelensky claims 'I'm not sure that we did something bad' in first remarks since Trump Oval Office blowup

US NEWS

# University of Wyoming sorority sisters say they 'live in fear' of trans member

By Yaron Steinbuch

Published May 16, 2023
Updated May 17, 2023, 8:23 p.m. ET



## **EXPLORE MORE**



**DOGE's war on the government class, Comey's creepy sex-spy plot and other commentary**



**Trans athlete misses California girls' basketball playoff game amid Trump admin probe, protesters – and team loses by 26**



**Trump DOE opens investigation after Maine gov defies prez on trans athletes — putting $250M in school funds at risk**

A group of University of Wyoming sorority sisters who are suing their sorority for accepting a transgender woman into their group have broken cover to describe how they "live in constant fear in our home" — after the hulking student has become physically aroused around them.

The seven women from the Kappa Kappa Gamma house have filed a lawsuit against the national sorority organization, its national council president and Artemis Langford, 21, a 6-foot-2, 260-pound trans student who joined their chapter in September 2022.

Langford — referred to under the male pseudonym Terry Smith in the suit — has been living outside the sorority house and was expected to move in the coming year, according to Cowboy State Daily.

However, the student, who is referred to as "he" and "him" in the suit, still often stays for meals and attends events with the women, their attorney told Megyn Kelly on her podcast Monday.

**NEW YORK POST**

## Before you go ...