SK POP    NFL    NBA    NHL    WWE    NCAAF    MLB

LOG IN

SK POP    Reality TV    Daily Soaps    TV Shows    Movies    Music News    Sports Fashion    K Pop    Anime    Lifestyle    Comics

POP Culture News    What did Artemis Langford do? University of Wyoming sorority lawsuit against trans member explained

# What did Artemis Langford do? University of Wyoming sorority lawsuit against trans member explained

By Nirali Sheth | Modified May 17, 2023 02:15 GMT

 Follow Us     Share     Discuss



*Kappa Kappa Gamma members sue UW for allowing a transgender woman into the house (Image via Getty Images)*


The ingredients you want. The convenience you need. Learn More


GET YOUR NEW


Go into retirement with confidence.
Your life's work goes into retirement. Now what? Help protect it and start building a more secure retirement with Prudential.



Seven women from a sorority house at UW, Cheyenne, have filed a lawsuit against the university for allowing Artemis Langford, a transgender woman, back into their local chapter. In the lawsuit, sorority sisters from the Kappa Kappa Gamma house describe that they "live in constant fear" as the 21-year-old student has voyeuristic tendencies and is "visibly aroused" around them.

Go into retirement with confidence.

Your life's work goes into retirement. Now what? Help protect it and start building a more secure retirement with Prudential.

theneighborhoodtalk
2.1M followers

View profile

**University Of Wyoming Sorority Sisters Slam School's Decision To Let Trans Woman Move Back Into Their House, Claim "They Live In Constant Fear" Because She "Peeps At Them While Visibly Aroused"**

View more on Instagram

10,073 likes

Add a comment...

Ad removed. Details

The lawsuit was filed in March 2023, against the woman referred to with the pseudonym, Terry Smith.

Smith is reportedly 6'2" tall and weighs around 260 pounds. The sorority sisters expressed their discomfort being around her, stating:

> "*One sorority member walked down the hall to take a shower, wearing only a towel. She felt an unsettling presence, turned, and saw Mr. Smith watching her silently.*"

Go into retirement with confidence.
Your life's work goes into retirement. Now what? Help protect it and start building a more secure retirement with Prudential.

In September 2022, Artemis Langford made headlines after she was allowed to join the said sorority.

## Executive director of the sorority shuts down claims made in the lawsuit against Artemis Langford

While Terry (Langford) has not officially moved into the sorority yet and is expected to move in later, she often stays back for meals and attends events with the members of the house. They added that she has full access to the house.

Students sue University of Wyoming sorority for accepting transgend…

Go into retirement with confidence.
Your life's work goes into retirement. Now what? Help protect it and start building a more secure retirement with Prudential.

Ad

Expanding on the unease felt, the women stated that the 21-year-old would often stare at them without talking for hours. Remarking that she [behaves inappropriately,](#) they claimed that one time she "had an erection visible through his leggings," while other times she has a pillow in her lap. The lawsuit adds:

> "Smith (Artemis Langford) repeatedly questioned the women about what vaginas look like, breast cup size, whether women were considering breast reductions and birth control."

Ad

The members also alleged that the national Kappa Kappa Gamma sorority, the sorority's national council president, and Langford, all pressured them to breach the official bylaws and induct her. They instead referred to a 2018 *Guide for Supporting Our [LGBTQIA+ Members](#)* which accepts both women and those who identify as women.

They stated:

> "An adult human male does not become a woman just because he tells others that he has a female 'gender identity' and behaves in what he believes to be a stereotypically female manner."

Ad

 **Go into retirement with confidence.** Your life's work goes into retirement. Now what? Help protect it and start building a more secure retirement with Prudential. >

*Tweet is loading...*

Expand Tweet

Ad

However, the executive director of the sorority, Kari Kittrell Poole, has shut down the claims made in the lawsuit, stating that it featured "numerous false allegations" without elaborating or specifying them. She remarked that the sorority does not "discriminate against gender identity."

In a podcast interview on *The Megan Kelly Show*, the seven women who chose to remain unnamed added that Langford deserves to have a safe place and not be discriminated against. However, they said that it must not be by "moving into their home."

Ad

Asserting that one's home is supposed to be a "safe place," one plaintiff said that the situation has become highly distressing as many of her sisters have been "s*xually assaulted or s*xually harassed" and just want to feel safe.

The lawsuit demands that Artemis Langford's men Kappa Gamma (KKG) become void.

**Go into retirement with confidence.**
Your life's work goes into retirement. Now what? Help protect and start building a more secure retirement with Prudential.

KKG national headquarters released a statement, explaining that they are aware of the "litigation" filed and would address it in court.

Was this article helpful?  👍  👎

Quick Links  ‹  Esports Socials    Trending  ›

*Edited by Upasya Bhowal*

### Amazon's Worst Nightmare: Thousands Canceling Prime for This Clever Hack

This simple trick can save tons of money on Amazon, but most Prime members are ignoring it.

**Online Shopping Tools** | Sponsored

### Enlarged Prostate Has Nothing To Do With Age: Just Stop Doing This One Common Habit

See What Happen

**Prostate Portal** | Sponsored    Click Here

### Why Are So Many Day Traders Switching to Futures?

Expand your trading portfolio with this futures trading platform that includes powerful automation, flexible customization and low commissions.

**NinjaTrader** | Sponsored    Learn More

### Amazon's Worst Nightmare: Shoppers Canceling Prime for This Clever Hack

This simple trick can save tons of money on Amazon, but most Prime members are ignoring it.

**Online Shopping Tools** | Sponsored

### Urologist: Enlarged Prostate? Every Man Should Stop This 1 Habit!

See What Happen

**Prostate Portal** | Sponsored    Click Here

### Empty Alaska Cruises Departing From Pennsylvania That Seniors Can Book For Dirt Cheap

**Cruises | Search ads** | Sponsored

### Go into retirement with confidence.

Your life's work goes into retirement. Now what? Help protect it and start building a more secure retirement with Prudential.

**Go into retirement with confidence.**

Your life's work goes into retirement. Now what? Help protect it and start building a more secure retirement with Prudential.

**Go into retirement with confidence.**

Your life's work goes into retirement. Now what? Help protect it and start building a more secure retirement with Prudential.