289
View comments

Top ⌃   Home   +99   ith 2025 10PM 48°F   1AM 47°F   5-Day Forecast


.com

| Home | Showbiz | TV | Politics | Femail | Sports | Health | Science | Royals | Money | Real Estate | Media | U.K. | Video | Shopping |

Donald Trump   Joe Biden   Politics Newsletter   Breaking News                                                    Login

ADVERTISEMENT

# MEGHAN MCCAIN: A sorority forced to

◉ Site ◯ Web   Enter your search

231
shares

289
View comments

Look at a picture of the ladies of Kappa Kappa Gamma sorority on the front stoop of their house at the University of **Wyoming**.

At first glance, it's a seemingly ordinary snap of women in their college years. Sadly, it's completely extraordinary.

Look again. One sorority member looms over all the rest.



AD  choices ▷

TOP STORIES

▸ **Zelensky refuses to apologize to Trump for White House brawl and accuses him of LYING**



EXCLUSIVE  **Blake Lively suffers another blow as her latest Justin Baldoni demand is DENIED**

**289**
View comments

Top ∧    Home    +99

Langford is not like the other girls, because Langford is a biological male, who identifies as a woman.

What this image truly shows is a country whose moral compass is spinning wildly out of control.

Now former KKG members are speaking out and what they have to say is shocking.

According to a legal complaint, Langford has been seen in the shared sorority house space watching the women with 'an erection visible through his leggings.'

At 'other times, he has had a pillow in his lap,' the document states.

Yes, you read that right.

Langford is reportedly attracted to women and apparently, Langford's not shy about it.

The national Kappa Kappa Gamma organization is now being sued by seven former members, who claim that KKG broke its agreement with them by admitting a biological male – accused of sexually explicit public behavior – into an all-female institution.



+6
View gallery

© haleykerrrrrr_/Instagram

**Look again. One sorority member looms over all the rest. That's Artemis Langford (above, far left in orange), who reportedly stands at 6'2" tall and weighs 260 pounds.**

Why Blake's demand was denied




▸ **Marco Rubio reveals that what Zelensky did before cameras started rolling is reason why he should apologize**

EXCLUSIVE
**Hollywood snitch reveals the secret A-Z list of the elite LA Girl Squad everyone wants to be in (look away now if your name is Paris Hilton!)**



ADVERTISEMENT



DSW

▸ **Inside Barron Trump's secret life at NYU: Bodyguards in sneaky disguises… what friends really think of him… and a truly disastrous night out!**



▸ **Gene Hackman sheriff demolishes key death theory and reveals horrifying length of time star lay dead**



▸ **Anthony Bourdain's chilling final text before suicide aged 61 revealed**
Anthony Bourdain 's chilling final text in 2018



▸ **Inside the Trump-Vance tag team with Zelensky that went off the rails… and how 'diss' of VP got it started**



▸ **Haunting new photo that raises terrifying JFK question: Did he help seal his own fate in Dallas? MAUREEN CALLAHAN pieces together an outrageous cover-up**

