# Standard

NEWS    OPINION    WATCH    BUSINESS    FEATURES    DONATE    ABOUT US    PUBLICATIONS

ominating X  |  'HE'S NOT MAGA': Trump disapproves of Poilievre, calls Freeland a 'whack'  |  UPDATED: Zelensky kicked out of White House after

News

# Lawsuit filed after trans male member of sorority house causes chaos



Myke Thomas

Published on: 17 May 2023, 2:00 pm

      

You can still access 1 more article for free.

The University of Wyoming is being sued by a group of sorority sisters over the university's acceptance of a biological man who identifies as a woman into their sorority.

In the suit seven women from the Kappa Kappa Gamma (KKG) sorority house say they "live in constant fear in our home," alleging the biological male, Artemis Langford, who is 21, stands 6-ft. 2-ins and weighs 260-pounds, has become physically aroused around them, reports the *New York Post*.

Langford, who is referred to Terry Smith and called 'he' and 'him' in in the suit, joined the sorority last September. He lives outside the sorority house, but was intending to move in sometime this year, according to Cowboy State Daily.

However, Langford often stays for meals and attends events with the women, their attorney, Cassie Craven [told Megyn Kelly on her podcast](#) Monday.

"It's a weird, gut-wrenching feeling that every time I leave my room there's a possibility that I'll walk past him in the hall," one of the sorority sisters, who remained unnamed, told Kelly. "It's a weird feeling just to know that I could run into him anytime. (He has) full access to the house, but this just goes to show we need women's spaces for that reason."

She added, "Our house is our home. Just like anyone else's home. You go home at the end of the day to feel comfortable and relaxed in your own skin. And you can't do that knowing that this individual has full access to your house."

The suit claims that national sorority officials pressured the local chapter to violate sorority rules by allowing Smith to enter the sisterhood.

Another student, who also remained unidentified, said the situation is particularly distressing because some of her sisters have been "sexually assaulted or sexually harassed" and want to feel safe inside the home, reports the *Post*.

"So, some girls live in constant fear in their home and our home is supposed to be a safe space. It is seriously an only-female space. It is so different than living in the dorms, for instance, where men and women can commingle on the floors. That is not the case in a sorority house. We share just a couple of main bathrooms on the upstairs floor."

The lawsuit alleges that Langford stared at the women without talking for hours, reports the *Post*.

"One sorority member walked down the hall to take a shower, wearing only a towel. She felt an unsettling presence, turned, and saw Mr. Smith watching her silently," the lawsuit alleges.

In another disturbing incident, the *Post* reports, the lawsuit alleges Langford has even become physically aroused.

"Mr. Smith has, while watching members enter the sorority house, had an erection visible through his leggings," the suit says. "Other times, he has had a pillow in his lap."

Craven told Kelly that "there has been an exemption granted for him for his safety, but not for these young women."

"That individual still comes to the house, still engages in dinner, still sits in the chair and watches the girls."

One of the students said she almost decided to leave the sorority because of the issue, says the *Post*.

"But I reconnected with fellow sisters and alumni and I realized how important this organization is to me and to everybody else. And I refuse to allow subverting my rights as a woman to cater towards the comfort of

a man. I will not let him take these opportunities away from me," she said.

Craven agreed trans students need "their own spaces" and "deserve to be safe and protected," but that shouldn't come at a cost to female students.

"It's so obvious. It's so biologically fundamental to the core. And we can't allow, well, culture to be the arbiter of what sisterhood is. It's a shared experience and it's growth and it's development and this experience is not doing this individual any justice whatsoever. So that's where I think the left gets it wrong."

In the suit, the plaintiffs maintain the national KKG sorority, its national council president and Langford put pressure on the Wyoming chapter to breach sorority rules, claiming a 2018 *Guide for Supporting Our LGBTQIA+ Members* indicates the sorority is a 'single-gender' organization.

Kari Kittrell Poole, executive director of the sorority, told the *Associated Press* the lawsuit "contains numerous false allegations," but did not specify what those were, only adding the sorority does not discriminate against gender identity.

The suit asks Langford's membership be voided and the seven women be awarded unspecified damages.

Wyoming   University Of Wyoming   Cassie Craven

Terry Smith   Zeta Phi Beta   Artemis Langford

You can still access 1 more article for free.

## Related Stories



### 'I RESIGNED FROM THEM ALL': Carney caught lying about board positions

Jen Hodgson · 6 hours ago



### TAX TOSSUP: Horner admits he could have cut gas or income taxes but not both

Shaun Polczer · 7 hours ago



### Beck urges Saskatchewan to boycott US alcohol if Trump's tariffs take effect

Western Standard News Services · 7 hours ago



### BC Conservatives introduce legislation to bolster interprovincial trade

Jarryd Jäger · 7 hours ago

News

## 'I RESIGNED FROM THEM ALL': Carney caught lying about board positions

Jen Hodgson

Published on: 28 Feb 2025, 2:31 pm

Liberal leadership candidate Mark Carney is caught in a lie yet again, this time about his alleged resignation from multiple different international board positions.

"I have resigned all of my positions. I have resigned all of my positions, full stop," said Carney when he announced his candidacy on January 16. He repeated the claim after this week's English-language leaders

Read More



Alberta

# TAX TOSSUP: Horner admits he could have cut gas or income taxes but not both

Shaun Polczer

Published on: 28 Feb 2025, 1:15 pm

What's a billion dollars at the cabinet table? Give or take.

That's the amount Finance Minister could have saved Albertans in Thursday's budget by cutting — or even eliminating — the gas tax instead of cutting personal income taxes.

Speaking in Calgary on Friday, Horner and Premier Danielle Smith both acknowledged 'heated'

Read More

Saskatchewan
# Beck urges Saskatchewan to boycott US alcohol if Trump's tariffs take effect

Western Standard News Services

Published on: 28 Feb 2025, 1:15 pm

With the looming threat of a 25% tariff on Saskatchewan and Canada by Donald Trump, Saskatchewan NDP Leader Carla Beck is calling on the province to fight back by keeping US alcohol off store shelves and supporting local businesses instead.
Speaking at District Brewing in Regina, Beck urged the provincial government to pull American beer,

Read More

News
# BC Conservatives introduce legislation to bolster interprovincial trade

Jarryd Jäger

Published on: 28 Feb 2025, 1:08 pm

The BC Conservatives have introduced legislation aimed at bolstering interprovincial trade.

Leader John Rustad's "Free Trade and Mobility within Canada Act" was described by the party as a way to "unlock economic potential, reduce red tape, and ensure that British Columbians benefit from freer and fairer commerce within Canada."

Read More

News
# Microsoft permanently cancels Skype, points users to Teams

Jen Hodgson

Published on: 28 Feb 2025, 12:53 pm

It's the end of an era — Skype, the first major video conferencing platform, will be permanently axed and will be unavailable to users as of May.

Microsoft says the service, which is used by two billion people worldwide and has been in use since 2003, is being cancelled to make way for the company's more modern Teams app. Teams will absorb Skype

Read More

Standard

Letter to the Editor | Advertise | Contact us | Terms and Conditions | About Us | Privacy Policy | AI Policy | Westcoaststandard | Saskatchewanstandard

© westernstandard 2025
Powered by Quintype

