SUBSCRIBE FOR $1    Login

**LATEST**   Putin Allies Rejoice After Heated Trump-Zelensky White House Meeting   

U.S.  |  Transgender    Transgender Rights    LGBTQ    Wyoming    Sorority

# Judge Sides With Trans Sorority Member Accused of Inappropriate Erection

Published Aug 28, 2023 at 12:31 PM EDT

Updated Aug 29, 2023 at 5:07 PM EDT



**Newsweek**    SUBSCRIBE FOR $1

towards other female members recently scored a legal victory

By **Matthew Impelli**
Writer

Newsweek Is A Trust Project Member

FOLLOW

News Article    |    0

A transgender sorority member accused of acting inappropriately towards other female members recently scored a legal victory.

On Friday, a federal judge in Wyoming dismissed a lawsuit that was brought by members of the Kappa Kappa Gamma Sorority at the University of Wyoming attempting to have a transgender woman removed from the Greek life organization.

The dismissal by the judge comes shortly after members of the sorority the lawsuit against the the Kappa Kappa Gamma Sorority and the transgender member, identified as Artemis Langford, saying that her membership should be voided over her gender.

In March, members of the Kappa Kappa Gamma Sorority filed the lawsuit against the organization and Langford saying that Langford is a man and that "Kappa Kappa Gamma limits membership to women only. Under the Sorority's Bylaws, every new member must be 'a woman.'...A woman is an adult human female. An adult human male is not a woman, no matter how he chooses to describe himself."

Over the past several months, transgender rights have remained a topic of conversation, with much controversy surrounding the idea of transgender women competing in female sports. In July, a non-binary individual was removed from a sorority at St. Lawrence University, prompting widespread criticism and discussion if the individual should be reinstated.

Newsweek  SUBSCRIBE FOR $1

LATEST   Putin Allies Rejoice After Heated Trump-Zelensky White House Meeting



The Kappa Kappa Gamma sorority house at University of Wyoming in Laramie. A judge in Wyoming dismissed a lawsuit that sought to remove a transgender woman from a sorority at the University of Wyoming.
**SCREENSHOT VIA GOOGLE MAPS**

The lawsuit went on to state that Langford was admitted to the sorority through its council president and a vote from other members. However, after Langford was admitted to the sorority, many members said they felt unconformable by Langford's behavior.

"Langford states that he is transgender and that he self-identifies as a woman. His behavior, however, does not reflect a man living as a woman let alone a man attempting to "consistently live" as a woman," the complaint said. "Other than occasionally wearing women's clothing, Langford makes little effort to resemble a woman. He has not undergone treatments to create a more feminine appearance, such as female hormones, feminization surgery, or laser hair removal. Plaintiffs often observe Langford with the facial hair one would expect on a man who either did not shave that morning or whose facial hair has regrown by the evening."

The complaint also states that some members of the sorority felt uncomfortable by Langford's behavior on several occasions and accused Langford of staring at women and



SUBSCRIBE FOR $1

LATEST   Putin Allies Rejoice After Heated Trump–Zelensky White House Meeting

become sexually aroused."

Despite the claims made by the sorority members, a federal judge ruled against the attempts to have Langford's membership voided from the Kappa Kappa Gamma chapter at the University of Wyoming.

"The University of Wyoming chapter voted to admit - and, more broadly, a sorority of hundreds of thousands approved - Langford. With its inquiry beginning and ending there, the Court will not define "woman" today. The delegate of a private, voluntary organization interpreted "woman", otherwise undefined in the nonprofit's bylaws, expansively; this Judge may not invade Kappa Kappa Gamma's freedom of expressive association and inject the circumscribed definition Plaintiffs urge," the judge said. "Holding that Plaintiffs fail to plausibly allege their derivative, breach of contract, tortious interference, and direct claims, the Court dismisses, without prejudice, Plaintiffs' causes of action."

