# Cowboy State Daily's Post



 **Cowboy State Daily**
April 15, 2023 ·

Acknowledging both growing violence around transgender issues and the public's right to follow court proceedings, a federal judge on Friday filed a second order denying anonymity for seven women suing the Kappa Kappa Sorority for inducting transgender member Artemis Langford.



COWBOYSTATEDAILY.COM

**No Anonymity: Judge Says University of Wyoming Women Suing Sorority Over Transgender Member Must Use "True Names"**

 59      103 comments    4 shares

 Like       Comment      Share

**Most relevant** ▼

 **Shannon Sortina Klein**
It needs to be a sexual harassment suit. If you read what they have encountered with this pervert you will agree

1y    Like    Reply    4

**Donnie McDow**
start a TRANS sorority-this is just STUPID and the same for sports, start Trans Competition and compete against each other

2/28/25, 5:56 PM
Case 2:23-cv-00051-ABJ    Document 48-44    Filed 02/28/25    Page 2 of 3
(4) Acknowledging both growing violence around... - Cowboy State Daily | Facebook

1y   Like   Reply   👍

**Peggy Wilder-Husn**
Wonder if the judge would allow this person to use the same bathroom as his female relatives. Sick society.

1y   Like   Reply   2 👍

⌙ View 1 reply

**James Jugan**
"It" this "thing" should not be allowed to be within a yard from others who are normal people. It is disgusting and not natural. It is completely sinister

1y   Like   Reply   Edited   2 👍

**Andrea Lampsaco**
It's good. I would do it too, indeed I would pretend to be a horse just to be in the midst of all that goodness...

1y   Like   Reply

**Carol Caruso**
Why is that male gorilla with a hard one allowed around young girls?

1y   Like   Reply   2 👍

**Daniel Burback**
I feel these kids need unanimity. You're dealing with a cult of groomers to under 21 age. Making a young mind thinking belonging to a diverse style. That it's all dreamy cool different. Then we have the end product as a adult. The group would make th... **See more**

1y   Like   Reply   13 👍

**Frank Groth**
While I get the judge's reasononing from the perspective of the law, precedent and the public's right to know, his ruling is flawed, I think. The plaintiffs are potentially going to be exposed for the rest of their lives... we've seen, after all, the c... **See more**

1y   Like   Reply   16 👍

⌙ View all 2 replies

💎 Top fan
**Jennifer Georges**
This should be easy to understand how freedoms work
This person took his part, but it affected others negatively. He exercised his freedom, but with an injustice to others. Freedoms can't be exercised as every individual wants without looking at injust... **See more**

1y   Like   Reply   4 👍

**Christine Ann**

Artemis is and will always be a man. Stay out of the sisterhood freak!

1y · Like · Reply · 2 👍

**Jim Case**

There is way more to life than a sorority. If they are uncomfortable, then leave. If the transgender person was having an obvious growing lump in his/her pants being around them, they should leave the artificial protection of that sorority. Personally,... **See more**

1y · Like · Reply · Edited                    4 👍😆

**Jessica Bill Wulff**

Kappa is trying to be so liberal they have lost all common sense. Inability to think about what is right or wrong and focusing on liberal beliefs when making decisions. Sad that the Kappa headquarters is trying so hard to make a statement they are maki... **See more**

1y · Like · Reply                            11 👍

└─ View 1 reply

**Teresa Hegedus**

I'd rather NOT be in the sorority than accept a lie of someone else..... not a female NEVER A FEMALE.