# Cowboy State Daily's Post

June 21, 2023

Artemis Langford, a transgender member of the University of Wyoming chapter of the Kappa Kappa Gamma sorority, asked Tuesday to be let out of the lawsuit filed by six women against the sorority, which challenges the court to define the word "woman."



COWBOYSTATEDAILY.COM

**Transgender University Of Wyoming Sorority Member Asks To Be Let Out Of Lawsuit**

😆😡🥰  29                                                                       36 comments  1 share

👍 Like                        💬 Comment                        ↗ Share

All comments ▼

**Wanda Lee Sittre-Steinhoff**
Get him some mental help. He is a man he will never never be a woman.

1y   Like   Reply   Edited   7 👍😡

**Debi Allen**
If it has a penis, it is male period!

1y   Like   Reply   5 👍😢

View all 2 replies

**Jim Case**

If the word "woman" cannot be defined by the courts, then how can the word "transgender" be defined.

1y  Like  Reply  14 👍

View all 2 replies

**Melanie Little**

I thought sororities got to choose their members? That's just gross and creepy. I don't care what he wants to dress up as that's still a man in a house with a bunch of girls fucking pervert! What happens when he decides he doesn't want to be transgende... See more

1y  Like  Reply  Edited  6 👍

**Dan Sabrosky**

That is one ugly dude. 💁‍♂️

1y  Like  Reply  5 👍❤️😆

**Margaret Perry**

This is incredible BS

1y  Like  Reply  👍

**David Jones**

We live in a clown world.

1y  Like  Reply  2 👍

**Mardi Hodges**

No comments being shown.....why

1y  Like  Reply  3 👍

View 1 reply

**Tsj Jones**

There are only 2 genders

View all 4 replies