# Cowboy State Daily's Post



**Cowboy State Daily**

July 13, 2023 ·

Artemis Langford's attorney submitted to the U.S. District Court for Wyoming on Wednesday a photograph of a text message exchange as proof that claims of Langford having an erection while watching a woman change was drunken gossip.



COWBOYSTATEDAILY.COM

### UW Transgender Sorority Member Denies Erection Allegation, Says Claim Was Drunken Gossip

😂😡👍 24                                                                                              43 comments

👍 Like          💬 Comment          ↪ Share

**All comments** ▾



**Vincent Morris**
Sick

1y    Like    Reply



**Cody Smith**
RIP #metoo

1y    Like    Reply      2 👍

**Bella Denevan**
Wtf

1y    Like    Reply

**Bill Richards**
Thats why voting and counting the votes matter.

1y    Like    Reply  👍

⌙ View all 3 replies

**Shelley Tobul**
🤮🤮🤮

1y    Like    Reply  👍

**Stephen White**
Who's going to believe a twisted freak? Not bloody likely!

1y    Like    Reply

**Jeffrey Hutcheson**
The morons who support this are mentally sick and need to be committed!

1y    Like    Reply

**Jeffrey Hutcheson**
Disgusting! Mental illness!

1y    Like    Reply

**Luca Brasi**
https://www.eviemagazine.com/.../over-50-percent-white...

1y    Like    Reply

**Apo Sahakian**
Not born a woman, not a woman today, will never be a woman!

1y    Like    Reply    Edited                             2 👍

**Kathy Paul-Scallen**
Gross

1y    Like    Reply

**Rick Burke**
Mentally I'll attention seeker. He shouldn't have been there to begin with.

1y    Like    Reply

**Robert M Byrd**
A mentally ill man who has no right being in women's spaces.

1y    Like    Reply                                      3 👍

View all 2 replies

**Linda Farner**
15 minutes of fame....enough already.

1y    Like    Reply

**Carrie Redman**
Get that demented male OUT of that sorority and INTO a mental facility. He needs to stop tormenting females!

1y    Like    Reply                                                                    4

View 1 reply

**Peggy Anderson-Latham**
lol... I don't know for sure what I saw but I sure can imagine I saw something....

1y    Like    Reply                                                                    2

**Paul Wyatt**



1y    Like    Reply    3

**Adam James**
Just start classifying bathrooms and groups by biological gender instead of socially coddled mental disorder and cut out the wiggle room

1y    Like    Reply                                                                    3

View 1 reply