**Branding Iron's Post**





 March 31, 2023 ·

Seven current and former members of the University of Wyoming Kappa Kappa Gamma sorority chapter have filed a lawsuit against the sisterhood. The move comes as a result of Artemis Langford, a transgender student, gaining acceptance into KKG in the fall of 2022.

To learn more about the lawsuit click the link below.

Disclaimer: The student discussed in this story is a member of the Branding Iron staff but was not involved in the writing of this article.

http://www.uwbrandingiron.com/.../kkg-faces-lawsuit-from.../



UWBRANDINGIRON.COM

**KKG faces lawsuit from chapter members**

👍😢 12                                   8 comments   2 shares

👍 Like          💬 Comment          ↗ Share

Most relevant ▾

 Al Warren

Many of my friends and family: why do you care so much?

Society that my daughter's are growing up into:... **See more**

2/28/25, 6:01 PM
Case 2:23-cv-00051-ABJ    Document 48-47    Filed 02/28/25    Page 2 of 2
(4) Branding Iron - Seven current and former members of the University... | Facebook

1y  Like  Reply

**Jane Tooley**

**Al Warren** I feel so sorry for the young women in this group, and applaud the courageous ones who filed suit. They were betrayed by the leadership in every possible way. The fact is, some of his salacious behavior is assault. Perhaps the leadership migh... **See more**

1y  Like  Reply

**Elizabeth Masters Hiatt**

Imagine caring about the contents of other people's pants enough to file a lawsuit. Bunch of creeps.

1y  Like  Reply   5

**Chris Teynor**

**Elizabeth Masters Hiatt** What's creepy is this man claiming to be a woman gawking at girls when they undress while touching themselves and then harassing them. Keep defending sick people.

1y  Like  Reply   2

**Brianna Casey**

Trans rights forever!!! 

1y  Like  Reply   21

**Inita Powell**

**Brianna Casey** Protect women forever

1y  Like  Reply   4

**Chris Teynor**

**Brianna Casey** You support a predator.

1y  Like  Reply

**Chris Teynor**

Artemis Langford acts like a predator who is claiming to be a female to act like a creep to watch girls as they undress while touching himself and then asking very disturbing

1y  Like  Reply  Edited   2