# Cowboy State Daily's Post





 August 4, 2023 ·

The Wyoming Republican Party will consider a complaint brought by GOP firebrand Joey Correnti over Democrat Artemis Langford, a transgender woman, serving as an Albany County committeewoman.



COWBOYSTATEDAILY.COM

### GOP Firebrand Files Complaint Over Dem Transgender Committeewoman

 32                                                                82 comments   7 shares

 Like           Comment           Share

All comments ▼

 **David McDonald**
Anything for attention these days
1y   Like   Reply   4

 **Tom Bradbury**
Don't you mean... Democrat Artemis Langford, a transgender MAN?
1y   Like   Reply

**Jim Patrick**

So called Trans women are men who could not hack it as a man so they hide behind the trans label so they can dominate real women. How pathetic.

1y   Like   Reply   Edited

**Brenda Jeanneen-Rosenquist Morgan**

That's not a woman. Stop playing into their delusions.

1y   Like   Reply

**Dan Sabrosky**

Lets focus on the leftwing woke nutjobs in our own Party, let the dems be dems.

1y   Like   Reply                                                                 2 👍

**Michelle St. Louis**

This transgender BS is getting ridiculous... BUT the Democrats have as much of a right to make their own rules for their own party as the GOP does.

There are Republicans in our legislature and other elected positions throughout the state misrepresenting the Republican "brand" and instead of focusing on that and holding Republican electeds accountable, fighting the Democrat Party on their policies is where the GOP chooses to focus their attention?

Seriously?

Embracing all things transgender is literally the primary focus of the Democrat party right now, well, that and cli.mate cha.nge and gun control.

Hello, McFly, not our circus, not our monkeys.

The other thing is both parties want their cake and want to eat it too.

They want to be private, yet have no problem having the tax payers fund their party (primary) elections...

1y   Like   Reply   Edited                                                       👍

**Krista Kraft**

Am I the only one super confused about what the complaint is? Is it the title that he doesn't like? Is it that there has to be a certain number of women and certain number of men so he thinks she doesn't count as a woman? And committeewoman for what committee exactly? I feel like I missed something somewhere that wasn't linked to whatever previous articles had been written stating what this was specifically regarding.

1y   Like   Reply                                                                 👍

└─ View all 6 replies

**Carrie Redman**

Isn't that the same dude that tried to horn in on the Sorority? He's not a transwoman, he is a demented perverted male! If he doesn't know what gender he is, he has no business seated in our government, none of them do nationwide!

1y   Like   Reply                                                                 👍

**Dana Seilhan**

This man, and I don't mean the "GOP firebrand," invaded a Wyoming sorority chapter and stood around with a boner watching young women undress. He is not fit to be janitor, much less an elected official and when are the Democrats going to stop silencing feminist women (who have spoken out loudly against this) and platforming perverts?

I'm not saying the GOP's hands are clean -- they're banning abortion everywhere they go! -- but this is well past enough.

P.S. Woman is not a gender identity and female is not a gender. Woman is the adult human female sex class and female is a sex, specifically the sex with anatomy adapted for producing ova, whether or not it is currently doing so. You all know what a woman is and you all know what female is. This sex offender is neither one.

1y   Like   Reply

**Debi Allen**

If it has a penis it is a male!

1y   Like   Reply                    3 👍

⌐ View all 2 replies

⬥ Top fan
**Mary Young**

So you have a man who said he is a woman and invaded a sorority and who now says he is a committee woman. His message is "Don't believe your lying eyes".

1y   Like   Reply                                                  6 👍❤️🤯

⌐ View all 5 replies

**James Fackrell**

Thats a good Idea. Primaries will be coming up soon. And wyoming has a huge silent

1y   Like   Reply