

# Cowboy State Daily's Post



September 6, 2023 ·

U.W. sorority member Artemis Langford told MSNBC's Yasmin Vossoughian this week about harassment and threats that have come as the result of the high-profile lawsuit over Langford's induction into the Kappa Kappa Gamma sorority.



COWBOYSTATEDAILY.COM

### UW Transgender Sorority Member Claims Harassment In MSNBC Interview

😂😡😢 47                      59 comments  5 shares

👍 Like            💬 Comment            ↗ Share

Most relevant ▾



**Amy Lloyd**
That's a MAN, not a woman. They have Greek groups for men on the UW campus called fraternities. He should look into those and leave the sororities for women.

1y   Like   Reply   28 👍❤



**Char Markel**
This is descusting and so is the thing that thinks it's a woman

1y   Like   Reply

2/28/25, 5:58 PM
Case 2:23-cv-00051-ABJ    Document 48-51    Filed 02/28/25    Page 2 of 3
(4) U.W. sorority member Artemis Langford told... - Cowboy State Daily | Facebook

**Dave Jolley**
That's one gruesome looking beast.

1y  Like  Reply   2 👍

**Ryan Michael**
Walking around in a sorority with morning wood while pretending to be a girl is generally not well received by the sisters.

1y  Like  Reply   12 👍

**Dawn Wilhelm-Rohn**
Until He has fully committed to become a woman (complete cut it off) he/she should not have had an option to join, until then He is just the creep in the corner stroking his man parts.

1y  Like  Reply  Edited   12 👍❤️

　　View 1 reply

**Christine Ann**
Artemis - you are a man. A fat one at that. Get a life. You are NOT a sorority sister.

1y  Like  Reply   👍

**Leland Bentley**
These people have lost their minds !!!
GTFO !!!

1y  Like  Reply

**Elsa Cowboys**  💎 Top fan
I think those people who at one time was either a man or woman should create their own Sorority & fraternities!

1y  Like  Reply   4 👍

**Jade Bergeron**
I agree with Gutfeld. Let Yasmin hire that dude as a nanny...get undressed in front of him...go clothes shopping with him and let him go into the dressing room with her to help her unzip her clothes. See how much she really believes that he's a woman.

1y  Like  Reply   7 👍

**Jimmy Sutherland**
It will get hired by MSNBC soon

1y  Like  Reply   👍

**Erin EM**
What happened to, "Believe all women"?
Unless there's a man in a dress and lipstick involved? Then women don't matter.

1y Like Reply 3 👍

**Shawna Davis**
Support these sorority sisters in their fight to keep this man out of their home.
Glad to see college kids standing up for what's right instead of embracing his lunacy.

1y Like Reply 👍

**Patty Gallagher**
He is a man, period.

1y Like Reply 4 👍

**Courtney Van Velse**
Go away dude

1y Like Reply

**Erica Balser Kinder**
That's a boy and a super victim. Get out.

1y Like Reply 👍

**Jeffrey Hutcheson**
Mental Illness!