SECTIONS

# NEW YORK POST

US News

Metro

Long Island

Politics

World News

 **Trump boots Zelensky from White House after Oval Office clash,...**

 **Gene Hackman died at least 9 days before his, wife's bodies were...**

 **Zelensky needs to 'resign' or 'change' after Oval Office clash...**

Search

**BREAKING NEWS**

Zelensky claims 'I'm not sure that we did something bad' in first remarks since Trump Oval Office blowup

US NEWS

# University of Wyoming students sue sorority for accepting transgender member

By Nika Shakhnazarova

Published March 31, 2023

Updated May 17, 2023, 8:16 p.m. ET



A group of female students is suing a University of Wyoming sorority after it accepted a transgender woman, according to a report.

Seven sorority sisters from the Kappa Kappa Gamma house claim they were made uncomfortable by the new admittee on several occasions, a lawsuit obtained by the Associated Press alleges.

The women, who were not named in the suit, have sued the national sorority, its council president and new member Artemis Langford, 21, who joined their chapter in September 2022.

The lawsuit alleges that the women felt uneasy by Langford — referred to under the male pseudonym Terry Smith in the suit — after she allegedly stared at them without talking for hours.

"One sorority member walked down the hall to take a shower, wearing only a towel. She felt an unsettling presence, turned, and saw Mr. Smith watching her silently," the lawsuit alleges.



Artemis Langford (top left) with members of Kappa Kappa Gamma in a group photo.
Facebook/Kappa Kappa Gamma University of Wyoming

The plaintiffs allege the national Kappa Kappa Gamma sorority, council president and the new member all pressured the local chapter to breach sorority rules.

The women said they felt "intimidated" to induct Langford into the house.

"An adult human male does not become a woman just because he tells others that he has a female 'gender identity' and behaves in what he believes to be a stereotypically female manner," the lawsuit, seen by Cowboy State Daily, claims.



3

The members of Kappa Kappa Gamma are accusing Langford of behaving inappropriately around her sorority sister.
Facebook

However, the women's claims have been shut down by Kari Kittrell Poole, the executive director of the sorority.

Poole told the Associated Press that the lawsuit "contains numerous false allegations," without specifying them.

She added that the sorority does not discriminate against gender identity.



University of Wyoming's Kappa Kappa Gamma sorority is suing its national organization after Langmore was accepted and allegedly made them feel uncomfortable.

AP

The lawsuit also alleged that Langford behaved inappropriately around her sorority sisters on numerous occasions, including once when she "had an erection visible through his leggings," the suit alleges.

"Other times, he has had a pillow in his lap," the lawsuit adds. "Smith [Langford] repeatedly questioned the women about what vaginas look like, breast cup size, whether women were considering breast reductions and birth control."

The plaintiffs also alleged that the sorority ignored official bylaws when inducting Langford, and instead referred to a 2018 "Guide for Supporting Our LGBTQIA+ Members" that says Kappa Kappa Gamma is a "single-gender" organization.

The guide notes that the sorority accepts both "women" and "individuals who identify as women," the suit alleges.

**SEE ALSO**



The women are asking a judge to void Langford's Kappa Kappa Gamma membership and to award unspecified damages.

**Male powerlifter enters women's event, breaks record**

The Post has reached out to the University of Wyoming and the university's Kappa Kappa Gamma sorority for comment.

*With Post wires*

FILED UNDER   LGBTQIA+,   SORORITIES,   TRANSGENDER,   WYOMING   3/31/23

READ NEXT   35 bodies found inside well after collapse at Indian templ...

## MORE STORIES

### PAGE SIX

Gene Hackman's pacemaker stopped 9 days before he and wife Betsy Arakawa were found dead, police reveal

**Gene Hackman's pacemaker stopped 9 days before he and wife Betsy Arakawa were found dead, police reveal**

**NYPOST**

Trump boots Zelensky from White House after Oval Office clash, says he 'disrespected' US as mineral deal left unsigned

**Trump boots Zelensky from White House after Oval Office clash, says he 'disrespected' US as mineral deal left unsigned**



© 2025 NYP Holdings, Inc. All Rights Reserved    Terms of Use    Membership Terms    Privacy Notice    Sitemap

Your California Privacy Rights    Do Not Sell My Personal Information

VIP | Powered by WordPress VIP