![Media Matters for America]

# Charlie Kirk says Wyoming trans student should be bullied, imprisoned

WRITTEN BY   MEDIA MATTERS STAFF

PUBLISHED   08/29/23 5:22 PM EDT



*From the August 29, 2023, edition of Real America's Voice's The Charlie Kirk Show*

CHARLIE KIRK (HOST): So if we can get this picture up here, please on screen. Here's a picture. And we talked to this story before of Artemis Langford. Now Artemis Langford looks like a white Michael Oher, like, you could be a right tackle for the Baltimore Ravens. 260 pounds, 6'2, obviously has deep-seated mental problems. I hope Artemis finds a counselor to help [her] through that.

But instead of dealing with [her] mental problems in private, like mature adults do, [she] wants the rest of the world to suffer and be uncomfortable because of his deep-seated mental problems. It's one thing to have mental issues, that's understandable. Some people do, and I feel sorry for you. I have compassion for you. It's another thing to say the rest of the world must also suffer simultaneously because I also have mental issues.

So Artemis Langford, who is a biological male, obviously, look at [her] on screen, [she] towers over these women, demands that [she] is able to become a sorority sister at the University of Wyoming. So several of these college students, females, brought a lawsuit against Kappa Kappa Gamma, KKG, which is supposed to be all about

*sisterhood, over the policy allowing a biological man into the sisterhood.*

*That case has now been rejected by the U.S. District for Wyoming, and the sisters of the sorority will now be forced to allow a man entry into the all-female group. Artemis Langford reportedly watched the college girls undress, sometimes sporting an erection while doing so. The sorority sisters didn't like it, but Kappa Kappa Gamma policy is that men who claim to be women are women enough to be part of the sisterhood.*

*So basically, we are now forcing 50% of the population to let their social lives be dominated by disgusting, mentally ill neurotic, predatory freaks. This person, Artemis Langford, is a neurotic freak.*

*And the courts say, well, we don't take stances on gender. Not taking a stance on gender is taking a stance on gender. And so in the University of Wyoming, in the red state of Wyoming, they are subjecting these young ladies to a form of sexual abuse. Court-mandated sexual abuse in the name of trans rights. This is happening all across the country and not just in sports, in changing rooms and locker rooms, and sororities.*

*..*

*This is why they hate sororities because they*

*are female-only spaces. And parents, legislatures in Wyoming, the governor of Wyoming, they're all just kinda sitting around, and they're saying, well, I guess we have to let the freak in. No, you don't. He should be arrested, put in prison.*

*And women are agreeable. Men are more disagreeable. This is why this is, good luck. You're gonna try to tell me that some freak would try, who is a woman, try to be going to a fraternity. He would be mocked, ridiculed, made fun of, for good reason. I support that mockery, by the way. If a woman who thinks that she is a man wanted to join a fraternity, that person would be made fun of so much, bullied so much, crying so much, they would get themselves out.*

*These girls should bully this freak, but they won't because they say, "Well, maybe we should have compassion for the predator." Who's getting an erection while watching other girls undress, Artemis Langford. Where do we draw the line? Men wouldn't put up with this, actual men.*

*You see, if these girls, you could get [her] out of your sorority. You just have to treat him poorly. Make fun of him. Be like, you're a fat freak. What are you doing here? Girls do that to other girls, they don't do that to men. Girls are perfectly capable of bullying other girls. They're the best at it. They're like, way more savage than men. But girls bullying*

*girls, because there is a physical intimidation factor.*

*[She] is like Shrek. Put the picture up. It's like he could just take one of them and crush their skull. I mean, that's sick. I'm sorry. That is sick. [She] towers over these young ladies, obviously a predator, and [she's] obviously sexually attracted to them. Watching them undress with an erection, and the judge says, why do we need to protect women? Protect women? Eh. Blake, can you find the exact wording of the judge's ruling?*

*This is gonna happen everywhere. This is gonna happen with preschoolers. It's happening in sports. It's happening all across the board. One way to stop it is to make the trans freaks feel uncomfortable. Nothing physical. Just make fun of them. Say you're not welcome here. You're not welcome in our sorority. Go away. Go away.*

*And some people say, well, Charlie, that's not nice. You shouldn't be nice to predators, fun fact.*

In accordance with the Trans Journalists Association style guide, Media Matters has replaced incorrect references to gender in brackets in the transcript. For example, if a transcript incorrectly refers to someone as a "woman" we change that language to say "[man]."