# WOMAN MEANS SOMETHING

## Target Study Press Release

New Study Shows Gender-Inclusion Policy at Target Stores Associated with Increased Sexual Violence

**Key Findings:**

- Sexual incidents increased across the entire timeframe, with 44 incidents in the four pre-policy trimesters (Jan '15-Apr '16), and 80 in the four post-policy trimesters (May '16-Aug '17).
- Females were the victims in over ninety-four percent (94.5%) of the incidents, and children the victims in thirty-four percent (34%). All perpetrators were male.
- The three-season forced-category measurement found a 2.3x increase in the amount of upskirt incidents after the policy, and a 2.9x increase in peeping tom incidents after the policy.
- A Poisson regression found the 4-year pre-policy to post-policy rate change to be 3.03 for Upskirt and 3.14 for Peeping Tom, and the 2-year to be 2.16 for Upskirt and 2.34 for Peeping Tom (both using Trimester as a variable).



Fig. 9. Target Incidents By Category
Post-policy in Gray

Fig. 10. Upskirt and Peeping Tom Incidents
Post-policy in Gray

HTTP://WOMANMEANSSOMETHING.COM/TARGETSTUDY/