

- January 18, 2025 -

# President Trump Announces Appointments to the White House Deputy Chief of Staff for Policy's Office

President Trump announced key appointments to the White House Deputy Chief of Staff for Policy's Office. He previously announced Stephen Miller will serve as the Deputy Chief of Staff for Policy and the Homeland Security Advisor.

May Mailman will serve as Deputy Assistant to the President and Senior Policy Strategist. Mailman was formerly the Legal Director of Independent Women's Forum, Deputy Solicitor General for the State of Ohio, and Vice President at Restoring Integrity and Trust in Elections. She is a regular contributor to Fox News and NewsNation. She served in the Trump 45 White House for all four years, as Associate Staff Secretary; Deputy Assistant to the President for Policy Coordination; and Deputy Assistant to the President and Advisor to the White House Counsel. She clerked for Judge Timothy M. Tymkovich on the Tenth Circuit Court of Appeals. She holds a J.D. from Harvard Law School, a B.S. from the University of Kansas.