Freeburg Law, LLC
Alex Freeburg, Bar No. 7-5182
Rachel Berkness, Bar No. 7-5966
PO Box 3442
Jackson, WY 83001
*Attorneys for Artemis Langford*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| JAYLYN WESTENBROEK, HANNAH, HOLTMEIER, ALLISON COGHAN, GRACE CHOATE, MADELINE RAMAR, and MEGAN KOSAR, on behalf of themselves and derivatively on behalf of KAPPA KAPPA GAMMA FRATERNITY, <br><br> Plaintiffs, <br><br> v. <br><br> KAPPA KAPPA GAMMA FRATERNITY, an Ohio non-profit corporation, as a Nominal Defendant and as a Direct Defendant; MARY PAT ROONEY, President of the Fraternity Council of KAPPA KAPPA GAMMA FRATERNITY, in her official capacity, KAPPA KAPPA GAMMA BUILDING CO., a Wyoming non-profit corporation, and ARTEMIS LANGFORD, <br><br> Defendants. | Civil Action No.: 23-CV-00051-ABJ |

### BERKNESS DECLARATION IN SUPPORT OF MOTINO TO DISMISS ALLEGATIONS AGAINST ARTEMIS LANGFORD WITH PREJUDICE

I, Rachel Berkness, hereby declare as follows:

1. At all relevant times, I served as counsel to Artemis Langford in this action.

2. I am in possession of a video "Rocky Mountain Women's Network" took at the University of Wyoming campus after claiming the suit was "thrown out by Judge Alan Johnson because he said he could not define the word 'woman.'" They arrived with rocks they had painted with messages such as "Artemis Langford is a man." In a video which the group describes as "the record of our dissent," the group can be seen placing flyers around campus that contain a photo of Ms. Langford's face along with statistics indicating that she is predisposed to commit sex crimes. The group left humiliating chalk messages with Ms. Langford's name on the sidewalks and hung a banner on an overpass that read "#everybodyknows 'Artemis' Langford is a man."

3. I am in possession of video of Ms. Gaines' speech at the University of Wyoming in which she says: "The judge, was appointed by Ronald Reagan, 87-years-old, how is he still breathing? He told these girls in regards to this incident right here, their sorority and allowing a male into this space with these girls who have been promised sisterhood . . . this judge, again who is on his last breath, said, 'Who am I to define what a woman is?. . . They can interpret it however they want.'"

Dated \_\_\_\_\_02/28/2025_____ . \_\_/s/ Rachel Berkness_____
Rachel M. Berkness, Bar No. 7-5966
Freeburg Law, LLC
Box 3442
Jackson, WY 83001

**CERTIFICATE OF SERVICE**

    The undersigned does hereby certify that a true and correct copy of the foregoing document was delivered to the Court via the CM/ECF System and served upon counsel via CM/ECF electronic transmission this 28th day of February 2025.

Cassie Craven (#7-5664)  ☒ CM/ECF
LONGHORN LAW LLC  ☐ U.S. Mail
109 East 17th Street, Suite 223  ☐ Fax
Cheyenne, WY 82001  ☐ Email
Telephone: (307) 823-3062
E-Mail: ccraven.law@gmail.com

John G. Knepper (#7-4608)  ☒ CM/ECF
LAW OFFICE OF JOHN G. KNEPPER, LLC  ☐ U.S. Mail
P.O. Box 1512  ☐ Fax
Cheyenne, WY 82003  ☐ Email
Telephone: (307) 632-2842
E-Mail: john@knepperllc.com

Natalie M. McLaughlin (Pro Hac Vice)  ☒ CM/ECF
Brian W. Dressel (Pro Hac Vice)  ☐ U.S. Mail
VORYS, SATER, SEYMOUR AND  ☐ Fax
PEASE, LLP  ☐ Email
52 East Gay Street
Columbus, OH 43215
Telephone:    (614) 464-5452
Email: nmmclaughlin@vorys.com
bwdressel@vorys.com

Stuart Day  ☒ CM/ECF
WILLIAMS, PORTER, DAY & NEVILLE, P.C.  ☐ U.S. Mail
159 North Wolcott, Suite 400  ☐ Fax
P.O. Box 10700  ☐ Email
Casper, WY 82602-3902
Telephone:    (307) 265-0700
E-Mail: sklosterman@wpdn.net

                                                  /s/ Rachel Berkness
                                                    Rachel Berkness