IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| JAYLYN WESTENBROEK, HANNAH, HOLTMEIER, ALLISON COGHAN, GRACE CHOATE, MADELINE RAMAR, and MEGAN KOSAR, on behalf of themselves and derivatively on behalf of KAPPA KAPPA GAMMA FRATERNITY, | ) ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No.: 23-CV-00051-ABJ |
| KAPPA KAPPA GAMMA FRATERNITY, an Ohio non-profit corporation, as a Nominal Defendant and as a Direct Defendant; MARY PAT ROONEY, President of the Fraternity Council of KAPPA KAPPA GAMMA FRATERNITY, in her official capacity, KAPPA KAPPA GAMMA BUILDING CO., a Wyoming non-profit corporation, and ARTEMIS LANGFORD, | ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

**PROPOSED ORDER DISMISSING ALLEGATIONS AGAINST ARTEMIS LANGFORD WITH PREJUDICE**

THIS COURT, being fully advised in the premises, hereby GRANTS Artemis Langford's Motion to Dismiss Allegations with Prejudice as follows:

2

1. Ms. Langford is dismissed as a party to this action with prejudice.

2. If Plaintiffs choose to amend, they may not mention Ms. Langford by name.

3. Further, if Plaintiffs choose to amend, they may not include any details about Ms. Langford not necessary to plead their causes of action, including details about her height, weight, physical appearance, G.P.A., or any allegations about Ms. Langford's alleged behavior.

Dated _____.     _____
                                                      HON. U.S. DISTRICT COURT JUDGE