Freeburg Law, LLC
Alex Freeburg, Bar No. 7-5182
Rachel Berkness, Bar No. 7-5966
PO Box 3442
Jackson, WY 83001
*Attorneys for Artemis Langford*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| JAYLYN WESTENBROEK, HANNAH, HOLTMEIER, ALLISON COGHAN, GRACE CHOATE, MADELINE RAMAR, and MEGAN KOSAR, on behalf of themselves and derivatively on behalf of KAPPA KAPPA GAMMA FRATERNITY,<br><br>        Plaintiffs,<br><br>v.<br><br>KAPPA KAPPA GAMMA FRATERNITY, an Ohio non-profit corporation, as a Nominal Defendant and as a Direct Defendant; MARY PAT ROONEY, President of the Fraternity Council of KAPPA KAPPA GAMMA FRATERNITY, in her official capacity, KAPPA KAPPA GAMMA BUILDING CO., a Wyoming non-profit corporation, and ARTEMIS LANGFORD,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No.: 23-CV-00051-ABJ |

## ARTEMIS LANGFORD'S MOTION TO DISMISS WITH PREJUDICE

COMES NOW Defendant, Artemis Langford, and hereby moves this Court to dismiss Plaintiffs' Amended Complaint with prejudice for violation of Federal Rule of

//

Civil Procedure 8.

Dated _____03/03/2025_____.    ___/s/ Rachel Berkness_____
                                      Rachel M. Berkness, Bar No. 7-5966
                                      Freeburg Law, LLC
                                      Box 3442
                                      Jackson, WY 83001

**CERTIFICATE OF SERVICE**

The undersigned does hereby certify that a true and correct copy of the foregoing document was delivered to the Court via the CM/ECF System and served upon counsel via CM/ECF electronic transmission this 3rd day of March 2025.

Cassie Craven (#7-5664)                  ☒ CM/ECF
LONGHORN LAW LLC                         ☐ U.S. Mail
109 East 17th Street, Suite 223          ☐ Fax
Cheyenne, WY 82001                       ☐ Email
Telephone: (307) 823-3062
E-Mail: ccraven.law@gmail.com


John G. Knepper (#7-4608)                ☒ CM/ECF
LAW OFFICE OF JOHN G. KNEPPER, LLC       ☐ U.S. Mail
P.O. Box 1512                            ☐ Fax
Cheyenne, WY 82003                       ☐ Email
Telephone: (307) 632-2842
E-Mail: john@knepperllc.com

Natalie M. McLaughlin (Pro Hac Vice)     ☒ CM/ECF
Brian W. Dressel (Pro Hac Vice)          ☐ U.S. Mail
VORYS, SATER, SEYMOUR AND                ☐ Fax
PEASE, LLP                               ☐ Email
52 East Gay Street
Columbus, OH 43215
Telephone:   (614) 464-5452
Email: nmmclaughlin@vorys.com
bwdressel@vorys.com


Stuart Day                               ☒ CM/ECF
WILLIAMS, PORTER, DAY & NEVILLE, P.C.    ☐ U.S. Mail
159 North Wolcott, Suite 400             ☐ Fax
P.O. Box 10700                           ☐ Email
Casper, WY 82602-3902
Telephone:   (307) 265-0700
E-Mail: sklosterman@wpdn.net


                                    /s/ Rachel Berkness
                                    Rachel Berkness