**FILED**



**10:58 am, 3/24/25**

**Margaret Botkins**
**Clerk of Court**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

Westenbroek et al
Levang et al

                                        Plaintiff,

vs.                                                     Case Number:  2:23-CV-00051-ABJ
                                                                      2:24-CV-00267-ABJ
Kappa Kappa Gamma Fraternity et al

                                        Defendant.

## CIVIL MINUTE SHEET - MOTION HEARING

Date: Mar 24, 2025          Time: 9:30am - 10:48am

| Alan B. Johnson | Becky Harris | Melanie Sonntag | Ani Zotti |
|---|---|---|---|
| Judge | Clerk | Reporter | Law Clerk |

Attorney(s) for Plaintiff(s)       John Knepper, Cassie Craven, Angela Lavin, Jay Carson

Attorney(s) for Defendant(s)       Natalie McLaughlin, Brian Dressel, Stuart Day
                                   Rachel Berkness

Witness(es) for Plaintiff(s)

Witness(es) for Defendant(s)

| Pltf/Dft | Doc # | Motion to/for | Disposition |
|---|---|---|---|
| Defendant | 47 | Motion for Deadline to Amend or Convert to Dismissal With Prejudice | Under Advisement |
| Defendant | 49 | Motion to Dismiss Party Artemis Langford | Under Advisement |

☐  Briefs to be filed on or before                    by
                                                      by

☑ Order to be prepared by ☑ Court     ☐ Attorney

Other:
Hearing held by Zoom video conference.
The Court heard from Mr. Day, Ms. McLaughlin, Ms. Lavin on preliminary matters regarding recent filings in the Southern District of Ohio and the 6th Circuit.
The Court heard from Ms. McLaughlin, Mr. Knepper, Ms. Berkness and Ms. Craven on the pending motions.
The Court heard from Ms. Lavin and Ms. McLaughlin on the status of case 24-cv-267.
Further status to be set in 60 days.

WY15                                                               Rev. 11/22/2024