

**FILED**

**10:11 am, 5/23/25**

**Margaret Botkins**
**Clerk of Court**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

WESTENBROEK et al
LEVANG et al

Plaintiff,

vs.

KAPPA KAPPA GAMMA FRATERNITY
et al

Defendant.

Case Number:  2:23-CV-00051-ABJ
2:24-CV-00267-ABJ

---

## CIVIL MINUTE SHEET STATUS CONFERENCE

☑ Status Conference Only

Date: 05/23/2025      Time: 9:33am - 9:47am

| Alan B. Johnson | Brandi Robinson | Melanie Sonntag | Ani Zotti |
|---|---|---|---|
| Judge | Clerk | Reporter | Law Clerk |

Attorney(s) for Plaintiff(s)    Casandra Craven, John Knepper, Angela Lavin, Rick Koehmstedt

Attorney(s) for Defendant(s)    Natalie McLaughlin, Brian Dressel, Stuart Day Rachel Berkness

Other:

Hearing held by Zoom video conference.
The Court heard from Ms. Lavin and Ms. McLaughlin regarding proceedings in the Southern District of Ohio. The Court heard from Mr. Knepper regarding possible motions after the second amended complaint is filed.
The Court asked Ms. Lavin to provide the OH docket sheet.