Stuart R. Day (#6-3081)  
WILLIAMS, PORTER, DAY & NEVILLE, P.C.  
159 North Wolcott, Suite 400  
P.O. Box 10700  
Casper, WY 82602-3902  
Telephone:   (307) 265-0700  
Facsimile:   (307) 266-2306  
E-Mail:   sday@wpdn.net  

Natalie M. McLaughlin (*Pro Hac Vice*)  
Brian W. Dressel (*Pro Hac Vice*)  
VORYS, SATER, SEYMOUR AND PEASE, LLP  
52 East Gay Street  
Columbus, OH 43215  
Telephone:   (614) 464-5452  
Email:   nmmclaughlin@vorys.com  
         bwdressel@vorys.com  

**IN THE UNITED STATES DISTRICT COURT  
FOR THE DISTRICT OF WYOMING**

| | |
|---|---|
| HANNAH HOLTMEIER, ALLISON COGHAN, and HALEY RUTSCH, on behalf of themselves and derivatively on behalf of KAPPA KAPPA GAMMA FRATERNITY, <br><br> Plaintiffs, <br><br> v. <br><br> KAPPA KAPPA GAMMA FRATERNITY, MARY PAT ROONEY, MARIA BROWN, NANCY CAMPBELL, BARB GOETTELMAN, LIZ WONG, KYLE DONNELLY, BETH BLACK, and JANE DOES 1-4 <br><br> Defendants. | Civil Action No.: 23-CV-00051-ABJ |

**DEFENDANTS' STATEMENT OF NON-OPPOSITION TO FILING OF SECOND AMENDED COMPLAINT BUT NOTING INACCURACY OF IDENTIFIED PARTIES**

Pursuant to Judge Hambrick's June 10, 2025 Order directing Defendants to state their intentions with regard to Plaintiffs' pending Motion for Leave to File a Second Amended Complaint and Judge Johnson's May 9, 2025 Order, Defendants Kappa Kappa Gamma Fraternity ("Kappa") and Mary Pat Rooney state that they do not oppose Plaintiffs being granted *leave* to file the Second Amended Complaint, but intend to file a Motion to Dismiss Plaintiffs' Second Amended Complaint pursuant to the Federal Rules of Civil Procedure.

Defendants Kappa and Rooney note that the Second Amended Complaint adds additional Defendants and it does not appear that those Defendants have been served. Additionally, at this time, undersigned counsel has not been retained to represent the new Defendants in this matter. Therefore, at this time, counsel makes no representations on the behalf of the newly added Defendants.

Finally, counsel notes that none of the following are current members of Fraternity Council: Mary Pat Rooney, Maria Brown, and Liz Wong. Plaintiffs' counsel was previously notified that in June 2024 new Fraternity Council were elected. Beth Black is also not the Panhellenic Delegate. Therefore, the captions on the Second Amended Complaint identifying individuals as Officers and members of Fraternity Council and the Panhellenic Delegate are inaccurate.

Dated: June 11, 2025                    Respectfully submitted,

/s/ *Natalie M. McLaughlin*
Natalie M. McLaughlin (Ohio Bar No. 0082203)*
Brian W. Dressel (Ohio Bar No. 0097163)*
VORYS, SATER, SEYMOUR AND PEASE, LLP
52 East Gay Street
Columbus, OH 43215
Telephone/Facsimile: (614) 464-5452
Email:      nmmclaughlin@vorys.com
            bwdressel@vorys.com
* -Admitted Pro Hac Vice

Stuart R. Day (#6-3081)
WILLIAMS, PORTER, DAY & NEVILLE, P.C.
159 North Wolcott, Suite 400
P.O. Box 10700
Casper, WY 82602-3902
Telephone:     (307) 265-0700
Facsimile:      (307) 266-2306
E-Mail:          sday@wpdn.net

*Attorneys for Defendants Kappa Kappa Gamma Fraternity and Mary Pat Rooney*

**CERTIFICATE OF SERVICE**

  The undersigned does hereby certify that a true and correct copy of the foregoing document was delivered to the Court via the CM/ECF System and served upon counsel via CM/ECF electronic transmission and electronic mail this 11th day of June, 2025.

| | |
|---|---|
| Cassie Craven (#7-5664)<br>LONGHORN LAW LLC<br>109 East 17th Street, Suite 223<br>Cheyenne, WY 82001<br>Telephone: (307) 823-3062<br>E-Mail: ccraven.law@gmail.com | ☒ CM/ECF Electronic Transmission<br>☐ U.S. Mail (Postage Prepaid)<br>☐ Fax<br>☐ Overnight Delivery<br>☐ Hand Delivery<br>☐ Email |
| John G. Knepper (#7-4608)<br>LAW OFFICE OF JOHN G. KNEPPER, LLC<br>P.O. Box 1512<br>Cheyenne, WY 82003<br>Telephone: (307) 632-2842<br>E-Mail: john@knepperllc.com | ☒ CM/ECF Electronic Transmission<br>☐ U.S. Mail (Postage Prepaid)<br>☐ Fax<br>☐ Overnight Delivery<br>☐ Hand Delivery<br>☐ Email |

            /s/ *Brian W. Dressel*
            Brian W. Dressel