# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| JAYLYN WESTENBROEK, HANNAH, HOLTMEIER, ALLISON COGHAN, GRACE CHOATE, MADELINE RAMAR, and MEGAN KOSAR, on behalf of themselves and derivatively on behalf of KAPPA KAPPA GAMMA FRATERNITY, <br><br> Plaintiffs, <br><br> v. <br><br> KAPPA KAPPA GAMMA FRATERNITY, an Ohio non-profit corporation, as a Nominal Defendant and as a Direct Defendant; MARY PAT ROONEY, President of the Fraternity Council of KAPPA KAPPA GAMMA FRATERNITY, in her official capacity, KAPPA KAPPA GAMMA BUILDING CO., a Wyoming non-profit corporation, and ARTEMIS LANGFORD, <br><br> Defendants. | Civil Action No.: 23-CV-00051-ABJ |

## ARTEMIS LANGFORD'S NOTICE REGARDING PLAINTIFFS' SECOND AMENDED COMPLAINT

On June 10, 2025, this Court ordered Defendants to provide notice no later than June 11, 2025 if they intended to object to Plaintiffs' Motion to Amend. Unfortunately, the undersigned was traveling during this time.

//

//

//

Ms. Langford is not named as a Defendant in the Second Amended Complaint. To the extent this Court's notice was directed at Ms. Langford, she **does not intent to oppose the motion to amend** and apologizes to this Court for the belated response.

Dated   06/12/2025   .    /s/ Rachel Berkness
Rachel M. Berkness, Bar No. 7-5966
Freeburg Law, LLC
Box 3442
Jackson, WY 83001

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a true and correct copy of the foregoing document was delivered to the Court via the CM/ECF System and served upon counsel via CM/ECF electronic transmission this 12th day of June 2025.

| | |
|---|---|
| Cassie Craven (#7-5664)<br>LONGHORN LAW LLC<br>109 East 17th Street, Suite 223<br>Cheyenne, WY 82001<br>Telephone: (307) 823-3062<br>E-Mail: ccraven.law@gmail.com | ☒ CM/ECF Electronic Transmission<br>☐ U.S. Mail (Postage Prepaid)<br>☐ Fax<br>☐ Overnight Delivery<br>☐ Hand Delivery<br>☐ Email |
| John G. Knepper (#7-4608)<br>LAW OFFICE OF JOHN G. KNEPPER, LLC<br>P.O. Box 1512<br>Cheyenne, WY 82003<br>Telephone: (307) 632-2842<br>E-Mail: john@knepperllc.com | ☒ CM/ECF Electronic Transmission<br>☐ U.S. Mail (Postage Prepaid)<br>☐ Fax<br>☐ Overnight Delivery<br>☐ Hand Delivery<br>☐ Email |

| | |
|---|---|
| Natalie M. McLaughlin (Pro Hac Vice)<br>Brian W. Dressel (Pro Hac Vice)<br>VORYS, SATER, SEYMOUR AND PEASE, LLP<br>52 East Gay Street<br>Columbus, OH 43215<br>Telephone:   (614) 464-5452<br>Email:<br>nmmclaughlin@vorys.com<br>bwdressel@vorys.com | ☒ CM/ECF Electronic Transmission<br>☐ U.S. Mail (Postage Prepaid)<br>☐ Fax<br>☐ Overnight Delivery<br>☐ Hand Delivery<br>☐ Email |
| Stuart Day<br>WILLIAMS, PORTER, DAY & NEVILLE, P.C.<br>159 North Wolcott, Suite 400<br>P.O. Box 10700<br>Casper, WY 82602-3902<br>Telephone:   (307) 265-0700<br>Email: sday@wpdn.net | ☒ CM/ECF Electronic Transmission<br>☐ U.S. Mail (Postage Prepaid)<br>☐ Fax<br>☐ Overnight Delivery<br>☐ Hand Delivery<br>☐ Email |

                                              /s/ Rachel Berkness
                                                    Rachel Berkness