

FILED

9:56 am, 6/12/25

U.S. Magistrate Judge

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| JAYLYN WESTENBROEK, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case No. 2:24-cv-00267-ABJ |
| v. ) | |
| ) | |
| KAPPA KAPPA GAMMA ) | |
| FRATERNITY, et al. ) | |
| ) | |
| Defendants. ) | |

**ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE
TO FILE SECOND AMENDED COMPLAINT [ECF 60]**

This matter is before the Court on Plaintiffs' Motion for Leave to File a Second Amended Complaint filed on June 10, 2025. ECF No. 60. On June 11, 2025, the Court ordered Defendants to provide notice to the Court if Defendants did not intend to object to Plaintiffs Motion. ECF No. 61. All Defendants filed a Notice of No Objection to Plaintiffs' Motion for Leave. Accordingly, the Court will GRANT Plaintiffs' Motion for Leave to File a Second Amended Complaint.

**IT IS HEREBY ORDERED** Plaintiffs Motion for Leave is GRANTED.

**IT IS FURTHER ORDERED** that the Second Amended Complaint must be file by Tuesday, June 17, 2025.

**Date**: June12th, 2025

*Stephanie Hambrick*

Hon. Stephanie A. Hambrick
U.S. Magistrate Judge