

**FILED**

4:24 pm, 8/22/25

**Margaret Botkins
Clerk of Court**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| HANNAH HOLTMEIER, ALLISON COGHAN, and HALEY RUTSCH, on behalf of themselves and derivatively on behalf of KAPPA KAPPA GAMMA FRATERNITY,<br><br>Plaintiffs,<br><br>v.<br><br>KAPPA KAPPA GAMMA FRATERNITY, MARY PAT ROONEY, MARIA BROWN, NANCY CAMPBELL, BARB GOETTELMAN, LIZ WONG, KYLE DONNELLY, BETH BLACK, and JANE DOES 1-4,<br><br>Defendants, | Case No. 2:23-CV-51 |

## JUDGMENT

This matter comes before the Court on Defendants' *Motion to Dismiss* (ECF No. 66), filed on June 26, 2025. The Court has entered its *Order Granting Defendants' Motion to Dismiss* (ECF No. 70) finding that Plaintiffs' *Second Amended Complaint* (ECF No. 65) failed to adequately state a claim upon which relief could be granted.

The Court, therefore, **ORDERS, ADJUDGES, AND DECREES** that for the reasons stated in the Court's *Order*, Defendants' *Motion* is **GRANTED**. ECF No. 70. The Court further **ORDERS, ADJUDGES, AND DECREES** that for the reasons stated in the Court's *Order*, Plaintiffs' Complaint is **DISMISSED WITH PREJUDICE.** *Id.*

1

Dated this 22nd day of August, 2025.

                                                          Alan B. Johnson
                                                          United States District Judge