In a statement to WyoFile, a lawyer for Langford responded to the dismissal saying, "We are elated that the Court saw the allegations against Ms. Langford our way: as unsubstantiated and unbefitting of a federal court. As Ms. Langford outlined in her Motion to Dismiss, the allegations against her were largely unrelated to any legal claims the plaintiffs raised."

"Ms. Langford can now return to campus and focus on being a student rather than having to worry about potentially defending herself against bogus claims," the statement added.

**Newsweek**  SUBSCRIBE FOR $1

LATEST   Putin Allies Rejoice After Heated Trump–Zelensky White House Meeting

suffragists for decades have been told that their bodies, opinions, and safety doesn't matter. The Court stated it would not define what a 'woman' is. The fundamental issue has remained undecided."

In a statement to *Newsweek*, a spokesperson for Kappa Kappa Gamma said the sorority "applauds the court's ruling in Wyoming upholding a private organization's right to choose their members. We look forward to moving past this lawsuit so we can continue the important work being done every day on behalf of all of our members."

*Newsweek* reached out to lawyers for Langford and the sorority members via email for comment.

Update: 8/29/23, 4:54 p.m. EST. This story has been updated to include a statement from Kappa Kappa Gamma.

Request Reprint & Licensing

Submit Correction

View Editorial & AI Guidelines

SPONSORED CONTENT



**Look For Your Old High School Yearbook, It's Free**
Classmates



**Eat 1 Teaspoon Every Night, See What Happens a Week Later**

**Newsweek** SUBSCRIBE FOR $1

LATEST   Putin Allies Rejoice After Heated Trump–Zelensky White House Meeting



**Amazon Is Losing Money As Shoppers Are Canceling Prime For This**
Free Online Coupons



**7 Things Trump Plans To Do for Seniors On SS In 2025**
Super Saving Online



**Look For Any High School Yearbook, It's Free**
Classmates

**Here's How Much A 1-Day Walk In Shower Costs In Pennsylvania**
Jacuzzi.Com

## RELATED PODCASTS

**Newsweek Radio**
Trump's Inevitable Collapse, Epstein List Delays, Mark Cuban Won't Be POTUS

**For Justice! With Rakim...**
Finally, A Good Week for Trump's Opposition?

**The Josh Hammer Show**
Who the Hell Invited the Scumbag Tate Brothers to Florida?

Newsweek    SUBSCRIBE FOR $1

LATEST    Putin Allies Rejoice After Heated Trump-Zelensky White House Meeting



How Zelensky's White House Visit With Trump Unraveled in Real Time

Newsweek    SUBSCRIBE FOR $1

LATEST    Putin Allies Rejoice After Heated Trump-Zelensky White House Meeting



**Trump: Zelensky Can Return When He's 'Ready for Peace' after Heated Oval Office Clash**

**Newsweek**  SUBSCRIBE FOR $1

LATEST   Putin Allies Rejoice After Heated Trump-Zelensky White House Meeting



**Pope Francis Has 'Isolated Breathing Crisis': Vatican's Late Friday Update**

**Newsweek**  SUBSCRIBE FOR $1

LATEST    Putin Allies Rejoice After Heated Trump-Zelensky White House Meeting



## Elon Musk Issues Warning About Donald Trump-Backed GOP Budget Bill

## About the writer

### Matthew Impelli
FOLLOW

Matthew Impelli is a Newsweek staff writer based in New York. His focus is reporting social issues and crime. In ... read more

# Newsweek

**SUBSCRIBE FOR $1**

LATEST    Putin Allies Rejoice After Heated Trump-Zelensky White House Meeting

## Trending



**01** Donald Trump's Approval Rating Falls in Multiple Polls

38 comments

**02** Plane Passenger Returns From Bathroom—Puzzled by Anonymous Note on Her Seat

0 comments

**03** Boy, 2, Goes to Barber, No One Prepared for What He Comes Home With

2 comments

**Newsweek**    SUBSCRIBE FOR $1

LATEST    Putin Allies Rejoice After Heated Trump-Zelensky White House Meeting

03    ~~Gene Hackman's Daughter Speaks Out As Death Mystery Deepens~~

1 comments

← Back To Homepage

THE DEBATE

### Sen. Jim Banks: Trump Leading America Into New Golden Age | Opinion

By Jim Banks



**VS**



### The Dealmaker-in-Chief Just Sold Off America's National Security | Opinion

By Matt Robison

OPINION

### The Nation Needs NOAA | Opinion

By Richard Spinrad



### NAACP, AFT Leaders: Trump's Plans Put America's Children Last | Opinion

By Derrick Johnson And Randi Weingarten



### Mayors: With Federal Funding Under Attack, Cities Must Take Lead | Opinion

By Kate Gallego, Quinton Lucas, And Mary Ellen Wiederwohl



### Trump's Frenetic About-Face on Venezuela | Opinion

 **SUBSCRIBE FOR $1**

LATEST   Putin Allies Rejoice After Heated Trump-Zelensky White House Meeting

By Josh Hammer 

### China's Economy Is in Deep Trouble | Opinion
By Gordon G. Chang 

### Democrats Can't Win Back Workers by Siding With Corporations | Opinion
By Paul Sonn 

### Great Powers Don't Bluff | Opinion
By George Monastiriakos 

### Trump's New 'Pardon Czar' Brings Hope for Criminal Justice Reform | Opinion
By James Davis 

### The Mythology of Free Markets | Opinion
By Nicholas Creel 

### A Unique Opportunity for Israel to Normalize Ties With Lebanon | Opinion
By Yaakov Katz 

### America the Mercenary: Ukraine Shakedown Turns Us Into Gangsters | Opinion
By Dan Perry 

Newsweek

SUBSCRIBE FOR $1

LATEST   Putin Allies Rejoice After Heated Trump–Zelensky White House Meeting

Entertainment >
Fact Check >
Digital+ Yearly $49.00

My Turn >
Education >
Premium Monthly $9.99

Events >
Sports >
Premium Yearly $99

Podcasts >
Better Planet >

Better Workplaces >
Vault >

Mightier >
Autos >

Newsletters >
Unconventional >

Vantage >
Experts >

Voices >

Trending

Israel at War       Vladimir Putin       Russia-Ukraine War

Donald Trump

Newsletters in your inbox See all

☐ The Bulletin (Daily)
See Sample

☐ The Gist of It (Daily)

☐ Geoscape (Twice a Week)

☐ The 1600 (Daily)

☐ Inside Trump Policy (Weekly)

☐ Sports Daily (Daily)

In The Magazine

**Newsweek**  SUBSCRIBE FOR $1

LATEST     Putin Allies Rejoice After Heated Trump-Zelensky White House Meeting

☐ Breaking News (As it Breaks)    ☐ The Debate (Twice a Week)

☐ Pawsitively (Daily)    ☐ Better Planet (Weekly)

☐ Newsweek Pulse (2x3 Times a Month)

Email address    •••    Sign up now

You can unsubscribe at any time. By signing up you are agreeing to our Terms of Service and Privacy Policy.

March 07 2025 Issue

---

| Company | Editions: | Contact |
|---|---|---|
| About Us | U.S. Edition | Advertise |
| Masthead | 日本 | Careers |
| Diversity | Polska | Contact Us |
| Announcements | România | Corrections |
| Archive | | |
| Policies and Standards | | |
| Mission Statement | | |
| Leadership | | |
| Newsletters | | |
| Press Center | | |

**Terms of Use**

Cookie Policy

Copyright

Privacy Policy

  SUBSCRIBE FOR $1

LATEST   Putin Allies Rejoice After Heated Trump-Zelensky White House Meeting

© 2025 NEWSWEEK DIGITAL LLC